IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED

MAR 16 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

CHARLES T. BRUFF,
Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE
COMPANY and USAA,
Defendants.

Civil Action No.: _____

SA26CA1720  XR

## PRO SE PLAINTIFF'S MOTION FOR CM/ECF FILING ACCESS

## I. BACKGROUND

Plaintiff Charles T. Bruff, proceeding pro se, respectfully moves this Court pursuant to Local Rule CV-5 of the Local Rules of the United States District Court for the Western District of Texas to grant Plaintiff electronic case filing (CM/ECF) access for purposes of this litigation.

Plaintiff is a pro se litigant residing in San Antonio, Texas, within the San Antonio Division of this Court. Plaintiff has filed the above-captioned civil action arising under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001 et seq., asserting multiple claims against Defendants Lincoln National Life Insurance Company and USAA relating to the wrongful denial of benefits, failure to provide required plan documents, and breach of fiduciary duty.

Plaintiff suffers from Cerebral Palsy, Autism Spectrum Disorder, and Post-Traumatic Stress Disorder, all of which have been determined to be disabling conditions by both Lincoln Financial and the Social Security Administration. These conditions affect Plaintiff's ability to manage paper-based correspondence, meet deadlines under conditions of uncertainty, and process communications delivered through conventional mail. Electronic access to the Court's filing system would materially reduce these barriers and ensure Plaintiff's ability to participate meaningfully in this litigation.

## II. LEGAL BASIS

Local Rule CV-5 of the Western District of Texas provides that pro se parties may be permitted to register for and use the Court's CM/ECF system. Electronic filing access would allow Plaintiff to:

(1) File documents and receive service of process electronically, reducing the risk of missed deadlines due to mail processing delays;

(2) Monitor case activity in real time through the PACER system;

(3) Maintain organized records of all filings, which is particularly important given the volume and complexity of the documentary record in this ERISA matter; and

(4) Reduce the physical and cognitive burden of paper-based litigation on a plaintiff with documented disabilities.

Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, requires that federal courts, as recipients of federal financial assistance, provide meaningful access to their programs and proceedings for individuals with disabilities. Granting CM/ECF access to a pro se plaintiff with documented disabilities that impair paper-based processing is consistent with the Court's obligations under Section 504.

## III. PLAINTIFF'S CERTIFICATION

Plaintiff certifies that he:

(1) Has reviewed the CM/ECF User's Manual for the Western District of Texas;

(2) Has access to the equipment and software required for electronic filing, including a computer with internet access and the ability to create and submit PDF documents;

(3) Agrees to abide by all Local Rules, Standing Orders, and administrative procedures governing electronic filing in this Court; and

(4) Understands that electronic filing through CM/ECF constitutes the Plaintiff's signature for all purposes under the Federal Rules of Civil Procedure.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff CM/ECF electronic filing and service access for the above-captioned case, and that upon granting this motion, the Court provide Plaintiff with instructions for completing the CM/ECF registration process.

Respectfully submitted,

_____

Charles T. Bruff
Pro Se Plaintiff
98 McLennan Oak
San Antonio, TX 78240
Phone: 318-452-8978
Email: cbruff13@outlook.com

Date: 03/16/26