F I L E D

MAR 16 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**CHARLES T. BRUFF,**

Plaintiff,

v.

**LINCOLN NATIONAL LIFE INSURANCE COMPANY and USAA,**

Defendants.

Civil Action No.: _____

SA26CA1720 XR

**PRO SE PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS
ELECTRONICALLY**

## I. BACKGROUND

Plaintiff Charles T. Bruff, proceeding pro se, filed the Complaint in the above-captioned action in person on the date of this motion in order to obtain a civil action number. The Complaint asserts multiple claims under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001 et seq., against Defendants Lincoln National Life Insurance Company and USAA.

The Complaint is accompanied by approximately thirty exhibits comprising the documentary record underlying Plaintiff's claims. These exhibits consist of correspondence, plan documents, letters, pay slips, financial records, and plaintiff-prepared summaries, all in PDF format. They are identified and described in the exhibit index attached to the Complaint.

Because Plaintiff filed the Complaint in person today and CM/ECF access has not yet been granted, the exhibits could not be filed electronically at the time of the initial filing. Plaintiff has concurrently filed a Motion for CM/ECF Filing Access.

## II. RELIEF REQUESTED

Plaintiff respectfully requests leave to file the exhibits to the Complaint as electronic attachments via CM/ECF promptly upon the Court's grant of Plaintiff's Motion for CM/ECF Filing Access. Plaintiff will organize the exhibits into batches by claim and file them as

separate docket entries if required by the Court's file size limitations.

Granting this leave will ensure that the complete documentary record is before the Court and available to Defendants from the earliest practicable date.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the exhibits to the Complaint electronically via CM/ECF upon the grant of Plaintiff's Motion for CM/ECF Filing Access.

Respectfully submitted,

Charles T. Bruff
Pro Se Plaintiff
98 McLennan Oak
San Antonio, TX 78240
Phone: 318-452-8978
Email: cbruff13@outlook.com

Date: 3/16/26