# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
**262 W. Nueva, Suite 1 - 400**
**San Antonio, Texas 78207**

March 30, 2026

Charles T. Bruff
**98 McLennan Oak**
**San Antonio, TX 78240**

**RE: Case # 5:26-cv-01720-XR**

Dear Mr. Bruff:

Your Complaint was filed in our office on 03/16/2026 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By_TT_____
Deputy Clerk