FILED.

MAR 19 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**CHARLES T. BRUFF,**
Plaintiff,

v.

**LINCOLN NATIONAL LIFE INSURANCE COMPANY and USAA,**
Defendants.

Civil Action No.: 5:26-CV-01720

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

Plaintiff Charles T. Bruff hereby provides notice to the Court and all parties that his mailing address of record has changed. Plaintiff respectfully requests that all future correspondence, orders, and notices in the above-captioned matter be directed to the following address:

Charles T. Bruff
4835 Medical Dr. #29643
San Antonio, TX 78229
Phone: 318-452-8978
Email: cbruff13@outlook.com

This address change is effective immediately. All prior address information should be superseded by the address above.

Respectfully submitted,

Charles T. Bruff
Pro Se Plaintiff

4835 Medical Dr. #29643
San Antonio, TX 78229
Phone: 318-452-8978
Email: cbruff13@outlook.com

Date: 03 / 19 / 26