**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

**CHARLES T. BRUFF,**
    Plaintiff,

v.

**USAA HEALTH AND WELFARE BENEFITS PLAN,**
**USAA EDUCATIONAL ASSISTANCE PLAN,**
**UNITED STATES AUTOMOBILE ASSOCIATION,**
**AND LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

    Defendants.

**MAR 23 2026**



CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

Civil Action No.: SA26CA1720

---

## CERTIFICATE OF SERVICE

I, Charles T. Bruff, Pro Se Plaintiff in the above-captioned matter, hereby certify that on **March 23, 2026,** I caused true and correct copies of the following documents to be served upon **United States Automobile Association; USAA Health and Welfare Benefits Plan; and USAA Educational Assistance Plan** by United States Mail, First Class, postage prepaid, Certified Mail, addressed as follows:

> **TO:**
> United States Automobile Association
> USAA Health and Welfare Benefits Plan
> USAA Educational Assistance Plan
> c/o USAA Office of General Counsel
> 9800 Fredericksburg Road
> San Antonio, TX 78288

The following documents were enclosed in the service packet:
1. Motion for Access to Electronic Case Filing (ECF)
2. Motion for Appointment of Counsel
3. Notice of Disclosure of Artificial Intelligence Assistance
4. Motion for Protective Order
5. Motion for Leave to File Exhibits
6. Notice of Change of Address

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 23, 2026

**Charles T. Bruff**
Pro Se Plaintiff
4835 Medical Dr #29643
San Antonio, TX 78229
Phone: 318-452-8978
Email: cbruff13@outlook.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 23 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

CHARLES T. BRUFF,
    Plaintiff,

v.

USAA HEALTH AND WELFARE BENEFITS PLAN,
USAA EDUCATIONAL ASSISTANCE PLAN,
UNITED STATES AUTOMOBILE ASSOCIATION,
AND LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendants.

Civil Action No.: SA26CA1720

---

## CERTIFICATE OF SERVICE

I, Charles T. Bruff, Pro Se Plaintiff in the above-captioned matter, hereby certify that on **March 23, 2026**, I caused true and correct copies of the following documents to be served upon **USAA Casualty Insurance Company** by United States Mail, First Class, postage prepaid, Certified Mail, addressed as follows:

**TO:**
USAA Casualty Insurance Company
c/o Corporation Service Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

The following documents were enclosed in the service packet:
1. Motion for Access to Electronic Case Filing (ECF)
2. Motion for Appointment of Counsel
3. Notice of Disclosure of Artificial Intelligence Assistance
4. Motion for Protective Order
5. Motion for Leave to File Exhibits
6. Notice of Change of Address

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 23, 2026

**Charles T. Bruff**
Pro Se Plaintiff
4835 Medical Dr #29643
San Antonio, TX 78229
Phone: 318-452-8978
Email: cbruff13@outlook.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

**MAR 23 2026**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

CHARLES T. BRUFF,
    Plaintiff,

v.

USAA HEALTH AND WELFARE BENEFITS PLAN,
USAA EDUCATIONAL ASSISTANCE PLAN,
UNITED STATES AUTOMOBILE ASSOCIATION,
AND LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendants.

Civil Action No.: SA26CA1720

---

# CERTIFICATE OF SERVICE

I, Charles T. Bruff, Pro Se Plaintiff in the above-captioned matter, hereby certify that on **March 23, 2026**, I caused true and correct copies of the following documents to be served upon **Lincoln National Life Insurance Company** by United States Mail, First Class, postage prepaid, Certified Mail, addressed as follows:

> **TO:**
> The Lincoln National Life Insurance Company
> c/o Corporation Service Company, Registered Agent
> 211 E. 7th Street, Suite 620
> Austin, TX 78701-3218

The following documents were enclosed in the service packet:

1. Motion for Access to Electronic Case Filing (ECF)
2. Motion for Appointment of Counsel
3. Notice of Disclosure of Artificial Intelligence Assistance
4. Motion for Protective Order
5. Motion for Leave to File Exhibits
6. Notice of Change of Address

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 23, 2026

**Charles T. Bruff**
Pro Se Plaintiff
4835 Medical Dr #29643
San Antonio, TX 78229
Phone: 318-452-8978
Email: cbruff13@outlook.com