**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**CHARLES T. BRUFF,**
    Plaintiff,

v.

**USAA HEALTH AND WELFARE BENEFITS PLAN,**
**USAA EDUCATIONAL ASSISTANCE PLAN,**
**UNITED STATES AUTOMOBILE ASSOCIATION,**
**AND LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
    Defendants.

Civil Action No.: **5:26-cv-01720-XR**

Judge: Hon. Xavier Rodriguez

---

**PLAINTIFF'S NOTICE OF FILING EXHIBITS**

Plaintiff Charles T. Bruff, proceeding pro se, hereby gives notice of the filing of the following exhibits in support of his Complaint filed March 16, 2026. These exhibits are referenced in the Complaint and are filed contemporaneously with this Notice.

## I. EXHIBITS FILED

The following thirty-two (32) exhibits are attached to this Notice as individual PDF files:

**Exhibit A** — Lincoln Financial's Approval of Short-Term Disability Benefits (April 15, 2025)

**Exhibit B** — Lincoln National Life Insurance Company Long-Term Disability Benefits Approval Letter (September 12, 2025)

**Exhibit C** — USAA Educational Assistance Plan Summary Plan Description (Effective January 3, 2024)

**Exhibit E** — Lincoln Financial's Initiation of Vocational Rehabilitation Process and Failure to Produce Any Written Program Documentation (December 17, 2025 – January 9, 2026)

**Exhibit F** — Lincoln Financial Vocational Rehabilitation Referral and Closure Correspondence (January 27–28, 2026)

**Exhibit G** — Lincoln Financial December 23, 2025 SSDI Demand Letter

**Exhibit H** — Lincoln Financial's Refusal to Provide Claims File on Approved Claims and Failure to Produce Written Policy Supporting That Refusal (January 9, 2026; January 11, 2026; February 12, 2026)

**Exhibit I** — Authorization for Release of Long-Term Disability File (January 12, 2026)

**Exhibit J** — Lincoln Financial's Acknowledgment That It Publishes No Review Schedule and Can Provide No Explanation of Its Review Methodology

**Exhibit K** — Plaintiff's Written Notice of SSA No-Omissions Requirement and Lincoln's Refusal to Produce Complete Claims File

**Exhibit L** — Repeated Written Requests for Definition of the Mental Illness/Substance Abuse/Non-Verifiable Symptoms Limitation

**Exhibit M** — Lincoln Financial's Written and Oral Acknowledgments That It Has No Set Review Frequency and Cannot Substantiate Its Review Schedule

**Exhibit N** — Plaintiff's Request for 2021 Claims File and Lincoln's Refusal

**Exhibit O** — Confirmation That 2021 STD Claim File Remains Available

**Exhibit P** — Lincoln Financial's Statements That It Has No Internal Processes Comparable to SSA (January 9, 2026)

**Exhibit R** — Lincoln Financial February 2, 2026 SSDI Demand Letter

**Exhibit S** — Summary of Plaintiff's Total Financial Loss and Liquidated Damages (Through March 2026)

**Exhibit SS1** — Lincoln Financial SSDI Candidacy Reversal and Contradiction of Independent Determination Claim

**Exhibit TDI1** — USAA Casualty Insurance Company Response to Texas Department of Insurance (September 16, 2025)

**Exhibit APIP1** — USAA Annual Performance Incentive Plan — Eligibility Provisions (2023, 2024, and 2025 Plan Years)

**Exhibit APIP2** — Plaintiff's Final 2025 USAA Pay Slip — Proof of Accumulated Incentive Eligible Earnings

**Exhibit APIP3** — Plaintiff's February 10, 2026 Email to USAA Human Resources Requesting APIP Eligibility Determination

**Exhibit APIP4** — USAA ServiceNow Document Request Thread — Employee Handbook, APIP, and Plan Document Withholding (February 20 – March 26, 2026)

**Exhibit Brown1** — Brown & Brown Absence Services Group SSDI Representation Packet (January 9–12, 2026)

**Exhibit DOC-REQ** — Chronological Timeline of Plaintiff's Written Document Requests (August 2025 – April 4, 2026)

**Exhibit EDU1** — BenefitConnect Request for Educational Assistance Denial (February 5–9, 2026; March 2, 2026)

**Exhibit HCPLAN** — USAA Comprehensive Health Care Arrangement SPD — Deemed Exhaustion Provision

**Exhibit LTDPOL** — USAA Long-Term Disability Benefits Policy

**Exhibit LTDREPORT** — DOL ERISA Advisory Council December 2023 Report

**Exhibit RETIRE** — Comparison of USAA's Treatment of Plaintiff During Short-Term Disability — 2021 vs. 2025

**Exhibit TIMELINE** — Master Chronological Timeline of Principal Events (March 2025 – March 2026)

**Exhibit USAA1** — USAA Dispute Resolution Program — Arbitration and Mediation Agreement (October 12, 2023)

**Exhibit USAA2** — USAA's Failure to Provide Interrelated Plan Documents — Claim Appeal Fiduciary Services Correspondence (June 18 – September 26, 2025)

## II. CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I filed the foregoing Notice of Filing Exhibits and all attached exhibits with the Clerk of Court using the Court's ECF system. Because no defendant has yet appeared through counsel and no defense counsel is registered in the ECF system to receive automatic electronic notice, I have caused a copy of this Notice of Filing (without exhibits) to be served on each defendant by United States Mail, first-class postage prepaid, addressed as follows:

### Employer / Plan Side:

**United States Automobile Association**, c/o USAA Office of General Counsel, 9800 Fredericksburg Road, San Antonio, TX 78288

*Receiving notice on behalf of: United States Automobile Association; USAA Health and Welfare Benefits Plan; USAA Educational Assistance Plan*

### Insurance Company Side:

**USAA Casualty Insurance Company**, c/o Corporation Service Company, Registered Agent, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218

*Receiving notice in its insurance company capacity*

### Lincoln Financial:

**Lincoln National Life Insurance Company**, c/o Corporation Service Company, Registered Agent, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218

*Receiving notice on behalf of: Lincoln National Life Insurance Company*

Given the volume of exhibits filed, physical copies of the exhibits have not been mailed to each defendant. Full copies of all filed exhibits are accessible on PACER under Case No. 5:26-cv-01720-XR. Upon defendants' appearance through counsel and registration in the ECF system, all future filings will be served electronically through the Court's automatic notification system.

Respectfully submitted,

April 7, 2026

/s/ Charles T. Bruff

**Charles T. Bruff**

Pro Se Plaintiff

4835 Medical Drive, #29643

San Antonio, TX 78229

318-452-8978

cbruff13@outlook.com