# Exhibit APIP1

## USAA Annual Performance Incentive Plan — Eligibility Provisions (2023, 2024, and 2025 Plan Years)

The following excerpts are drawn from USAA's Annual Performance Incentive Plan documents for the 2023, 2024, and 2025 plan years. They are reproduced verbatim from the official plan materials.

### Document 1: 2025 USAA Annual Performance Incentive Plan

Source: USAA HR Portal — hrportal.ehr.com/usaa — Generated: October 23, 2025, for Charles Bruff

**Eligibility Scenarios — Disability:**

Employees who separate due to disability and meet USAA's definition of permanent and total disability within USAA's Long-Term Disability Benefit Program may be eligible for a prorated award.

**Eligibility Scenarios — Leave:**

Employees on FMLA, other unpaid leave, manager approved leave or who are receiving Short-Term Disability (STD), Workers' Compensation benefits, Long-Term Disability (LTD), or Parental Leave benefits are eligible to participate in the APIP.

**General Eligibility Rule:**

Employees generally must be actively employed through the award payment date to remain eligible to participate in APIP. Under certain scenarios, employees that separate are eligible to participate if they meet specific eligibility criteria.

**Earnings Included in Incentive Eligible Earnings (IEE):**

- Regular Pay, Salary
- Holiday, Paid Time Off, PTO Eligible for Cash Out Used
- Short Term Disability (100%, 80%, 66.7%, Partial STD)
- Shift Premium Pay
- Military Pay Differential, Paid Family Leave, Parental Benefit Wage Replacement

**Earnings Not Included in IEE:**

- Annual Incentive, Holiday Bonus
- PTO Payout, PTO Sell Plan
- Severance Pay
- Long-Term Disability Pay

### Document 2: 2024 USAA Annual Performance Incentive Plan Summary

Source: USAA Annual Performance Incentive Plan 2024 Summary (Internal Document, USAA Classification: Internal)

**Eligibility Scenarios — Disability:**

Employees who separate due to disability and meet USAA's definition of permanent and total disability within USAA's long-term disability plan may be eligible for a prorated award.

**Eligibility Scenarios — Leave:**

Employees on FMLA, other unpaid leave, manager approved leave or receiving Short-Term Disability (STD), Workers' Compensation benefits, Long-Term Disability (LTD), or Parental Leave benefits are eligible to participate in the APIP.

**General Eligibility Rule:**

Employees generally must be actively employed through the award payment date to remain eligible to participate in APIP. Scenarios that may impact eligibility are listed below.

## Document 3: 2023 USAA Annual Performance Incentive Plan Summary

Source: USAA Annual Performance Incentive Plan 2023 Summary (Internal Document, USAA Classification: Internal)

**Eligibility Scenarios — Leave:**

Employees on FMLA, other unpaid leave, manager approved leave or receiving Short-Term Disability (STD), Workers' Compensation benefits, and Parental Leave benefits are eligible to participate in the APIP.

Employees on Long-Term Disability (LTD) generally must be active through the payment date and have accumulated Incentive Eligible Earnings during the performance period to be eligible to receive APIP incentive.

**Eligibility Scenarios — Active:**

Employees generally must be employed through the payment date, unless the employee retired and met APIP retirement eligibility criteria, separated for military service, or passed away. Interns and seasonal employees are not eligible to participate.

**Eligibility Scenarios — Termination:**

Employees terminating either voluntary or involuntarily before the award payment date that do not meet any of the eligibility guidelines outlined earlier are not eligible to receive an award.

Note: The 2023 plan does not contain a 'Disability' separation eligibility provision. The 'Disability' scenario first appears in the 2024 plan year.

# Annual Performance Incentive Plan

USAA's Annual Performance Incentive Plan (APIP) is designed to attract and retain diverse talent to serve members now and in the future. It ensures we remain competitive by aligning our variable incentive programs with those offered by larger financial services and insurance companies, while staying true to our mission. The APIP reinforces our pay for performance philosophy by clearly defining performance expectations, measurement criteria, and how employees are rewarded for their contributions.

The incentive award is paid to eligible employees, if awarded, in the first quarter of the following year.

| Plan Overview |
| --- |

## Plan Overview

## − 2025 Scorecard Overview

- Each Company or Staff Agency (CoSA) has its own non-member contact scorecard(s) which connect employees' work to results delivered by their area of USAA.
  - Non-member contact employees are generally 100% aligned to the CoSA scorecard of their Executive Council (EC) leader or senior-most leader with oversight of their function, where applicable.
  - The USAA Annual Non-Member Contact Scorecard measures USAA performance across Financial Strength and Member categories and is used to determine the overall incentive funding for non-member contact scorecards.
  - Strong risk management and adhering to the USAA risk appetite is expected. These factors will be considered in the determination of Final CoSA Performance Scores.
- Member contact employees have their own scorecards anchored to achieving member satisfaction, quality & compliance, and business performance objectives aligned to their area.
  - Member contact scorecards measure annual performance within Bank and P&C, and semi-annual performance within Life Company.
- Each CoSA is expected to remain in budget during the annual compensation cycle planning process when employee awards are determined. Leaders should collaborate across teams to reward employees who made outstanding contributions and provided significant value to the organization.

## − Plan Design

Awards under the APIP are determined in part by the following components:

| Component | Definition |
|---|---|
| **Incentive Eligible Earnings** | Incentive Eligible Earnings (IEE) accumulate paycheck to paycheck, in the year it's paid, and generally includes regular pay, shift differential, and paid time off actually used. See Incentive Eligible Earnings |
| **Target Incentive Opportunity** | Target Incentive Opportunity is the percentage applied to Incentive Eligible Earnings and is based on your role. To see your Target Incentive Opportunity, go to OneSource, select *View Profile* by clicking on your profile picture in the top right corner, and then select *Compensation* on the left-hand menu. Your target will appear under *Plan Assignments*. Changes to incentive targets during the performance period will result in a prorated target. To view historical targets, search *View My Scorecard History* in OneSource and select the first report. |
| **Final CoSA Performance Score** | The Final CoSA Performance Score can range from 0 to 1.25 and is calculated based on the achievement of metrics on the applicable scorecard. Scores may be determined in part on discretionary factors outside of the applicable scorecard (e.g., core earnings, risk appetite adherence, etc.). Changes to scorecard assignments during the performance period will result in a prorated incentive based on the time aligned to each scorecard. |
| **Individual Incentive Differentiation** | Individual Incentive Differentiation is based on overall individual performance rating and eligibility varies by role. This percentage may modify an award up or down based on an employee's performance. |

## − Scorecard Alignment

Non-member contact employees generally align to a CoSA Scorecard based on their EC leader or senior-most leader with oversight of their function, where applicable. For member contact employees, please refer to the list of member contact incentive eligible roles to understand scorecard alignment.

To view your current scorecard assignment, login to OneSource, select *View Profile* by clicking on your profile picture in the top right corner, and then select *Compensation* on the left-hand menu. Your scorecard will appear under *Plan Assignments*. To view previous assignments, search *View My Scorecard History* in OneSource and select the first report.

### Non-Member Contact CoSA Scorecards

| | |
|---|---|
| Audit Non-Member Contact | CTO Non-Member Contact |
| Bank Audit Non-Member Contact | EDDT (previously ECIO) Non-Member Contact |
| Bank Non-Member Contact | ERC Non-Member Contact |
| Bank Risk Non-Member Contact | HR Non-Member Contact |
| CEO Consolidated Non-Member Contact | Life Company Non-Member Contact |
| CFO Non-Member Contact | MGO (previously SDB) Non-Member Contact |
| CLO Non-Member Contact | P&C Non-Member Contact |

### Member Contact Line of Business Scorecards

| | |
|---|---|
| Bank Contact Center Member Contact* | P&C Agency Member Contact |
| Life Company Acquisition Member Contact | P&C Claims Member Contact |
| Life Company Service Member Contact | P&C Distribution & Service Member Contact |

*Bank Sales and Service Contact Center roles only. Other roles align to the Bank's CoSA Scorecard.

Generated: Thursday, October 23, 2025 Charles Proff

Generated: Thursday, October 23, 2025 Charles Bruff

## – Incentive Differentiation Eligibility

Individual performance is measured against individual performance goals, USAA Risk and Compliance Goals and how consistently employees demonstrate Our Behaviors. At the end of the year, your performance will be assessed, and you will be given a performance rating by your manager. Life Company member contact employees will have their performance rating and individual performance incentive differentiation percentage determined at both mid-year and at the end of the year to align with the semi-annual performance periods.

USAA's performance management ratings align to Individual Incentive Differentiation levers that can modify your incentive award based on your performance.

Individual Incentive Differentiation encourages employees to focus on delivering on the Mission, scorecard goals, and individual performance goals. Our performance and pay practices support the continuous development of employees, drive accountability, incentivize desired risk behavior, and recognize and reward high impact performance. Differentiating individual incentive awards based on employee performance and employee ratings is a competitive industry practice and ensures we can continue to attract and retain high performing employees.

The table below illustrates the performance ratings and Individual Incentive Differentiation guidelines. For performance rating definitions, visit go/performancemanagement.

The Individual Incentive Differentiation eligible percentage lever applied to your annual performance incentive is based on your performance rating and your role as of the end of the performance period.

| Performance Rating | All People Leaders & Non-Member Contact Individual Contributors | Member Contact Individual Contributors |
| --- | --- | --- |
| Exceeded Expectations (EE) | Up to 150% | 125% |
| Met Expectations (ME) | Up to 110% | 100% |
| Partially Met Expectations (PME)* | Up to 75% | 75% |
| Did Not Meet Expectations (DNME)* | 0% | 0% |
| Too New to Rate (TNTR) | 100% | 100% |

*Employees rated PME / DNME for failure to complete Risk and Compliance training may only receive a 50% incentive if issued written warning and 0% if issued final warning.*

## ▬ Risk & Compliance (R&C) Impacts to Incentive

Operating in a compliant manner enables employees to serve and guard our members while protecting USAA over the short- and long-term. Our ability to be successful is dependent on each of us demonstrating individual ownership in driving a sound risk and compliance culture.

All employees are expected to complete required risk and compliance training modules applicable to their role before the due date in the OneSource Learning (OSL).

If one or more required risk and compliance training modules are not completed by the OSL due date(s), the following annual performance incentive eligibility and performance ratings impacts will be applied:

| Days Past Due | Corrective Action | Impact to Annual Performance Incentive | Highest Possible Overall Performance Rating |
|---|---|---|---|
| 1-14 | N/A | No Impact | |
| 15 | Written Warning | 50% Reduction | Partially Met Expectations |
| 30 | Final Notice | 0% (Forfeited) | Did Not Meet Expectations |
| 45 | Termination | 0% (Forfeited) | Did Not Meet Expectations |

Generated: Thursday, October 23, 2025 Charles Bruff

**– Employee Rotations**

- Employees on rotation will maintain the Target Incentive Opportunity associated with their "home role" (i.e., incentive targets will not change for the duration of the rotation).
- Incentive compensation scorecard assignments will be determined by the employee's rotational role (i.e., scorecard assignments may change for the duration of the rotation). For employees on a non-member contact rotation, scorecard assignment will be determined based on the EC leader or senior-most leader with oversight of their function (when applicable) the rotational role aligns to.

**– Proration**

- Moving roles may result in a change to your Target Incentive Opportunity and your incentive compensation scorecard assignment
  - Incentive Eligible Earnings will be accumulated by scorecard assignment
  - Target Incentive Opportunity changes will be calculated using daily proration
- Incentive prorations will be the weighted average of your Target Incentive Opportunity and your scorecard assignment
- Movement into or out of rotational positions will align with proration rules
- Additional details and examples are located in the FAQs

**– Taxation**

In general, taxes for most incentive payments are withheld at the supplemental wage rate of 22%. There can be exceptions, including state and local taxes. For specific questions, contact your tax advisor.

## – Eligibility Scenarios

Employees generally must be actively employed through the award payment date to remain eligible to participate in APIP. Scenarios that may impact eligibility are listed below.

| Scenario | Detail |
|---|---|
| **Death** | Employees who pass away during the performance period may be eligible for a prorated APIP award based on their Incentive Eligible Earnings, Incentive Target, and a 1.0 Final CoSA Performance Score. If eligible, the APIP award will be paid to the employee's estate as soon as administratively possible. |
| | Eligible employees who pass away after the conclusion of the performance period but before the payment date will remain eligible and an APIP award based on actual results and performance will be paid to the employee's estate. |
| **Disability** | Employees who separate due to disability and meet USAA's definition of permanent and total disability within USAA's Long-Term Disability Benefit Program may be eligible for a prorated award. |
| **Leave** | Employees on FMLA, other unpaid leave, manager approved leave or who are receiving Short-Term Disability (STD), Workers' Compensation benefits, Long-Term Disability (LTD), or Parental Leave benefits are eligible to participate in the APIP. |
| **Military** | Employees who separate due to entering the military, accepting military orders, or exhausting military allotted time due to military orders are eligible to participate in the APIP. |
| **New Hires** | New hire employees are eligible to participate in APIP if they have accumulated Incentive Eligible Earnings during the performance year. Employees must start:<br><br>• On or before 12/27/2025 to accumulate Incentive Eligible Earnings<br>• On or before 6/14/2025 to accumulate Incentive Eligible Earnings for the Life Company Member Contact first-half measurement period. |

| Scenario | Detail |
|---|---|
| **Real Estate Performance Rewards Plan** | Employees who participate in the Real Estate Performance Rewards Plan are not eligible to participate in the APIP. |
| **Retirement** | The eligibility criteria to participate in the APIP differs from other retirement benefits at USAA. To remain eligible to participate in the APIP, employees must separate without cause on or after July 1 of the performance year and meet one of the following retirement criteria:<br><br>1. **Legacy Guidelines**: Attained 55 years of age and 5 years of consecutive service, based on most recent hire date, as of 12/31/2020 or,<br><br>2. **Current Guidelines**: Attained 55 years of age and 10 years of consecutive service, based on most recent hire date, as of separation date |
| **Severance** | Non-Bank affiliated employees leaving USAA due to severance after the end of the performance period will remain eligible to participate in the APIP. Exceptions to eligibility may apply in certain severance circumstances to comply with applicable law and/or regulatory requirements. |

---

| Incentive Eligible Earnings |
|---|

# Incentive Eligible Earnings

See what is and is not included in 2025 Incentive Eligible Earnings (IEE) and how you can estimate your IEE by reviewing your payslip. After the conclusion of the performance year, you can view your final IEE in OneSource by entering *View My Incentive Eligible Earnings* in the search bar at the top of the page and select the report. Your IEE and applicable scorecard assignments will display.

Generated: Thursday, October 23, 2025 Charles Bruff

### ▬ Earnings Included in IEE

**Most Common Earnings**

- Regular Pay, Salary
- Holiday, Paid Time Off, PTO Eligible for Cash Out Used
  ***Note***: *IEE includes PTO that was used, not PTO that has been paid out*
- Shift Premium Pay
- USAA Administrative Time, Employee Initiated Time, Volunteer Hours

**Leaves of Absence Earnings**

- Military Pay Differential, Military Pay Supplement
- Paid Family Leave, Parental Benefit Wage Replacement
- Short Term Disability (100%, 80%, 66.7%, Partial STD)

**Additional Earnings**

- CAT Earnings (Deployed Weekday, Deployed Weekend, Non-Deployed Weekday, Non-Deployed Weekend)
- CA Earnings (Break / Lunch, Double Overtime, Premium Overtime, Weekly Double Overtime)
- Mandatory Time Away
- Military Reimbursement
- USAA Initiated Closure
- Volunteer Payout
- Workers Comp 1st Day
- India Premium, Mexico Premium, Philippines Premium

## − Earnings Not Included in IEE

### Bonus / Incentive Earnings

- Annual Incentive, Holiday Bonus
- Lump Sum Bonus, Merit Lump Sum
- Employee Referral Bonus
- Performance Rewards Plan Awards
- Retention Bonus, Sign-on Bonus, Spot Bonus

### PTO Paid Out or Sold Back

- Paid Time Off Payoff
- PTO Buy Plan, PTO Sell Plan
- PTO Payout

### Other Earnings

- Premium Overtime, Adjusted Premium OT, Double Overtime
- Bring Own Device or BYOD Payment
- Healthy Points (earnings)
- Holiday Double, On Call Pay
- Payment In Lieu of Notice
- Recognition Tax
- Severance Pay
- Workers Comp Supplemental
- Long-Term Disability Pay

## How to Estimate Incentive Eligible Earnings

1. Go to OneSource.
2. Select the *Pay* icon from the *Applications* section of your OneSource Home Page.
3. Select *Payslips* under the *My Statements* section on the right side of the page.
4. Select *View* on your most recent payslip and you will find a section titled *Earnings.*
   - This section will look like the examples provided below.
   - 12/31/25 is the final payslip for 2025 plan year
5. Total the *YTD Amounts* of each Incentive Eligible Earning.

## Example 1

### YTD IEE = $50,187.88

**Earnings circled in red are included in IEE**

Earnings  8 items

| Description | YTD Amount |
|---|---|
| Salary | 43,008.81 |
| *Employee Life/AD&D AT | 112.14 |
| *Spouse Life Imputed Income AT | 32.49 |
| Annual Incentive | 2,350.37 |
| Holiday | 1,636.56 |
| Paid Time Off | 5,542.51 |
| PTO Payout | 1,760.43 |
| PTO Sell Plan | 966.18 |

## Example 2

### YTD IEE = $21,110.70

**Earnings circled in red are included in IEE**

Earnings  11 items

| Description | YTD Amount |
|---|---|
| Regular Pay | 11,028.17 |
| *Employee Life/AD&D AT | 91.90 |
| Adjusted Premium OT | 58.70 |
| Annual Incentive | 4,338.93 |
| Paid Time Off | 2,461.61 |
| PTO Payout | 1.84 |
| Holiday | 578.63 |
| Shift Premium Pay | 426.86 |
| Short Term 66.7% | 4,892.07 |
| USAA Administrative Time | 1,234.40 |
| Volunteer Hours | 488.96 |

## Frequently Asked Questions

Generated: Thursday, October 23, 2025 Charles Bruff

# FAQs

**‒ When is the Annual Performance Incentive paid?**

If performance warrants, the 2025 Annual Performance Incentive will be paid to eligible employees in Q1 2026.

**‒ What components make up my Annual Performance Incentive Plan award?**

The Annual Performance Incentive Plan award is determined in part by:

- Incentive Eligible Earnings accumulated during the performance period
- Your target incentive opportunity (found in OneSource)
- Line of Business and company performance
- Individual performance

**‒ How do I find my Incentive Eligible Earnings?**

Incentive Eligible Earnings (IEE) accumulates paycheck to paycheck and generally includes regular pay, shift differential, and paid time off actually used. To estimate your 2025 YTD IEE, view your most recent payslip.

After completion of the performance year, you can view your final 2025 IEE in OneSource by typing View My Incentive Eligible Earnings in the search bar at the top of the page and select the report. Your IEE as well as applicable scorecard assignments will display.

**‒ Where can I find my Scorecard Assignment and Target Incentive Opportunity?**

Employees can view their scorecard assignment and incentive opportunity by reviewing the compensation tab in their OneSource profile. Scorecard assignments and target incentive opportunity are both listed under the Plan Assignments section. If an employee has moved roles during the year, more than one scorecard may apply to their incentive. Scorecard assignments will be used to determine which Final CoSA Scorecard Performance Score will be applied to each incentive award.

You can view your scorecard and incentive target history for the current year in OneSource by typing View My Scorecard History in the search bar at the top of the page and select the report.

**‒ How is eligibility for individual performance differentiation determined?**

Individual performance incentive differentiation eligibility is determined based on an employee's role as of December 31 and their overall performance rating.

**Is the Annual Performance Incentive prorated for employees hired during the performance year?**

Yes. Incentive award amounts are partly based on Incentive Eligible Earnings (IEE) accumulated during the performance year. IEE accumulates paycheck to paycheck and generally includes the earnings associated with regular pay, paid time off (PTO) used, short-term disability, paid family leave, parental wage benefit, and shift premium pay. IEE does not generally include any bonuses (e.g., performance, spot, holiday, retention, sign on, etc.), on-call pay and benefit program credits, or PTO that has been paid out at termination or sold back.

**What happens if I changed roles during the performance year?**

Employees that changed roles during the performance year may have their incentive prorated to account for changes to either their scorecard assignment and/or incentive target, if applicable. Changes will be reflected on the confirmation statements that are provided during performance and pay conversations. Additional details on the types of proration are listed below:

- **Scorecard Changes** – Scorecard assignments may change if an employee moves role types (Member Contact to Non-Member Contact, EMG to non-EMG, or non-EMG to EMG) or if an employee moves to a different CoSA. The primary way proration occurs is through Incentive Eligible Earnings (IEE) which accumulate based on the payment date of when they are paid. IEE are totaled together for each scorecard. For example, if an employee was aligned to the CFO Non-Member Contact scorecard in January 2025, then the IEE associated with the January 2nd, 16th and 30th paychecks would align to the CFO Non-Member Contact scorecard.
- **Incentive Target Changes (No Scorecard Change)** – Incentive targets are weighted to reflect a daily proration based on the number of days within the performance period the incentive target was applicable to.
- **Incentive Target and Scorecard Change** – IEE is totaled for each plan as explained above and incentive targets are determined based on what was assigned while tied to the applicable scorecard. For example, a prorated target incentive for a P&C Claims Member Contact employee with an 8% incentive target that promoted to a Non-Member Contact role in P&C with a 15% incentive target may function like the following:
  - Total Target Incentive: $1,600 + $3,750 = $5,350
    - P&C Non-Member Contact: 15% x $25,000 - $3,750 (target incentive)
    - P&C Claims Member Contact: 8% x $20,000 = $1,600 (target incentive)

- **How can I view my historical confirmation statements?**

    Employees can view their historical confirmation statements by accessing their profile in OneSource, then selecting Actions > Compensation > *View Compensation Review Statement History*. Confirmation statements are available beginning with the 2021 performance year.

    To view your historical incentive payments, access your profile in OneSource, select *Compensation*, and then go to the *Bonus & One-Time Payments* tab at the top of the page.

- **Am I eligible for an Annual Performance Incentive Plan award if I leave USAA?**

    Employees must generally remain actively employed through the payment date to remain eligible to participate in the plan. Under certain scenarios, employees that separate are eligible to participate if they meet specific eligibility criteria.

- **Is the Annual Incentive Performance Plan eligible for 401(k) and HSA deductions?**

    Yes, the Annual Performance Incentive is eligible compensation for 401(k) and HSA contributions.

## Questions?

HR Service Center

Submit an Inquiry

## myTotalRewards Summary

See your total pay including the actual amount paid last year and target amount for this year.

Go to myTotalRewards Summary

### Related Links

- 2025 Annual Performance Incentive Plan Document
- Compensation Overview

## Planning to Retire?

The eligibility criteria to participate in the Annual Performance Incentive Plan (APIP) differs from other retirement benefits at USAA. Refer to the *Eligibility Scenarios* section.

As a reminder, if you were previously employed at USAA, consecutive years of service are measured based on your *most recent* hire date.

To find out the benefits you may be eligible for and the steps you will need to complete throughout the retirement process, see the USAA Retirement Guide.

***Important***: *The APIP is not a contract of employment, nor does it alter the "at-will" nature of your employment relationship with USAA. The APIP is discretionary and subject to approval. USAA also has the right to amend, modify or terminate the USAA Annual Performance Incentive Plan at any time. The actual benefits described are governed by a separate plan document, the terms of which shall control in the event of any discrepancies.*

# USAA ANNUAL PERFORMANCE INCENTIVE PLAN

# 2024 SUMMARY





**Tami Cabaniss**

*Chief Human Resources Officer*

Teammates,

Here@USAA, your dedication to our members and contributions to the mission matter. When we deliver above and beyond for our members and one another, we drive better outcomes for the military community, their families and USAA. The Annual Performance Incentive Plan is how USAA rewards and recognizes the highest levels of impact you make while driving greater accountability and overall results. This brochure includes information to help you learn more about how this compensation plan works and eligibility scenarios.

I encourage you to take advantage of all that USAA has to offer through our competitive pay and benefits package at go/myTotalRewards.

# USAA'S ANNUAL PERFORMANCE INCENTIVE PLAN

## The USAA Annual Performance Incentive Plan (APIP) allows USAA to:

- Connect accountability to performance by helping employees know what's expected, how performance is measured and how they are compensated for their contributions

- Attract and retain diverse talent to serve members now and in the future, remaining highly competitive by:

  o Aligning variable incentives to large complex financial services and insurance companies – compliant, competitive, best-in-class – without losing focus on our mission

  o Ensuring our pay and benefits remain highly competitive and designed to support every employee

- Act on employee feedback to offer a more flexible and personalized pay and benefit programs

## TABLE OF CONTENTS

2024 SUMMARY ............................................................................................3

PLAN DESIGN ...........................................................................................4-7
    Plan Components and Definitions ...............................................................4
    2024 Scorecard Alignment.........................................................................5
    Incentive Differentiation Eligibility .............................................................5
    Additional Considerations..........................................................................7

2024 ELIGIBILITY SCENARIOS .....................................................................8
    Retirement...............................................................................................8
    Other Scenarios Regarding Eligibility ........................................................8

CONTACT INFORMATION AND RESOURCES .................................................9

## 2024 SUMMARY

Here@USAA, we care about you and are committed to providing you with best-in-class pay and benefits that provide balance for both USAA and its employees.

### 2024 Scorecard Overview

- The Enterprise Annual Non-Member Contact Scorecard measures Enterprise performance across Financial Strength and Member categories
- Each Company or Staff Agency (CoSA) has its own 2024 non-member contact scorecard which connect employees' work to results delivered by their area of USAA
  - The Enterprise Annual Non-Member Contact Scorecard will be used to determine the overall incentive funding allocated to CoSA Non-Member Contact Scorecards
  - All non-member contact employees are 100% aligned to the CoSA scorecard of their Executive Council (EC) leader
- Member contact employees will to have their own scorecards anchored to achieving member satisfaction, quality & compliance, and business performance objectives
- Strong risk management and adhering to our risk appetite is expected. These factors will be considered in the determination of Final Performance Scores.
- Each CoSA is expected to remain in budget during the planning process. Leaders should continue to collaborate across teams to reward employees who made outstanding contributions and provided significant value to the organization.

Awards under the Annual Performance Incentive Plan are determined in part by company performance, individual performance, incentive eligible earnings accumulated during the performance year, and your annual target incentive opportunity.

## Plan Components and Definitions

| Components | Definition |
|---|---|
| **Incentive Eligible Earnings** | Incentive Eligible Earnings (IEE) accumulate paycheck to paycheck, in the year it's paid, and generally includes regular pay, shift differential, and paid time off actually used. An IEE job aid is available on go/APIP and go/askHR. |
| **Target Incentive Opportunity** | Target Incentive Opportunity is the percentage applied to Incentive Eligible Earnings. This percentage is based on your 2024 role. To access your Target Incentive Opportunity, within OneSource select 'View Profile' by clicking on your profile picture in the top right corner, and then select 'Compensation' on the left-hand menu. Your target will appear under Plan Assignments. Changes to incentive targets during the performance period will result in a prorated target. |
| **Final CoSA Performance Score** | The Final CoSA Performance Score can range from 0 to 1.25 and is calculated based on the achievement of metrics on the applicable scorecard. Scores may be determined in part on discretionary factors outside of the applicable scorecard (e.g., core earnings, risk appetite adherence, etc.). Changes to scorecard assignments during the performance period will result in a prorated incentive based on the time aligned to each scorecard. |
| **Individual Incentive Differentiation** | Individual Incentive Differentiation is based on overall individual performance rating and eligibility varies by role. This percentage may modify an award up or down based on an employee's performance. |

# 2024 Scorecard Alignment

Non-member contact employees will align to a CoSA Scorecard based on their EC leader.
For member contact employees, please refer to the list of member contact incentive eligible roles.
This includes defined roles within each LOB.

To view your scorecard assignment, login to OneSource, select 'View Profile' by clicking on your profile picture in the top right corner, and then select 'Compensation' on the left-hand menu. Your scorecard will appear under Plan Assignments.

| Non-Member Contact Scorecards | |
| --- | --- |
| Audit Non-Member Contact | Enterprise Non-Member Contact |
| Bank Non-Member Contact | ERC Non-Member Contact |
| CEO Consolidated Non-Member Contact | HR Non-Member Contact |
| CFO Non-Member Contact | Life Company Non-Member Contact |
| CLO Non-Member Contact | P&C Non-Member Contact |
| CTO Non-Member Contact | SDB Non- Member Contact |
| ECIO Non-Member Contact | |

| Member Contact Scorecards | |
| --- | --- |
| Bank Contact Center Member Contact | P&C Agency Member Contact |
| Life Company Acquisition Member Contact | P&C Claims Member Contact |
| Life Company Service Member Contact | P&C Distribution & Service Member Contact |

# Incentive Differentiation Eligibility

Individual performance is measured against individual performance goals, Enterprise Risk and Compliance Goals and how consistently employees demonstrate Our Behaviors. At the end of the year, an employee's performance will be assessed, and each employee is given a performance rating by their manager. Life Company member contact employees will have their performance rating and individual performance incentive differentiation percentage determined at both mid-year and at the end of the year to align with the semi-annual performance periods.

The USAA performance management ratings align to Individual Incentive Differentiation levers that can modify the employee's incentive award based on their performance.

Individual Incentive Differentiation encourages employees to focus on delivering on the Mission, scorecard goals, and individual performance goals. Our performance and pay practices support the continuous development of employees, drive accountability, incentivize desired risk behavior, and recognize and reward high impact performance. Differentiating individual incentive awards based on employee performance and employee ratings is a competitive industry practice and ensures we can continue to attract and retain high performing employees.

The table below illustrates the performance ratings and Individual Incentive Differentiation guidelines. For performance rating definitions, visit go/performancemanagement.

| Performance Rating | People Leaders & Non-Member Contact Individual Contributors | Member Contact Individual Contributors |
|---|---|---|
| Exceeded Expectations (EE) | Up to 150% | 125% |
| Met Expectations (ME) | Up to 110% | 100% |
| Partially Met Expectations (PME)[1] | Up to 75% | 75% |
| Did Not Meet Expectations (DNME)[1] | 0% | 0% |
| Too New to Rate (TNTR) | 100% | |

[1]*Employees rated PME / DNME rating for failure to complete Risk and Compliance training may only receive a 50% incentive if issued written warning and 0% if issued final warning. See next section for details on Risk and Compliance.*

The Individual Incentive Differentiation eligible percentage lever applied to your annual performance incentive is based on your performance rating and your role as of the end of the performance period.

## Risk & Compliance (R&C) Impacts to Incentive

Operating in a compliant manner enables employees to serve and guard our members while protecting USAA over the short- and long-term. Our ability to be successful is dependent on each of us demonstrating individual ownership in driving a sound risk and compliance culture.

All employees are expected to complete required risk and compliance training modules applicable to their role before the due date in the OneSource Learning (OSL).

If one or more required risk and compliance training modules are not completed by the OSL due date(s), the following annual performance incentive eligibility and performance ratings impacts will be applied:

| Days Past Due | Disciplinary Action | Impact to Annual Performance Incentive | R&C Goals / Overall Performance Rating *Highest Possible Rating* |
|---|---|---|---|
| 1-14 | N/A | No impact | |
| 15 | Written Warning | 50% Reduction | Partially Met Expectations |
| 30 | Final Notice | 0% (Forfeited) | Did Not Meet Expectations |
| 45 | Termination | 0% (Forfeited) | Did Not Meet Expectations |

## Additional Considerations

### Rotations and Temporary Assignments

- Employees on rotation will maintain the Target Incentive Opportunity associated with their "home role" (i.e., incentive targets *will not* change for the rotation)
- Incentive compensation scorecard assignments will be determined by the employee's rotational role (i.e., scorecard assignments *may* change for the duration of the rotation). For employees on a non-member contact rotation, scorecard assignment will be determined based on the EC leader the rotational role aligns to.

### Proration

- Moving roles may result in a change to your Target Incentive Opportunity and your incentive compensation scorecard assignment
  - Incentive Eligible Earnings will be accumulated by scorecard assignment
  - Target Incentive Opportunity changes will be calculated using daily proration
- Incentive prorations will be the weighted average of your Target Incentive Opportunity and your scorecard assignment
- Movement into or out of rotational positions will align with proration rules

### Taxation

- In general, taxes for most incentive payments are withheld at the supplemental wage rate of 22%. There can be exceptions, including state and local taxes. For specific questions, contact your tax advisor.

# Employees generally must be actively employed through the award payment date to remain eligible to participate in APIP. Scenarios that may impact eligibility are listed below.

## Retirement

The eligibility criteria to participate in the Annual Performance Incentive Plan (APIP) differs from other retirement benefits at USAA. To remain eligible to participate in the APIP, employees must separate without cause on or after July 1 of the performance year and meet one of the retirement criteria below:

1. Legacy Guidelines: Attained 55 years of age and 5 years of consecutive service, based on most recent hire date, as of 12/31/2020 or,
2. Current Guidelines: Attained 55 years of age and 10 years of consecutive service, based on most recent hire date, as of separation date

## Other Scenarios Regarding Eligibility

| Scenario | Detail |
|---|---|
| Death | Employees who pass away during the performance period, a prorated APIP award (using the employee's Incentive Eligible Earnings, Incentive Target, and a 1.0 Final CoSA Performance Score) may be paid to the employee's estate as soon as administratively possible.<br><br>Employees who pass away after the conclusion of the performance period but before the payment date will remain eligible and an APIP award based on actual results and performance may be paid to the employee's estate. |
| Disability | Employees who separate due to disability and meet USAA's definition of permanent and total disability within USAA's long-term disability plan may be eligible for a prorated award. |
| Leave | Employees on FMLA, other unpaid leave, manager approved leave or receiving Short-Term Disability (STD), Workers' Compensation benefits, Long-Term Disability (LTD), or Parental Leave benefits are eligible to participate in the APIP. |
| Military | Employees who separate due to entering the military, accepting military orders, or exhausting military allotted time due to military orders are eligible to participate in the APIP and may be protected under Uniformed Services Employment and Reemployment Rights Act (USERRA) regulations. |
| New Hires | Newly hired employees are eligible to participate in APIP if they have accumulated Incentive Eligible Earnings during the performance year. Employees must start on or before 12/14/2024 to accumulate Incentive Eligible Earnings (on or before 6/15/2024 to accumulate Incentive Eligible Earnings for the Life Company Member Contact first-half measurement period). |
| Real Estate Performance Rewards Plan | Employees participating in the Real Estate Performance Rewards Plan are not eligible to participate in the APIP. |
| Severance | Non-Bank affiliated employees leaving USAA due to severance after the end of the performance period will remain eligible to participate in the APIP. Exceptions to eligibility may apply in certain severance circumstances to comply with applicable law |

## Contact Information

For more information, contact the USAA HR Service Center at go/AskHR

## Resources

- **go/APIP**: Learn more about the Annual Performance Incentive Plan, Incentive Eligible Earnings, and access related documentation
- **go/PerformanceManagement:** Learn more about USAA's performance management process, goal planning, and performance ratings

**IMPORTANT NOTICE:**
*This booklet is intended to summarize the features of the USAA Annual Performance Incentive Plan. Neither this booklet nor the APIP is a contract of employment, nor does it alter the "at-will" nature of your employment relationship with USAA. The terms of the APIP may be modified from time to time by USAA; and the APIP may be amended or terminated at any time by USAA. To the extent there is a discrepancy between the summary of the APIP's features as described in this booklet and the official terms of the APIP Plan Document, the official terms of the APIP Plan Document shall prevail.*

# USAA ANNUAL PERFORMANCE INCENTIVE PLAN

# 2023 SUMMARY





**Bob Whittle**

*Chief Human Resources Officer*

Teammates,

Here@USAA, your contributions to the mission matter. When we deliver above and beyond for our members and one another, we drive better outcomes for the military community, their families and USAA. The Annual Performance Incentive Plan is how USAA rewards and recognizes the highest levels of impact you make while driving greater accountability and overall results. This brochure includes information to help you learn more about how this compensation plan works and eligibility scenarios.

I encourage you to take advantage of all that USAA has to offer through our competitive pay and benefits package at go/myTotalRewards.

# USAA'S ANNUAL PERFORMANCE INCENTIVE PLAN

## The USAA Annual Performance Incentive Plan (APIP) allows USAA to:

- Connect accountability to performance by helping employees know what's expected, how performance is measured and how they are compensated for their contributions
- Attract and retain diverse talent to serve members now and in the future, remaining highly competitive by:
  - Aligning variable incentives to large complex financial services and insurance companies – compliant, competitive, best-in-class – without losing focus on our mission
  - Ensuring our pay and benefits remain highly competitive and designed to support every employee
- Act on employee feedback to offer a more flexible and personalized pay and benefit programs

## TABLE OF CONTENTS

2023 KEY UPDATES ............................................................................3

PLAN DESIGN ...............................................................................4-7
    2023 Scorecard Alignment.............................................................4
    Incentive Differentiation Eligibility ..............................................4-5
    Incentive Calculation....................................................................6
    Additional Considerations ...........................................................6-7

ELIGIBILITY SCENARIOS..................................................................7-9
    Retirement ..................................................................................7
    Severance ...................................................................................8
    Military.......................................................................................8
    Other Scenarios Regarding Eligibility ...........................................8

# 2023 KEY UPDATES

Here@USAA, we care about you and are committed to providing you with best-in-class pay and benefits that provide balance for both USAA and its employees.

## What's changing this year?

- Each Company or Staff Agency (CoSA) has its own 2023 non-member contact scorecard which connect employees' work to results delivered by their area of USAA
  - o The Enterprise Annual Non-Member Contact Scorecard will be used to determine the overall incentive funding allocated to CoSA Non-Member Contact Scorecards
  - o All non-member contact employees are now 100% aligned to the CoSA scorecard of their Executive Council (EC) leader
- EMG Risk Management Modifiers have been retired. Risk & Compliance goals are embedded into CoSA scorecard objectives.
- Individual performance incentive differentiation guidelines have been adjusted to allow for greater flexibility and autonomy in award decisions and managing the APIP budget. See page 4 for details.
  - o Introduced upward incentive differentiation for the member contact individual contributors rated Exceeded Expectations to differentiate top performers
  - o Implemented broader incentive differentiation ranges to provide additional capabilities to align pay to performance while operating within an overall budget
  - o Reduced the maximum percentage for employees rated Partially Met Expectations to reinforce performance expectations and drive accountability

## What's not changing?

- The Enterprise Annual Non-Member Contact Scorecard continues to measure Enterprise performance across Member and Financial Strength categories
- Member contact employees will continue to have their own scorecards anchored to achieving member satisfaction, compliance, and business performance objectives
- Strong risk management and adhering to our risk appetite is expected. These factors will be considered in the determination of Overall Performance Scores.
- No changes are being made to the APIP planning budget or individual performance incentive differentiation expectations
  - o Each CoSA is still expected to remain in budget during the planning process. Leaders should continue to collaborate across teams to reward employees who made outstanding contributions and provided significant value to the organization.

## 2023 Scorecard Alignment

Non-member contact employees will align to a CoSA Scorecard based on their EC leader.
For member contact employees, please refer to the list of member contact incentive eligible roles. This includes defined roles within each LOB.

To view your scorecard assignment, login to OneSource, select 'View Profile' by clicking on your profile picture in the top right corner, and then select 'Compensation' on the left-hand menu. Your scorecard will appear under Plan Assignments.

| Non-Member Contact Scorecards | |
|---|---|
| Audit Non-Member Contact | Enterprise Non-Member Contact |
| Bank Non-Member Contact | ERC Non-Member Contact |
| CEO Consolidated Non-Member Contact | HR Non-Member Contact |
| CFO Non-Member Contact | Life Company Non-Member Contact |
| CLO Non-Member Contact | P&C Non-Member Contact |
| ECIO Non-Member Contact | SDB Non- Member Contact |

| Member Contact Scorecards | |
|---|---|
| Bank Contact Center Member Contact | P&C Agency Member Contact |
| Life Company Acquisition Member Contact | P&C Claims Member Contact |
| Life Company Service Member Contact | P&C Distribution & Service Member Contact |

## Incentive Differentiation Eligibility

Individual performance is measured against individual performance goals, Enterprise Risk and Compliance Goals and how consistently employees demonstrate Our Behaviors. At the end of the year, an employee's performance will be assessed, and each employee is given a performance rating by their manager. Life Company member contact employees will have their performance rating and individual performance incentive differentiation percentage determined at both mid-year and at the end of the year to align with the semi-annual performance periods.

The USAA performance management ratings align to Individual Incentive Differentiation levers that can modify the employee's incentive award based on their performance.

Individual Incentive Differentiation encourages employees to focus on delivering on the Mission, scorecard goals, and individual performance goals.  Our performance and pay practices support the continuous development of employees, drive accountability, incentivize desired risk behavior, and recognize and reward high impact performance. Differentiating individual incentive awards based on employee performance and employee ratings is a competitive industry practice and ensures we can continue to attract and retain high performing employees.

The table below illustrates the performance ratings and Individual Incentive Differentiation guidelines. For performance rating definitions, visit go/performancemanagement.

| Performance Rating | People Leaders & Non-Member Contact Individual Contributors | Member Contact Individual Contributors |
|---|---|---|
| Exceeded Expectations (EE) | Up to 150% | 125% |
| Met Expectations (ME) | Up to 110% | 100% |
| Partially Met Expectations (PME)[1] | Up to 75% | 75% |
| Did Not Meet Expectations (DNME)[1] | 0% | 0% |
| Too New to Rate (TNTR) | 100% | |

[1]Employees rated PME/DNME rating for failure to complete Risk and Compliance training may only receive a 50% incentive if issued written warning and 0% if issued final warning. See next section for details on Risk and Compliance.

The Individual Incentive Differentiation eligible percentage lever applied to your annual performance incentive is based on your performance rating and your role as of the end of the performance period.

## Risk & Compliance (R&C) Impacts to Incentive

Operating in a compliant manner enables employees to serve and guard our members while protecting USAA over the short- and long-term. Our ability to be successful is dependent on each of us demonstrating individual ownership in driving a sound risk and compliance culture.

All employees are expected to complete required risk and compliance training modules applicable to their role before the due date in the OneSource Learning (OSL).

If one or more required risk and compliance training modules are not completed by the OSL due date(s), the following annual performance incentive eligibility and performance ratings impacts will be applied:

| Days Past Due | Disciplinary Action | Impact to Annual Performance Incentive | R&C Goals / Overall Performance Rating Highest Possible Rating |
|---|---|---|---|
| 1-14 | N/A | No impact | |
| 15 | Written Warning | 50% Reduction | Partially Met Expectations |
| 30 | Final Notice | 0% (Forfeited) | Did Not Meet Expectations |
| 45 | Termination | 0% (Forfeited) | Did Not Meet Expectations |

# Incentive Calculation

The incentive calculation is illustrated below. Additional examples are available here on go/scorecard.



| Metric | Definition |
|---|---|
| **Incentive Eligible Earnings** | Incentive Eligible Earnings (IEE) accumulate paycheck to paycheck, in the year it's paid, and generally includes regular pay, shift differential, and paid time off actually used. |
| **Target Incentive Opportunity** | Target Incentive Opportunity is the percentage applied to Incentive Eligible Earnings. This percentage is based on your 2023 role. To access your Target Incentive Opportunity, within OneSource select 'View Profile' by clicking on your profile picture in the top right corner, and then select 'Compensation' on the left-hand menu. Your target will appear under Plan Assignments. Changes to incentive targets during the performance period will result in a prorated target. |
| **Overall Performance Score** | The Overall Performance Score can range from 0 to 1.25 and is calculated based on the achievement of metrics on the applicable scorecard. Overall Performance Scores may be determined in part on discretionary factors outside of the applicable scorecard (e.g., core earnings, risk appetite adherence, etc.). Overall Performance Scores can be found on the applicable go/scorecard site, after they are communicated. Changes to scorecard assignments during the performance period will result in a prorated incentive based on the time aligned to each scorecard. |
| **Individual Incentive Differentiation** | Individual Incentive Differentiation is based on overall individual performance rating and eligibility varies by role. This percentage may modify an award up or down based on an employee's performance. |

# Additional Considerations

## Rotations and Temporary Assignments

- Employees on rotation will maintain the incentive target associated with their "home role"
- Scorecard assignment will be determined by the employee's rotational role. For employees on a non-member contact rotation, scorecard alignment will be determined by the EC leader the rotational role aligns to.

# PLAN DESIGN continued

## Proration

- Moving roles may result in a change to your Target Incentive Opportunity and your incentive compensation scorecard assignment
  - Incentive Eligible Earnings will be accumulated by scorecard assignment
  - Target Incentive Opportunity changes will be calculated using daily proration
- Incentive prorations will be the weighted average of your Target Incentive Opportunity and your scorecard assignment
- Movement into or out of rotational positions will align with proration rules

## Taxation

- In general, taxes for most incentive payments are withheld at the supplemental wage rate of 22%. There can be exceptions, including state and local taxes. For specific questions, contact your tax advisor.

# ELIGIBILITY SCENARIOS

## Retirement

The eligibility criteria to participate in the Annual Performance Incentive Plan (APIP) differs from other retirement benefits at USAA. To remain eligible to participate in the APIP, employees must separate without cause on or after July 1 of the performance year and meet one of the retirement criteria below:

1. Legacy Guidelines: Attained 55 years of age and 5 years of consecutive service, based on most recent hire date, as of 12/31/2020 or,
2. Current Guidelines: Attained 55 years of age and 10 years of consecutive service, based on most recent hire date, as of separation date

**Please note: July 1, 2023, falls on a Saturday and an employee's termination date must be their last day worked. If Saturday is a non-workday, an employee may need to work beyond July 1 to meet the eligibility criteria. For example, employees who are scheduled to work Monday through Friday will need to separate on or after Monday, July 3, 2023, to maintain their APIP eligibility.**

## Severance

Employees leaving USAA due to severance may be eligible to participate in the Annual Performance Incentive Plan (APIP) based on their APIP retirement eligibility status, separation date, and severance agreement. Exceptions to eligibility may apply in certain severance circumstances to comply with applicable law and / or regulatory requirements.

| Status | Separation Prior to July 1 | Separation on or After July 1 |
|---|---|---|
| Not APIP Retirement Eligible | Not eligible | Eligible to participate in APIP if offered and accept severance.<br><br>**Note:** Employees who fall under the USAA Severance Plan for Bank Affiliated-Employees are not eligible for a prorated APIP award unless they meet the APIP retirement eligibility criteria. |
| APIP Retirement Eligible (See definition above) | Not eligible | Eligible to participate in APIP |

## Military

Employees that separate due to entering the military, accepting military orders, or exhausting military allotted time due to military orders are eligible to participate in the APIP and may be protected under Uniformed Services Employment and Reemployment Rights Act (USERRA) regulations.

## Other Scenarios Regarding Eligibility

| Scenario | Detail |
|---|---|
| **Active** | Employees generally must be employed through the payment date, unless the employee retired and met APIP retirement eligibility criteria, separated for military service, or passed away. Interns and seasonal employees are not eligible to participate. |
| **Leave** | Employees on FMLA, other unpaid leave, manager approved leave or receiving Short-Term Disability (STD), Workers' Compensation benefits, and Parental Leave benefits are eligible to participate in the APIP.<br><br>Employees on Long-Term Disability (LTD) generally must be active through the payment date and have accumulated Incentive Eligible Earnings during the performance period to be eligible to receive APIP incentive. |
| **Real Estate Performance Rewards Plan Participants** | Employees participating in the Real Estate Performance Rewards Plan are not eligible to participate in the APIP. |

| Scenario | Detail |
|---|---|
| New Hire | Newly hired employees are eligible to participate in APIP if they have accumulated Incentive Eligible Earnings during the performance year.<br><br>Employees hired on after 9/24/2023 may be given a performance rating of "Too New to Rate" and will be eligible to receive a prorated incentive paid out at 100% of the actual Overall Performance Score. To be eligible for the annual performance incentive, employees must start on or by 12/16/2023 to accumulate Incentive Eligible Earnings.<br><br>**Life Company Member Contact Semi-Annual Incentive Pilot**<br>Employees hired into a role participating in the Life Company Member Contact Semi-Annual Incentive pilot will follow the same guidelines listed above for the second-half performance period (July – December). For the first-half performance period employees hired after 5/21/2023 may be given a performance rating of "Too New to Rate" and will be eligible to receive a prorated incentive paid out at 100% of the actual Overall Performance Score. To be eligible for the first half performance incentive, employees must start on or by 6/17/2023 to accumulate Incentive Eligible Earnings. |
| Death | Eligible if an employee passes away while actively employed with USAA at any time during the performance period or before the payment date; an APIP incentive may be paid to the employee's estate. |
| Termination | Employees terminating either voluntary or involuntarily before the award payment date that do not meet any of the eligibility guidelines outlined earlier are not eligible to receive an award. |

# CONTACT INFORMATION AND RESOURCES

## Contact Information

For more information, contact the USAA HR Service Center at go/HR or 1-800-210-8722, Option 3.

## Resources

- **go/APIP**: Learn more about the Annual Performance Incentive Plan, Incentive Eligible Earnings, and access related documentation.
- **go/scorecard**: Learn more about the scorecard categories, metrics, definitions, and weightings.

**IMPORTANT NOTICE:**
*This booklet is intended to summarize the features of the USAA Annual Performance Incentive Plan. Neither this booklet nor the APIP is a contract of employment, nor does it alter the "at-will" nature of your employment relationship with USAA. The terms of the APIP may be modified from time to time by USAA; and the APIP may be amended or terminated at any time by USAA. To the extent there is a discrepancy between the summary of the APIP's features as described in this booklet and the official terms of the APIP Plan Document, the official terms of the APIP Plan Document shall prevail.*