# Exhibit APIP2

## Plaintiff's Final 2025 USAA Pay Slip — Proof of Accumulated Incentive Eligible Earnings

The following is a transcription of Plaintiff's final 2025 USAA pay slip. Pay Period: September 7, 2025 – September 20, 2025. Check Date: September 25, 2025. Employee ID: M7712. The original pay slip document is attached.

## Pay Slip Summary

| | |
|---|---|
| **Name** | Charles Bruff |
| **Company** | United Services Automobile Asn |
| **Employee ID** | M7712 |
| **Pay Period** | 09/07/2025 – 09/20/2025 |
| **Check Date** | 09/25/2025 |

## Year-to-Date Earnings — Incentive Eligible Categories

The following YTD earnings categories from the pay slip qualify as Incentive Eligible Earnings (IEE) under the 2025 USAA APIP Plan:

| Earnings Category | YTD Amount |
|---|---|
| Salary | $29,874.64 |
| Short Term Disability 100% | $11,896.98 |
| Short Term Disability 80% | $7,614.08 |
| Short Term Disability 66.7% | $24,758.13 |
| Holiday | $1,367.49 |
| **Total IEE-Qualifying YTD Earnings** | **$75,511.32** |

## Additional Pay Slip Data (Non-IEE Categories)

The following categories appear on the pay slip but are excluded from IEE under the 2025 APIP Plan:

| Category | YTD Amount |
|---|---|
| Annual Incentive (excluded from IEE) | $19,615.84 |
| PTO Payout (excluded from IEE) | $5,696.46 |
| On Call Pay (excluded from IEE) | $420.00 |

## Gross Pay Summary

| | Current | YTD |
|---|---|---|

| | | |
|---|---|---|
| Gross Pay | $2,539.29 | $107,230.50 |
| Taxes | $430.36 | $21,083.72 |
| Net Pay | $2,108.93 | $69,713.26 |



United Services Automobile Asn    9800 Fredericksburg Road San Antonio, TX 78288    +1 800-210-8722
Charles Bruff    98 Mclennan Oak San Antonio, TX 78240

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Charles Bruff | United Services Automobile Asn | M7712 | 09/07/2025 | 09/20/2025 | 09/25/2025 | |

| | Hours Worked | Gross Pay | Before Tax Deductions | Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,539.29 | 0.00 | 430.36 | 0.00 | 2,108.93 |
| YTD | 512.00 | 107,230.50 | 16,344.24 | 21,083.72 | 89.28 | 69,713.26 |

| Earnings | | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| *Employee Life/AD& | | 0 | | | 0 | 66.16 | OASDI | 157.43 | 6,476.31 |
| Annual Incentive | | 0 | | | 0 | 19,615.84 | Medicare | 36.82 | 1,514.62 |
| Holiday | | 0 | | | 24 | 1,367.49 | Federal Withholding | 236.11 | 13,092.79 |
| Oncall Pay | | 0 | | | 14 | 420.00 | | | |
| PTO Payout | | 0 | | | 98.8 | 5,696.46 | | | |
| PTO Elig Cash Out | | 0 | | | 64 | 3,646.59 | | | |
| Short Term 100% | | 0 | | | 200 | 11,896.98 | | | |
| Short Term 66.7% | 09/07/2025 - 09/20/2025 | 64 | 39.6764 | 2,539.29 | 624 | 24,758.13 | | | |
| Short Term 80% | | 0 | | | 160 | 7,614.08 | | | |
| Tuition Reimbursem | | 0 | | | 0 | 2,180.29 | | | |
| Wellness Imputed Ir | | 0 | | | 0 | 99.80 | | | |
| Salary | | 0 | | | 512 | 29,874.64 | | | |
| Bring Own Device | | 0 | | | 0 | 160.00 | | | |
| Earnings | | | | 2,539.29 | | 107,396.46 | Taxes | 430.36 | 21,083.72 |

| Before Tax Deductions | | | | After Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| BeWell@USAA | | | -138.48 | Accidental Injury | | 10.56 |
| Dental - BTX | | | 88.72 | Critical Illness | | 7.76 |
| Medical Care Plan (BT) | | | 649.28 | Hospital Care | | 24.00 |
| Retirement Acct (BT) | | | 15,744.72 | Legal Services | | 46.96 |
| Before Tax Deductions | | 0.00 | 16,344.24 | After Tax Deductions | 0.00 | 89.28 |

| Employer Paid Benefits | | | | Other Wage Information | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Employer Match | | | 5,420.78 | OASDI - Taxable Wages | 2,539.29 | 104,456.65 |
| | | | | Medicare - Taxable Wages | 2,539.29 | 104,456.65 |
| Employer Paid Benefits | | 0.00 | 5,420.78 | Federal Withholding - Taxable Wages | 2,539.29 | 88,711.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |