# Exhibit A

## Lincoln Financial's Approval of Short-Term Disability Benefits

The following is a verbatim reproduction of the STD approval email transmitted by Lincoln Financial Group on April 15, 2025.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tuesday, April 15, 2025, 3:52 PM UTC (15:52:34 +0000) |
| **To:** | TBRUFF15@GMAIL.COM |
| **Subject:** | Claim #17118669, CHARLES BRUFF |

April 15, 2025

CHARLES BRUFF 98 MCLENNAN OAK SAN ANTONIO, TX 78240-0000

RE: USAA Short Term Disability Benefits Claim #: 17118669

Dear CHARLES,

We have approved your claim for disability benefits from 3/22/2025 through 5/4/2025 under USAA's Short Term Disability Plan based on your inability to perform the duties of your job.

Please refer to the USAA Plan language governing this claim determination as stated below.

**Disability or Disabled**

The Participant, as a result of Injury or Illness, is unable to perform the Material and Substantial Duties of his or her Own Job.

Based on our review of the medical information in our file along with USAA's requirements for coverage under the plan, your claim is approved through 5/4/2025.

If you are unable to return to work on 05/05/2025, you will need to submit additional medical documentation such as clinical treatment notes to support an ongoing disabling condition.

For us to give further consideration to your claim, proof of your continuing disability must be submitted to Lincoln Financial Group as soon as you receive notification of an extension from your physician.

Sincerely,

Luis G Disability Case Manager Phone: (800) 989-7842 Secure Fax No.: (603) 422-0119

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 15 Apr 2025 15:52:34 +0000 |
| **To:** | TBRUFF15@GMAIL.COM |
| **Subject:** | Claim #17118669, CHARLES BRUFF |
| **Attachments:** | USAA _09-419734_STD_AP.clm_num=17118669.04-15-25.Pub.pdf |

**\*\*THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED\*\*

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof.

\*\*\*\*\*\*\*\*\*\*Text on the pages that follow from attachments to the email.\*\*\*\*\*\*\*\*\*\*



The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (800) 989-7842
Secure Fax No.: (603) 422-0119

April 15, 2025

CHARLES BRUFF
98 MCLENNAN OAK
SAN ANTONIO, TX 78240-0000

RE:    USAA
       Short Term Disability Benefits
       Claim #: 17118669

Dear CHARLES

We have approved  your claim for disability benefits from 3/22/2025 through 5/4/2025 under USAA's Short Term Disability Plan based on your inability to perform the duties of your job.

Please refer to The USAA Plan language governing this claim determination as stated below.

**Disability** or **Disabled**
*The Participant, as a result of Injury or Illness, is unable to perform the Material and Substantial Duties of his or her Own Job.*

**Own Job**
*The Participant's job that he or she was performing when his or her Disability or Partial Disability began.*

**Material and Substantial Duties**
*The fundamental and essential job responsibilities that (i) are normally required to perform the Participant's Own Job, and (ii) cannot be reasonably eliminated or modified.*

USAA's Short Term Disability Plan provides benefits based on a percentage of your pre-disability earnings depending upon the length of your disability:

| Length of Disability | Benefit Percentage |
|---|---|
| Weeks 2-6 | 100% |
| Weeks 7-10 | 80% |
| Weeks 11-26 | $66\,^{2/3}$% |

USAA will issue benefit checks with the scheduled payroll and you will receive benefits as you normally receive pay from USAA. Depending on the date of receipt of all information necessary for a complete analysis of your Short Term Disability claim, your benefit payments

may be delayed. Receipt of your Short Term Disability benefits may take up to two pay periods after approval of your claim.

*Your claim approval/extension must be complete by 5pm MST on the Thursday of the end of the pay period in order for your pay to be issued in the following week's paycheck. Any approvals/extensions granted **after** Thursday will NOT be paid until the next pay cycle.*

Based on our review of the medical information in our file along with USAA's requirements for coverage under the plan, your claim is approved through 5/4/2025. If you are unable to return to work on 05/05/2025, you will need to submit additional medical documentation such as clinical treatment notes to support an ongoing disabling condition. During this period, you will not be able to use any form of paid leave benefits and you will not receive pay from USAA.

The USAA Short Term Disability Plan requires that you provide Proof of Disability or Partial Disability within a required timeframe in order to receive benefits.  For us to give further consideration to your claim, proof of your continuing disability must be submitted to Lincoln Financial Group as soon as you receive notification of an extension from your physician.

Should you return to work before 05/05/2025 or begin receiving "Other Income Benefits" as indicated in your contract, please notify our office immediately to avoid an overpayment of benefits. If your benefit is overpaid, USAA has the right to recover the amount overpaid in full.

Upon your return to work, you must provide Lincoln Financial Group a copy of your medical release to return to work. The medical release must include:

- The date you were authorized to return to full time work by your physician
- Any medical restrictions or physical limitations imposed by your physician
- A description of any work modifications recommended by your physician
- Your physician's signature and date the form was signed

You will not be permitted to return to your job unless this information is provided.

Please refer to the USAA Plan language governing this claim determination as stated below.

If you return to work midweek and you normally work a compressed work schedule, you will be required to work a 5x8 work schedule until the next full week, at which time you will be able to revert to your assigned compressed schedule. Please consult with your leader before making any changes to your schedule.

*Overpaid STD Benefits.  If STD Benefits are overpaid or if a Participant is ineligible for any STD Benefits that the Participant receives, the Plan Administrator or the Claims Administrator have the right to recover the amount of the overpayment.  The Participant's STD Benefits payments may be reduced to recover any overpaid benefit.*

Please contact me at the number indicated below should you have any questions about this correspondence or your Short Term Disability Benefits.

Sincerely,

Luis G
Disability Case Manager
Phone: (800) 989-7842
Secure Fax No.: (603) 422-0119