# Exhibit B

## Lincoln National Life Insurance Company — Long-Term Disability Benefits Approval Letter — September 12, 2025

The following is a verbatim reproduction of Lincoln Financial's letter dated September 12, 2025, approving Plaintiff's claim for Long-Term Disability benefits. This exhibit is cited in the complaint at paragraph 10 to establish the fact and effective date of LTD approval.

**Date:**          September 12, 2025

**To:**            Charles T. Bruff

**RE:**            Long Term Disability (LTD) Benefits — USAA — Claim #: 17729133

**From:**          Shawn M., Associate, Ltd Claims (On Behalf Of: Kristianne C.)

**Issuer:**        Lincoln National Life Insurance Company

Dear Charles: The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Integrated Disability Management Program. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits. The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

**"Disability" or "Disabled" means:**

i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation. We have determined that your date of disability is March 22, 2025 and your benefits begin on September 18, 2025. Benefit payment will be sent under separate cover.

Your gross monthly benefit is equal to $6,186.43. You will continue to receive this benefit provided all contractual provisions continue to be met or until return to work or other income benefits are awarded as defined by the Policy.

Now that your LTD claim has been approved, a Lincoln Financial Social Security (SS) Specialist will assess your claim to determine the most appropriate timing for you to initiate the Social Security Disability (SSDI) application process. The SS Specialist assigned to your claim will be your main contact for any questions related to the SSDI process and impacts to your LTD benefits.

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

**Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation. We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration.

Sincerely, Shawn M. Associate, Ltd Claims On Behalf Of: Kristianne C.

Your gross monthly benefit is equal to $6,186.43. You will continue to receive this benefit provided all contractual provisions continue to be met or until return to work or other income benefits are awarded as defined by the Policy.

Now that your LTD claim has been approved, a Lincoln Financial Social Security (SS) Specialist will assess your claim to determine the most appropriate timing for you to initiate the Social Security Disability (SSDI) application process. The SS Specialist assigned to your claim will be your main contact for any questions related to the SSDI process and impacts to your LTD benefits.

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

**Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation. We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration.

Sincerely, Shawn M. Associate, Ltd Claims On Behalf Of: Kristianne C.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, September 12, 2025 12:20:26 PM |
| To: | TBRUFF15@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]USAA Claim No. 17729133 Charles Bruff |
| Attachments: | ar9bqsbavi9wbsau2dsx_21355236.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

September 12, 2025

Charles T. Bruff
98 MCLENNAN OAK
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133

Dear Charles:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Integrated Disability Management Program. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"Disability" or "Disabled"* means:
>
> i.   *if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> ii.  *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is March 22, 2025 and your benefits begin on September 18, 2025. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Your gross monthly benefit is equal to $6,186.43. You will continue to receive this benefit provided all contractual provisions continue to be met or until return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Now that your LTD claim has been approved, a Lincoln Financial Social Security (SS) Specialist will assess your claim to determine the most appropriate timing for you to initiate the Social Security Disability (SSDI) application process. The SS Specialist assigned to your claim will be your main contact for any questions related to the SSDI process and impacts to your LTD benefits. Here is what to expect next:

- **If the SS Specialist Recommends Applying Now**: You will receive a telephone call and a letter from Lincoln Financial's SS Specialist to go over the next steps, requirements, and your obligations under the LTD Policy.

- **If the SS Specialist Recommends Deferring the Application**: You will receive a letter notifying you of the deferral recommendation. The specialist will then routinely monitor your LTD claim and contact you at a future date if they determine it is appropriate for you to initiate the SSDI application at that time.

**If You Have Already Applied or Been Awarded SSDI:**
- When you have filed for SSDI benefits you are required to disclose this to Lincoln Financial and provide us with Proof of application or the SSA's Notice of Decision letter if your application has been approved or denied.
- We encourage you to request a copy of your file directly from the Social Security Administration (SSA) and submit the information directly to Lincoln Financial. In addition, whenever you have submitted additional information to the SSA, please send a copy to Lincoln Financial. If we receive this information, we will evaluate it as part of your ongoing LTD claim.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by October 1, 2025.

   <u>X</u>   Direct Deposit Application (optional)

 X   W-4S 2025 (optional)
___  Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

> **_Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms Limitation_**
>
> _The benefit for Disability due to Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy._
>
> _If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement._
>
> _If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months._
>
> _In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits._

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

You may email the completed forms to disabilitydocuments@LFG.com or fax to the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shawn M.
Associate, Ltd Claims
On Behalf Of: Kristianne C.
Phone No.: (800) 989-7842 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:   Direct Deposit Application
                       W-4S 2025