# Exhibit Brown1

**Brown & Brown Absence Services Group — SSDI Representation Packet — January 9–12, 2026**

This exhibit is the Brown & Brown Absence Services Group SSDI representation packet provided to Plaintiff on January 9, 2026 and executed on January 12, 2026. A redacted copy of the original packet is attached immediately following this cover sheet. The table below identifies the contents of each page of the attached document.

> Key legal significance — SSA-1696 fee arrangement (Page 2): Brown & Brown checked the box certifying that a third party (Lincoln Financial) will pay their fee, and that the claimant is not liable for the fee directly or indirectly. This establishes Lincoln's financial relationship with Brown & Brown and is relevant to the principal-agent and fiduciary duty arguments in the complaint.
>
> Key legal significance — EFT agreement (Page 5): The agreement is captioned "Pre-Authorization to conduct electronic funds transfer (EFT) to repay a debt to a third party." Characterizing Plaintiff's potential SSDI back pay as a "debt to a third party" is relevant to the complaint's 42 U.S.C. § 407 claim, which prohibits assignment or transfer of Social Security benefits. Plaintiff signed the form but did not provide bank account information.
>
> Cross-reference: The Authorization for Release of LTD File (Page 3) is the same document reproduced in full in Exhibit I. It is included here as part of the complete packet for context.
>
> Sourcing note: Lincoln directed Plaintiff to Brown & Brown via the December 23, 2025 SSDI demand letter (Exhibit G) and arranged the referral. Brown & Brown generated and sent this packet. The SSA-1696 fee arrangement (Page 2) confirms Lincoln pays Brown & Brown's fees.

| Page | Document Title | Description and Legal Significance |
|---|---|---|
| 1 | **Brown & Brown FAQ** | Brown & Brown's description of its SSDI advocacy services, confirming it completes applications, submits medical records, and provides attorney representation at hearings. Establishes scope of representation. |
| 2 | **SSA-1696 Appointment of Representative** | Federal form appointing Brown & Brown as Plaintiff's SSA representative. Section 6 fee arrangement: Brown & Brown checked the third-party payment box, certifying Lincoln Financial will pay their fee and Plaintiff is not liable. Establishes Lincoln's financial control over Brown & Brown. |
| 3 | **Authorization for Release of LTD File (to Brown & Brown)** | Plaintiff's authorization directing Lincoln to release his "complete file" to Brown & Brown for SSDI purposes. Executed January 12, 2026. SSN redacted. See also Exhibit I. |
| 4 | **Authorization for Release of Information (to Lincoln)** | Plaintiff's authorization permitting Brown & Brown to share information with Lincoln, SSA attorney network providers, and medical record vendors. |
| 5 | **Electronic Funds Transfer Agreement** | Pre-authorization for Brown & Brown to debit Plaintiff's bank account to repay Lincoln for any SSDI back pay overpayment. Captioned "pre-authorization to conduct electronic funds transfer (EFT) to repay a debt to a third party." Plaintiff signed but did not provide bank account information. Relevant to 42 U.S.C. § 407 claim. |
| 6 | **Adobe Acrobat Sign Audit Trail** | Electronic signature audit trail confirming: packet created January 9, 2026; emailed to Plaintiff January 9; viewed and signed January 12, 2026 at 2:08 AM EST. Authenticates execution date and Plaintiff's IP address. |

# Social Security Disability Advocacy

January 9, 2026

Dear Charles:

You've worked hard to support yourself and your family, but sometimes the unexpected can change everything. We understand that experiencing a disability disrupts your life and puts a financial and emotional strain on you.

Brown & Brown Absence Services Group was created to help you apply for Social Security Disability Insurance (SSDI) and get the benefits to which you are entitled. Your long-term disability (LTD) insurance carrier, The Lincoln National Life Insurance Company, has asked us to help you apply for SSDI. The application process can be long and complicated, but we will work with you every step of the way, so you don't have to do it alone.

We've helped over 200,000 people receive SSDI benefits. Our experienced Social Security advocates are focused on making this process as easy as possible for you.

For us to get started with your SSDI application we need you to complete the enclosed forms. Please confirm that all of your personal information on the following forms is correct and **sign, date, and initial the enclosed forms in black ink where indicated by an "X" and/or highlighted**. Contact us if any corrections need to be made. Please return these forms as soon as possible and we will begin working towards getting you the disability benefits you are entitled to.

If you have any questions, please contact us at **877-261-1947** to speak with one of our advocates. We look forward to assisting you soon!

Sincerely,

Gina Schreiber
Chief Executive Officer
Brown & Brown Absence Services Group, LLC

## Benefits of receiving SSDI

 Medicare insurance and prescription coverage after two years.

 SSDI benefits may increase yearly with a cost of living adjustment.

 Return to work incentives.

 Dependents may be eligible for additional benefits.

 Protection of your Social Security Retirement.

## When you work with us

 You have an experienced advocate to guide you through the complicated SSDI application process.

 You receive support every step of the way, including navigating appeals and a court hearing, if needed.

 You will be represented by an experienced disability attorney if your case goes to a hearing.

 Best of all, your LTD carrier offers you access to professional SSDI representation from Brown & Brown at **no cost to you!**



**Return your signed forms to get started!**

# Frequently Asked Questions

## What is the purpose of each form?

 **1. Appointment of Representative**

Tells the Social Security Administration (SSA) that you have chosen Brown & Brown Absence Services Group to represent your Social Security Disability (SSDI) claim and gives us permission to work on your behalf.

 **2. Authorization to Disclose Information to the Social Security Administration**

Authorizes SSA to obtain information needed to decide your claim for SSDI benefits, such as medical records.

 **3. Authorization For Release of Long-term Disability File**

Allows your LTD carrier to share your LTD claim file with Brown & Brown to support your SSDI application.

 **4. Authorization For Release of Information**

Allows Brown & Brown to provide updates on your claim to your LTD carrier, as well as various other external administrative parties involved in the processing of your claim. This helps avoid disruptions to your monthly LTD benefit or delays in advancing your claim.

 **5. Third Party Authorization**

Allows you to identify one or more persons who are authorized to speak with Brown & Brown about your SSDI claim and access your SSDI claim information.

 **6. Communication Preferences**

Provides Brown & Brown with options to communincate with you.

 **7. Electronic Funds Transfer (EFT)**

Authorizes Brown & Brown to assist you in reimbursing your LTD carrier any benefits you are required to pay back.

 **8. Authorization For Release of Health Information Pursuant To HIPAA**

Allows Brown & Brown to obtain medical records from your treating providers. Please sign only where highlighted.

*\*Depending on the unique needs of your claim, your packet may include a slightly different set of forms and documentation.*

## Who should I call if I have any questions?



Please contact one of our advocates Monday - Friday between 8:00am and 6:00pm EST.

**(877) 261-1947**

## Can I email these forms back to you?



You may scan your signed forms and email them to us.

**intake@bbabsence.com**



These forms can also be faxed.

**(877)797-1611**

*If you received your forms electronically, please submit them through the e-signature platform.*

## What services does Brown & Brown Absence Services Group provide?

Brown & Brown works with disabled individuals to help them get the benefits to which they are entitled. Our experienced advocates are ready to help you apply for SSDI benefits by completing all required applications, forms, and appeals; providing regular claim status updates to you; requesting and submitting medical records; and providing an experienced attorney to attend a hearing with you (if necessary).

*Our advocacy services do not include attorney representation or counsel in any other legal matter or claim for benefits, tax advice, medical advice or guidance on health coverage.*



Form **SSA-1696** (12-2024) UF
Discontinue Prior Editions
Social Security Administration

Page 3 of 6
OMB No. 0960-0527

# Claimant's Appointment of a Representative

## Section 1 - Reason for Submission and Claimant's Information

### Reason for Submission

Check the box indicating your reason for submitting this form. If you or your representative are submitting this form to update information provided in your submission, please check the "Update" box and check the box(es) specifying the information you or your representative are updating.

☒ **Appoint a new representative**

☐ **Update information you previously submitted (Specify below by checking all applicable boxes)**

  ☐ Claimant's Principal Representative (Section 3)

  ☐ Claim Type (Section 4)

  ☐ Representative's Status, Disqualifications or Suspensions (Section 5, Part A)

  ☐ Representative's Affiliation Information (Section 5, Part B)

  ☐ Assignment of Direct Payment of Authorized Fee to an Entity (Section 5, Part C)

  ☐ Fee Arrangement (Section 6)

  ☐ Other Claimants (Section 7)

### Claimant's Information

| First Name | Initial | Last Name |
|---|---|---|
| Charles | T | Bruff |

**Claimant's Social Security Number**

███ - ██ ████

### Number Holder's Information *(Complete only when applicable)*

My claim is based on another person's work or earnings (e.g., spouse, parent). This person's information is different from mine.

**Number Holder's Social Security Number**

☐☐☐ - ☐☐ - ☐☐☐☐

| First Name | Initial | Last Name |
|---|---|---|
|  |  |  |

## Section 2 - Representative's Information

All representatives must register and receive a Representative Identification (Rep ID). For more information about registration visit us on-line at www.ssa.gov/ar, contact us at 1-800-772-1213 (TTY 1-800-325-0778) or visit your local Social Security office. If your representative wishes to update their registration information, they must do so using Form SSA-1699 *Representative Registration*.

| First Name | Initial | Last Name |
|---|---|---|
| Sean |  | Sullivan |

**Registered Representative Rep ID**

| P | J | 8 | 6 | D | H | 7 | J | K | 9 |

| Claimant's Social Security Number | Representative's Rep ID |
|---|---|
| ▮▮▮ - ▮▮ ▮▮▮▮ | P J 8 6 D H 7 J K 9 |

## Section 3 - Claimant's Principal Representative *(Complete only when applicable)*

I have appointed more than one representative. The person named below is my principal representative. I ask SSA to make contacts or send notices to this person. Any principal representative I named before is no longer my principal representative but is still one of my representatives unless I have filed a separate writing revoking their appointment.

**Name:**

## Section 4 - Claim Type

I appoint the individual named in Section 2 to act as my representative in connection with my claim(s) or asserted right(s) under Title II (RSDI), Title XVI (SSI), Title XVIII (Medicare Coverage), and Title VIII (SVB) of the Social Security Act, as presently amended, specifically for the issues identified below: *(Check all that apply)*

☒ Claim/Appeal for Title II Disability Benefits

☒ Claim/Appeal for Title XVI Disability Benefits

☒ Claim/Appeal for Title XVI Benefits

☒ Claim/Appeal for Retirement Benefits

☐ Claim/Appeal for Title XVIII (Medicare), VIII (Special Veteran's Benefits)

☒ Continuing Disability Review (CDR)

☐ Post-Entitlement Issue (A new issue you raise after eligibility for other benefits)

*(E.g., benefit amount, representative payee, suspension, termination, overpayment.)*

## Section 5 - Representative's Status, Affiliations, and Certifications

### Part A - Representative's Status, Disqualifications or Suspensions
*(Representatives must always keep this information current)*

☐ I am an attorney *(SSA rules state that a claimant may appoint an attorney in good standing who has the right to practice law before a court of a State, Territory, District, or island possession of the United States, or before the Supreme Court or a lower Federal court of the United States.)*

☒ I am a non-attorney eligible for direct payment *(SSA rules require that non-attorneys meet certain criteria to qualify for direct payment. See our website at www.ssa.gov/representation for the criteria).*

☐ I am a non-attorney not eligible for direct payment.

**I am now or have previously been** *(check all that apply):*

☐ Disbarred or suspended from a court or bar to which I was previously admitted to practice law.

   If selected, explain: _____

☐ Disqualified from participating in or appearing before a Federal program or agency.

   If selected, explain: _____

☐ Removed from practice or has/had any or all licenses suspended by a professional licensing authority or agency.

   If selected, explain: _____

Form **SSA-1696** (12-2024) UF

**Claimant's Social Security Number**

| ■ | ■ | ■ | - | ■ | ■ | | ■ | ■ | ■ | ■ |

**Representative's Rep ID**

| P | J | 8 | 6 | D | H | 7 | J | K | 9 |

## Part B - Representative's Affiliation Information

If you want to designate an affiliate (business, firm, or other organization) for this claim, provide the entity's name and Employer Identification Number (EIN) here. This number is not your Social Security number (SSN). This number is the entity's tax identification number. **To designate an affiliate entity for this claim, you must have already submitted to us a Form SSA-1699 that identifies this entity as an affiliate.** (*If you do not want to designate an affiliate entity for this claim, or do not qualify for or seek direct payment, mark no EIN.*)

**EIN** | 2 | 7 | - | 3 | 3 | 0 | 9 | 5 | 9 | 0 |          ☐ **No EIN**

**Entity's Name** (Enter the full name of the business, firm, or organization with which you want to be affiliated while representing this claim)

Brown & Brown Absence Services Group

## Part C - Assignment of Direct Payment of Authorized Fee to an Entity
### *(Complete only when applicable)*

Check the *Assignment* box below if you want to assign direct payment of your fee to the entity you identified above in Part B. If you previously assigned direct payment to another entity, an assignment to a new entity in Part B also constitutes a rescission of the prior assignment. Check only the *Rescission* box below if you want to rescind your prior assignment and receive direct payment with no assignment to an entity.

☐ **Assignment** - I, the representative whose name appears in Section 2 and whose signature appears in Section 8, request any fee authorized to me in this claim be directly paid to the entity identified above in Part B. I understand that the entity to which I assign direct payment of my fee must be registered prior to this assignment. I also understand that I can rescind this assignment only prior to the date SSA notifies the claimant of the first favorable determination or decision. If I previously assigned direct payment to another entity, this assignment also constitutes a rescission of the prior assignment.

☐ **Rescission of prior assignment -** I, the representative whose name appears in Section 2 and whose signature appears in Section 8, rescind my prior assignment of direct payment of my authorized fee.

## Part D - Representative's Certifications

*I accept this appointment and certify the following:*

• I understand and agree that I will comply with the applicable policy and SSA rules on the representation of parties, including the *Rules of conduct and standards of responsibility for representatives* (20 CFR404.1740-404.1799 and 416.1540-416.1599); I will not charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved unless a regulatory exclusion applies.

• I understand that if I fail to comply with any of applicable policy and SSA rules I may be suspended or disqualified from acting as a representative before SSA.

• I will not disclose any information to any unauthorized party without the claimant's specific written consent.

• I am not currently suspended or disqualified from practicing before the SSA.

• I am not prohibited from representing the claimant as a current or former officer or employee of the United States.

• I accept appointment as the representative for the claimant named in Section 1 of this form in connection with the claims and asserted rights described in Section 4 of this form.

• I agree that a copy of this signed form SSA-1696 will have the same force and effect as the original.

• I declare under penalty of perjury that I have examined all the information on this form and on all accompanying statements or forms, including any information, attestations and certifications provided to SSA in registration, and that they are all currently true and correct to the best of my knowledge.

**I CERTIFY TO ALL OF THE ABOVE**   SPS   *(Representative's Initials)*

Form **SSA-1696** (12-2024) UF

| Claimant's Social Security Number | Representative's Rep ID |
|---|---|

Claimant's Social Security Number: ▮▮▮ - ▮▮ ▮▮▮▮

Representative's Rep ID: P J 8 6 D H 7 J K 9

## Section 6 - Fee Arrangement *(Representative Only)*

*Check one box below. If the representative is eligible for direct payment and this section is left unchecked, we will assume the representative will seek direct payment of a fee, until we receive a written waiver.*

☐ **I will request a fee and direct payment of this fee.** Select this box if you are eligible for direct payment and want us to withhold a portion of the past-due benefits to directly pay the fee we may authorize. *(We must authorize the fee.)*

☐ **I will request a fee but not direct payment.** Select this box if you are not eligible for direct payment from the past-due benefits, or if you do not want direct payment. You are responsible for collecting any fee we may authorize on your own. *(We must authorize the fee.)*

☒ **I waive the right to receive a fee from the claimant, any auxiliary beneficiaries or any other individual, but a third-party entity will pay my fee.** Select this box if you certify that an entity, or a Federal, state, county, or city government agency will pay the fee and any expenses from its funds. The claimant, auxiliary beneficiaries, or other individuals must not be liable for the fee, directly or indirectly, in whole or in part, or any expenses. *(We do not need to authorize the fee if all regulatory conditions apply.)*

☐ **I waive the right to a fee.**

## Section 7 - Other Claimants

*List below any auxiliary claimants, such as a child or spouse of the claimant or number holder, who have not appointed their own representative.*

Social Security Number / Name

## Section 8 - Signatures

Both you and your representative must sign this form if you are appointing a new representative. If you or your representative are submitting this form to update information relating to your existing appointment of this representative:
- You must sign this form if you are updating the information in Section 3.
- Your representative must sign this form if updating the information in Section 5.
- Both you and your representative must sign this form if updating the information in Sections 4, 6, or 7.

| **Representative's Signature** | **Date** |
|---|---|
| *Sean Sullen* | January 9, 2026 |

| **Claimant's Signature** | **Date** |
|---|---|
| Charles Bruff (01/12/2026 01:08:27 CST) | Jan 12, 2026 |

Form **SSA-827** (03-2020)
Discontinue Prior Editions

OMB No. 0960-0623

| Whose Records to be Disclosed | | |
|---|---|---|
| NAME *(First, Middle, Last, Suffix)*<br>Charles Bruff | | |
| SSN<br>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 | | Birthday *(MM/DD/YYYY)*<br>10/12/1993 |

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)

**\*\* PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW \*\***

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT**      *All my medical records: also education records and other information related to my ability to perform tasks. This includes Specific permission to release:*

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed).** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM**      **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**      Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN**      This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL** authorizing disclosure Signature

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor      ☐ Guardian      ☐ Other personal representative
(explain)

**SIGN ▶** *Cee*
Charles Bruff (01/12/2026 01:08:27 CST)

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| **Date Signed** Jan 12, 2026 | Street Address<br>98 McLennan Oak | | | |
|---|---|---|---|---|
| Phone Number (with area code)<br>(318) 446-1505 | City    San Antonio | | State<br>TX | ZIP<br>78240 |

**WITNESS**      *I know the person signing this form or am satisfied of this person's identity:*

**SIGN ▶**

**IF** needed, second witness sign here (e.g., if signed with "X" above)
**SIGN ▶**

Phone Number (or Address)

Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.



ABSENCE SERVICES GROUP

## <u>AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE</u>

I hereby authorize The Lincoln National Life Insurance Company to release all information from my long-term disability file to Brown & Brown Absence Services Group at 300 N Beach Street, Daytona Beach, FL 32114, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.



X̲ ̲Charles Bruff (01/12/2026 01:08:27 CST)
Charles Bruff
98 McLennan Oak
San Antonio, TX    78240
SSN: ▮▮▮▮▮▮

X̲ ̲Jan 12, 2026
Date



ABSENCE SERVICES GROUP

## AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize Brown & Brown Absence Services Group, LLC, to release to *The Lincoln National Life Insurance Company* information relative to my claim for Social Security Disability benefits and all subsequent appeals, decisions and awards and authorize Brown & Brown Absence Services Group, LLC to assist me with facilitation of any overpayment obligations per my policy.

I authorize Brown & Brown Absence Services Group, LLC to disclose information to Social Security attorney network providers, attorneys, or law firms, for the purpose of providing application and appeal assistance, representation at administrative hearings before the Social Security Administration's (SSA) Office of Hearing Operations or to review any adverse decision for possible appeal to federal district court. I further authorize Brown & Brown Absence Services Group, LLC to disclose information to medical record retrieval vendors or administrative service providers for the purpose of obtaining my medical records and assistance with managing processing my claim for Social Security benefits.

I understand that this information will pertain to myself and all eligible dependents and will include, but not be limited to, copies of my file with the Social Security Administration and protected health information from all medical sources (hospitals, clinics, labs, physicians, psychologists, etc.). This includes specific permission to release: All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s). Information about my health may relate to any disorder of the immune system including but not limited to the human immunodeficiency virus (HIV), also known as Acquired Immune Deficiency Syndrome (AIDS), use of drugs or alcohol, and mental and physical history, condition, advice or treatment.

I understand that the information disclosed under this authorization is subject to redisclosure and may no longer be protected by certain federal regulations governing the privacy of health information, although it will continue to be protected by other applicable privacy laws and regulations.

I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation Brown & Brown Absence Services Group, LLC. I understand that revocation will not apply to information that has already been released in response to this authorization. If I do not sign this authorization or if I alter or revoke it, Brown & Brown Absence Services Group, LLC may no longer be able to provide our advocacy services.

This authorization shall become effective immediately and shall remain effect for a period of **five (5)** years from the date of signature, unless revoked, as provided. A photocopy or fax of the release shall have the same authority and affect as the original.



X  Charles Bruff (01/12/2026 01:08:27 CST)
**Charles Bruff**
**SSN** ███████

X  Jan 12, 2026
**Date**

 

# <u>THIRD PARTY AUTHORIZATION</u>

Brown & Brown Absence Services Group is committed to the protection of your personal information. In order to discuss your case with or release information to **third parties**, this form must be completed and signed.  Please include the names of all individuals that you want to have access to your Social Security Disability claim information. **If you do not want a third party contact(s) on file, please leave this form blank and do not mail back.**

**Name:**_____

**Email Address:**_____

**Phone #:**_____

**Relationship:**_____

**Name:**_____

**Email Address:**_____

**Phone #:**_____

**Relationship:**_____

I, <u>Charles Bruff</u>, hereby authorize Brown & Brown Absence Services Group to have verbal and/or written communication with the above stated individual(s). Such communication may consist of:
- Information regarding the Social Security process
- Sensitive information, including my Social Security Number, Date of Birth, Address and Telephone Number
- Status updates and other related Social Security Disability information relative to my claim

This authorization will remain in effect until I submit a **<u>written</u>** letter to Brown & Brown Absence Services Group, terminating my consent.

X_____
Charles Bruff

Jan 12, 2026
_____
Date



## COMMUNICATION PREFERENCES

It is important that you are informed about the process of applying for Social Security Disability Insurance (SSDI) and that you are kept current on the status of your claim. Periodically, we will share information that is valuable to you about the SSDI or Medicare process and/or your claim.

Throughout the course of our representation, we will contact you periodically at the telephone number you previously provided, as well as through the mail. We may also be able to contact you in other ways, such as through Short Message (SMS) text messaging. These messages may include appointment reminders and other important details about the SSDI or Medicare process and/or your claim.

Please confirm the contact information below is correct and make any changes or additions as needed.

**Postal Address:** 98 McLennan Oak, San Antonio, TX 78240

*\*If update needed, please enter here:* _____

**Primary Telephone Number:** ███████████ _____

*\*If update needed, please enter here:* _____

**Mobile Telephone Number:** _____

*\*If update needed, please enter here:* _____

**Alternative Telephone Number:** _____

*\*If update needed, please enter here:* _____

**Email:** tbruff15@gmail.com _____

*\*If update needed, please enter here:* _____

*I consent to receive e-mails and phone calls via automatic telephone dialing system or by artificial/pre-recorded message from representatives from Brown & Brown Absence Services Group, LLC, at the e-mail address and telephone number above. In addition, I consent to receive short message (SMS) text messages at my wireless/mobile number if provided (message and data rates may apply). I understand the number of messages I receive may vary and that message and data rates may apply. I understand that I can opt out at any time by contacting Brown & Brown. Text INFO for help or CANCEL to cancel. I understand that my consent to receive communications in this way is not required as a condition of purchasing any goods or services.*

Signature: *Charles Bruff (01/12/2026 01:08:27 CST)*      Date: Jan 12, 2026

Please visit **https://www.bbabsence.com/communication-policy/** to view all communication policies, including the mobile messaging Terms & Conditions. For further information and full privacy policy details, please visit **https://www.bbabsence.com/privacy-statement/**.



**ABSENCE SERVICES GROUP**

## Electronic Funds Transfer

*Pre - Authorization to conduct electronic funds transfer (EFT) to repay a debt to a third party*

Charles Bruff

I understand that if I am awarded Social Security Disability Insurance (SSDI) benefits, any retroactive benefits received may result in an overpayment of long-term disability benefits, that would be owed back to The Lincoln National Life Insurance Company consistent with the terms of my policy. Therefore, I hereby voluntarily authorize Brown & Brown Absence Services Group to make debit and credit entries to my account, strictly for the purposes of reimbursement of any amount owed to The Lincoln National Life Insurance Company resulting from the award of SSDI benefits. The amount withdrawn will then be forwarded directly to The Lincoln National Life Insurance Company to satisfy any financial obligation per my policy.

In order to successfully facilitate the transaction(s), I authorize Brown & Brown Absence Services Group to request information from the financial institution listed below to confirm there are sufficient funds to cover the amount of the transaction.

I understand that this is an optional service provided for my convenience. If this service is not utilized, any debt owed to The Lincoln National Life Insurance Company must be satisfied through direct payment. This authorization would only apply in the event retroactive Social Security Disability benefits are paid to me and the specific amount will be communicated to me prior to the EFT to facilitate payment to The Lincoln National Life Insurance Company. This authorization will not permit Brown & Brown Absence Services Group to transfer any other amount, except the amount identified as a repayment to The Lincoln National Life Insurance Company. I understand that Brown & Brown Absence Services Group has no financial interest in my account with the below named financial institution and Brown & Brown Absence Services Group is not charging a fee for conducting the electronic funds transfer.

**BANK ACCOUNT INFORMATION**

*Please complete this form entirely.*

Name of Bank or Depository:

City: _____    State: _____

Zip: _____

Type of Account: (Check only one) ☐ Checking ☐ Savings

ABA/Routing Number: (See diagram)

Account Number: (See diagram)

```
                                                              001
Pay to
the order of _____    $ [      ]
                     SAMPLE
123456789        12345678910           001
Routing Number   Account Number     Check Number
(9-Digits)       (1-17 Digits)      (Do not include)
```

## AUTHORIZATION

*Not valid without signature.*

*I, Charles Bruff, authorize Brown & Brown Absence Services Group to utilize the EFT as follows:*

a. In order to electronically facilitate repayment, if any, to The Lincoln National Life Insurance Company.

b. I understand that I have the right to terminate this authority upon written notice, no later than three business days before the transaction.

c. I certify that I am an authorized user of this account and will not dispute this transaction with my financial institution; so long as the transaction corresponds to the terms indicated in this authorization form.

Client Signature:**X** _Charles Bruff (01/12/2026 01:08:27 CST)_      Date:**X** Jan 12, 2026



**Brown & Brown**
INSURANCE®
ABSENCE SERVICES GROUP

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

☐ *Top section for Brown & Brown Absence Services Group internal use only*

| Patient Information | NAME: Charles Bruff |
| --- | --- |
| | MAIDEN NAME: |
| | Last 4 SSN: ▮▮▮▮    DATE OF BIRTH: ▮▮▮▮ |
| Clinic/Hospital/Health Care Provider | NAME: |
| Receiving Party | **Brown & Brown Absence Services Group** **c/o Release Point** |
| Information to be Released | Any or all of the following types of records may be released pursuant to this authorization:  complete medical records, psychological, history and physical, discharge summaries, operative reports, consultation reports, emergency reports, medication list, radiology and/or laboratory reports, physical therapy, and same day surgery reports. |
| Purpose of Release | **Social Security/Title II Disability Benefits** |

- I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient, if so, may not be subject to federal or state law protecting its confidentiality.
- This authorization shall become effective immediately and shall remain effect for a period of five (5) years from the date of signature, unless revoked, as provided.
- I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment.
- A PHOTOCOPY OR FAX OF THIS RELEASE SHALL HAVE THE SAME AUTHORITY AND AFFECT AS THE ORIGINAL

**I understand that the records described above may contain information relating to notifiable diseases, alcohol and sexually transmitted disease, HIV/AIDS, drug abuse treatment and/or mental health, and I specifically authorize the release of this information.**

*Charles Bruff (01/12/2026 01:08:27 CST)*

X _____     X _____
**Signature of Patient or Legal Representative**     **Date**

X _____     X _____
**Signature of Witness**     **Date**

# How to create a *my* Social Security account



Securing today and tomorrow

## To create an account, you must:



**18**

Be at least 18 years of age



Have a Social Security number



Have an email address

**1**  Visit **www.ssa.gov/myaccount**, select the "Create an Account" button.

**2**  Create a credential with one of our two credential service providers, Login.gov or ID.me. If you have a Login.gov or ID.me account, you can select the appropriate button to access your personal *my* Social Security account.

**3**  If you don't have a Login.gov or ID.me account, select the "Create an Account" link to create a Login.gov credential to access your personal *my* Social Security account.

**4**  If you create a new Login.gov credential, you will still need to provide some personal information to verify your identity. You will also receive an activation code to complete the process.

**5**  Read and agree to the *my* Social Security Terms of Service prior to accessing your account.

**6**  Now that you have successfully created your personal *my* Social Security account, choose email or text under Message Center Preferences to receive courtesy notifications for notices and messages from us.

**Note:** If you have previously verified your identity with our credential service providers Login.gov or ID.me, you do not need to verify your identity again with us. Many online services can now be accessed overseas with an ID.me account. Please visit **www.ssa.gov/foreign** for more information.

To learn more, read *How to Create an Online Account* at **www.ssa.gov/pubs/EN-05-10540.pdf**.

## Create Your Account Today!

     

**Social Security Administration** | Publication No. 05-10378
April 2024 (Recycle prior editions)
Produced at U.S. taxpayer expense

# Brown & Brown Representation Forms - Bruff - 003UX00000RS4txYAD

**Final Audit Report**                                               2026-01-12

| | |
|---|---|
| Created: | 2026-01-09 (Eastern Standard Time) |
| By: | Brown & Brown Intake Team (intake@bbabsence.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkdv0ZW9yxc3NOoSxyCkxTe-8NY48dFUS |
| Documents: | 2224890_a0RUJ00000E5peX2AR_20260109_165251.pdf (14 pages) |

## "Brown & Brown Representation Forms - Bruff - 003UX00000RS 4txYAD" History

Document created by Brown & Brown Intake Team (intake@bbabsence.com)
2026-01-09 - 5:00:16 PM EST- IP address: 155.226.129.247

Brown & Brown Intake Team (intake@bbabsence.com) set a password to protect the signed document.
2026-01-09 - 5:00:16 PM EST

Document emailed to tbruff15@gmail.com for signature
2026-01-09 - 5:00:23 PM EST

Email viewed by tbruff15@gmail.com
2026-01-09 - 5:00:27 PM EST- IP address: 74.125.214.40

Signer tbruff15@gmail.com entered name at signing as Charles Bruff
2026-01-12 - 2:08:25 AM EST- IP address: 72.177.209.8

Document e-signed by Charles Bruff (tbruff15@gmail.com)
Signature Date: 2026-01-12 - 2:08:27 AM EST - Time Source: server- IP address: 72.177.209.8

Agreement completed.
2026-01-12 - 2:08:27 AM EST

Adobe Acrobat Sign