# Exhibit C

## USAA Education Program Guidelines

The following are verbatim excerpts from the USAA Education Program Guidelines effective January 3, 2024, as in effect on the date Plaintiff's disability commenced (March 22, 2025).

## Document Information

**Title:** USAA Education Program Guidelines

**Effective Date:** January 3, 2024

**Relevance:** Plan in effect on March 22, 2025 (Plaintiff's disability onset date)

## Employee Eligibility Requirements

To participate in this program, employees must meet all the eligibility criteria below:

- Employees are eligible on Day 1 of their employment.
- Must be US-based.
- Must be a regular full-time or part-time employee as defined by USAA's employment policy.
- Employees on leave of absence, including short term and long-term disability remain eligible.

**The following employee types are ineligible:**

- Contractors, seasonal employees, temporary employees, and interns.
- Employees on disciplinary action, including written warning and final notice.

## Terminated Employees

Terminated employees, including voluntary terminations, are not eligible to participate in the USAA Education Program on a go-forward basis.

# USAA Education Program Guidelines

### Effective January 3, 2024

The USAA Education Program supports employees in their professional development by providing financial support for participation and completion of educational programs. This program supports education to enhance job skills, knowledge, and competencies, enabling employees to work more effectively in their current role and further their career at USAA. Covered learning programs must be directly aligned to an employee's current position or a future role in the company.

Through the USAA Education Program, eligible employees can enroll in a variety of learning programs, and USAA will cover up to $5,250 annually, or up to $10,000 annually with manager discussion and documented development item in OneSource or 100% for select learning programs.

## Education Program Information

Guild, USAA's third-party administrator for this Education Program, will administer support for all eligible employees, including managing tuition payments, learning program interest exploration tools, application completion and submission, and educational coaching services.

To use this program, employees must apply, complete the required forms on time, provide the required information, and ensure all stated employee eligibility requirements are met. To apply, employees will need to access their Guild account via USAA.guildeducation.com.

Employees can find a copy of these program terms at go/EDvantage.

## Employee Eligibility Requirements

In addition to the eligibility requirements described in this document, program acceptance is at the discretion of the learning provider. Learning providers will also enforce their own academic standards and requirements for continued enrollment.

To participate in this program, employees must meet all the eligibility criteria below:
- Employees are eligible on Day 1 of their employment (Please note, while eligibility begins on day 1 there may be a 4-5 day delay based on time needed for new hire processing)
- Must be US-based
- Must be a regular full-time or part-time employee as defined by USAA's employment policy.
- Employees on leave of absence, including short term and long-term disability remain eligible.

The following employee types are ineligible:
- Contractors, seasonal employees, temporary employees, and interns
- Employees on disciplinary action, including written warning and final notice
  - Employees placed on disciplinary action after their term starts are allowed to complete the learning program for the approved term only
  - See **USAA Education Program Guidelines for Dependents** for details about how disciplinary action affects dependent eligibility

For questions about eligibility, please visit USAA.guildeducation.com.

## Funding Details

### Funding Year
Year-end tuition and reimbursement processing deadlines will vary year to year. USAA will share funding year deadlines annually to participating employees, and those deadlines will also be updated on the Guild platform.

### Qualified Tuition
USAA provides the following tuition payment options:

***Guild Learning Marketplace (Guild catalog)***
**Fully Funded Tuition Assistance**: Employees can pursue learning programs in Guild's certified Learning Marketplace without paying any tuition or fees up front.

Guild and USAA have curated a catalog of fully funded, learning providers and programs for high-priority business areas. Guild's certified Learning Marketplace offers certifications, certificates and bootcamps, foundational learning, associate's degrees, bachelor's degrees, and master's degrees.

USAA will provide 100% of tuition and mandatory fees (after any grant aid and/or scholarships are applied) for learning programs in the Learning Marketplace. Payment is processed directly by Guild to the learning providers, providing a simplified payment experience for employees.

The Learning Marketplace includes access to Guild education program coaching to support employees end-to-end on their educational journey.

***Guild Payment Network***
Employees can pursue education programs outside of Guild's certified Learning Marketplace (Guild catalog) by using a set of tuition payment options described below.

USAA will provide up to $5,250 per funding year* for learning programs (certifications, certificates & bootcamps, foundational learning, associate, bachelor, master's, and/or doctoral degrees) across the following tuition payment options:
- **Direct Pay**: USAA will provide direct payment up to $5,250* of tuition (after any grant aid and/or scholarships are applied) to specific learning providers for learning programs through Guild. These providers are categorized by Guild as "Direct Pay Providers."
- **Deferred Tuition**: employees will receive funds through payroll, before tuition is due, with proof of deferment or payment plan, up to $5,250* of tuition (after any grant aid and/or scholarships are applied) for learning programs at specific learning providers who agree to defer tuition. These providers are outside of Guild's certified Learning Marketplace and must agree to tuition deferment or a payment plan.
- **Tuition Reimbursement**: USAA will reimburse, with proof of payment, up to $5,250* per funding year (after any grant aid and/or scholarships are applied) for learning programs outside of Guild's certified Learning Marketplace.

*For all tuition payment options within the Payment Network, employees may request up to $10,000 per funding year with a development discussion with their manager and a documented development item in OneSource.
Within Guild's Payment Network, Tuition Reimbursement, Deferred Tuition, and Direct Pay Provider degree programs must be U.S.-based programs that are regionally, nationally or institutionally accredited and must fall within approved fields of study. Additionally, business related U.S.-based

certificates and/or certifications within Guild's Payment Network are covered up to the annual funding limit.

For more information on what subjects, learning programs, and learning providers are covered under the USAA Education Program, please visit USAA.guildeducation.com. Additionally, for up-to-date information on or any questions regarding funding amounts, visit USAA.guildeducation.com to speak with Guild coaching support.

## Financial Aid Requirements

USAA strongly encourages employees to apply for and accept scholarship and/or grant aid if eligible.

If entering a learning program eligible for federal financial aid, the employee should complete a Free Application for Federal Student Aid (FAFSA) form and complete the financial aid awarding process to determine grant eligibility. This should occur before learning program enrollment and annually thereafter.

If eligible for any scholarships and/or federal or state grants, employees are encouraged to accept scholarship and grant aid, and any scholarships and grants will be applied to tuition and mandatory fees before payment.

Guild support specialists and coaches can assist with where to find information regarding financial aid. The selected learning provider will support employees with FAFSA completion and guidance on individual circumstances.

## Qualified Tuition for 2023 Education Program Users

Through 2027, USAA will continue to cover tuition for employees who are enrolled in the USAA Education Program under 2023 program guidelines through EdAssist. Tuition for discontinued learning programs that were previously approved during the 2023 funding year are eligible to be covered up to $5,250. Employees may request up to $10,000 per funding year following a development discussion with their manager and a documented development item in OneSource. Additional guidelines will be available to employees who qualify for this coverage.

## Qualified Non-Tuition Expenses

### Program-Associated Expenses

These are expenses such as books and supplies that are specified by the learning program syllabus.

For employees enrolled in:
- **Fully Funded Tuition Assistance on the Guild Learning Marketplace**: USAA will reimburse employees for 100% of the cost of these expenses (after any grant aid and/or scholarships are applied).
- **Direct Pay**: Beginning spring 2024, USAA will reimburse employees for the cost of these expenses, as long as the total tuition and reimbursement amount does not exceed the annual funding limit.
    - *Note - At time of launch (January 2024) this reimbursement functionality for books and fees related to Direct Pay Partners in the Payment Network is not yet available but stay tuned for updates on coverage starting in spring*
- **Deferred Tuition**: USAA will reimburse employees for the cost of these expenses, as long as the total tuition and reimbursement amount does not exceed the annual funding limit.
- **Tuition Reimbursement**: USAA will reimburse employees for the cost of these expenses, as long as the total tuition and reimbursement amount does not exceed the annual funding limit.



**Enrollment-Associated Expenses**
These expenses, such as transcript and application fees, will be reimbursed up to the annual funding limit of $5,250 (or up to $10,000 following a development discussion with your manager and documented development item in OneSource). Please note, this amount is part of, not additional to, the annual funding amount.

**Professional Expenses**
These expenses, such as fees for continuing education credits, fees for certification preparatory courses, and required supplies for certification will be reimbursed up to the annual funding limit of $5,250 (or up to $10,000 following a development discussion with your manager and documented development item in OneSource). Please note, this amount is part of, not additional to, the annual funding amount.

## Reimbursement Guidelines
Documentation requirements for reimbursement will vary by learning program and learning provider. Examples of documentation include receipt(s) that lists purchased items, course syllabus, and proof of deferred tuition from a learning provider.

Failure to submit the required documentation within 90 days of term end or expense date will result in denial of reimbursement.

It is important to be aware of year-end processing deadlines to ensure your funding is applied to the desired funding year. Year-end processing deadlines may vary. Employees will be notified via email with deadlines.

Employees must submit required documentation through Guild for reimbursement through https://reimbursement.guildeducation.com.

**Reimbursement Guidelines for Tuition Expenses**
Employees using the Tuition Reimbursement payment option can submit reimbursement requests 14 calendar days after term start and no later than 90 calendar days after term end.

**Reimbursement Guidelines for Program-Associated Expenses**
After Guild application approval, follow these guidelines to submit program associated expenses, such as books and supplies as specified by the learning program syllabus.
- **Fully Funded Tuition Assistance**: Employees using the Guild Learning Marketplace can submit reimbursement requests for qualified program-associated expenses at term start and no later than 90 calendar days after term end.
- **Direct Pay**: Beginning spring 2024, employees using Guild Direct Pay Providers can submit reimbursement requests for qualified program-associated expenses at term start and no later than 90 calendar days after term end.
  - *Note - At time of launch (January 2024) this reimbursement functionality for books and fees related to Direct Pay Partners in the Payment Network is not yet available but stay tuned for updates on availability starting in spring.
- **Deferred Tuition**: Employees using Deferred Tuition can submit reimbursement requests for program expenses 14 days after term start and no later than 90 calendar days after term end.
- **Tuition Reimbursement**: Employees using Tuition Reimbursement can submit reimbursement requests for program expenses 14 days after term start and no later than 90 calendar days after term end.

**Reimbursement Guidelines for Enrollment-Associated Expenses**



For qualified enrollment-associated expenses, such as transcript fees and application fees, employees can submit reimbursement requests after the expense date and no later than 90 calendar days after the expense date.

**Reimbursement Guidelines for Professional Expenses**
For qualified professional expenses, such as fees for continuing education credits, certification preparatory courses, and required supplies for certification, employees can submit reimbursement requests after the expense date and no later than 90 calendar days after the expense date.

# Coverage Details

### How to Apply
To participate, employees must submit applications before the start of the term.

Employees can apply through the Guild site by accessing the following link: USAA.guildeducation.com. Guild will confirm that the employee is eligible and can assist with any questions that employees have regarding the application and enrollment process.

In addition to the eligibility requirements described in this document, acceptance is at the discretion of the learning provider. Learning providers will also enforce their own academic standards and requirements for continued enrollment.

### Academic Eligibility Requirements
Employees must maintain a cumulative Grade Point Average (GPA) of 2.0 or better for undergraduate learning programs, and a cumulative GPA of 3.0 or better for graduate learning programs. Failure to maintain the required GPA will result in loss of program eligibility until the employee is able to improve their GPA to the required threshold.

For employees enrolled in learning programs that do not use letter grades, they must "pass" each course before they are eligible to apply for another learning program.

Some learning programs have prerequisites. If they do, employees must meet those requirements to move forward. Each learning provider may enforce their own academic standards and requirements.

### Confirming Eligibility
Eligibility for tuition and qualified program-associated expenses will be confirmed on the date of Guild application approval and on the start date of each term (this is called the eligibility confirmation date), based on established eligibility requirements.

For qualified enrollment fee and professional expense reimbursement requests, eligibility will be confirmed at the reimbursement request submission date, based on the established eligibility requirements where relevant.

***Fully Funded Tuition Assistance:***
For employees enrolled in Tuition Assistance programs, eligibility for tuition and mandatory fees will be confirmed on the date of program application approval and on the start date of each academic term, based on established employee eligibility, academic eligibility, and qualifying program criteria. Eligibility for reimbursement of qualified program-associated expenses will be confirmed on the start date of each term. Employees must submit applications before the start of the term.

***Deferred Tuition & Tuition Reimbursement:***



For employees enrolled in **Tuition Reimbursement** programs, there are two steps to getting reimbursed:
(1) submitting an application (described here) in order to confirm eligibility, and
(2) requesting reimbursement (see Reimbursement Guidelines above).
- For Tuition Reimbursement, eligibility for tuition and qualified program-associated expenses will be confirmed at application submission date or on the start date of each academic term, whichever comes first.
- Eligibility will be based on established employee eligibility, academic eligibility and program coverage criteria
- Employees can submit applications starting 30 days before term start or expense date and up to 90 days after term end.

For employees enrolled in programs that allow for **Deferred Tuition**, there are two steps to getting reimbursed:
(1) submitting an application in order to confirm eligibility (and subsequently receiving a letter of coverage from Guild if eligible), and
(2) submitting a reimbursement request with proof of deferment or payment plan.
- Eligibility will be based on established employee eligibility, program coverage criteria and academic eligibility.
- Employees can submit applications starting 30 days before term start or expense date and no later than 90 days after term end.
- Eligibility for tuition and qualified program-associated expenses will be confirmed at application submission date or on the start date of each term, whichever comes first.
- Note that timelines vary by learning provider. Employees using deferment should verify the learning provider's requirements and payment timelines directly with their provider to minimize the risk of paying tuition out of pocket.

**Direct Payment:** For employees enrolled in Direct Payment programs, eligibility will be confirmed at application submission date, based on established employee eligibility, academic eligibility and program coverage criteria. Employees can submit applications for a direct payment program no sooner than 30 days prior to the start of the term start date and no later than the start of the term.

### Professional Expenses & Enrollment Fees
For qualified professional expense and enrollment fee reimbursement requests, eligibility will be confirmed at the reimbursement request submission date, based on the established employee eligibility and program coverage criteria where relevant.

### Loss of Eligibility
If an employee enrolled in a learning program loses their eligibility (as defined in the employee eligibility and academic eligibility requirements sections) prior to the eligibility confirmation date, they will not be eligible to participate. If the employee wants to continue in their enrolled learning program after loss of eligibility, they should work with the applicable learning provider to arrange their own payment for the entire cost of the term. Payment requirements for ineligible employees are determined by the learning provider.

If an employee enrolled in a learning program loses eligibility after their eligibility is confirmed (see "Confirming Eligibility" section above), they can complete their current term but they must wait until they have regained eligibility to enroll in future terms or programs.

# General Operating Information

### Simultaneous Enrollments



Employees are permitted to participate in only one USAA-sponsored learning program at a time. However, employees can enroll in a double major or a major with a minor in an approved learning program. There is an exception: Employees can enroll in an English Language Learning program in Guild's certified Learning Marketplace in parallel with another learning program.

## Transitions Between Learning Programs

Employees may switch between learning programs, subject to requirements established in this document along with the learning providers' admissions requirements. Funding limits, as described in the "Qualified Tuition" section are applicable for the current funding year. In the event a student transitions from one learning program to another, any amount already spent in the current funding year will count towards the annual funding limit, unless the transition is into a fully funded program.

## Terminated Employees

Terminated employees, including voluntary terminations, are not eligible to participate in the USAA Education Program on a go-forward basis. If an employee enrolled in a Guild Learning Marketplace or Direct Pay Provider program is terminated after their eligibility verification date, they are eligible for that term but are no longer eligible to submit reimbursement requests for expenses for the current or prior terms, even if the submission window is still open.

Once terminated, employees using Tuition Reimbursement or Deferred Tuition are no longer eligible to submit reimbursement requests for tuition and/or expenses for the current or prior terms/programs, even if the submission window is still open or a reimbursement application was already approved.

If you are leaving USAA, you must submit the tuition reimbursement application and submit the reimbursement request prior to your last day of employment. It is recommended that you submit the application at least 7 days prior to your final date.

## Learning Program Catalog Changes and Dates

Learning programs available through the USAA Education Program are continually evaluated for quality and improvement opportunities. Therefore, learning programs in the catalog are subject to change without notice. Examples of these changes include learning program additions, learning programs being removed from the catalog for new students only, and learning programs moving between tuition payment options (as described in the "Qualified Tuition" section). Available learning program start dates offered through the USAA Education Program vary and may be subject to change without notice. To see available start dates, visit USAA.guildeducation.com.

## Imputed Income Tax Implications

Federal: Under Section 127 of the Internal Revenue Code, individuals may receive up to $5,250 per calendar year in employer provided educational assistance tax-free for federal income tax purposes. Employer-provided educational assistance in excess of $5,250 in a calendar year will be treated as taxable income to the employee for federal income tax purposes.

State: Most states, but not all, exempt up to $5,250 per calendar year in employer provided educational assistance and student loan repayment benefits. In states that do not mirror Section 127, the full amount of educational assistance is fully taxable for state income tax purposes.

To reduce the financial burden for employees enrolled in the USAA Education Program, USAA will pay federal and applicable state and/or Puerto Rico income tax on behalf of the employee for taxable portions of the educational assistance.



For employees with dependents using the USAA Education Program for Dependents, the full amount of education assistance that dependents receive is fully taxable to the employee for federal and state income tax purposes.

Employees and dependents can find a copy of these program terms at go/EDvantage. USAA does not provide legal or tax advice as part of this program. Employees should contact a tax advisor for additional information on potential tax liability and the specifics by state.

## Confidentiality

USAA will make every reasonable effort to maintain the confidentiality of all information related to employee's requests for payment of education expenses. USAA will disclose the information to only those who have a need to know to review and process your request.

## Employee and Student Responsibility

Employees agree that by participating in the USAA Education Program they shall be bound by all the terms and conditions of the Program, and they shall remain fully responsible for any liability arising out of violations of the terms. Participating employees acknowledge and agree that USAA reserves the right to take any disciplinary or legal action, including termination, that USAA, in its sole discretion, deems necessary in the event a participating employee or former employee violates program terms.

## Additional Information

This information does not create an express or implied contract of employment or any other contractual commitment. USAA may modify this information at its sole discretion without notice, at any time, consistent with applicable law. Employment with USAA is on an at-will basis, which means that either USAA or the employee is free to terminate the employment relationship at any time for any or no reason, consistent with applicable law.

For additional questions or support, feel free to visit usaa.guildeducation.com
- Chat: Live Chat (accessible without login)
- Submit: Webform (link) on Guild's Help Center

**Effective Date**: 01.03.24

**Last modified**: 12.18.23