# Exhibit E

## Lincoln Financial's Initiation of Vocational Rehabilitation Process and Failure to Produce Any Written Program Documentation

This exhibit documents the full sequence of correspondence surrounding Lincoln Financial's initiation of the vocational rehabilitation process, spanning December 17, 2025 through January 9, 2026. It establishes two related points: (1) that Lincoln referred Plaintiff to its vocational rehabilitation program, as alleged in complaint paragraph 19; and (2) that despite Plaintiff's explicit written requests for any packets, written materials, or documentation describing the program and the Rehabilitation Incentive Benefit — beginning December 17, 2025 and repeated across three further communications — Lincoln produced nothing beyond three bullet points and a statement that no further information was available. Only the portions of the December 17 email relevant to vocational rehabilitation and the Rehabilitation Incentive Benefit are quoted; the full email chain is available upon request.

Complaint paragraph 19 cites this exhibit to establish that Plaintiff was referred to Lincoln Financial Vocational Rehabilitation on or around January 9, 2026. This exhibit also supports the broader argument at paragraph 19 that vocational rehabilitation is not defined in the policy — Lincoln's own communications confirm it could not produce any written program documentation when asked directly.

Cross-reference: The formal written referral letter and subsequent closure correspondence are in Exhibit F (January 27–28, 2026).

**Pattern — No Producible Internal Standards (See Also Exhibits H and J)**

This exhibit establishes a third instance of the pattern documented in Exhibits H and J: Lincoln Financial was unable or unwilling to produce any written internal standard governing a consequential claims-handling program when Plaintiff specifically requested it.

Exhibit H: Lincoln refused to produce a written policy governing claims file withholding from claimants on approved claims.

Exhibit J: Lincoln refused to produce any written framework governing its review frequency or methodology.

Exhibit E (this exhibit) — Vocational Rehabilitation Program: Lincoln referred Plaintiff to a vocational rehabilitation program that is not defined in the policy (see Exhibit LTDPOL). When Plaintiff requested written documentation of the program, Lincoln produced only three bullet points and a closing statement that no further information was available.

Exhibit E (this exhibit) — Rehabilitation Incentive Benefit: The Rehabilitation Incentive Benefit is also not defined in the policy. Plaintiff first requested information about it on December 17, 2025. Across four separate written requests spanning three weeks, Lincoln's total written output on the benefit was one sentence — "An additional payment (often a percentage of your monthly benefit) for participating in approved rehab activities" — with no percentage specified, no definition of "approved," no eligibility criteria, and no written documentation of any kind produced.

### Document 1 — Plaintiff's LTD Interview Response Containing First Request for Rehabilitation Incentive Benefit Information — December 17, 2025, 4:56 PM

| | |
|---|---|
| **From:** | Terrence Bruff (tbruff15@gmail.com) |
| **Date:** | Wednesday, December 17, 2025, 4:56 PM |
| **To:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Subject:** | RE: LTD claim # 17729133 |
| **Claim No.:** | 17729133 |

**Source:**            Gmail_-_LTD_claim___17729133.pdf (Gmail export)

The following are the verbatim excerpts from Plaintiff's December 17, 2025 LTD interview response relevant to this exhibit. This email was a comprehensive response to Kristianne Corporan's December 16, 2025 interview questions. Only the portions bearing on the vocational rehabilitation and Rehabilitation Incentive Benefit requests are quoted here. The full email chain is available upon request.

**Excerpt 1 — Response to "Would you like to discuss any accommodations that might support a gradual return to work? Would you like to speak with a Vocational Counselor?"**

I would like information about the rehabilitation incentive plan option that I have. I would also like a vocational counselor to send me an email so that I can ask some questions over email if that's possible. I got vocational services from Louisiana and that worked and so I would like to talk to someone to see if help from you guys would work the same way as it worked from Social Security. I'm trying to get a copy of my old plan documents from Louisiana to see what they did to help me cause it's hard to remember some of it.

I want to understand how Lincoln Financial's process works for vocational rehab. When I was on Social Security, once you enter the Ticket to Work Program your disability reviews stop (https://secure.ssa.gov/apps10/poms.nsf/lnx/0455025001), which allows you to put in the work to get better without having to worry about disability reviews. I do believe with the right support I will be able to work again someday, but I don't want my work to try to get there to be used against me just in case I fail. The way Social Security is set up, this isn't allowed. I don't know how Lincoln Financial handles this conflict and the contract doesn't say. I am especially concerned because my health insurance is connected to my receipt of disability from Lincoln Financial, and I have had (between what I owe and what was sent to Cigna) right under $400,000 in healthcare expenses this year and that does not include prescriptions. I also want to talk to the SSDI Lincoln people because Social Security may also have resources for me since I was on disability previously, but when I went to the office to ask they told me to talk to Lincoln about it.

> Note: Plaintiff's December 17 request explicitly states that the contract does not explain how Lincoln Financial handles the conflict between vocational rehab participation and ongoing disability reviews. This is the first documented request for information about the Rehabilitation Incentive Benefit and the vocational rehabilitation program.
>
> The full December 17 email also includes detailed responses to Lincoln's medical questions covering PTSD, Autism Level III, Cerebral Palsy, MDD, and functional limitations. Those portions are not quoted here as they are unrelated to this exhibit's purpose. The complete email chain is available upon request.

## Document 2 — Lincoln Financial Response — December 19, 2025, 10:16 PM

| | |
|---|---|
| **From:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Date:** | Friday, December 19, 2025, 10:16 PM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | RE: LTD claim # 17729133 |

Thank you for the information. I will have a Vocational Counselor reach out to you to start discussions. As long as you continue to meet the Policy provisions, and continue to be disabled from your occupation, you

can participate in vocation rehabilitation and look for other positions. If you do work part time or in another position and earn less than 80% of your pre-disability salary you can qualify for partial LTD benefits. Your claim will continue to be evaluated ongoing, the same way, whether or not you participate in Vocational Rehabilitation. I will also ask someone from our Social Security unit to contact you.

Note: Kristianne Corporan's December 19 response is her reply to Plaintiff's December 17 interview answers. It did not address Plaintiff's specific request for information about the Rehabilitation Incentive Benefit, did not answer the question about how Lincoln handles the conflict between vocational rehab participation and ongoing disability reviews, and provided no program documentation of any kind.

### Document 3 — Plaintiff's Detailed Written Request for Program Documentation — December 24, 2025, 2:54 AM

| | |
|---|---|
| **From:** | Terrence Bruff (tbruff15@gmail.com) |
| **Date:** | Wednesday, December 24, 2025, 2:54 AM |
| **To:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Subject:** | Charles Bruff — 17729133 Vocational Rehab and Rehabilitation Benefit |
| **Claim No.:** | 17729133 |

Hello Miss Kristianne, I wanted to set up an email chain specific to vocational rehab. Since you told me you would connect me to a vocational rehab person. I have a few questions. I decided to break the questions out to make it easier for us to have a conversation if it's necessary.

**1.** How do disability approvals change when you're on a vocational rehab plan or rehabilitation incentive benefit? With Social Security, they walked me through all the rules and they sat down with me in the office to explain what to expect. I asked the lady on the phone after getting your other email for an easier way to understand how their process works and they sent me this: https://secure.ssa.gov/apps10/poms.nsf/lnx/0455050010. Does Lincoln financial have anything like this available? This Social Security lady explained that as long as I'm making progress towards a vocational goal when I get awarded SSDI, my medical CDR's will be paused. She told me that it's likely that Lincoln does the same thing. You told me in your email that reviews would continue.

**2.** Can you explain why Lincoln's process is inconsistent with SSDI rules? SSDI is the largest disability program in the country. Lincoln financial even uses their definition of disability after two years. Can you help me understand why Lincoln wouldn't suspend medical CDR's when someone's on a vocational rehab plan? The reason I'm asking is because when I was on Social Security and going to school, I didn't have the capacity to do both and I'm already struggling to do more than one class at a time.

**3.** Can you explain what Lincoln financial's vocational rehab and rehabilitation incentive programs are? I can't find any information about these anywhere. I asked the AI on my phone and it just told me to reach out to you guys. There's very little information in the contract as to what you guys consider vocational rehab. There's no information as to what it means to make progress in a plan. The contract mentions an incentive benefit, but doesn't clearly define what things qualify you for the benefit in what combinations. It gives examples like counseling and physical therapy and vocational rehab. I'm already doing counseling. And I'm already in school for one class. Does that qualify as a rehabilitation

incentive program on its own? Do you have any packets or written information that describe these programs at all? Can you give that to me?

**4.** Is vocational rehab information included in the eligibility process for disability itself? With Social Security, the state vocational rehab agencies don't share any information with the administration until after someone is successful. I was trying to get my vocational rehab record from Louisiana so that I could be ready for your rehab person and Louisiana explained that my record closed six months after I went to work for USAA.

## Document 4 — Lincoln Financial's Partial Response — December 30, 2025, 11:07 AM

| | |
|---|---|
| **From:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Date:** | Tuesday, December 30, 2025, 11:07 AM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | RE: Charles Bruff — 17729133 Vocational Rehab and Rehabilitation Benefit |

Terrance, Hope you are having a good Holiday Season as well. Answers to your questions are as follows: 1— The ongoing process for LTD does not change whether or not you are applying for SSDI or involved with Vocational Rehabilitation. The definition of disability remains the same and the ongoing reviews of eligibility for continued disability remain the same.

Note: Kristianne Corporan's December 30 response addressed only question 1 (partially). Questions 2, 3, and 4 received no response. In particular, Plaintiff's explicit request in question 3 for "packets or written information" describing the vocational rehabilitation and rehabilitation incentive programs was not answered and no documentation was produced.

## Document 5 — Lincoln Financial's Program Description and Closing Statement — January 9, 2026, 11:30 AM

| | |
|---|---|
| **From:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Date:** | Friday, January 9, 2026, 11:30 AM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | Charles Bruff — 17729133 Vocational Rehab and Rehabilitation Benefit |
| **Source:** | January_9th_email.pdf (Gmail export) |

Terrance,

I asked the Vocational Counselor to reach out via email. The following outlines Lincoln's vocational program:

**Vocational Rehabilitation Program:** Designed to help claimants return to gainful employment through services such as job placement assistance, training, and education.

**Rehabilitation Incentive Benefit:** An additional payment (often a percentage of your monthly benefit) for participating in approved rehab activities.

**Qualifying Activities:** Typically include vocational counseling, job training, and sometimes education if it directly supports return-to-work goals. Taking one class may not qualify, since we do not know if this is something to assist you with necessary skills or when you will be able to pursue employment.

I have explained that I will ask for updates based on the when it's determined that updates are needed and you will be notified ahead of time. While I understand your need for predictability, private LTD policies do not publish detailed review schedules like SSDI.

You will continue to receive LTD benefits as long as you continue to meet the contractual requirements of the Policy, which you have been provided a copy.

The Policy outlines the 24 month limitation for psychiatric conditions. The vocational rehabilitation and partial disability provisions are outlined in the Policy.

Social Security and private insurers operate under different regulations. SSDI is a federal program with statutory rules. Lincoln Financial, as a private insurer, follows the terms of your policy.

There is no other explanations or information I can provide to you.

Kristianne Corporan Kristianne C. | LTD Technical Specialist | Lincoln Financial Disability and Life Claims | P.O. Box 2578, Omaha, NE 68103-2578 888-437-7611 Office, Extension 65597 | Fax: 603-334-0401

Note: Document 5 is the entirety of the written documentation Lincoln produced in response to Plaintiff's requests beginning December 17, 2025. Across four written communications spanning three weeks, Lincoln's total output was three bullet points and a closing statement that "there is no other explanations or information I can provide." The Rehabilitation Incentive Benefit definition — "an additional payment (often a percentage of your monthly benefit) for participating in approved rehab activities" — specifies no percentage, no definition of "approved," and no eligibility criteria. No packets, written program descriptions, or progress standards were ever produced.

This email also serves as the source for Exhibit J (Document 2) for Lincoln's admission that private LTD policies do not publish review schedules. Those exhibits use this document for different legal propositions than this exhibit.

 **Gmail**

## Charles Bruff- 17729133 Vocational Rehab and Rehabilitation Benefit

**Terrence Bruff** <tbruff15@gmail.com>                                                                            Wed, Dec 24, 2025 at 1:53 AM
To: "Corporan, Kristianne" <Kristianne.Corporan@lfg.com>

Hello Miss Kristianne,

I wanted to set up an email chain specific to vocational rehab. Since you told me you would connect me to a vocational rehab person. I have a few questions. I decided to break the questions out to make it easier for us to have a conversation if it's necessary.

1. **How do disability approvals change when you're on a vocational rehab plan or rehabilitation incentive benefit?**
With Social Security, they walked me through all the rules and they sat down with me in the office to explain what to expect. I asked the lady on the phone after getting your other email for an easier way to understand how their process works and they sent me this: https://secure.ssa.gov/apps10/poms.nsf/lnx/0455050010. Does Lincoln financial have anything like this available? This Social Security lady explained that as long as I'm making progress towards a vocational goal when I get awarded SSDI, my medical CDR's will be paused. She told me that it's likely that Lincoln does the same thing. You told me in your email that reviews would continue.

2. **Can you explain why Lincoln's process is inconsistent with SSDI rules?**
SSDI is the largest disability program in the country. Lincoln financial even uses their definition of disability after two years. Can you help me understand why Lincoln wouldn't suspend medical CDR's when someone's on a vocational rehab plan? The reason I'm asking is because when I was on Social Security and going to school, I didn't have the capacity to do both and I'm already struggling to do more than one class at a time.

3. **Can you explain what Lincoln financial's vocational rehab and rehabilitation incentive programs are?**
I can't find any information about these anywhere? I asked the AI on my phone and it just told me to reach out to you guys. There's very little information in the contract as to what you guys consider vocational rehab. There's no information as to what it means to make progress in a plan. The contract mentions an incentive benefit, but doesn't clearly define what things qualify you for the benefit in what combinations. It gives example examples like counseling and physical therapy and vocational rehab. I'm already doing counseling. And I'm already in school for one class. Does that qualify as a rehabilitation incentive program on its own? Do you have any packets or written information that describe these programs at all? Can you give that to me?

4. **Is vocational rehab information included in the eligibility process for disability itself?**
With Social Security, the state vocational rehab agencies don't share any information with the administration until after someone is successful. I was trying to get my vocational rehab record from Louisiana so that I could be ready for your rehab person and Louisiana explained that my record closed six months after I went to work for USAA because they don't share anything until after a disabled person is successful. If I'm talking to a vocational rehab counselor with Lincoln, is that information kept separate from the eligibility reviews that you're going to do in my claim? I wouldn't be even trying to get another degree if I didn't think I could find a specialized job somewhere in the future, but I don't wanna lose the support of disability until I'm ready. If talking to the vocational counselor could somehow lead to the loss of my income and health insurance I need to know that. That matters, and there's a reason why Social Security keeps these things separate to protect beneficiaries.

5. **I assume I am approved for disability from Lincoln financial until February 2 of 2026. Am I incorrect?**
I got a letter from Sharika W that said that I need to apply for SSDI by February 2. The letter says that I'm a good candidate for Social Security. My assumption is that if Lincoln believes I'm a good candidate for Social Security then the Company must believe that I meet Social Security definition of disability, which is the same definition that you use. So does that mean that I'm approved until February 2? It would be really weird to be getting reviewed for eligibility by Lincoln while working with a law firm and having a law firm tell Social Security that I meet the criteria for their disability program.

**6. Do you have enough information to determine my frequency of review yet?**

You and Shawn Miller told me that it wasn't possible to determine my frequency of review even though not having an answer made me super anxious because every disability beneficiary is different but I've been on disability a total now of nine months. Do you have enough information to determine whether I will be reviewed every year, every three years, or every five years? I assume I won't be reviewed more frequently than every year as Social Security won't review you more frequently than every 18 months even when you're not participating in any sort of vocational rehab and reviewing me more frequently than every year isn't reasonable.

I also checked with the VA (using Google AI on my phone) and they also won't review veterans more often than every year. I couldn't find a disability program that did reviews on long-term more frequently than once a year. Because my claim is new, it makes sense that Lincoln would be looking at it more often but are we getting close to the point where Lincoln can tell me that I'm approved for a certain number of years in the future?

**7 I am searching for certainty:**

As an individual with autism, I must have certainty to avoid extreme anxiety. This is part of the reason why I melted down in the first place because I have trouble with changes. I am comparing Lincoln financials process to Social Security because Social Security is the standard disability program nationwide, and Lincoln financial uses the same definitions. Unlike Social Security, Lincoln financial doesn't publish any information about how the disability program makes decisions and the contract isn't specific enough to answer a lot of these questions. Words like "reasonable frequency of review." are thrown around without being clearly defined. Social Security has entire processes for defining review frequency for each beneficiary and I assume Lincoln Financial has the same. I need this information in order to feel safe moving in any direction and to manage my own extreme anxiety. Social Security provided me this information to help me understand what was expected of me when I was on disability the first time.

You don't have to have answers to my questions immediately, but I do expect that at some point Lincoln will have enough information to answer these questions. It's extremely important that I know what to expect so that I can eventually get to a point in my life where I can function better. Routine and knowing what to expect, is one of the core ways that people with autism manage stress. I am sorry if I'm asking too many questions. I hope you have a good holiday season.

Thank you.

 **Gmail**

**Terrence Bruff <tbruff15@gmail.com>**

---

## LTD claim # 17729133

---

**Corporan, Kristianne** <Kristianne.Corporan@lfg.com>                     Fri, Dec 19, 2025 at 4:16 PM
To: Terrence Bruff <tbruff15@gmail.com>

Thank you for the information.

I will have a Vocational Counselor reach out to you to start discussions. As long as you continue to meet the Policy provisions, and continue to be disabled from your occupation, you can participate in vocation rehabilitation and look for other positions.

If you do work part time or in another position and earn less than 80% of your pre-disability salary you can qualify for partial LTD benefits.

Your claim will continue to be evaluated ongoing, the same way, whether or not you participate in Vocational Rehabilitation.

I will also ask someone from our Social Security unit to contact you.

*Kristianne Corporan*



| | |
|---|---|
| **Kristianne C.** | 888-437-7611 Office |
| LTD Technical Specialist | 65597 Extension |
| Lincoln Financial | Fax: **603-334-0401** |
| **Disability and Life Claims** P.O. Box 2578 | |

**Follow us on:**

   


Omaha, NE 68103-2578

**LincolnFinancial.com**

**Visit LincolnFinancial.com for a secure and fast way to check the status of your claim, upload claim documentation, enroll in text messaging and view your existing claim documents.**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.**

**From:** Terrence Bruff <tbruff15@gmail.com>
**Sent:** Wednesday, December 17, 2025 6:04 PM
**To:** Corporan, Kristianne <Kristianne.Corporan@lfg.com>
**Subject:** Re: LTD claim # 17729133

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Ms. Kristianne,

[Quoted text hidden]

[Quoted text hidden]

Case 5:26-cv-01720-XR   Document 12-7   Filed 04/06/26   Page 10 of 12

 Gmail

**Terrence Bruff <tbruff15@gmail.com>**

## Charles Bruff- 17729133 Vocational Rehab and Rehabilitation Benefit

**Corporan, Kristianne** <Kristianne.Corporan@lfg.com>                    Fri, Jan 9, 2026 at 11:30 AM
To: Terrence Bruff <tbruff15@gmail.com>

Terrance,

I asked the Vocational Counselor to reach out via email. The following outlines Lincoln's vocational program:

**Vocational Rehabilitation Program:** Designed to help claimants return to gainful employment through services such as job placement assistance, training, and education.

**Rehabilitation Incentive Benefit:** An additional payment (often a percentage of your monthly benefit) for participating in approved rehab activities.

**Qualifying Activities:** Typically include vocational counseling, job training, and sometimes education if it directly supports return-to-work goals. Taking one class **may not qualify**, since we do not know if this is something to assist you with necessary skills or when you will be able to pursue employment.

I have explained that I will ask for updates based on the when it's determined that updates are needed and you will be notified ahead of time. While I understand your need for predictability, private LTD policies do not publish detailed review schedules like SSDI.

You will continue to receive LTD benefits as long as you continue to meet the contractual requirements of the Policy, which you have been provided a copy.

The Policy outlines the 24 month limitation for psychiatric conditions. The vocational rehabilitation and partial disability provisions are outlined in the Policy.

Social Security and private insurers operate under different regulations. SSDI is a federal program with statutory rules. Lincoln Financial, as a private insurer, follows the terms of your policy.

There is no other explanations or information I can provide to you.

*Kristianne Corporan*



| **Kristianne C.** | 888-437-7611 Office | **Follow us on:** |
|---|---|---|
| LTD Technical Specialist | 65597 Extension | |
| Lincoln Financial | Fax: **603-334-0401** |    |
| **Disability and Life Claims** <br> P.O. Box 2578 <br> Omaha, NE 68103-2578 | |  |
| | **LincolnFinancial.com** | |

**Visit LincolnFinancial.com for a secure and fast way to check the status of your claim, upload claim documentation, enroll in text messaging and view your existing claim documents.**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: \*\*This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.\*\**

**From:** Terrence Bruff <tbruff15@gmail.com>
**Sent:** Monday, January 5, 2026 1:44 PM
**To:** Corporan, Kristianne <Kristianne.Corporan@lfg.com>; Wilkerson, Shericka <Shericka.Wilkerson@lfg.com>
**Subject:** Re: Charles Bruff- 17729133 Vocational Rehab and Rehabilitation Benefit

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

[Quoted text hidden]