# Exhibit EDU1

## Plaintiff's BenefitConnect Request for Educational Assistance Denial Letter

The following are verbatim messages submitted by Plaintiff through the USAA BenefitConnect portal on February 9, 2026, under Case ID 133123.

### Message 1 — February 9, 2026 (Prior to 3:13 PM CST)

| | |
|---|---|
| **Submitted by:** | Charles Bruff |
| **Case ID:** | 133123 |
| **Portal:** | USAA BenefitConnect / Health & Welfare Benefits Center |

"The issue that the state vocational rehab counselor is running into is that my disability leave started on March 21, 2025 and I was terminated on April 1, 2025. USAA HR determined that I was not eligible but never provided a formal denial letter for last semester. Now I am enrolled in the spring semester and this message should be interpreted as me requesting reimbursement from the USAA education plan again. If I'm not eligible, please generate a formal denial letter so that I can provide that to other parties that may want to help me pay for my continuing education."

### Message 2 — February 9, 2026, 3:13 PM CST

| | |
|---|---|
| **Submitted by:** | Charles Bruff |
| **Case ID:** | 133123 |

"Just to be 100% clear. No one from USAA is going to provide me a denial letter on letterhead. Is this correct?"

## Inbox Message



**REPLY**

Insurance Carrier/Claim Issue
Case ID: 133123(Closed)

---

**From: Service Center**                                                                                      **2/9/2026 06:35 PM**

Mr. Bruff,

Thank you for contacting the USAA Health & Welfare Benefits Center. Your concerns are very important to us.

Your request has been received and is currently under review. This process can take 7-10 business days from when the request is received.

'

If you have further questions, please feel free to contact us at the number below. We appreciate the opportunity to assist.


USAA Health & Welfare Benefits Center
800.210.USAA (8722), Option 5
Monday - Friday
8am - 7pm CT

Please note: The information above is intended to provide guidance about the benefit plans presently sponsored by USAA. If there is any difference between this guidance and the terms of the official plan documents, the terms of the plan documents will govern.

---

**From: You**                                                                                                  **2/9/2026 03:16 PM**

I ask because this is what I was told that I would need by Lincoln in order to use Texas Vocational Rehab. Also vocational rehab would benefit from an actual contact to verify. The number that you gave is just the general HR number.

Since I am on an approved disability leave, I will need more from USAA in order to qualify for assistance for the disabled in general.

---

**From: You**                                                                                                  **2/9/2026 03:13 PM**

Just to be 100% clear. No one from USAA is going to provide me a denial letter on letterhead. Is this correct?

Insurance Carrier/Claim Issue
Case ID: 134012(Closed)

**From: Service Center**                                                                                                    **3/3/2026 01:47 PM**

Mr. Bruff,

Thank you for contacting the USAA Health & Welfare Benefits Center. Your concerns are very important to us.

While we do not have a formal denial letter we are able to provide, we can confirm via this message that USAA education assistance benefits administered through Guild are not offered to USAA employees on an approved Long-Term Disability (LTD) claim. Please let this message serve as proof that Charles T. Bruff will not be offered education assistance benefits while on their approved LTD claim with USAA.

If you have further questions, please feel free to contact us at the number below. We appreciate the opportunity to assist.

USAA Health & Welfare Benefits Center
800.210.USAA (8722), Option 5
Monday - Friday
8am - 7pm CT

Please note: The information above is intended to provide guidance about the benefit plans presently sponsored by USAA. If there is any difference between this guidance and the terms of the official plan documents, the terms of the plan documents will govern.

**From: You**                                                                                                                **3/2/2026 09:37 PM**

Just for documentation purposes, since I got a phone call in connection to this message today from Chris. At roughly 6:30 p.m.
He let me know that USAA and the Health and Welfare Benefit Center will not be providing me a formal denial letter or notice of denial for the USAA education plan.
He told me his phone call was in response to this February 9th message and that I had missed the benefit center's reply. I don't actually see a reply from the Benefits Center on this message. The only reply that I see is a notice that my request was under review and that it would take 7 to 10 business days to be resolved.
His primary focus was to let me know that he was following up on the message and that the Benefits Center was unable to provide me a formal notice of denial. I informed him that human resources also hadn't provided me a formal notice of denial.
I would appreciate an actual written response from the Welfare Benefit Center confirming that I won't be given a formal notice of denial from the plan.