# Exhibit F

## Lincoln Financial Vocational Rehabilitation Referral and Closure Correspondence

The following is the complete email correspondence regarding Plaintiff's vocational rehabilitation referral, spanning January 27–28, 2026.

### Document 1 — Lincoln Financial Referral Letter — January 27, 2026

| | |
|---|---|
| **Date:** | January 27, 2026 |
| **To:** | Charles T. Bruff, 98 McLennan Oak, San Antonio, TX 78240 |
| **RE:** | Long Term Disability (LTD) Benefits, USAA Claim #: 17729133 |
| **From:** | Aleysia C., Consultant, Voc-Rehab & Accom, Lincoln National Life Insurance Company |

Dear Charles: The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.

You have been referred by your Disability Case Manager, Kristianne C., to receive vocational rehabilitation services. As a rehabilitation counselor, my role is to conduct an assessment, evaluate your employability, and when appropriate, develop an individualized vocational plan to achieve reasonable goals.

Sincerely, Aleysia C. Consultant, Voc-Rehab & Accom

### Document 2 — Plaintiff's Email Response — January 27, 2026, 6:09 PM

| | |
|---|---|
| **From:** | Terrence Bruff |
| **Sent:** | Tuesday, January 27, 2026, 6:09 PM |
| **To:** | Chambers, Aleysia |
| **Subject:** | RE: Vocational Rehab |

Let me ask you the most important question: Did you have any intention of covering my educational needs when you called me? I had already told Miss Christine what I needed and I had emailed you multiple times before you called me. It was in my file that I was in school and that I was needing help with funding in order to be retrained away from mainframe development.

### Document 3 — Lincoln Financial Response — January 28, 2026, 11:35 AM

| | |
|---|---|
| **From:** | Chambers, Aleysia |
| **Sent:** | Wednesday, January 28, 2026, 11:35 AM |
| **To:** | Terrence Bruff |
| **Subject:** | RE: Vocational Rehab |

Training is considered only when a claimant does not have transferable skills for other occupations and when such a plan is supported by the specific facts of the claim. Based on our review, we will not be

supporting a retraining goal. As we are unable to financially support your current goal of continuing your education, and you have indicated you are not interested in pursuing alternate employment at this time, your referral to vocational services will now be closed.

## Document 4 — Plaintiff's Reply — January 28, 2026, 1:32 PM

**From:**      Terrence Bruff

**Sent:**      Wednesday, January 28, 2026, 1:32 PM

**To:**        Chambers, Aleysia

**Subject:**   RE: Vocational Rehab

Please keep my referral open until the Waco police department and state OIG can investigate. Given your conflict of interest I'm contacting the EB SSA, the Waco Police Department and the state Office of Inspector General.

Transcription note: "Terrence BruD" in the source email headers appears to be an OCR/copy artifact and has been corrected to "Terrence Bruff" throughout this exhibit.

Attach original email chain from Plaintiff's email client as PDF immediately following this cover page.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 422-0119

January 27, 2026

Charles T. Bruff
98 MCLENNAN OAK
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133

Dear Charles:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

### Professional Disclosure Form

You have been referred by your Disability Case Manager, Kristianne C., to receive vocational rehabilitation services. As a rehabilitation counselor, my role is to conduct an assessment, evaluate your employability, and when appropriate, develop an individualized vocational plan to achieve reasonable goals. This process may involve other professionals to assist in achieving the vocational goals. These professionals may conduct testing, job search, or market research.  Discussions regarding your case will be held with such individuals and The Lincoln National Life Insurance Company claim professionals. The duration of these services vary and is based upon several factors such as your abilities and your progress. Fees for our services are paid by The Lincoln National Life Insurance Company.

The Lincoln National Life Insurance Company has a formal records retention and release policy that conforms to state and federal requirements. The Lincoln National Life Insurance Company uses secure messaging in outgoing e-mail communication. Should you wish to communicate or send us information using e-mail, please contact us so that we can assist you in protecting your privacy through our secure messaging system.

Communication and documentation generated by me for your file protects your privacy to the extent that it is possible and includes only relevant or appropriate counseling information.

Please contact me if you have any questions regarding this correspondence.

Sincerely,

Aleysia C.
Consultant, Voc-Rehab & Accom
Phone No.: (531) 375-4370 Ext.
Secure Fax No.: (484) 583-1955

**Re: Charles Bruff (secure)**

From: Chambers, Aleysia Aleysia.Chambers@lfg.com
To: Terrence Bruff tbruff15@gmail.com
Date: Tue, Jan 27, 2026, 1:40 PM

Good afternoon Mr. Bruff,

Apologies for the quick end to our call, but I understand the need to contact maintenance regarding your heater!

Thank you for taking the time to speak with me today.

As we discussed, I have submit your general information to the Start My VR portal for Texas Workforce Solutions Vocational Rehabilitation Services (TWS-VRS, previously DARS). As I understand you have received advocate services from AACOG (Alamo Area Council of Governments), please include them when speaking with a state-level vocational rehabilitation counselor if you feel it is appropriate.

> ⓘ Thank you for your interest in Texas Workforce Solutions-Vocational Rehabilitation (VR) Services.
>
> You have successfully submitted a contact request.
>
> A member of our team will be contacting you to discuss VR services, which may be available to assist you in overcoming barriers to employment related to your disability. If you decide that the VR program may be a good fit for you, we will gather additional information to schedule an appointment for you to discuss opening a case with a counselor.
>
> If you have any questions, you may reach Vocational Rehabilitation Services by calling 512-936-6400 or by email at vr.office.locator@twc.texas.gov. .
>
> You can find the closest Vocational Rehabilitation office by using our VR Office Lookup page .
>
> Sincerely,
> Vocational Rehabilitation Services

As we do understand that TWS-VRS is the "payor of last resort," I would encourage you to take the steps to apply for federal, state, and college specific financial aid to have that in the works as you have been paying for your training out of pocket and this may provide you some financial relief in that area.

Free Application for Federal Student Aid (FAFSA)
Texas Application for State Financial Aid (TASFA)
UTSA Financial Aid

Regarding anything official in writing from our department regarding funding, once you have applied for and are in the state-vocational rehabilitation process with an assigned counselor – sign a release of information for them to contact Lincoln Financial Group and we can review any requests they have to assist on your journey.

Thank you again for your time and hoping that this has been helpful,



**Aleysia Chambers**
Vocational Rehabilitation Consultant
GP CLM LTD Clinical
531-375-4370 Office
484-583-1955 Fax

**Lincoln Financial**
*120 years of building tomorrows*
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.**

From: Terrence Bruff tbruff15@gmail.com
To: Chambers, Aleysia Aleysia.Chambers@lfg.com
Date: Tue, Jan 27, 2026, 6:09 PM

You told me during our conversation that we had reviewed by file. Let me ask you the most important question? Did you have any intention of covering my educational needs when you called me?

1 / 4

I had already told Miss Christine what I needed and I had emailed you multiple times before you called me. It was in my file that I was in school and that I was needing help with funding in order to be retrained away from mainframe development. If you couldn't provide that support, why didn't you just tell me over email? What was the point of doing an intake only to be told that you couldn't help me and to be told that you couldn't actually give me any reason why you couldn't help me?

Of course I only realized after I felt the overwhelming sense of defeat. That I still don't even have documents from you that say what services you actually offer. No one at Lincoln has even given me like a pamphlet that says what vocational rehab actually is or does inside Lincoln.

Despite asking Miss Christine I never got anything from her, and  you told me vocational rehab at Lincoln was unlike the public department of rehabilitation you don't have to provide any written documentation about the services you offer. It's like every Other department just complete lack of transparency.

I did not expect that you would find that I wasn't a good candidate for vocational rehab. Because I have to do classes slowly, I knew it would take time to get back on my feet. I then  got overwhelmed after realizing I really don't have any information. I gave  a lot of information to you, but you didn't really give much  in return. I'm not even entirely sure why I'm not a good candidate for vocational rehab with Lincoln financial. It has something to do with having transferable skills Despite having significant implementation limitations in terms of working.

During our conversation I asked for a formal letter which simply stated that you could not provide vocational services. We talked about how in order for me to get services from the state. All other sources of support have to be exhausted, including educational financial aid. And it's now obvious to me that you're not gonna provide that letter to me.  For some reason, you guys refuse to give me any information directly. Lincoln financial did send me a letter stating that I was referred for services.

The one part of the conversation that really sticks in my mind is being told that Lincoln Financial doesn't have a resources to help.

My counselor pointed out doing my Crisis visit at 4PM that all I was asking Lincoln to do is cover the cost of one class per semester. Somehow Lincoln doesn't even have any resources for that. She told me that that's the most basic request of vocational rehab that someone can make.

Finally we talked about how my employer might also have an obligation to pay for my education and I sent you documents that showed that. You told me that for some people you guys want to get their old jobs back but when I asked you if you could help me with  USAA's education policy, you told me no. Obviously the vocational rehab department has some connection to USAA. You are just not gonna use it to actually help me get my education paid for.

Towards the end of our conversation, you asked me if I wanted to close the referral that was made and I told you no because I need a letter that explains that you've actually denied me To show that I've attempted and exhausted the support I could've gotten from Lincoln. I'm going to ask you for information even though I don't expect it to be provided.

1. Please provide me a documented list or some sort of policy packet they actually explains what vocational rehab services through Lincoln actually are. If you don't cover part-time education, what do you cover or help with? What I am trying to figure out is: Do you not have education assistance for anyone: or are you only not covering it for me? You never actually answered that question when you told me that Lincoln financial doesn't have the resources to help me.
2. 2. In your email response you told me that you could provide a letter to the state if they reach out. I'm glad you got permission to provide the letter. Instead please provide a letter to me directly instead.  That will just make it easy for me to show that you found that I wasn't a good candidate.

Honestly, at this point, I don't even know that I'm going to reach out to state after talking with my counselor. if you don't think I'm a good candidate and you used to work for the state why would they think I was a good candidate? What resources does the state of Texas have that Lincoln financial a multi billion dollar insurance company doesn't have?
My counselor also told me during my living room visit that given that you used to work for the state and that Lincoln saves money by not helping me. It might be unethical for me to reach out to the state now because you referred me and if I get services from them and not you, Lincoln would save money. She called this a conflict of interest. This is why it's so important to get an actual written denial letter from you because simply referring me to a government resource to offer services that overlap with what you guys should already be offering according to my counselor Lady is a conflict of interest. This is because it saves  Lincoln money at the expense of the government. My mom pointed out just now that if I get services from the state and not from you, will I still get the extra 10% that I'm supposed to in my contract? We never even talked about the fact that Lincoln financial offer is a whole rehabilitation benefit or what it even is...

If Lincoln is denying me because you don't think I need education for whatever reason, then the government probably won't approve me either. But without the stabilizing support of UTSA to work my way back up to being able to function, I may not be able to function. A goal of going to school coming out of the hospital wasn't just the additional education as we discussed. It was to help me stabilize and be in some sort of structured environment like I used to have at USAA.

2 / 4

3. I'm really hoping you can actually answer some of these questions or provide me some of this information but I'm not actually hopeful.

My counselor told me that Lincoln's goal of the conversation was probably just to get a bunch of information for me and that you guys never had any intention of helping me cover the cost of education.

Since my heat is out I went to the library to get some food for the first time in a while. I actually felt like jumping off the roof. After all of this work all I get is another referral to another agency. Another process for me to go through.

And I still didn't receive any of the information that I asked for from Lincoln Financial.

It's almost funny. You told me that I was good  at interpreting policies but so far I don't have any policies to interpret. I only realized after I got off the phone that Lincoln financial people never actually provide me anything in writing. Every single representative tells me that they're limited and they have limitations and they won't provide me anything in writing that explains what those limitations are. There doesn't seem to be any rules or structure whatsoever and I'm just at my wits end.

If you can provide this information, please provide within 30 days. If you can't provide this information, please provide something that says that you can't provide it.

I feel like it would be wrong to take money from the state when I  may have an alternative. I feel like a former state employee that used to represent the state vocational rehab agency in Texas filling out referrals for people to go into the public system, which then saves the company money may actually be a conflict of interest. My counselor might be right. Without an actual reason for denial that's documented all that I have is a referral to the state to provide the same services that Lincoln could've provided.

Thank you I hope to hear from my soon. Of all of the rejections I've gotten from Lincoln I really had  hope for this one. . It directly makes the plan that my doctors came up with when I was my second hospitalization more difficult and it reduces the chances that I'll ever get better. This one hurt.

Get [Outlook for iOS](https://aka.ms/o0ukef)

---

**From:** Chambers, Aleysia Aleysia.Chambers@lfg.com
**To:** Terrence Bruff tbruff15@gmail.com
**Date:** Wed, Jan 28, 2026, 11:35 AM

Good afternoon Mr. Bruff,

Thank you for your recent inquiry regarding retraining. We appreciate your engagement in discussing options for returning to work.

Lincoln Financial Group's vocational rehabilitation program evaluates each referral individually to determine the services most likely to support a timely and successful return to self-sufficiency. Our process focuses first on whether a claimant can return to their own employer or, if that is not possible, whether their transferable skills allow for employment with a new employer. Training is considered only when a claimant does not have transferable skills for other occupations and when such a plan is supported by the specific facts of the claim.

Based on our review, we will not be supporting a retraining goal.

As we are unable to financially support your current goal of continuing your education, and you have indicated you are not interested in pursuing alternate employment at this time, your referral to vocational services will now be closed.

If, in the future, you would like assistance exploring employment opportunities that align with your existing skills, please notify your Claim Specialist and we will be glad to assist.

Best regards,



**Aleysia Chambers**
Vocational Rehabilitation Consultant
GP CLM LTD Clinical
531-375-4370 Office
484-583-1955 Fax

**Lincoln Financial**
*120 years of building tomorrows*
LincolnFinancial.com

3 / 4

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Terrence Bruff tbruff15@gmail.com
**To:** Chambers, Aleysia Aleysia.Chambers@lfg.com
**Date:** Wed, Jan 28, 2026, 1:32 PM
image002.png 4 KB
image003.png 60 KB

Please keep my referral open until the Waco police department and state OIG can investigate. Given your conflict of interest I'm contacting the EB SSA, the Waco Police Department and the state office of Inspector General. After contacting my counselor and talking to her about what I should do and talking to the UTSA financial aid, they believe that since he refused to provide me an official denial letter and you refuse to provide me what vocational rehab actually covers through Lincoln financial that your former employment with the state may be a conflict of interest and you may be encouraging claimants to use state resources in place of Lincoln financials. They informed me that this would be fraud and a misuse of knowledge that you gained as a state employee. As a result, my counselor encouraged me to contact Lincoln financial corporate investigations, the Waco Police Department, and the state office of Inspector General.

As you know when any service is denied through a long-term disability plan, a formal denial letter is supposed to be generated according to my counselor. Your refusal to provide me a reason for a denial on Lincoln, financial letterhead or any internal policies, which speak to the way that vocational rehab is handled by Lincoln leads me to believe that you may not be following the law and you may be instead improperly, relying on knowledge that you gained as a state employee to defraud the state of Texas vocational rehab program by not informing the vocational rehab program that clients that you've referred are otherwise eligible for services through Lincoln.

After all, if you really didn't think that retraining was appropriate, you wouldn't have referred me to the state for retraining. I would encourage you to retain an attorney. This has been incredibly stressful for me. I did not expect to discover that a Lincoln financial employee would be defraud in the state of Texas and over the next few days. I will be filing the appropriate police reports to get this matter resolved.

For your sake, I really hope that Lincoln financial takes you off of any of the other vocational cases that you're working on while the state determines whether they want to investigate your conduct.

Thank you so much for your time. Have a fantastic day.

---

**From:** Terrence Bruff tbruff15@gmail.com
**To:** Chambers, Aleysia Aleysia.Chambers@lfg.com
**Date:** Wed, Jan 28, 2026, 1:43 PM
image002.png 4 KB
image003.png 60 KB

I know it might be scary that I'm having to contact your local police department, but I promise it's not to be harassing or intimidating. The people here helped me understand that what you're doing may be financial fraud which is a crime and I have to report it as a crime. It has nothing to do with you personally the individual and everything to do with your conduct and the fact that I don't know if you've done this to other people to save your company money.

---

5 Emails