# Exhibit G

## Lincoln National Life Insurance Company Letter — December 23, 2025

The following is a verbatim reproduction of Lincoln Financial's letter dated December 23, 2025, directing Plaintiff to apply for Social Security Disability Income benefits.

| | |
|---|---|
| **Date:** | December 23, 2025 |
| **To:** | Charles T. Bruff, 98 McLennan Oak, San Antonio, TX 78240 |
| **RE:** | Long Term Disability (LTD) Benefits — USAA — Claim #: 17729133 |
| **From:** | Shericka W., Claims Examiner II, Social Security |
| **Phone:** | (888) 437-7611 Ext. 29171 |
| **Secure Fax:** | (603) 334-0401 |

Dear Charles: We are writing about your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer. You are required to apply for Social Security benefits under the terms of USAA LTD Policy and it is important that you begin this process immediately.

Therefore, please initiate your application by February 2, 2026.

If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

Sincerely, Shericka W. Claims Examiner II, Social Security Phone No.: (888) 437-7611 Ext. 29171 Secure Fax No.: (603) 334-0401



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 23, 2025

Charles T. Bruff
98 MCLENNAN OAK
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133

Dear Charles:

We are writing about your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are several advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of **Brown & Brown,** a Social Security claimant representative. **Brown & Brown** specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

This will be explained to you in greater detail upon accepting representation by **Brown & Brown.**

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of **USAA** LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application by **February 2, 2026.**

If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shericka W.
Claims Examiner II, Social Security
Phone No.: (888) 437-7611 Ext. 29171
Secure Fax No.: (603) 334-0401

Attachments:    Brown and Brown SSDI FAQ
                Disability Payment Option Form

2  of  2



# Social Security Disability Insurance (SSDI)
## *Frequently Asked Questions*

1. **What is Social Security Disability Insurance?**
Social Security Disability Insurance (SSDI) is a federal program that provides disabled workers with benefits while they are unable to work because of medical impairments.

2. **Why should I file for Social Security Disability Insurance?**
There are many benefits of receiving an SSDI award, including increased Social Security retirement benefits, annual Cost of Living Adjustment (COLA) raises, and earlier access to Medicare coverage. In addition, you may be eligible to receive additional dependent and/or spousal benefits.

3. **How can Brown & Brown Absence Services Group assist me?**
Brown & Brown Absence Services Group is a nationwide Social Security Disability Advocacy organization. The team at Brown & Brown has assisted over 200,000 claimants in receiving SSDI benefits. Lincoln Financial has partnered with Brown & Brown to provide claimants with the assistance of an experienced team of advocates throughout the SSDI application process.

4. **How much will it cost to have Brown & Brown help me?**
There is no out-of-pocket expense to you for utilizing Brown & Brown's services. If your SSDI claim is awarded, Lincoln Financial Group will cover Brown & Brown's fee.

5. **I am receiving long-term disability (LTD) insurance benefits. Will I automatically qualify for SSDI benefits?**
No, receipt of private LTD benefits does not automatically mean you are disabled under Social Security's rules. Likewise, if at some point your LTD benefits end, the fact that you no longer receive LTD benefits does not mean that you won't qualify for SSDI benefits.

6. **I am currently working part time. Should I still apply for benefits?**
If you are currently working and earning more than $1,310 per month (in 2021), you generally will not be eligible for SSDI benefits and should not file an application at this time. If you are currently working and earning less than $1,310 per month, you may be eligible for benefits.

7. **How long will it take for SSA to process my application?**
The process of applying for SSDI benefits can be quite long. If your claim is denied, there are several levels of appeal within the SSDI application process, including Reconsideration, a Hearing before an Administrative Law Judge, and in some cases, review by the Appeals Council. Depending on the level at which your claim is finally decided, the process can take anywhere from six months to more than three years.

8. **What if my SSDI claim is denied?**
If you are denied, you have the right to appeal the decision. Brown & Brown will assist you throughout this process by ensuring that all paperwork and appeals are filed in a timely fashion to comply with the Social Security Administration's strict deadlines.

9. **If I am awarded SSDI, how will my benefits be calculated? (How much will I get?)**
The average monthly SSDI benefit is about $1,277 in 2021. The amount of your monthly benefit is based on your lifetime average earnings covered by Social Security and may be reduced if you receive other benefits, such as workers' compensation or public disability benefits.

10. **How can I contact Brown & Brown Absence Services Group?**

*Call Toll-Free:* (877) 261-1947

*Facsimile:* (877) 899-1329

*Mailing Address:* Brown & Brown Absence Services Group | 300 N Beach Street | Daytona Beach, FL 32114

*Hours of Operation:* Monday through Friday 8:00 a.m. to 6:00 p.m. (E.S.T)



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims                                        (Herein Referred to as "we" and "us")
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68103-2578

Policy Number: <u>09-419734</u>      Claim No. <u>17729133</u>          Disability Date: <u>March 22, 2025</u>

Issued To: <u>USAA</u>                                                    Address: _____

Claimant: <u>Charles Bruff</u>                                           Address: _____

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.


_____
(Insured)


_____
(Address)


_____
(Date)

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.                     Page 1 of 1

GLC-01767                                                                                           03/25

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Brown & Brown, a Social Security claimant representative. Brown & Brown specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

This will be explained to you in greater detail upon accepting representation by Brown & Brown.

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

**You are required to apply for Social Security benefits under the terms of USAA LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application by February 2, 2026.**
If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.


Sincerely,


Shericka W.
Claims Examiner II, Social Security
Phone No.: (888) 437-7611 Ext. 29171

Secure Fax No.: (603) 334-0401

*Attachments: Brown and Brown SSDI FAQ; Disability Payment Option Form*