# Exhibit H

## Lincoln Financial's Refusal to Provide Claims File on Approved Claims and Failure to Produce Written Policy Supporting That Refusal

This exhibit establishes that Lincoln Financial maintained a policy of withholding claims files from claimants on approved claims, confirmed that policy in both a recorded phone call and a written email, and subsequently failed to produce any written documentation of that policy when Plaintiff specifically requested it in writing. The absence of a written policy, combined with the refusal to disclose, made it structurally impossible for Plaintiff to understand or exhaust his administrative remedies.

> Authentication note: Document 1 is derived from a recorded phone call between Plaintiff and Lincoln Financial on January 9, 2026. A declaration from Plaintiff authenticating the transcript, or a copy of the recording, should accompany this exhibit at filing.
>
> Cross-reference: The full transcript of the January 9, 2026 phone call is reproduced in Attachment H-1. Exhibit J, Documents 1 and 3 cite additional excerpts from the same transcript and email chain; no separate transcript attachment is included in Exhibit J.

### Document 1 — Phone Call Excerpt — January 9, 2026

| | |
|---|---|
| **Date:** | January 9, 2026 |
| **Participants:** | Charles Bruff (Plaintiff); Kristianne Corporan (Lincoln Financial, LTD Technical Specialist) |
| **Source:** | Transcript of recorded call (Charles_Christine_Transcript_With_Note January 9, 2026.docx); full transcript in Attachment H-1 |

**Charles:** How do I get copies of all of my previous reviews?

**Kristianne:** If we had a medical review done on an approved claim, that's not shared with a claimant.

**Charles:** So I would only get a copy of my file if you made an adverse determination?

**Kristianne:** Correct.

**Charles:** So you're not going to provide me the results of the reviews you've done so far unless you decide against me? I can't include those in my disability claim, even though they were favorable decisions.

**Kristianne:** That is correct.

**Charles:** But because you haven't denied me, you won't give me that information.

**Kristianne:** That's right. We don't share reviews on approved claims.

### Document 2 — Email from Kristianne Corporan — February 12, 2026

| | |
|---|---|
| **From:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Sent:** | Thursday, February 12, 2026 |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | RE: Recall: Charles Bruff — LTD/STD Claim file from 2021 |

Terrence, I inadvertently hit forward instead of reply and recalled since there was no message. At this time, we have fully reviewed and responded to your request for a copy of your claim file. As previously explained, we are not able to provide the file to you.

Kristianne C. | LTD Technical Specialist | Lincoln Financial

## Document 3 — Plaintiff's Written Request for Internal Policy Supporting Withholding and Lincoln's Non-Response — January 11, 2026, 10:31 PM

| | |
|---|---|
| **From:** | Terrence Bruff (tbruff15@gmail.com) |
| **Date:** | Sunday, January 11, 2026, 10:31 PM |
| **To:** | Corporan, Kristianne; Thornton, Sasha; Wilkerson, Shericka (Lincoln Financial) |
| **Subject:** | Charles Bruff — follow up on conversation/claims file |
| **Source:** | January_13_Email.pdf (Gmail export), pages 8–10; YAML_5 (January 11, 2026 entry) |

The following is an excerpt from Plaintiff's January 11, 2026 email to Lincoln Financial, under the section titled "What I still need," item 2:

On Friday, I had my intake call with brown and brown. I need to start gathering information and My case manager told me that Lincoln will provide some medical information, but they won't provide my claims file to me or Brown. For the reasons I've already outlined I need to start some sort of process to actually get my claims file so that my Social Security application doesn't drag on. Is there an appeal process? Can you give me something in writing that says you won't provide me a copy of my claims file? If you can't provide it to me, can you provide it to Social Security directly? We have the same goal. I'm sure we can figure this out together.

> Lincoln Financial's response: No written policy was produced in response to this request. Kristianne Corporan's January 13, 2026, 4:33 PM response stated only that withholding the claims file was "standard practice" — with no documentary basis provided.
>
> Deemed exhaustion relevance: Lincoln denied Plaintiff access to his claims file (Documents 1 and 2), refused to produce any written policy justifying that denial (Document 3, non-response), and thereby deprived Plaintiff of the information necessary to understand and challenge the decision. A claimant cannot be required to exhaust a process whose rules he is not permitted to see.

## Attachment H-1 — Full Transcript — January 9, 2026 Recorded Phone Call

| | |
|---|---|
| **Source:** | Charles_Christine_Transcript_With_Note January 9, 2026.docx |
| **Note:** | Automated transcription. Speaker identified as "Kristianne" throughout; automated system initially misidentified speaker as "Christine." Speaker is Kristianne Corporan, LTD Technical Specialist, Lincoln Financial. |

Automated System: ...may be recorded for quality assurance purposes. To learn about your privacy rights, please review our privacy notices online at www.lincolnfinancial.com/privacy. If you know your party's extension, press 8. For an existing disability, enter the extension now. Please hold while your call is being transferred.

**Kristianne:** Kristianne in Corporate at Lincoln Financial, may I help you?

**Charles:** Yes. This is Charles Bruff. You sent me an email, and I responded...

**Kristianne:** Hi, Charles.

**Charles:** Hi. I'm missing information that I think I'm going to need, and I don't know how to get it.

**Kristianne:** Let me look at the email.

**Charles:** I've been considered disabled by Social Security since birth. Because of that, and because I worked for so long, I have the option of either applying for disability from scratch, or trying to use something called expedited reinstatement. Normally, I would have worked too long to be eligible for expedited reinstatement. [One sentence omitted — relates to separate legal matter.] But where I'm running into trouble is, in order to be considered disabled under the Social Security program, it has to be expected that I'm going to remain disabled for at least a year. I'm asking about the frequency of review because that's the first thing they questioned—why am I being reviewed so often? If you expect me to recover faster than a year, then I shouldn't apply for Social Security.

**Kristianne:** We're not saying we expect it. We have to review it to see if you still meet the criteria of the policy. We're reviewing to see if anything changes.

**Charles:** Okay, I guess that's a difference between Social Security and Lincoln Financial. With Social Security, they set their frequency of review based on whether they expect you to recover—either 18 months, 3 years, or 5 years. When I told them you were reviewing me every 3 months, they interpreted that as you expect me to recover really soon. They told me not to apply until I had resolved that. But I guess the way you do it and the way they do it is just different. They presume disability until a review shows otherwise. You review constantly. It's a different setup. I guess I can tell them that your frequent reviews don't necessarily mean you expect recovery within the review period. Is that how it works?

**Kristianne:** Yes, that sounds accurate.

**Charles:** Is there anything else you can give me that explains how you set the review frequency and what the differences are?

**Kristianne:** That's correct. We do it case by case. It depends on what conditions we're looking at and the time frames for follow-ups. There's no set time. It depends on the review and what it indicates—whether we need to follow up in two, three, or four months.

**Charles:** How do I get copies of all of my previous reviews?

**Kristianne:** If we had a medical review done on an approved claim, that's not shared with a claimant.

**Charles:** So I would only get a copy of my file if you made an adverse determination?

**Kristianne:** Correct.

**Charles:** So I have to wait to apply for Social Security until you make an adverse determination? They told me they want to see—

**Kristianne:** No, that doesn't make any sense. We have people apply for Social Security all the time. Social Security is aware that insurance companies do reviews on their own basis. It has nothing to do with Social Security. You and your doctors are expecting your disability to last more than a year. You were on Social Security previously. There's no reason they would tell you not to apply because of how we manage a disability claim.

**Charles:** But I wasn't on Social Security previously. I was considered disabled by Social Security and was on the work incentives. I haven't received—

**Kristianne:** That's still Social Security disability.

**Charles:** I'm not an expert on Social Security.

**Kristianne:** You could probably talk with one of the vendors about the issues you're having with Social Security. I'm sure they can help you.

**Charles:** So you're not going to provide me the results of the reviews you've done so far unless you decide against me? I can't include those in my disability claim, even though they were favorable decisions.

**Kristianne:** That is correct.

**Charles:** Okay. I guess I can just keep asking every week until I get that. I can apply to Social Security and tell them you won't provide it. They said they'll put my application in pending. By the policy, all I have to do is apply, right?

**Kristianne:** That's not correct. You can't tell them to pend it and not proceed.

**Charles:** They told me they won't process it until they have the information because there's a mismatch.

**Kristianne:** Your best bet is to talk to a Social Security advocate. We have vendors who can help you.

**Charles:** Okay, I can do that. I'll send a follow-up email and call you on Monday. I'll keep trying every day until I get what I need.

**Kristianne:** That's not correct. You can talk to a Social Security advocate and they can help you with the application process. There's nothing else I can give you.

**Charles:** Well, there is. You just won't give it to me.

**Kristianne:** No, there isn't. It's not that I won't. We don't do it. You won't get any more information.

**Charles:** So if you denied me, you would give me all of my previous reviews. So they exist.

**Kristianne:** If you were denied, you could get a copy of your claim file, which would include any reviews.

**Charles:** But because you haven't denied me, you won't give me that information.

**Kristianne:** That's right. We don't share reviews on approved claims.

**Charles:** That doesn't make sense.

**Kristianne:** I'm sorry it doesn't make sense to you. Sometimes that's just how it is.

**Charles:** Okay. I will ask the Social Security unit to have someone contact you to help with the process. I'll call Brown and Brown today. I'll call you on Monday.

**Kristianne:** Okay. Good.

**Charles:** I'll call Mr. Miller and the Social Security lady. I'll keep trying every day.

**Kristianne:** Okay.

**Charles:** I don't really know what else to do.

**Kristianne:** Why don't you talk to Brown and Brown first and then decide the next steps?

**Charles:** I'm still going to have to get my reviews. Social Security has a good point. I'm a different kind of beneficiary.

**Kristianne:** Talk to Brown and Brown first. If they're helping you with the application, they can get your medical records from us. Social Security makes their own determination. They get your medical records, not our reviews.

**Charles:** Okay. That makes sense, I guess. So talk to Brown...

**Kristianne:** Yes. Talk to Brown and Brown first and then see.

**Charles:** Okay. Thank you for your time.

**Kristianne:** Okay. I'll try again on Monday. Have a fantastic weekend.

**Charles:** You too, Charles. Take care.

**Kristianne:** Take care.