# Exhibit HCPLAN

# SUMMARY OF MATERIAL MODIFICATIONS TO THE USAA COMPREHENSIVE HEALTH CARE ARRANGEMENT

This Summary of Material Modifications (SMM) to the USAA Comprehensive Health Care Arrangement ("Plan") summarizes certain changes to the Plan. You should keep a copy of this SMM with your Summary Plan Description (SPD) of the Plan for future reference.

---

Effective January 1, 2024, "If You and Your Dependent Both Work at USAA" information on pages 7 – 8 of the SPD is revised as follows:

## If You and Your Dependent Both Work at USAA

You and your Eligible Dependents can be covered by only one person under the Plan. You cannot have double coverage under the Plan for any family member. For example, if you and your spouse both work for USAA and you choose vision coverage for yourself and your children, your spouse must choose "You Only" coverage. See the summary plan description for the applicable constituent benefit program.

If you and your spouse both carry coverage separately under the Medical Care Program, (for example, you carry "You Only" and your spouse carries "You Only" or "You + Child(ren)), you may elect to combine medical coverage to "You + Spouse" or "You + Family" during Annual Enrollment or qualified life event. In this scenario, your remaining prior year PCA balances will automatically be combined during the next quarterly Company Couples review, without action from you. During annual enrollment, funds will be transferred by January 10 of the following plan year. In the event of loss of coverage for any reason, other than the unfortunate event of death, under the Program, PCA account balances will not be combined or shifted. The survivor surviving spouse will receive PCA funds consistent with the election made as a result of the qualifying event.

Note that if your spouse is eligible as a Retiree under the USAA Retiree Medical Program and you are an active employee, you may not be covered as a dependent of your spouse under the Retiree Medical Program.

Effective January 1, 2024, the Spending Account Administrator is changing.  Accordingly, page 39 of the SPD is revised as follows:

## HSA - Spending Account Administrator

Via Benefits
www.viabenefitsaccounts.com
1-800-953-5395
Accounts Customer Care
PO Box 25172
Lehigh Valley, PA 18002-5172

## Appendix B: Summary Chart for Filing of Initial Claims and Appeals

These charts summarize the applicable Claims Administrator and/or Plan Administrator with whom to file your initial claim or appeal.

| Type of Claim | File your initial claim with… | File your 1st Level Appeal with… | File your 2nd Level Appeal with… |
|---|---|---|---|
| **Medical Care Program:** **Medical claims other than those listed below** | Cigna Health And Life Insurance Company (Cigna) Website: my.cigna.com Phone: (888) 884-USAA Claims Address: PO Box 182223 Chattanooga, TN 37422-7223 | Cigna Health And Life Insurance Company (Cigna) Cigna Appeals Unit P.O. Box 188011 Chattanooga, TN 37422-8011 | Claim Appeal Fiduciary Services USAA / Appeals 2475 Northwinds Parkway, Suite 200 Alpharetta, GA 30009 |
| **Medical Care Program:** **PCA (Spending Account Claims Only)** | Via Benefits www.viabenefitsaccounts.com 1-800-953-5395 Accounts Customer Care PO Box 25172 Lehigh Valley, PA 18002-5172 | Via Benefits www.viabenefitsaccounts.com 1-800-953-5395 Accounts Customer Care PO Box 25172 Lehigh Valley, PA 18002-5172 | Claim Appeal Fiduciary Services USAA / Appeals 2475 Northwinds Parkway, Suite 200 Alpharetta, GA 30009 |
| **Medical Care Program:** **Retail Prescription Drugs** | CVS/Caremark Website: www.caremark.com Phone: 1 (866) 889-0471 Specialty Pharmacy Phone: 1 (800) 237-2767 Claims Address: CVS/Caremark PO Box 659541 San Antonio, TX 78265-9541 | CVS/Caremark Attn: Appeals Department MC 109 PO Box 52084 Phoenix, AZ 85072-2084 | CVS/Caremark Attn: Appeals Department MC 109 PO Box 52084 Phoenix, AZ 85072-2084 |
| **Dental Program: Delta** **Dental PPO** | Delta Dental Insurance Company P.O. Box 1809 Alpharetta, GA 30023-1809 800-873-1051 | Delta Dental Insurance Company Attn: Appeals Dept. P.O. Box 1809 Alpharetta, GA 30023-1809 1-800-873-1051 | Claim Appeal Fiduciary Services USAA / Appeals 2475 Northwinds Parkway, Suite 200 Alpharetta, GA 30009 |
| **Dental Program:** **Delta DeltaCare USA** **Dental DHMO** | Delta Dental Insurance Company Claims Department P.O. Box 1810 Alpharetta, GA 30023 888-845-6026 | Delta Dental Insurance Company Quality Management Department P.O. Box 1860 Alpharetta, GA 30023 888-845-6026 | Delta Dental Insurance Company Quality Management Department P.O. Box 1860 Alpharetta, GA 30023 888-845-6026 |
| **Employee Assistance Program** | CuraLinc Healthcare 314 W. Superior Street Chicago, IL 60654 800.490.1585 | CuraLinc Healthcare 314 W. Superior Street Chicago, IL 60654 800.490.1585 | CuraLinc Healthcare 314 W. Superior Street Chicago, IL 60654 800.490.1585 |

2

## Appendix B: Summary Chart for Filing of Initial Claims and Appeals

These charts summarize the applicable Claims Administrator and/or Plan Administrator with whom to file your initial claim or appeal.

| Type of Claim | File your initial claim with… | File your 1st Level Appeal with… | File your 2nd Level Appeal with… |
|---|---|---|---|
| **Vision Service Program** | VSP Vision Care<br><br>3333 Quality Drive<br>Rancho Cordova, CA 95670<br>1-800-877-7195 | VSP – Claims Appeals<br>3333 Quality Drive<br>Rancho Cordova, CA 95670<br>1-800-877-7195 | VSP Vision Care – Claims Appeals<br>3333 Quality Drive<br>Rancho Cordova, CA 95670<br>1-800-877-7195 |
| | Claim for Non-Network Services:<br>P.O. Box 997105<br>Sacramento, CA 95899-7105 | Claim for Reimbursement of Non-Network Services:<br><br>VSP<br>P.O. Box 385018<br>Birmingham, AL 35238-5018 | Claim for Reimbursement of Non-Network Services:<br><br>VSP<br>P.O. Box 385018<br>Birmingham, AL 35238- 5018 |
| **Health Care Flexible Spending Account Program** | Via Benefits<br>www.viabenefitsaccounts.com<br>1-800-953-5395<br>Accounts Customer Care<br>PO Box 25172<br>Lehigh Valley, PA 18002-5172 | Via Benefits<br>www.viabenefitsaccounts.com<br>1-800-953-5395<br>Accounts Customer Care<br>PO Box 25172<br>Lehigh Valley, PA 18002-5172 | Claim Appeal Fiduciary Services USAA / Appeals<br>2475 Northwinds Parkway, Suite 200<br>Alpharetta, GA 30009 |
| **Wellness Program** | Other Wellness Programs Reimbursement*<br><br>By Mail:<br>Hauser Corporate Solutions<br>5905 E. Galbraith Road, Suite 9000<br>Cincinnati, OH 45236<br>Email: usaa@thehausergroup.com<br>Fax: (888) 849-1127<br>Phone: (866) 481-9355<br><br>(*Examples: Weight Management, Smoking Cessation; External Fitness and Recreation)<br><br>Healthy Points<br>Limeade<br>10885 Ne 4th Street<br>Suite 400<br>Bellevue, WA 98004<br><br>BMI Incentive<br>HCMS Group LLC DBA Workpartners<br>US Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Claim Appeal Fiduciary Services USAA / Appeals<br><br>2475 Northwinds Parkway, Suite 200<br><br>Alpharetta, GA 30009 | USAA Benefits Administrative Committee (UBAC)<br><br>P.O. Box 34178<br><br>San Antonio, TX 78265-4178<br>(800) 210-USAA (8722), Option 5 |

USAA Classification: Public

# SUMMARY OF MATERIAL MODIFICATIONS TO THE USAA COMPREHENSIVE HEALTH CARE ARRANGEMENT

This Summary of Material Modifications (SMM) to the USAA Comprehensive Health Care Arrangement ("Plan") summarizes certain changes to the Plan. You should keep a copy of this SMM with your Summary Plan Description (SPD) of the Plan for future reference.

---

## Eligibility Requirements for Dependents

The definition of Domestic Partner is updated as follow:

Your Domestic Partner is the same- or opposite-sex adult who is in a continuous, committed, and exclusive relationship with you, and who: (1) is not in any such relationship with any other individual (such as by legal marriage, common law marriage or domestic partnership); (2) is not related by kinship to you to a degree that would preclude marriage in the state in which you are domiciled; (3) has shared a principal residence with you for at least 6 months; and (4) is Financially Interdependent on you.

"Financially Interdependent" means meeting at least two of the following six standards: (1) jointly owning real property by deed, mortgage or lease; (2) jointly paying household expenses; (3) holding a joint bank account; (4) holding a joint credit card with the same account number; (5) having been designated by, or designating, you as an executor or beneficiary of a will; and/or (6) having been designated by, or designating, you as power of attorney.

You will be required to provide documentation satisfactory to the Plan Administrator within 60 days from your date of enrollment to verify the relationship of each dependent. Dependents which are not verified by the deadline will be removed from coverage.

## Cost of COBRA Coverage

The cost of COBRA coverage is updated as follows:

Certain eligible employees who are offered and accept severance pay under a USAA severance plan or agreement may receive a waiver of COBRA premiums for a specified time. Please refer to your severance agreement for a description of these benefits.

USAA Classification: Public

# Summary Of Material Modifications to the USAA Comprehensive Health Care Arrangement

This Summary of Material Modifications (SMM) to the USAA Comprehensive Health Care Arrangement summarizes certain changes to the Plan. You should keep a copy of this SMM with your Summary Plan Description (SPD) of the USAA Comprehensive Health Care Arrangement for future reference.

---

## List of Participating Employers

Effective as of January 1, 2022, the list of Participating Employers is updated to include:

| Name of Company | Federal ID Number |
|---|---|
| USAA Life General Agency, Inc. | 74-2302431 |
| Noblr, Inc. | 82-3136840 |

# USAA
# Comprehensive Health Care Arrangement

# Summary Plan Description

**January 1, 2021**

***NOTE: THIS BOOKLET MERELY SUMMARIZES KEY PLAN FEATURES AND DOES NOT REPLACE THE LEGAL PLAN DOCUMENT, WHICH GOVERNS IN THE CASE OF ANY DIFFERENCES OR INCONSISTENCIES.***

# Table of Contents

The Plan and Its Purpose.................................................................................................................. 3

Overview of Plan's Benefit Programs................................................................................................ 4

Eligibility Requirements..................................................................................................................... 5

Enrollment and Commencement of Coverage .................................................................................. 8

Changing Coverage and Benefit Elections ..................................................................................... 11

When Coverage Ends ..................................................................................................................... 13

Cost of Coverage ............................................................................................................................ 15

Continuation of Coverage ............................................................................................................... 15

Claims Procedures.......................................................................................................................... 20

Coordination of Benefits ................................................................................................................. 30

Subrogation and Right of Reimbursement ..................................................................................... 33

HIPAA ............................................................................................................................................. 35

FMLA and USERRA Leave............................................................................................................. 36

Administration of Plan ..................................................................................................................... 38

Amendment and Termination of Plan.............................................................................................. 39

Other Provisions.............................................................................................................................. 39

ERISA Rights .................................................................................................................................. 39

Notice of Grandfathered Heath Plan Status................................................................................... 41

Other Important Plan Information..................................................................................................... 42

Appendix A: Summary Chart for Claims and Appeals Time Limits................................................. 44

Appendix B: Summary Chart for Filing of Initial Claims and Appeals ............................................ 45

# The Plan and Its Purpose

USAA has adopted the **USAA Comprehensive Health Care Arrangement** (the "**Plan**"). The Plan provides benefits for eligible employees and their eligible dependents under the following component benefit programs:

- USAA Medical Care Program
- USAA Dental Program
- USAA Vision Services Program
- USAA Health Care Flexible Spending Account Program ("Health Care Flexible Spending Account")
- USAA Wellness Program
- USAA Employee Assistance Program ("EAP")

The Plan and its constituent benefit programs are described in this document and the separate summary booklets for the programs. Together this document and those summary booklets constitute the "**Summary Plan Description**" for the Plan.

The Summary Plan Description and the separate summary booklets for the constituent benefit programs are revised from time to time to reflect changes made to the Plan and its benefit programs. This Summary Plan Description reflects the provisions of the Plan as of January 1, 2021. You may obtain a copy of the most current version of the Summary Plan Description and the summary booklets from the MyTotalRewards website or by contacting the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5.

The complete provisions of the Plan and its constituent benefit programs are set forth in the official Plan documents. You may obtain copies of the official Plan documents by contacting the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5. In the event of any inconsistency between (1) the information in this Summary Plan Description (including the separate summary booklets) and (2) the provisions of the official Plan documents, the official Plan documents will in all cases control.

The Plan operates on a "**Plan Year**." The Plan Year is each 12-consecutive-month period beginning on January 1 of each year. The Plan is administered by the "**Plan Administrator**" (*see* "**Administration of Plan**" section).

Certain employers affiliated with USAA participate in the Plan for the purpose of providing benefits for their eligible employees and their eligible dependents. These "Participating Employers" are listed in the "**Other Important Plan Information**" section. As used in this Summary Plan Description, the term "**Employer**" refers to USAA and the Participating Employers.

3

# Overview of Plan's Benefit Programs

Following is a brief description of the benefit programs offered under the Plan:

| | |
|---|---|
| **Medical Care Program** | The Medical Care Program provides medical coverage for eligible employees (certain eligible survivors and LTD recipients) and their eligible dependents. The Medical Care Program includes prescription drug benefits, and various preventive care benefits. The Medical Care Program includes two medical plan options: the HSA Plan Option and the PCA Plan Option. If you enroll in the PCA Plan Option, USAA contributes a set amount to a Personal Care Account ("PCA") on your behalf. |
| **Dental Program** | The Dental Program provides dental coverage for eligible employees and their eligible dependents. The Dental Program offers two dental options:<br>• Delta Dental PPO (Preferred Provider Organization)<br>• DeltaCare® USA DHMO (Dental Health Maintenance Organization) |
| **Vision Service Program** | The Vision Service Program provides vision coverage for eligible employees and their eligible dependents. |
| **Health Care Flexible Spending Account Program** | The Health Care Flexible Spending Account Program ("**Health Care Flexible Spending Account**") allows eligible employees to set aside and use pre-tax dollars to pay for covered health care expenses. |
| **Wellness Program** | The Wellness Program provides certain wellness benefits to eligible employees that are intended to promote better health and encourage healthy living. There is no charge to employees for the Wellness Program benefits. |
| **Employee Assistance Program (EAP)** | The Employee Assistance Program ("**EAP**") makes professional counseling resources available to eligible employees and their eligible dependents. There is no charge to employees for the EAP benefits. |

**NOTE:** Please refer to the separate summary booklets for each of the benefit programs listed above for more details about the benefits provided.

# Eligibility Requirements

## Eligibility Requirements for "Eligible Primary Covered Person" – Full-time Employees, Part-time Employees and other Classes of Individuals

The following table shows which classes of individuals are eligible under the constituent benefit programs. Each class is explained further below the table

| Class of Eligible Primary Covered Person | Is the Category of Individuals Eligible for the Constituent Benefit Program? | | | | | |
|---|---|---|---|---|---|---|
| | Medical Care Program | Dental Program | Vision Services Program | Healthcare FSA | Wellness Program | Employee Assistance Program |
| Full-time Regular Employee | Yes | Yes | Yes | Yes | Yes | Yes |
| Part-time Regular Employee | Yes | Yes | Yes | Yes | Yes | Yes |
| LTD Recipient | Yes | Yes | Yes | No | No | No |
| Survivor of Active | Yes (until age 65) | Yes (until age 65) | Yes (until age 65) | No | No | No |

**Full-time Regular Employee**

You are a **Full-time Regular Employee** if you meet the following requirements:

1. You are a "**Regular Employee**" if you are (1) a common law employee of USAA or a Participating Employer, (2) directly compensated from the Employer's ordinary domestic payroll, and (3) **not** in one of the following **excluded** categories:

   - Leased employees (an employee of another employer who performs services for the Employer under a leasing arrangement);

   - Nonresident aliens who have no United States source income from the Employer;

   - Members of a collective bargaining unit (unless the collective bargaining agreement provides for coverage under the applicable benefit program); or

   - Individuals who are designated, classified, or treated by the Employer as independent contractors, consultants, leased employees, or other non-common law employees (even if any such person is later determined to be a common law employee by a court, any governmental agency, or any other person).

2. You are classified by USAA (for Plan eligibility purposes only*) as "**Full-time**." "**Full-time**" means regularly scheduled to work 30 or more hours per week. USAA will follow its administrative guidelines based on a method prescribed by the Affordable Care Act (ACA) to review the hours worked by employees in the prior year which will determine full or part-time status. The results will determine benefit eligibility during Annual Enrollment each year. Generally, under the ACA, you are considered Part-time if you average fewer than 30 hours per week during a specific measurement period – for the Medical Care Program, it is a 12-month period beginning in October. If you average 30 hours or more, you will be considered a Full-time employee. If you are not regularly scheduled at this level when you are hired, you will be evaluated during your first year or other period at USAA to determine whether you will be considered a Full-Time employee for Medical Care Program eligibility purposes.

   - Your classification for Plan eligibility purposes may differ from your classification by USAA for other purposes based on your actual hours worked. If your classification for Plan eligibility changes, you will be notified prior to the deadline for Annual Enrollment.

**Part-time Regular Employee**

You are a **Part-time Regular Employee** if the meet the following requirements:
1. You are a Regular Employee (as defined above).
2. You are classified by USAA as "**Part-time**." "**Part-time**" means any Regular Employee that does not meet the definition of Full-time Employee.

**LTD Recipient**

LTD Recipients and their eligible dependents are eligible for the USAA Medical Care Program and the USAA Dental and Vision Service Programs. You are an "**LTD Recipient**" if you are a former employee who has terminated employment with USAA or a Participating Employer and is receiving benefits under the USAA Long-Term Disability Benefit Plan. LTD Recipients who are Medicare-eligible will be required to enroll in Medicare Parts A & B.

Former employees who have terminated employment with USAA or a Participating Employer and are currently receiving benefits under the USAA Long-Term Disability Benefit Plan are eligible for coverage under the USAA Medical Care Program, the USAA Dental Program, and the Vision Service Program until the individual begins to receive benefits under the USAA Pension Plan, or the individual stops receiving benefits under the USAA Long-Term Disability Plan. At that time, if the former employee meets the definition of Retiree under the USAA Group Health Care Arrangement, he or she may be eligible for medical benefits under the USAA Retiree Medical Program. However, such individual will no longer be eligible for dental or vision benefits through USAA employer-sponsored benefit plans. Please refer to the summary plan description for the USAA Group Health Care Arrangement for more information.

**For purposes of this SPD the term "Eligible Employee" collectively refers to eligible Full- time Regular Employees, Part-time Regular Employees, and LTD Recipients.**

**Survivor**

Survivors and their Legacy Children are only eligible for the USAA Medical Care Program and the USAA Dental and Vision Service Programs. You are a "**Survivor**" if: (1) your Spouse or Domestic Partner was an active employee (or LTD Recipient) at the time of death; (2) you were covered as a Spouse or Domestic Partner of an employee under the USAA Medical Care Program or the USAA Dental or Vision Service Programs when your Spouse or Domestic Partner died; and (3) you are under age 65. (To be eligible as a Survivor of Active, the individual must NOT elect COBRA coverage for which the individual is eligible to due to the death of his or her Spouse/Domestic Partner.)

Once a Survivor has attained age 65, such individual will no longer be eligible for benefits under this Plan. However, he or she may be eligible for medical benefits under the USAA Retiree Medical Care Program. Please see the summary plan description for the USAA Group Health Care Arrangement for more details.

Former employees who have retired from USAA are not eligible under this Plan unless otherwise specified in the separate summary plan description for the Constituent Benefit Programs.

## Eligibility Requirements for Dependents

In order for your family members to be eligible to be enrolled in the Plan:
1. The individual must be your "Eligible Dependent" (as defined below),
2. You must be enrolled in the particular benefit program under which you wish to add the Eligible Dependent, and
3. That benefit program must permit coverage of that Eligible Dependent (see the separate summary booklet for each benefit program for any additional restrictions).

Your "**Eligible Dependents**" are the following individuals (as defined below).
1. Your Spouse
2. Your Child under the age of 26*
3. Your Domestic Partner

6

Generally, your **Spouse** is someone who is recognized as your spouse under the laws of the state or country where your marriage took place, including common-law spouses.

A Child is:

1. Your natural child
2. Your stepchild (including child of same-sex spouse)
3. A child of your Domestic Partner
4. Your adopted child or child placed with you for adoption
5. Your foster child
6. A child for whom you (or your Spouse or Domestic Partner) are an appointed legal guardian or conservator
7. A child for whom you (or your Spouse or Domestic Partner) were the appointed legal guardian or conservator, but the guardianship or conservatorship terminated due to the child reaching the age of majority
8. A child who is required to be covered under the applicable benefit program by a "qualified medical child support order" (QMCSO)

When a dependent reaches age 26* and loses coverage, he or she may be eligible to continue coverage through COBRA.

* A Child's eligibility for coverage ends when the Child reaches age 26 unless the Child is unmarried, permanently disabled, incapable of self-support, and dependent on you for support and maintenance. In addition, the Child must have been covered under the applicable benefit program when he or she turned age 26. You must provide satisfactory proof of the Child's incapacity within 31 days after the Child's 26th birthday, and every three years thereafter.

Your **Domestic Partner** is the same- or opposite-sex adult who is in a continuous, committed, and exclusive relationship with you, and who: (1) is not in any such relationship with any other individual (such as by legal marriage, common law marriage or domestic partnership); (2) is not related by kinship to you to a degree that would preclude marriage in the state in which you are domiciled; (3) has shared a principal residence with you for at least 12 months; and (4) is Financially Interdependent on you.

"**Financially Interdependent**" means meeting at least two of the following six standards: (1) jointly owning real property by deed, mortgage or lease; (2) jointly paying household expenses; (3) holding a joint bank account; (4) holding a joint credit card with the same account number; (5) having been designated by, or designating, you as an executor or beneficiary of a will; and/or (6) having been designated by, or designating, you as power of attorney.

You will be required to provide documentation satisfactory to the Plan Administrator within 60 days from your date of enrollment to verify the relationship of each dependent. Dependents which are not verified by the deadline will be removed from coverage.

"**Legacy Children**" are your Children who were covered under the Program by your Spouse/Domestic Partner at their time of death (including children who were in utero at the time your Spouse or Domestic Partner died). (Provided that coverage is maintained without lapse and provided that COBRA was not elected at the time the Spouse/Domestic Partner died.)  Legacy Children remain eligible even if the surviving spouse remarries. The term "Legacy Children" also includes Children who were covered by the Eligible Employee under a "You + Children" coverage category at the time of the employee's death.

## If You and Your Dependent Both Work at USAA

You and your Eligible Dependents can be covered by only one person under the Plan. You cannot have double coverage under the Plan for any family member. For example, if you and your spouse both work for USAA and you choose vision coverage for yourself and your children, your spouse must choose "You Only" coverage. See the summary plan description for the applicable constituent benefit program.

If you and your spouse both carry coverage separately under the Medical Care Program, (for example, you carry "You Only" and your spouse carries "You Only" or "You + Child(ren)), you may elect to combine

7

medical coverage to "You + Spouse" or "You + Family" during Annual Enrollment or qualified life event. In this scenario, your remaining prior year PCA balances will automatically be combined during the next quarterly Company Couples review, without action from you. During annual enrollment, funds will be transferred by January 10 of the following plan year. In the unfortunate event of a death or loss of coverage for any reason, other than the unfortunate event of death, under the Program for any other reason, PCA account balances will not be combined or shifted. The survivor surviving spouse will receive PCA funds consistent with the election made as a result of the qualifying event.

Note that if your spouse is eligible as a Retiree under the USAA Retiree Medical Program and you are an active employee, you may not be covered as a dependent of your spouse under the Retiree Medical Program.

# Enrollment and Commencement of Coverage

## Enrollment of Eligible Employees

If you are an Eligible Employee (*see* "**Eligibility Requirements**" section), you may enroll (or you will be enrolled) in the Plan's benefit programs as follows:

- **Medical Care Program**. See the USAA Medical Care Program SPD for information on Enrollment When You Start Employment.
- **Dental Program**. See the USAA Dental Care Program SPD for information on Enrollment When You Start Employment.
- **Vision Service Program**. You may voluntarily enroll in the Vision Service Program at the time (and with the resulting effective dates) described below:
  - If you are a Regular Employee on your date of hire and you enroll within 31 days of that hire date, your coverage will be effective on your date of hire.
- **Health Care Flexible Spending Account**. As a Regular Employee, you may voluntarily enroll in the Health Care Flexible Spending Account (or Limited-Use Health Care FSA, if applicable). If you are a Regular Employee on your date of hire and you enroll within 31 days of that hire date, your coverage will be effective on the first day of the payroll period during which enrollment is completed.
- **Wellness Program and EAP**. You will be automatically enrolled in the Wellness Program and the EAP on the date you become a Regular Employee. Your Employer pays the full cost of coverage for the Wellness Program and the EAP, and there is no cost to you for coverage under these programs.

**Note:** If you fail to enroll in a program within the time limits specified above, you may enroll in that program only on a subsequent "Annual Enrollment Date" (January 1 of each Plan Year) or a "Permissible Mid-Year Election Change" event under the terms and conditions described in the "**Changing Coverage and Benefit Elections**" section.

Once you enroll (or are enrolled) in a Plan benefit program, you will remain covered under that program until you change your coverage during one of the later permissible change periods (*see* "**Changing Coverage and Benefit Elections**" section) or your coverage ends (*see* "**When Coverage Ends**" section). An annual election is required for each year you wish to participate in the Health Care Flexible Spending Account.

## Enrollment of Eligible Dependents

If an individual is your Eligible Dependent (*see* "**Eligibility Requirements**" section), you may enroll that Eligible Dependent in any program in which you are enrolled if that program permits coverage of that Eligible Dependent. The programs that permit coverage of some or all of your Eligible Dependents are:

- USAA Medical Care Program
- USAA Dental Program
- USAA Vision Service Program

8

Your Eligible Dependents may be enrolled in the above programs as follows:

- If your Eligible Dependent is an Eligible Dependent on the date you enroll in the above programs, you may enroll that Eligible Dependent (or select an option that covers that Eligible Dependent) in the particular program at the same time that you enroll yourself. Coverage of that Eligible Dependent under that benefit program will be effective at the same time your coverage under that program is effective.

- If your Eligible Dependent is not an Eligible Dependent on the date you enroll in the above programs, you may enroll that Eligible Dependent (or select an option that covers that Eligible Dependent) in the respective benefit program within 31 days (or, for certain programs, 60 days in the case of a special enrollment event that is a birth, adoption, or placement for adoption) of the date the individual becomes an Eligible Dependent. Coverage of an Eligible Dependent who is enrolled under one or more of those programs within this 31-day (or 60-day, if applicable) window will generally begin on date of the applicable event allowing enrollment, unless provided otherwise by the component benefit program (see the separate summary booklet for the applicable benefit program). For more information about enrolling new Eligible Dependents, see the summary plan description for the USAA Cafeteria Plan.

**Note: If you do not timely elect coverage (within the applicable time period described above) for your Eligible Dependent, including a newborn or a newly adopted child, under a benefit program that requires you to enroll your Eligible Dependent, that Eligible Dependent will not be covered under the benefit program and you may not enroll the Eligible Dependent in the benefit program until a subsequent "Annual Enrollment Date" (January 1 of each Plan Year) or a "Permissible Mid-Year Election Change" event (see "Changing Coverage And Benefit Elections" section).**

## How to Enroll

You must enroll yourself and your Eligible Dependents according to the enrollment procedures required for the particular benefit program. Failure to properly and timely enroll in a benefit program will result in you (or your Eligible Dependent) not being covered under the benefit program. For information on how to enroll in a particular benefit program, contact the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5. Monday through Friday, 8:00 am to 7:00 pm (CST).

## Qualified Medical Child Support Order

A "qualified medical child support order" (QMCSO) is an order from a court (e.g., in connection with a divorce) that requires you to cover your children under certain benefit programs under the Plan and which is determined to be "qualified" because it meets certain requirements. The child is called an "alternate recipient" under the order. Eligible Employees and beneficiaries may obtain a description of procedures for QMCSO determinations at no charge from the Plan Administrator.

# Changing Coverage and Benefit Elections

## Permissible Coverage and Benefit Option Changes

Once you enroll or fail to enroll in a benefit program under the Plan for you and/or your Eligible Dependents as described in the preceding "**Enrollment and Commencement of Coverage**" section, you may make changes to that coverage (or non-coverage) status for any Eligible Employee or Eligible Dependent only (1) during any subsequent annual enrollment period or (2) during the Plan Year upon the occurrence of a "Permissible Mid- Year Election Change" event (as described below).

These same rules apply for changes to benefit program options. Once you are enrolled in a benefit program option, you may make changes to that coverage option only (1) during any subsequent annual enrollment period or (2) during the Plan Year upon the occurrence of a "Permissible Mid-Year Election Change" event.

## Annual Enrollment and Passive Enrollment

You may make a permitted enrollment, or a benefit coverage change, including enrollment, disenrollment, and change in options, during each annual enrollment period that occurs after you become an Eligible Employee. If timely and properly made, the change will be effective on the next following "Annual Enrollment Date" (January 1 of each Plan Year). The annual enrollment period takes place prior to each Annual Enrollment Date. You will be informed of the dates of the annual enrollment period each Plan Year prior to the annual enrollment period.

**PASSIVE ENROLLMENT**: If you do not make any enrollment or benefit coverage changes (for you or your Eligible Dependents) during an annual enrollment period, your enrollment and benefit coverage elections for the prior Plan Year (if any) will continue to apply for the duration of the next following Plan Year for all benefit programs under the Plan **except for the Health Care Flexible Spending Account** (and you will have to make a new election for each year you would like to participate in the Health Care Flexible Spending Account). You will be required to pay for these carried-over coverages, so it is important to drop or change coverage or benefit options during annual enrollment if you do not want to be covered under the same coverage and benefit options for the following Plan Year. This "passive enrollment" feature is described in more detail in the summary plan description for the USAA Cafeteria Plan.

## Permissible Mid-Year Election Changes

Upon the occurrence of a "Permissible Mid-Year Election Change" event that occurs after you become an Eligible Employee, you may make certain enrollment and benefit coverage changes during the Plan Year outside the initial enrollment period and the annual enrollment period. Those Permissible Mid-Year Election Change events and the conditions that must be met to make the change are described in more detail in the summary plan description for the USAA Cafeteria Plan.

Subject to the requirements described in the USAA Cafeteria Plan, common examples of a Permissible Mid- Year Election Change include the following:

- "Change in Status" (as defined in the Cafeteria Plan) which includes, for example, a change in your legal marital status, a change in the number of your dependents, your dependent first becoming or ceasing to be eligible for coverage under a benefit program due to attainment of age or other applicable circumstance, or a change in the employment status of you, your spouse, or your dependent. **NOTE: Even if a Change in Status occurs, you may not make a change in your elected coverage** *unless the change you request is on account of and corresponds with the Change in Status event.* This means that the change in coverage you are requesting must be justified by or needed because of the particular Change in Status event.

- A "special enrollment" event (within the meaning of applicable law) which, includes, for example, a participant acquiring a new Eligible Dependent through marriage, birth, or adoption, as well as if you or your Eligible Dependent (i) was not enrolled in the applicable benefit program upon initial eligibility or other enrollment opportunity because you or your Eligible Dependent was covered under another group health plan and (ii) had such coverage terminated due to loss of eligibility (other than by reason of failure to pay premiums) or cessation of employer contributions.

- Other Permissible Mid-Year Election Change events described in the Cafeteria Plan, which include, for example, if a judgment, decree, or order resulting from a divorce or change in legal custody (including a "qualified medical child support order") requires accident or health coverage under the Plan for your child or dependent foster child.

Please see the summary plan description for the USAA Cafeteria Plan for more details about Permissible Mid-Year Election Change events.

## Timing of Permissible Mid-Year Election Changes

In order to make a mid-year change, the election change must be made within 31 days of the occurrence of the Permissible Mid-Year Election Change event (or, for certain programs, within 60 days of the Permissible Mid- Year Election Change event for certain special enrollment events, such as a birth, adoption, or placement for adoption). See the summary plan description for the Cafeteria Plan for more details on the

10

required timing of a permissible mid-year election change.

Note: If you are entitled to make a Permissible Mid-Year Election Change but you do not make a change within the 31-day (or, if applicable, 60-day) window applicable to the Permissible Mid-Year Election Change event, you may not make any changes until the next annual enrollment period (with coverage effective on the following Annual Enrollment Date) unless another Permissible Mid-Year Election Change event occurs earlier that entitles you to make a mid-year change.

## How to Make a Permissible Mid-Year Election Change

**NOTE**: It is important that you make a Permissible Mid-Year Election Change according to the enrollment or change procedures required for the particular benefit program. Failure to properly and timely make a Permissible Mid-Year Election Change may result in you (or your Eligible Dependent) not being covered under the benefit program. For information on how to effect a change, on account of a Permissible Mid-Year Election Change event, contact the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5 or visit the MyTotalRewards website.

## Giving Notice of Changes in Your Family

You must promptly notify the USAA Benefits Health & Welfare Center at 800-210-USAA (8722), Option 5 or directly online at the MyTotalRewards website when the following changes in your family take place:

- You marry or divorce;
- A child is born, adopted, or involved in a placement for adoption;
- A child reaches age 26;
- A member of your family who is covered by the Plan dies; or
- You receive a court order to provide health coverage for your child.

## Address Changes

If you change your address, you must update that address. Employees must update their address in Self Service on Connect or by contacting the USAA HR Service Center at 800-210-USAA (8722), Option 3.

# When Coverage Ends

## When Your Coverage Ends Under the Plan

Your coverage under the Plan ends on the earliest to occur of the following events:

- The later of (1) the date you fail to qualify as an Eligible Employee or (2) the last day of the month in which you terminate employment and lose coverage under all benefit programs; or
- The effective date of termination of the Plan.

## When Your Coverage Ends Under a Particular Benefit Program

Unless otherwise provided by a particular benefit program, your coverage under a particular benefit program under the Plan ends on the earliest to occur of the following events:

- The last date of the month in which you terminate employment with USAA or a Participating Employer. However, if you are determined to be disabled under the USAA Long-Term Disability (LTD) Benefit Program by the appointed fiduciary of that program, your coverage under the Medical Care Program and the Dental and Vision Service Programs may continue even though your employment ends. See the applicable summary booklet for more details.
- The date you cease to be an Eligible Employee due to a change in employment status;
- The date you begin a leave of absence, except for certain approved leaves (including leaves under the Family and Medical Leave Act);
- The date of your death;
- The first day of the period for which you fail to make, within the required time period, any required contribution to the respective benefit program;

11

- The Annual Enrollment Date for which you elect to drop your coverage under the respective benefit program;
- The effective date you drop your coverage under the respective benefit program consistent with a Permissible Mid-Year Election Change event, but only if you are permitted to drop coverage under that program (see "Changing Coverage and Benefit Elections" section);
- The effective date of termination of the respective benefit program; or
- The effective date of termination of the Plan.

## When Coverage of Your Enrolled Eligible Dependent Ends Under the Plan

Coverage of your Eligible Dependent under the Plan ends on the earliest to occur of the following events:

- The last date of the month the Eligible Dependent no longer qualifies as an "Eligible Dependent";
- The date you are no longer enrolled in and covered under any benefit program under the Plan covering the Eligible Dependent;
- The date coverage of the Eligible Dependent under all benefit programs covering the Eligible Dependent terminates; or
- The date of termination of the Plan.
- In addition, if you are a Survivor of an Active, your eligibility for continuation coverage under the Plan also ends on the earliest of the following dates: the date you become eligible for coverage under any other group health plan; the date of remarriage or the date you enter into a domestic partnership with another individual.
- If a Survivor covered under the Plan at the time of the Eligible Employee's death does not elect coverage or subsequently drops coverage as provided under this subsection; or remarries or enters into a Domestic Partnership with another individual, such Survivor will become permanently ineligible for participation as a Survivor. Once terminated, Survivor coverage cannot be reinstated."
- **If any Survivor premiums are not paid within the required time periods, coverage will be terminated. Once terminated, Survivor coverage cannot be reinstated.**

## When Coverage of Your Enrolled Eligible Dependent Ends Under a Particular Benefit Program

Unless otherwise provided by a particular benefit program, coverage of your Eligible Dependent under a particular benefit program under the Plan ends on the earliest to occur of the following events:

- The last day of the month your Eligible Dependent ceases to be an Eligible Dependent. However, if a dependent attains age 26 and is permanently disabled, incapable of self-care, turns age 26 (and is otherwise an Eligible Dependent), coverage may continue if timely and sufficient information is provided to the Claims Administrator regarding the disability.
- The date you are no longer covered under the respective benefit program;
- The first day of the period for which you fail to make, within the required time period, any required contribution to the respective benefit program;
- The Annual Enrollment Date for which you elect to terminate your Eligible Dependent's coverage under the respective benefit program (*see* "**Changing Coverage and Benefit Elections**" section);
- The effective date you drop your Eligible Dependent's coverage under the respective program consistent with a Permissible Mid-Year Election Change, but only if you are permitted to drop your Eligible Dependent's coverage under that program (*see* "**Changing Coverage and Benefit Elections**" section);
- The date your Eligible Dependent ceases to be eligible for coverage under the respective benefit program;
- The date your opportunity to provide satisfactory proof of dependent eligibility expires;
- The effective date of termination of the respective benefit program; or

- The effective date of termination of the Plan.
- In addition, if you are a Legacy Child, your eligibility for continuation coverage under the Plan ends on the earliest of the following dates: the date you become eligible for coverage under any other group health plan; or the date you voluntarily discontinue coverage.

## COBRA Continuation of Coverage Under Certain Benefit Programs

Upon termination of coverage of you or your Eligible Dependent under a benefit program that is a "group health plan" (which includes the Medical Care Program, the Dental Program and the Vision Service Program), continuation of coverage under that benefit program may be available for a limited period of time under COBRA (*see* "**Continuation of Coverage**" section).

# Cost of Coverage

## Cost of Benefit Program Coverage

The cost of coverage for you and your covered Eligible Dependents under the Plan's benefit programs is shared between you and your Employer as follows:

- You and the Employer share the cost of coverage under the Medical and Dental Programs. The cost is based on the coverage option that you select under each benefit program and the number of your Eligible Dependents, if applicable, you choose to cover. You will be informed of this cost at the time you enroll in the particular benefit program and when you change coverage or benefit options.
- You pay the full cost of participation in the Vision Service Program and the Health Care Flexible Spending Account.
- The Employer pays the full cost of participation in the Wellness Program and the EAP.
- The costs of participating in the Plan's benefit programs are not pro-rated. This means you pay your share of the full cost of coverage for every payroll period that you are enrolled, regardless of the number of days you are actually covered during that payroll period. Please see the "**Enrollment and Commencement of Coverage**" section and the "**When Coverage Ends**" section for additional information.

# Continuation of Coverage

## COBRA Continuation of Coverage

Under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), and to the extent applicable, continuation of health coverage is available for each Plan benefit program that is a "group health plan." The applicable benefit programs under this Plan that are "group health plans" for purposes of COBRA coverage include the Medical Care Program, the Dental Program and the Vision Services Program and, in certain circumstances, the Health Care Flexible Spending Account. The Plan Administrator has the discretionary authority to interpret the COBRA provisions applicable to the Plan, but the day-to-day COBRA administration is handled by USAA Health & Welfare Benefits Center, the Plan's COBRA Administrator. If you have additional questions or need information about COBRA, you should contact the USAA Health & Welfare Benefits Center directly at 800-210-USAA (8722), Option 5.

Under COBRA, if a "Qualified Beneficiary" (as defined below) loses his or her coverage under any applicable Plan benefit program that is a group health plan as a result of a "Qualifying Event" (as defined below), he or she has the opportunity for COBRA coverage for up to 18, 29, or 36 months (the time limit depends on the reason coverage ended).

## Special COBRA Rules for Health Care Flexible Spending Account

Under special COBRA rules that apply to the Health Care Flexible Spending Account, terminating employees will be extended the continued Health Care Flexible Spending Account coverage for the remainder of the Plan Year only if the following two conditions are met:

- You were covered by the Health Care Flexible Spending Account immediately prior to termination of employment; and
- The maximum charge for COBRA coverage is less than the maximum benefit available under the Health Care Flexible Spending Account for the remainder of the Plan Year.

Former employees who do not meet these conditions are ineligible to elect COBRA coverage for the Health Care Flexible Spending Account.

## Qualified Beneficiaries

You and your Eligible Dependents who are covered by an applicable group health plan on the day before coverage would otherwise end because of a "Qualifying Event" (as described below) are known as "**Qualified Beneficiaries**." A "Qualified Beneficiary" also includes any child who is born to or placed for adoption with you during your COBRA coverage period.

## Qualifying Events

If you are a Qualified Beneficiary *and* you lose coverage as a result of any of the following events, those events are considered "**Qualifying Events**" entitling you to COBRA coverage:

- Termination of your employment (other than by reason of gross misconduct, as determined by the Employer), including retirement; or
- You change to an ineligible employment status because of a reduction in your scheduled work hours.

If your Eligible Dependent is a Qualified Beneficiary and loses coverage as a result of any of the following events, those events are considered "**Qualifying Events**" entitling that Qualified Beneficiary to COBRA coverage:

- Termination of your employment (other than by reason of gross misconduct, as determined by the Employer), including retirement;
- You change to an ineligible employment status because of a reduction in your scheduled work hours;
- Your death;
- Your divorce or legal separation from your spouse;
- Your Eligible Child's termination of "Eligible Dependent" status under the terms of the group health plan (for example, because of age); or
- You become entitled to Medicare.

## Required Notice of Qualifying Event

- When a Qualifying Event relating to employment occurs, USAA will notify the COBRA Administrator of the event and the COBRA Administrator will send the necessary election forms, instructions, and payment information to each Qualified Beneficiary (you, your spouse and other Eligible Dependents who are covered at the time of the Qualifying Event).
- If you get a divorce or legal separation, or your child ceases to be an Eligible Dependent (e.g., because of age), you, your spouse or other Eligible Dependent must notify the COBRA Administrator in writing within 60 days of the event that results in the loss of coverage. The COBRA Administrator will send the necessary election forms, instructions, and payment information after receiving your notification, within 14 days of being notified.
- If you, your spouse, or other Eligible Dependents move, you must notify the COBRA Administrator of the change of address via the USAA Health & Welfare Benefits Center.
- As discussed below, to be entitled to an additional 11 months of COBRA coverage based on the Social Security Administration's determination of disability, you must provide the COBRA Administrator notice of the disability determination within 60 days of the Social Security Administration's determination and the notification must be given before the end of the initial 18-month period of COBRA coverage.

14

**If you, your spouse or other Eligible Dependents fail to notify the COBRA Administrator within the 60-day periods described above, the COBRA continuation of coverage rights for all Qualified Beneficiaries will be lost.**

## Election of COBRA Coverage

A COBRA election form will be mailed to the last known address of each Qualified Beneficiary following the applicable Qualifying Event. If you desire COBRA coverage, you must notify the and properly complete the enrollment process no later than 60 days from the later of (1) the date coverage is lost due to the Qualifying Event or (2) the date notice is given to you (the "**60- day COBRA Election Period**"). Each Qualified Beneficiary has a separate election right. The coverage you elect, if any, will become effective the first day you would otherwise lose coverage, but this coverage will not be activated until your first payment is received. *If you do not elect COBRA coverage within the 60-day COBRA Election Period, your right to elect COBRA coverage will be lost.*

## Rights and Obligations of COBRA-Covered Qualified Beneficiaries

A Qualified Beneficiary who elects COBRA coverage has the same rights and obligations under the terms of the Plan as those provided to active participants, including the right to enroll family members who would qualify as "Eligible Dependents" under the respective benefit program.

## Cost of COBRA Coverage

Generally, you will be charged a COBRA premium equal to the full cost of your COBRA coverage, plus a 2% administration fee. A disabled Qualified Beneficiary and his or her family members may be charged a 50% administration fee for any month of coverage beyond the initial 18-month COBRA coverage period. Since coverage is retroactive to the date of the Qualifying Event, you will be required to pay for coverage that is retroactive to the date of the Qualifying Event. This premium must be paid within 45 days after the date you elect COBRA continuation of coverage. This payment will cover the period from the date the coverage would ordinarily have ended through the first of the month following your election date.

Once your election form and payment has been received, a billing statement will be mailed to you. This billing statement will indicate both payment amount and due date. Payment for each additional month's coverage is due by the first of the month for the current month, but you will be given a 30-day grace period to make payments that are due after the initial payment is made (that is, the 30- day grace period does not apply to the initial payment that is due). For example, payment covering the month of September is due September 1. If no payment is received by the due date, a grace notice will be mailed to you during the middle of the month, advising that if no payment is received by the end of that month, your coverage will be terminated back to your last paid month.

*If any COBRA premiums are not paid within the required time periods, coverage will be terminated. Once terminated, COBRA coverage cannot be reinstated.*

Eligible employees who are offered and accept severance pay under a USAA severance plan or agreement may receive a waiver of COBRA premiums for a specified time. Please refer to your severance agreement and the separate summary plan description for the USAA Severance Plans for a description of these benefits.

## Maximum Length of COBRA Coverage

If the Qualifying Event is termination of your employment or reduction in your scheduled work hours, the maximum length of COBRA coverage for you and your dependent Qualified Beneficiaries is 18 months. If the Qualifying Event is your death, divorce from your spouse, termination of an eligible child's Eligible Dependent status, or you become entitled to Medicare, the maximum length of COBRA coverage for your dependent Qualified Beneficiaries is 36 months.

Special Length of Coverage Rule for Disabled Qualified Beneficiaries: The maximum period of COBRA coverage available at termination of employment or reduction of work hours is increased from 18 months to 29 months with respect to a Qualified Beneficiary who:

- Is determined by the Social Security Administration to have been disabled at any time during the

first 60 days of COBRA coverage; and

- Gives the USAA Health & Welfare Benefits Center notice of such determination, in writing, no later than 60 days after the date of the notice by the Social Security Administration of its determination of disability and before the end of the 18-month COBRA continuation period.

Family members who are Qualified Beneficiaries and are not disabled during the first 60 days of COBRA coverage, but who elect COBRA coverage along with the disabled Qualified Beneficiary, may also extend their periods of coverage from 18 months to 29 months.

## Extension of Period of Coverage for Secondary Qualifying Events

If your Eligible Dependent is covered under COBRA due to your termination of employment or reduction in hours and a second Qualifying Event occurs that is a death, divorce or legal separation, loss of dependent status, or entitlement to Medicare, that Eligible Dependent may receive up to an additional 18 months of coverage (for a total of 36 months maximum). You or your Eligible Dependent must notify the USAA Health & Welfare Benefits Center within 60 days of the second event. *If you or your Eligible Dependent fails to notify the USAA Health & Welfare Benefits Center within this 60-day period, the right to extend coverage for an additional 18 months will be lost.*

## Termination of COBRA Coverage

The COBRA coverage period ends when the *first* of the following events occurs:

- The last day of the 18-month, 29-month, or 36-month maximum period (described above), as applicable;
- USAA and its affiliates cease to maintain any group health plan;
- The Qualified Beneficiary's COBRA premium is not paid in a timely manner (COBRA coverage ends the last day of the month for which a timely payment is made);
- After electing COBRA coverage, the Qualified Beneficiary becomes covered under another group health plan, which does not contain an exclusion or limitation for any pre-existing condition that affects the Qualified Beneficiary or his or her dependent, after taking into account any creditable coverage of the Qualified Beneficiary;
- The Qualified Beneficiary becomes entitled to Medicare benefits after electing COBRA coverage; or
- If coverage was extended due to disability, a determination that the disabled Qualified Beneficiary is no longer disabled (in which case such disabled Qualified Beneficiary must notify the USAA Health & Welfare Benefits Center within 30 days of such determination, and COBRA coverage ends as of the later of (1) the month that begins more than 30 days after a final determination is made or (2) the end of the original 18-month COBRA coverage period).

## Other Continuation of Coverage

You may be entitled to continuation of health coverage during a leave of absence under the Family and Medical Leave Act or during a military leave. For more information regarding continuation of health coverage during a leave of absence, see "**FMLA and USERRA Leave**" section below.

# Claims Procedures

## In General

The Plan Administrator has established benefit claim procedures for each benefit program under the Plan. The benefit claims procedures set forth the rules relating to (1) submission of claims for benefits, (2) the processing of claims for benefits, (3) notification to claimants of the disposition of claims for benefits, (4) the procedural requirements for a claimant to obtain an appeal of a denied or modified claim, and (5) the processing of appeals of denied or modified claims. The claim procedures applicable to any given claim vary depending upon whether the claim is for benefits under a group health plan, disability benefits, or other benefits. With respect to claims under benefit programs that are "Group Health Plans" (as identified below) different procedures apply for "Urgent Care Claims," "Pre-Service Claims," and "Post-Service Claims" as each is described below.

You (or your provider) should direct claims for benefits under the Plan to the appropriate Claims Administrator (see the attached **Summary Chart for Filing of Initial Claims and Appeals**) and must provide any information required by the Claims Administrator in order to process your claim.

All claims under the Plan must be made in writing. A casual inquiry regarding whether an expense is covered under the Plan will not be treated as a claim for benefits under the Plan. In addition, an electronic payment transaction (e.g., a debit card swipe of your Spending Account Card) will not be treated as a written claim under these claim procedures.

The Plan Administrator and/or the Claims Administrator, at its own expense, shall have the right and opportunity to examine the Plan participant (or covered dependent) when and as often as it may be reasonably required during the pendency of a claim.

In connection with the submission of a claim, the claimant (i.e., you or your covered Eligible Dependent) may (1) examine the Plan and any other relevant documents relating to the claim, (2) submit written comments relating to the claim, and (3) have an authorized representative act on behalf of the claimant. All claims and appeals will be processed in accordance with the governing Plan documents, and Plan provisions will be applied on a consistent basis with respect to similarly situated persons.

Any reference to "you" in this Claims and Appeals Procedures section includes you and your Authorized Representative. An "Authorized Representative" is a person you authorize, in writing, to act on your behalf. The Plan will also recognize a court order giving a person authority to submit claims on your behalf. In the case of an urgent care claim, a health care professional with knowledge of your condition may always act as your Authorized Representative.

All claims and appeals are adjudicated in a way that ensures the independence and impartiality of those involved in decision making. This means that decisions involving hiring, compensation, termination, promotion, or related matters regarding any individual (e.g., a claims adjudicator or medical expert) must not be based on the likelihood that the individual will support the benefits denial.

**NOTE: For all claims for benefits under the Plan, if you or any other person entitled to benefits under the Plan does not comply with the Plan's claims review procedures, or does not do so in a timely manner, you or such person will have failed to exhaust the administrative remedies under the Plan and may not commence any legal or equitable action in court claiming benefits under the Plan.**

**Note: The following accounts/programs are not subject to ERISA and thus these Claims and Appeals Procedures do not apply to the following:**

- Health Savings Accounts (HSAs) established by individuals enrolled in the HSA Plan Option under the Medical Care Program. See the "Inquiries for Non-ERISA Programs" section of this SPD.

17

## Deadline for Filing Initial Claim

All claims under the Plan's benefit programs must be submitted by the following deadline:

| Type of Initial Claim | Filing Deadline for Post-Service Claims |
|---|---|
| Medical Care Program (benefit claims) | 12 months after the date of service |
| PCA reimbursement | November 1 following the end of the Plan Year in which the expense was incurred |
| Limited Purpose PCA reimbursement | November 1 following the end of the Plan Year in which the expense was incurred |
| Dental Program – Delta Dental PPO | 12 months after the date of service |
| Dental Program – DeltaCare® USA DHMO | See separate summary booklet for DeltaCare® USA DHMO |
| Vision Service Program | See the separate summary booklet for the Vision Service Program |
| Health Care Flexible Spending Account (or Limited Use Health Care FSA) | March 31 following the end of the Plan Year in which the expense was incurred |
| Wellness Program | March 31 following the end of the Plan Year in which the related expense was incurred (unless the Plan Administrator specifies an earlier deadline for a particular benefit) |
| Employee Assistance Program (EAP) | See separate summary booklet for the EAP |

Claims submitted after the applicable deadline will be denied unless the appropriate Claims Administrator determines, based on information submitted by you or the provider, that the delay could not have been avoided by reasonable actions on your part or the part of the provider. Claims for benefits must be submitted to the appropriate Claims Administrator for the benefit option in which you are enrolled.

The time for filing Urgent Care Claims and Pre-Service Claims is described below under "Different Types of Group Health Plan Claims."

## Where and With Whom to File

The attached **"Summary Chart for Filing of Initial Claims and Appeals"** lists the name and address of the appropriate Claims Administrator for various types of claims with whom to file an initial claim, as well as with whom to file a 1st level appeal and a 2nd level appeal.

## Different Types of Group Health Plan Claims

With respect to claims under a "Group Health Plan," different procedures apply for "Urgent Care Claims," "Pre-Service Claims," and "Post-Service Claims." The benefit programs under the Plan that are Group Health Plans for purposes of these claim procedures are the following programs:

- Medical Care Program
- Dental Program
- Vision Service Program
- Health Care Flexible Spending Account
- Wellness Program
- Employee Assistance Program (EAP)

18

**Urgent Care Claims**

Urgent Care Claims must be filed with the appropriate Claims Administrator, orally or in writing, as soon as possible. An "**Urgent Care Claim**" is any claim for medical care or treatment where the application of the time periods normally applicable to benefit claims could seriously jeopardize the patient's life, health, or ability to regain maximum function, or would subject the patient to severe pain that cannot be adequately managed without the urgent care or treatment that is the subject of the claim.

**Pre-Service Claims**

Pre-Service Claims must be filed with the appropriate Claims Administrator in writing prior to the proposed service. A "**Pre-Service Claim**" is any claim for medical care or treatment that requires advance approval (i.e., pre-certification) in order for benefits to be payable under the constituent benefit program and is not an Urgent Care Claim.

**Post-Service Claims**

Post-Service Claims must be filed with the appropriate Claims Administrator in writing by the date specified above under "**Deadline for Filing Initial Claim**." A "**Post-Service Claim**" is any claim for medical care or treatment that is not an Urgent Care Claim or a Pre-Service Claim. Most claims under the Plan are Post- Service Claims.

**Special Rule for Concurrent (Ongoing) Care Decisions**

There are special rules for adverse determinations with respect to ongoing courses of treatment. If a claim has been approved for payment under the Plan for an ongoing course of treatment to be provided over a period of time or over a number of treatments, any reduction or termination will constitute an adverse determination. The attached Claims Procedure Chart identifies the special rules that apply to these "Concurrent" claims. If you have received pre-authorization for an ongoing course of treatment, you will be notified in advance if the previously authorized course of treatment is intended to be terminated or reduced so that you will have an opportunity to appeal any decision to the Claims Administrator and receive a decision on that appeal before the termination or reduction takes effect. If the course of treatment involves urgent care, and you request an extension of the course of treatment at least 24 hours before its expiration, you will be notified of the decision within 24 hours after receipt of the request.

**Special Rule for Certain Improperly Filed Group Health Plan Claims**

If you improperly file a claim for medical care or treatment that requires advance approval (i.e., pre-certification) in order for benefits to be payable under the applicable benefit program but you have provided a communication to a person customarily responsible for handling benefit matters that names a specific claimant, a specific medical condition or symptom, and a specific treatment, service, or product for which approval is requested, the appropriate Claims Administrator will notify you of the failure to properly file and of the proper procedures for filing such a claim. The appropriate Claims Administrator will provide the notification within five days (24 hours in the case of an Urgent Care Claim) after receipt of the improperly filed claim, and the notification may be oral, unless you request written notification.

## Notice of Initial Claim Decision

**Time of Notice of Initial Decision**

In the case of an Urgent Care Claim or a Pre-Service Claim, the appropriate Claims Administrator will notify you of its decision, and in the case of a Post-Service Claim, the appropriate Claims Administrator will notify you of an adverse decision (i.e., a denial of all or part of your claim), in each such case within the applicable time limit specified on the attached "**Summary Chart for Claims and Appeal Time Limits**" (the "**Claims Procedure Chart**"). Such notice will be provided to you in writing, except that such notice in connection with an Urgent Care Claim may be given to you orally if written notification is given to you within three days after the oral notification.

The appropriate Claims Administrator may secure independent medical or other advice and require such other evidence as it deems necessary to decide your claim.

19

If special circumstances require an extension of time to review the claim, you will be notified in advance of the need for an extension. The extension periods for the various types of claims are shown on the Claims Procedure Chart.

If the extension is due to the need for additional information necessary to decide the claim, the notice of extension provided to you will describe the required information, and you will have the applicable time period shown in the Claims Procedure Chart to provide the additional information requested. For Pre-Service Claims and Post-Service Claims, the deadline for the appropriate Claims Administrator's notice of decision on the claim will be suspended from the date the Claims Administrator sends you the notice of extension to the earlier to occur of (1) the date the Claims Administrator receives the requested information or (2) the expiration of the time period afforded to you to provide the requested information. If you do not provide the requested information by the end of the time period afforded to you, the Claims Administrator will decide the claim without regard to the requested information.

**Contents of Initial Denial Notice**

If your claim is denied, the notice provided to you by the appropriate Claims Administrator will state:

- The specific reason or reasons why the claim was denied;
- The specific Plan provisions on which the denial is based;
- A description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary;
- A description of the Plan's review procedures and the time limits applicable to the procedures, including a statement of your right to bring a civil action following an adverse benefit determination on appeal;
- If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse benefit determination, either the specific rule, guideline, protocol, or criterion, or a statement that such a rule, guideline, protocol, or criterion was relied upon in making the benefit determination and that a copy of such rule, guideline, protocol, or criterion will be provided free of charge to you upon request; and
- If the claim is denied based on a medical necessity, experimental treatment, or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances, or a statement that such explanation will be provided to you free of charge.

In addition, if the claim is for Medical Care Program benefits, the notice will also state (subject to any applicable Department of Labor grace period):

- Information to identify the claim, including the date of service, the provider, the claim amount (if applicable), and the diagnosis and treatment codes and their corresponding meaning;
- The reason(s) for the denial, which will include the denial code and its corresponding meaning, and a description of the standard, if any, that was used in denying the claim (and, in the case of a final internal denial, a discussion of the decision);
- A description of available internal appeals and external review processes, including how to initiate an appeal; and
- The availability and contact information for any applicable office of health insurance consumer assistance or ombudsman established under the Public Health Service Act to assist individuals with internal claims and appeals and external review processes.

## Appealing Adverse Benefit Determinations

As an individual enrolled in the Plan, you have the right to file an appeal from an Adverse Benefit Determination relating to service(s) you have received or could have received from your health care provider under the Plan.

An "Adverse Benefit Determination" is defined as a denial, reduction, termination of, or failure to, provide or make payment (in whole or in part) for a service, supply or benefit. Such Adverse Benefit Determination may be based on:

20

- Your eligibility for coverage, including a retrospective termination of coverage (whether or not there is an adverse effect on any particular benefit);
- Coverage determinations, including plan limitations or exclusions;
- The results of any Utilization Review activities;
- A decision that the service or supply is experimental or investigational; or
- A decision that the service or supply is not **medically necessary**.

If your initial claim is denied or modified, in order to exhaust the administrative remedies under the Plan, you must submit a request for a review of the decision (a 1st level appeal) to the appropriate Claims Administrator within the deadline for filing a 1st level appeal shown on the Claims Procedure Chart. The deadline for requesting a 2nd level appeal, if applicable, is also shown on the Claims Procedure Chart.

*Expedited Review Process for Urgent Care Claims*: In the case of the denial or modification of an Urgent Care Claim, you may request, orally or in writing, an expedited review process under which you may file your appeal by telephone, in person, or in writing and all necessary information, including the decision on your appeal, will be transmitted by telephone, facsimile, or any other available similarly expeditious method.

A "Final Internal Adverse Benefit Determination" is defined as an Adverse Benefit Determination that has been upheld by the appropriate named fiduciary at the completion of the internal appeals process, or an Adverse Benefit Determination for which the internal appeals process has been exhausted.

## Rights on Appeal

If you appeal the denial of your benefit claim, then in connection with your appeal, you will be provided the opportunity to submit written comments, documents, records, and other information relating to your claim for benefits, all of which information will be taken into account in deciding the appeal. In addition, you will be provided, upon request and free of charge, reasonable access to and copies of all documents, records, and other information relevant to your claim for benefits.

With respect to Group Health Plan claims, the determination on appeal will be made by a fiduciary of the Plan who is neither an individual who made a prior adverse benefit determination in connection with the claim nor a subordinate of such individual, and such individual will:

- Not give deference to the initial adverse benefit determination in making the benefit determination on appeal; and
- In deciding an appeal that is based in whole or in part on a medical judgment, base its review of the appeal on its consultation with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment, and such professional will not be an individual who was consulted in connection with the original denial of your benefit or a subordinate of that individual.

In addition, with respect to claims for Medical Care Program benefits, the following additional review procedures will apply to the extent required by law:

- You will be allowed to review the claim file and, as appropriate, present evidence and testimony;
- If new or additional evidence is considered or relied on (which was not considered or relied on in the earlier decision), you will be provided notice of this new evidence free of charge; such evidence will be provided as soon as possible and sufficiently in advance of the due date for the notice of final internal adverse benefit determination that you have a reasonable opportunity to respond prior to that date; and
- Before a final internal denial is made based on a new or additional rationale, you will be provided advance notice of this new or additional rationale free of charge; such evidence will be provided as soon as possible and sufficiently in advance of the due date for the notice of final internal adverse benefit determination that you have a reasonable opportunity to respond prior to that date.

## Notice of Initial Claim Decision

**Time of Notice of Decision on Appeal**

The appropriate Claims Administrator will provide you notice of its decision on your 1st level appeal within the applicable time period shown on the Claims Procedure Chart.

**Contents of the Notice of Decision on Appeal**

The appropriate Claims Administrator will notify you of its benefit determination on appeal in writing, unless you request otherwise pursuant to an expedited review process for an Urgent Care Claim. If the appeal is denied, the notice will state:

- The specific reason or reasons for the adverse determination;
- Reference to the specific Plan provisions on which the benefit determination is based; statement that you are entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to your claim for benefits;
- A statement describing your right to bring suit;
- If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse benefit determination, either the specific rule, guideline, protocol, or criterion or a statement that such a rule, guideline, protocol, or criterion was relied upon in making the benefit determination and that a copy of such rule, guideline, protocol, or criterion will be provided free of charge to you upon request; and
- If the denial is based on a medical necessity, experimental treatment, or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances or a statement that such explanation will be provided free of charge upon request.

In addition, if the claim is for Medical Care Program benefits, the notice will also state (subject to any applicable Department of Labor grace period):

- Information to identify the claim, including the date of service, the provider, the claim amount (if applicable), and the diagnosis and treatment codes and their corresponding meaning;
- The reason(s) for the denial, which will include the denial code and its corresponding meaning, and a description of the standard, if any, that was used in denying the claim (and, in the case of a final internal denial, a discussion of the decision);
- A description of available internal appeals and external review processes, including how to initiate an appeal; and
- The availability and contact information for any applicable office of health insurance consumer assistance or ombudsman established under the Public Health Service Act to assist individuals with internal claims and appeals and external review processes;

## 2nd Level Appeal Process

If an adverse decision is made with respect to your 1st level appeal, in order to exhaust the administrative remedies under the Plan, you must file a 2nd level appeal with the Plan Administrator (or other appropriate Claims Administrator listed on the Claims Procedure Chart) within the applicable time period listed in the Claims Procedure Chart. The Claims Procedure Chart identifies the types of claims that are subject to a 2nd level appeal and those that are not.

Your rights on a 2nd level appeal are generally the same as your rights described above for the 1st level appeal (see "**Appealing Denials of Claims**" section).

The Plan Administrator (or other appropriate party) will provide you notice of its decision on your 2nd level appeal within the applicable time period shown on the Claims Procedure Chart. If the 2nd level appeal is denied, the notice will state the same information described above in the case of a denial of a 1st level appeal (see **"Contents of the Notice of Decision on Appeal"** section).

22

## External Review Process for Medical Claims

If your claim for Medical Care benefits is denied after all applicable internal appeals, you may request an external review of the denial. The following is a summary of the external review process. Please contact the applicable Claims Administrator for additional details.

**External Review**

"External Review" is a review of an eligible Adverse Benefit Determination or a Final Internal Adverse Benefit Determination by an External Review Organization (ERO).

A "Final External Review Decision" is a determination by an ERO at the conclusion of an External Review. You must complete all of the levels of standard appeal described above before you can request External Review, other than in a case of Deemed Exhaustion. Subject to verification procedures that the Plan may establish, your Authorized Representative may act on your behalf in filing and pursuing this voluntary appeal.

You may file a voluntary appeal for External Review of any Adverse Benefit Determination or any Final Internal Adverse Benefit Determination that qualifies as set forth below.

The notice of Adverse Benefit Determination or Final Internal Adverse Benefit Determination that you receive from the Plan or its designee will describe the process to follow if you wish to pursue an External Review; and will include a copy of the *Request for External Review Form*.

You must submit the *Request for External Review Form* to the Claims Administrator within four months of the date you received the Adverse Benefit Determination or Final Internal Adverse Benefit Determination notice. If the last filing date would fall on a Saturday, Sunday or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or Federal holiday. You also must include a copy of the notice and all other pertinent information that supports your request.

If you file a voluntary appeal, any applicable statute of limitations will be tolled while the appeal is pending. The filing of a claim will have no effect on your rights to any other benefits under the Plan. However, the appeal is voluntary, and you are not required to undertake it before pursuing legal action.

If you choose not to file for voluntary review, the Plan will not assert that you have failed to exhaust your administrative remedies because of that choice.

**Request for External Review**

The External Review process under this Plan gives you the opportunity to receive review of an Adverse Benefit Determination (including a Final Internal Adverse Benefit Determination) conducted pursuant to applicable law. Your request will be eligible for External Review if the claim decision involves medical judgment and the following are satisfied:

- the Claims Administrator does not strictly adhere to all claim determination and appeal requirements under federal law (except for minor violations); or
- the standard levels of appeal have been exhausted; or
- the appeal relates to a rescission, defined as a cancellation or discontinuance of coverage which has retroactive effect.

An Adverse Benefit Determination based upon your eligibility is not eligible for External Review.

If upon the final standard level of appeal, the coverage denial is upheld, and it is determined that you are eligible for External Review, you will be informed in writing of the steps necessary to request an External Review.

An ERO refers the case for review by a neutral, independent clinical reviewer with appropriate expertise in the area in question. The decision of the independent external expert reviewer is binding on you, Aetna and the Plan unless otherwise allowed by law.

23

**Preliminary Review**

Within five (5) business days following the date of receipt of the request, the Claims Administrator must provide a preliminary review determining: you were covered under the Plan at the time the service was requested or provided, the determination does not relate to eligibility, you have exhausted the internal appeals process (unless Deemed Exhaustion applies), and you have provided all paperwork necessary to complete the External Review and you are eligible for external review.

Within one business day after completion of the preliminary review, the Claims Administrator must issue to you a notification in writing. If the request is complete but not eligible for External Review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification will describe the information or materials needed to make the request complete and the Claims Administrator must allow you to perfect the request for External Review within the four-month filing period or within the 48-hour period following the receipt of the notification, whichever is later.

**Referral to ERO**

The Claims Administrator will assign an ERO accredited as required under federal law, to conduct the External Review. The assigned ERO will timely notify you in writing of the request's eligibility and acceptance for External Review; and will provide an opportunity for you to submit in writing within 10 business days following the date of receipt, additional information that the ERO must consider when conducting the External Review. Within one (1) business day after making the decision, the ERO must notify you and the Claims Administrator.

The ERO will review all of the information and documents timely received. In reaching a decision, the assigned ERO will review the claim and not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the assigned ERO, to the extent the information or documents are available and the ERO considers them appropriate, will consider the following in reaching a decision:

- Your medical records;
- The attending health care professional's recommendation;
- Reports from appropriate health care professionals and other documents submitted by the Plan or issuer, you, or your treating provider;
- The terms of the Plan to ensure that the ERO's decision is not contrary to the terms of the Plan, unless the terms are inconsistent with applicable law;
- Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards, and associations;
- Any applicable clinical review criteria developed and used by the Plan, unless the criteria are inconsistent with the terms of the Plan or with applicable law; and
- The opinion of the ERO's clinical reviewer or reviewers after considering the information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

The assigned ERO must provide written notice of the Final External Review Decision within 45 days after the ERO receives the request for the External Review. The ERO must deliver the notice of Final External Review Decision to you and the Claims Administrator.

After a Final External Review Decision, the ERO must maintain records of all claims and notices associated with the External Review process for six years. An ERO must make such records available for examination by the claimant, Plan, or State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws.

Upon receipt of a notice of a Final External Review Decision reversing the Adverse Benefit Determination or Final Internal Adverse Benefit Determination, the Plan immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

**Expedited External Review**

You may request an expedited External Review at the time you receive:

- An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal; or

- A Final Internal Adverse Benefit Determination, if you have a medical condition where the timeframe for completion of a standard External Review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum functioning, or if the Final Internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but have not been discharged from a facility.

Immediately upon receipt of the request for expedited External Review, the Claims Administrator will determine whether the request meets the reviewability requirements set forth above for standard External Review. The Claims Administrator must immediately send you a notice of its eligibility determination.

**Referral of Expedited Review to ERO**

Upon a determination that a request is eligible for External Review following preliminary review the Claims Administrator will assign an ERO. The ERO shall render a decision as expeditiously as your medical condition or circumstances require, but in no event more than 72 hours after the ERO receives the request for an expedited External Review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned ERO must provide written confirmation of the decision to you and the Claims Administrator.

## Claims Procedures for Insured Benefits

The claims procedures described above are not intended to reflect the claims procedures for the DeltaCare® USA option under the Dental Program and Vision Service Program, which are described in the separate summary booklets for the DeltaCare® USADHMO and Vision Service Program benefits. However, in the event of any conflict or inconsistency between these procedures and the claims procedures described in that summary booklet, the claims procedures in the respective DeltaCare® USADHMO and Vision Service Program summary booklets will control.

## California Residents

The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan at 800- 210-USAA (8722), Option 5 and use your health plan's grievance process before contacting the department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that might be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the department for assistance. You may also be eligible for an Independent Medical Review (IMR).

If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The department also has a toll-free **telephone number (1-888-HMO-2219)** and a **TDD line (1-877-688-9891)** for the hearing and speech impaired. The department's **Internet website http://www.hmohelp.ca.gov** has complaint forms, IMR application forms and instructions online.

## Legal Actions

If you do not file a claim or file an appeal on time, you will lose your right to file suit because you will not have exhausted the administrative appeals rights under the Plan. Exhaustion of these appeals rights is generally a prerequisite to filing suit. In any event, no legal action may be filed more than one year after the Plan Administrator issues its final determination with respect to such claim.

## Exhaustion of Internal Appeals Process

Generally, you are required to complete all appeal processes of the Plan before being able to obtain External Review or bring an action in litigation. However, if the Claims Administrator, or the Plan, does not strictly adhere to all claim determination and appeal requirements under applicable federal law, you are considered to have exhausted the Plan's appeal requirements ("Deemed Exhaustion") and may proceed with External Review or may pursue any available remedies under §502(a) of ERISA or under state law, as applicable.

There is an exception to the Deemed Exhaustion rule. Your claim or internal appeal may not go straight to External Review if:

- A rule violation was minor and is not likely to influence a decision or harm you; and
- It was for a good cause or was beyond the Claims Administrator's or the Plan's or its designee's control; and
- It was part of an ongoing good faith exchange between you and the Claims Administrator or the Plan.

This exception is not available if the rule violation is part of a pattern or practice of violations by the Claims Administrator or the Plan. You may request a written explanation of the violation from the Plan or the Claims Administrator, and the Plan or the Claims Administrator must provide such explanation within 10 days, including a specific description of its bases, if any, for asserting that the violation should not cause the internal claims and appeals process to be deemed exhausted. If an External Reviewer or a court rejects your request for immediate review on the basis that the plan met the standards for the exception, you have the right to resubmit and pursue the internal appeal of the claim. In such a case, within a reasonable time after the External Reviewer or court rejects the claim for immediate review (not to exceed 10 days), you will receive notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim shall begin to run upon your receipt of such notice.

## Questions Concerning Eligibility and Cost of Coverage

For questions concerning eligibility or cost of coverage, contact the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5.

# Inquiries Regarding Non-ERISA Programs

## Health Savings Account (HSA)

An HSA established by an individual enrolled in the HSA Plan Option under the Medical Care Program is not part of this Plan (and is not subject to ERISA). USAA bears no responsibility for these accounts. If you have an HSA and have questions regarding your HSA (including investment options) you should contact the Spending Account Administrator identified in the "Other Contact Information" section of this SPD.

# Coordination of Benefits

## Coordination of Benefits from Different Plans

If you or your covered Eligible Dependent is covered under any group health plan of an employer other than the Employer or is eligible for Medicare, the benefits paid or payable under this Plan and the benefits paid or payable under the other plan or Medicare will be coordinated and determined under rules set forth in the Plan. You must inform the appropriate Claims Administrator if you or any covered Eligible Dependent has other health coverage or is eligible for Medicare. You must also consent to the release of any necessary information. However, for the purpose of determining the applicability of, and implementing the terms of, the coordination of benefits provisions, the Claims Administrator may, without your consent or the consent of any other person, release to or obtain from any other individual or entity any information with respect to any person that the Claims Administrator deems to be necessary or advisable for this purpose.

## How Benefits are Coordinated

If the Plan is the "Primary Plan" (as defined below), a benefit will be paid by this Plan without regard to any amount paid or payable under any other plan or Medicare.

If the Plan is the "Secondary Plan" (that is, not the Primary Plan), the amount paid by this Plan will be the difference between (1) the amount the Plan would be required to pay if it were the Primary Plan and (2) the amount paid or payable by the Primary Plan.

The purpose of coordinating benefits is to avoid duplication of benefit payments. This means that under the coordination of benefits provisions in no event will the total amount paid from all plans be in excess of 100% of the total amount of the covered expense incurred.

Whenever a benefit has been paid by the Plan, which under the coordination of benefits provisions should have been paid by any other plan or Medicare, the Plan Administrator has the right, exercisable alone and in its sole discretion, to recover the payment in any manner the Plan Administrator in its discretion deems appropriate or necessary to effect such recovery. Conversely, whenever payment of a benefit has been made by another plan or Medicare that should have been made by this Plan in accordance with the coordination of benefits provisions, the Plan Administrator has the right to make such payment in any amount it deems necessary to comply with the coordination of benefits provisions, and any such payment will be deemed to be full benefits paid under the Plan and fully discharge the Plan and the Plan Administrator from liability.

You should file your claim first with the Primary Plan. When the claim is paid by the Primary Plan, send a copy of the charges and a copy of the explanation of benefits from the Primary Plan to the Secondary Plan.

## Determining Which Plan is the Primary Plan

The determination of the "Primary Plan" (or which plan is "primary") is made in accordance with the first of the following rules that apply:

- The plan without a coordination of benefits provision or which follows nonconforming rules is considered primary.
- The plan covering the participant as an employee rather than as a dependent is primary. (However, if the participant is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the plan covering the Participant as a dependent, and primary to the plan covering the person as other than a dependent, then the order of benefits between the two plans is reversed so that the plan covering the person as an employee is secondary and the other plan is primary.)
- If a dependent child is covered under both parents' plans (and the parents are married or living together), the plan covering the parent whose birthday (month and day) occurs earlier in the calendar year is primary. If both parents have the same birthday, the plan of the parent who has participated in that plan for the longest period of time is primary.
- When parents are divorced or separated, a dependent child's benefits are paid in the following order: (i) First, by the plan of the parent with court-ordered financial responsibility for the child's

27

healthcare expenses, provided that the plan has actual notice of the court order; (ii) Second, by the plan of the parent with custody; (iii) Third, by the plan of the step-parent married to the parent with custody; (iv) Fourth, by the plan of the parent without custody; and (v) Then, by the plan of the step-parent married to the parent without custody.

- The plan covering you as an active employee (or the active employee's dependent) will pay benefits before a plan which covers you as a laid-off, retired or former employee (or as that person's dependent).

- If the prior points do not determine which plan is primary, the plan covering the individual the longest time is considered primary.

## Coordination with Medicare

When you are eligible for Medicare, the Plan will coordinate its benefits with Medicare, and to the maximum extent permitted by law, will pay its benefits secondary to available Medicare coverage (that is, the Plan will be the Secondary Plan). If you fail to enroll in Medicare Part A & B when first eligible you will be financially responsible for the amount that Medicare would have paid. However, the law requires that Medicare be the Secondary Plan in certain circumstances. One of the more common situations in which Medicare will be the Secondary Plan is when you are eligible for Medicare (age 65 or older) but are still working.

28

# Subrogation and Right of Reimbursement

## Plan's Right of Reimbursement and Subrogation

If you or your covered Eligible Dependent is entitled to a benefit under the Plan because of a condition caused or possibly caused by the fault of you or a third party, as a prerequisite to receiving any Plan benefit, you or your covered Eligible Dependent must sign an agreement to reimburse the Plan (from amounts recovered from a third party) and must comply with the obligations set forth below under "**Obligations of Covered Eligible Employees and Eligible Dependents**" below. With or without such compliance, the Plan is subrogated to all rights, however arising, of you and your covered Eligible Dependents. Further, this right of subrogation will not limit any additional rights of subrogation that the Plan may have under the applicable laws of any state to seek repayment of such benefit from the third party or any person paying on behalf of the third party.

The Plan Administrator may in its discretion, without consent of or notice to you, your covered Eligible Dependent, or other person, release to or obtain from any other individual or entity any information with respect to any person that the Plan Administrator deems necessary or advisable for the enforcement of the provisions of this section.

## Amounts Recoverable

### In General

The Plan is subrogated to any of your or your covered Eligible Dependent's rights to recover any and all amounts that have been paid or are payable for any condition for which you or a third party is or may be liable, without regard to the characterization by a third party, you, your covered Eligible Dependent, court, jury, or any other person or entity, of the payment of such amount as being recovery for pain and suffering, mental anguish, punitive damages, or any other basis of recovery other than for payment of medical or other welfare benefits provided by the Plan up to the amount of (1) any and all benefits that have been paid or are payable (or that are likely, in the opinion of the Plan Administrator, to become payable) under the Plan by reason of that same condition and (2) reasonable costs, including attorneys' fees, incurred to recover such amounts.

The amount to which the Plan is subrogated will not be limited or reduced pro rata or otherwise because you or the third party is liable only in part, because you or the third party's resources or insurance is limited, because you or your covered Eligible Dependent has not been fully compensated, or because of any other reason or law.

## Limitation on Plan's Recovery

The Plan's right of subrogation for a particular condition will not exceed either (1) the sum of the amount of benefits paid, payable, or likely (in the opinion of the Plan Administrator) to become payable under the Plan on account of the condition, plus the Plan's reasonable costs, including, but not limited to, attorneys' fees, or (2) the total amount of the recovery received from other parties for the same condition.

## Enforcement

The Plan Administrator in its discretion may take any and all actions necessary or convenient to enforce any or all of the provisions of this section, including, but not limited to:

- Bringing an action in the name of the Plan, you, or your covered Eligible Dependent against a third party, your or the third party's liability carrier, or, in the case of uninsured or underinsured motorist coverage, you or your covered Eligible Dependent's automobile insurance carrier;
- Joining in any action by you or your covered Eligible Dependent against a third party, your or the third party's liability carrier, or, in the case of uninsured or underinsured motorist coverage, you or your covered Eligible Dependent's automobile insurance carrier;
- Offsetting future benefits by amounts that you or your covered Eligible Dependent has obtained (or could have obtained with reasonable diligence) from a third party, your or the third party's liability carrier, or, in the case of uninsured or underinsured motorist coverage, you or your covered Eligible Dependent's automobile insurance carrier;

29

- Bringing an action against you or your covered Eligible Dependent for an equitable lien or constructive trust against amounts recovered from a third party; or
- Bringing an action to set aside any settlement agreement entered into without the consent of the Plan Administrator.

## **Obligations of Covered Eligible Employees and Eligible Dependents**

You or your covered Eligible Dependent who incurs any covered expense for a condition must inform the Plan Administrator whenever it appears that a third party is or may be liable to you or your covered Eligible Dependent. You or your covered Eligible Dependent must inform any attorney, third party, and insurance carrier, as well as any other individual or entity connected with the condition or involved in the collection of any amount connected with the condition, of the Plan's right of subrogation.

You or your covered Eligible Dependent must (1) execute and deliver to the Plan Administrator the reimbursement agreement, the assignment, and all other documents requested by the Plan Administrator for enforcing the Plan's rights under this section, (2) not take any action that might prejudice the Plan's right of subrogation, and (3) not release any third party (even if the release purports to be a partial release or a release for the excess liability over Plan benefits) without the advance written consent of the Plan

Administrator. The Plan's rights will not be affected by a release of any third party entered into without such consent.

If you or your covered Eligible Dependent initiates a liability claim against any third party or the third party's liability carrier, or if reimbursement is sought from your or your covered Eligible Dependent's automobile insurance carrier, the amounts recoverable (as described under the "**Amounts Recoverable**" section above) must be included in the claim. If you or your covered Eligible Dependent receives money from or on behalf of any third party or insurance carrier, you or your covered Eligible Dependent must hold the money in trust for the Plan to the extent of the Plan's rights under this section.

Failure of you or your covered Eligible Dependent to comply in all respects with this section will cause a denial of benefits for the condition and may cause a termination of coverage for you and/or your covered Eligible Dependents under the Plan.

The Plan is granted a right of reimbursement from the proceeds of any recovery whether by settlement, judgment, or otherwise. This right attaches immediately to any account into which those proceeds are deposited. By accepting benefits under this Plan, you or your covered Eligible Dependent: grant a lien and assign the Plan an amount equal to the benefits paid under the Plan against any recovery made by or on behalf of you or your covered Eligible Dependent which is binding on any attorney or other party who represents you; agree that the lien will constitute a charge against the proceeds of any recovery and the Plan will be entitled to assert a security interest thereon; and agree to hold the proceeds of any recovery in trust for the benefit of the Plan to the extent of any payment made by the Plan and agree that the lien attaches to such trust immediately.

## **Waiver**

The Plan Administrator in its discretion may waive or modify any or all of the provisions of this section whenever, under the facts and circumstances of a particular case, it deems the waiver or modification necessary to prevent inequity with respect to you or your covered Eligible Dependents.

# HIPAA

## HIPAA Portability

The Health Insurance Portability and Accountability Act of 1996 ("**HIPAA**") is a federal law that affects group health plans. The "portability" provisions of HIPAA limit a group health plan's ability to postpone coverage of pre-existing conditions, provide for special mid-year enrollment rights, and prohibit group health plan eligibility rules from discriminating based on health. If you want to know more about how HIPAA applies to group health plans, the Department of Labor has a booklet called "An Employee's Guide To Health Benefits Under COBRA" You may request this booklet free of charge by calling 1- 866-444-3272 or retrieve it on the Internet at https://www.dol.gov/sites/dolgov/files/ebsa/about-ebsa/our-activities/resource-center/publications/an-employees-guide-to-health-benefits-under-cobra.pdf .

## HIPAA Privacy and Security

In addition, the Department of Health and Human Services has issued regulations under the authority of HIPAA that are intended to safeguard the privacy and security of your health information. Under these regulations, a group health plan may not use or disclose your health information unless that use or disclosure is specifically permitted by the regulations. For more information about your privacy rights under HIPAA, you may obtain a notice of privacy practices by contacting the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5 or by visiting the MyTotalRewards website. More information about HIPAA is also available at the Centers for Medicare and Medicaid Services Internet site at https://www.cms.gov/Regulations-and-Guidance/Administrative-Simplification/HIPAA-ACA.

## Maternity and Newborn Care Statement

Group health plans and health insurance issuers generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours if applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

# FMLA and USERRA Leave

## FMLA Leave

If you have worked for USAA for at least 12 months (and at least 1,250 hours in the immediate past 12 consecutive month period) and are certified to have a Family and Medical Leave Act (FMLA) event, you may take FMLA leave for up to 12 weeks (or 26 weeks, if FMLA leave is to care for a covered service member). Your coverage under the Plan and the benefit programs will continue during your FMLA leave. However, you must pay your cost of coverage under the programs during FMLA leave. If you are on paid FMLA leave, your share of the cost of coverage under the programs will be paid in the same manner as other paid leaves. If you are on unpaid FMLA leave, you may pay by any method agreed to by you and the Plan Administrator.

## USERRA Leave

**USERRA Coverage**

**Programs Providing Health Benefits**

In the event that you are on a leave of absence (paid or unpaid) for "service in the uniformed services" as defined by section 4303(13) of the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), you and your covered Eligible Dependents may remain covered under the Vision Service Program, Health Care Flexible Spending Account, Wellness Program, and the EAP subject to the termination dates below. If you elect to retain this coverage while you are on USERRA leave, you or your covered Eligible Dependents, as applicable, will be entitled to receive the same health benefits that were provided under the respective program to you or your covered Eligible Dependents, as applicable, prior to your USERRA leave. However, if the Employer provides a new health program or benefits under the Plan, or if there are changes to the health benefits under a benefit program under the Plan while you are on USERRA leave, you and your covered Eligible Dependents are entitled to, or subject to, as applicable, the new or changed programs and benefits to the same extent as if you were not on USERRA leave. You are responsible for paying the full cost of coverage (employee plus Employer contributions) for each benefit program under which you elect to retain coverage plus a 2% administration fee; provided, however, that if the USERRA leave is less than 31 days, you will be required to pay an amount equal to the amount you would have been required to pay for such coverage had you remained actively employed with the Employer during the period of your USERRA leave.

**Termination of USERRA Coverage**

Coverage under this USERRA provision terminates on the earliest of:

- The date 24 months after the date your USERRA leave begins for the Vision Service Program, Health Care Flexible Spending Account, Wellness Program, and/or the EAP;
- The day after the date on which you fail to apply for or return to a position of employment with the Employer;
- The date you elect not to continue USERRA coverage during your USERRA leave;
- The date 30 days after the due date for any required contributions if such contributions have not been made;
- The date you knowingly provide clear written notice of intent not to return to employment with the Employer after your military service ends;
- The date on which you separate from military service under conditions other than honorable;
- The effective date of termination of the respective benefit program; or
- The effective date of termination of the Plan.

**Determination of Seniority Upon Reemployment**

For purposes of any rights or benefits under the Plan that are determined by seniority, upon reemployment in accordance with USERRA following USERRA leave, you will be entitled to be credited with service equal to (1) the service that was credited to you on the date of commencement of your

32

USERRA leave plus (2) the additional service you would have accrued had you remained continuously actively employed with the Employer during the period of such USERRA leave.

**Reinstatement of Plan Coverage**

If you choose not to continue coverage under the Plan during your USERRA leave, or if your USERRA coverage is terminated before the end of your USERRA leave, your (and your Eligible Dependents') coverage under the Plan's benefit programs will be reinstated upon your return to active employment with the Employer following your USERRA leave, but only if you are an Eligible Employee (and each of your Eligible Dependents is an Eligible Dependent) at the time of your return. For the Vision Service Program, Health Care Flexible Spending Account, Wellness Program, and/or the EAP, this reinstatement will be on the same terms and conditions as existed prior to your USERRA leave without any qualifying period requirement, evidence of insurability requirement, or preexisting condition restrictions, except as follows:

- Those requirements and restrictions that applied before your USERRA leave began and that you or your Eligible Dependent(s) had not satisfied will continue to apply as if you had been in continuous employment with the Employer;

- Any changes (increases or decreases) in benefit levels that may have occurred during the period of your USERRA leave and that affected all similarly situated employees will apply to you and your Eligible Dependents as if you had been in continuous employment with the Employer; and

Any exclusion, waiting period, and preexisting condition restrictions under the Plan will apply to the coverage of a condition determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, performance of service in the uniformed services.

# Administration of Plan

## The Plan Administrator

The "**Plan Administrator**" of the Plan is the USAA Benefit Administration Committee (UBAC).

The Plan Administrator is responsible for the general administration of the Plan and has all powers necessary to administer the Plan, including, without limitation, the sole discretion to interpret provisions of the Plan, decide matters of fact in granting or denying claims under the Plan, determine eligibility under the Plan, and determine the amount of and authorize payments under the Plan.

## Delegation of Authority

The Plan Administrator may from time to time delegate to one or more of the officers, employees, or agents of the Employer or an affiliate of the Employer or to other persons or entities certain of its powers, duties, or responsibilities under the Plan. For example, the Plan Administrator may delegate to a Claims Administrator or a utilization review organization certain powers, duties, and responsibilities relating to certain of the programs offered under the Plan. For each of the insured programs offered under the Plan, the applicable insurer has been delegated the fiduciary functions for purposes of initially and finally determining eligibility for, and the amount of, benefits, including the initial determination and the review of denied claims (see a list of the insurers for the insured programs in the "**Other Important Plan Information**" section) and is the Plan Administrator for purposes of those functions.

## Correction of Errors

The Plan Administrator or Claims Administrator may correct any error relating to the Plan (regardless of how the error occurred) in any manner it deems appropriate. For example, if a benefit is overpaid, the Plan Administrator or Claims Administrator has the right to recover the excess amount from the person who received the payment. The Plan Administrator or Claims Administrator may also reduce any future benefit payments to make up for the overpayment.

## Certifications and Effect of Misrepresentation

To properly administer the Plan, the Plan Administrator may require certain certifications to be made (e.g., whether certain individuals qualify as a "dependent" under the federal income tax law) or other documents to be submitted. Any person who provides false, misleading, or incomplete information to the Plan Administrator or Claims Administrator will be subject to disciplinary action, which may include termination of employment, liability for damages, or ineligibility for coverage under the Plan or other benefit programs.

## Payment When Incapacitated

If you are incapacitated, benefit payments may be made to your guardian or conservator or other third party who is authorized to receive benefits for your account.

# Amendment and Termination of Plan

## Amendment of Plan

The Plan (including each constituent benefit program) may be amended in whole or in part by USAA in its absolute discretion at any time and from time to time, for any or no reason. In addition, the Plan Administrator may amend the Plan in its discretion at any time in certain specified circumstances.

## Termination of Plan

The Plan (including each constituent benefit program) may be terminated by USAA in its absolute discretion at any time, for any or no reason.

## If the Plan is Modified or Terminated

If the Plan ever is terminated, suspended, or modified, benefits for services received before the change would be paid under the Plan's former terms and conditions, but no benefits would be paid for services received after the date such action becomes effective, unless specific provisions are adopted.

# Other Provisions

## Attachment of Benefits

To the extent permitted by law, and subject to certain limited exceptions, benefits payable under the Plan are exempt from execution, attachment, garnishment, levy, or other legal process for your debts and liabilities.

## Employment Not Affected by Plan

In no way does the Plan give you a right of permanent employment. Your Employer has the right to discharge you, to change your employment position, or to change the basis or amount of your compensation notwithstanding your participation in the Plan.

# ERISA Rights

## Your Rights Under ERISA

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants are entitled to:

**Receive Information About Your Plan and Benefits**

- Examine without charge, at the Plan Administrator's office and at other specified locations, such as work sites, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may charge a reasonable amount for the copies.

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Continue Group Health Plan Coverage**

- Continue health care coverage for you, your spouse, or your dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review the "Continuation of Coverage" section of this Summary Plan Description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

35

- Reduction or elimination of exclusionary periods of coverage for preexisting conditions under the Plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from the Plan or health insurance issuer when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

## Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes obligations upon the people who are responsible for the operation of employee benefit plans. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a Plan benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive the requested information within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if it finds that your claim is frivolous).

## Assistance with Your Questions

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# Notice of Grandfathered Heath Plan Status

The Plan believes that, to the extent the EAP and/or Wellness Program is not exempt from the requirements of the Patient Protection and Affordable Care Act (the "Affordable Care Act"), the EAP and Wellness Program are each a "grandfathered health plan" under the Affordable Care Act. As permitted by the Affordable Care Act, a grandfathered health plan can preserve certain basic health coverage that was already in effect when that law was enacted. Being a grandfathered health plan means that the EAP and the Wellness Program may not include certain consumer protections of the Affordable Care Act that apply to other plans (for example, the right to an external review of a denied claim). However, grandfathered health plans, to the extent not exempt, must comply with certain other consumer protections in the Affordable Care Act (for example, the elimination of lifetime limits on essential health benefits).

Questions regarding which protections apply and which protections do not apply to a grandfathered health plan and what might cause a plan to change from grandfathered health plan status can be directed to the USAA Health & Welfare Benefits Center at 800-210-USAA (8722), Option 5. You may also contact the Employee Benefits Security Administration, U.S. Department of Labor at 1-866-444-3272 or www.dol.gov/ebsa/healthreform. This web site has a table summarizing which protections do and do not apply to grandfathered health plans.

# Other Important Plan Information

**Name of Plan:**

USAA Comprehensive Health Care Arrangement

**Fiscal Year of Plan:**

January 1 through December 31

**Type of Plan:**

Welfare benefit plan. The Plan is a comprehensive welfare benefit plan that incorporates the following programs: Medical Care Program, Dental Program, Vision Service Program, Health Care Flexible Spending Account Program, Wellness Program, and Employee Assistance Program. The Plan is administered pursuant to the provisions of the Plan document.

**Plan Number**:

518

**Plan Sponsor:**

United Services Automobile Association
9800 Fredericksburg Road
San Antonio, TX 78288
ATTN: HR Total Rewards

**Employer I.D. No.:**

74-0959140

**Participating Employers:**

| Name of Company | Federal ID Number |
| --- | --- |
| United Services Automobile Association | 74-0959140 |
| USAA Alliance Services Company | 74-2320505 |
| USAA Casualty Insurance Company | 59-3019540 |
| USAA Educational Foundation | 74-2411017 |
| USAA Federal Savings Bank | 74-2291652 |
| USAA Financial Planning Services Insurance Agency | 74-2789646 |
| USAA General Indemnity Company | 74-1718283 |
| USAA Investment Services Company | 74-1664189 |
| USAA Insurance Agency | 74-2879196 |
| USAA Life Insurance Company | 74-1472662 |
| USAA Residential Real Estate Services | 74-2636634 |
| USAA Savings Bank | 88-0361860 |
| Garrison Property & Casualty Association | 43-1803614 |
| UGSS LLC | 46-1426687 |

**Plan Administrator:**

USAA Benefits Administrative Committee (UBAC)
P.O. Box 34178
San Antonio, TX 78265-4178
(800) 210-USAA (8722), Option 5

**Claims Administrators:**

The Claims Administrators for the Plan are listed on the Summary Chart for Filing of Internal Claims and Appeals

**Funding Medium for Insured Programs:**

Benefits are provided by insurers under the following insured benefit programs or insured options under benefit programs:

- Dental Program (DeltaCare® USADHMO option)
- Vision Service Program

Address and telephone numbers for each insurer are listed on the attached Summary Chart for Filing of Initial Claims and Appeals and may also be obtained by contacting the USAA Health & Welfare Benefits Center at 800- 210-USAA (8722), Option 5.

**Funding Medium for Self- Insured Programs:**

Benefits under the following self-insured programs (or options under a program) are provided from the general assets of USAA and the Participating Employers:

- Medical Care Program
- Dental Program (Delta Dental PPO Option)
- Health Care Flexible Spending Account Program
- Wellness Program
- Employee Assistance Program

**Agent for Service of Legal Process:**

USAA Office of General Counsel
9800 Fredericksburg Road
San Antonio, TX 78288
Service of legal process may also be made to the Plan Administrator at the address specific above.

# Other Contact Information

### HSA - Spending Account Administrator

**ConnectYourCare**

| | |
|---|---|
| Website: | www.connectyourcare.com/usaa |
| Phone: | 1 (855) 687-2134 |
| Address: | 307 International Circle, Suite 200 Hunt Valley, MD 21030 |

# Appendix A: Summary Chart for Claims and Appeals Time Limits

**This chart summarizes the time limits for you to submit appeals, and for the Claims Administrator or Plan Administrator to respond to your claim or appeal.**

| USAA Comprehensive Health Care Arrangement | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Initial | | | 1st Level Appeal | | 2nd Level Appeal | |
| **Type of Claim** | **You'll be notified of determination in a reasonable period of time but no later than…** | **Extension period* allowed under certain circumstances …** | **If additional information is needed, you must provide within…** | **You must file your 1st Level Appeal within…** | **You'll be notified of determination in a reasonable period of time but no later than…** | **You must file your 2nd Level Appeal within…** | **You'll be notified of determination in a reasonable period of time but no later than…** |
| **Pre-Service** | 15 days from receipt of claim | One extension of 15 days | 45 days of date of extension notice | 180 days of claim denial | 15 days from receipt of appeal | 60 days of 1st Level Appeal denial | 15 days from receipt of appeal |
| **Pre-Service involving Urgent Care** | 72 hours** (24 hours if additional information is needed from you) | None | 48 hours (Claims Administrator must notify you of determination within 48 hours of receipt of your information) | 180 days of claim denial | 72 hours from receipt of appeal | Not applicable | Not applicable |
| **Concurrent: To end or reduce treatment prematurely** | Notification to end or reduce will allow time to finalize appeal before end of | Not applicable | Not applicable | Denial letter will specify filing deadline | 15 days from receipt of appeal | 60 days of 1st Level Appeal denial | 15 days from receipt of appeal |
| **Concurrent: Extension request involving Urgent Care** | 24 hours, if your claim is submitted at least 24 hours before the scheduled end of treatment. Otherwise, treated as Pre-Service Urgent Care | None | Not applicable | 180 days of claim denial | 36 hours from receipt of appeal (or 72 hours from receipt of appeal if for mental health or substance abuse claim) | 60 days of 1st Level Appeal denial (but no 2nd Level Appeal for mental health or substance abuse claim) | 36 hours from receipt of appeal |
| **Post-Service** | 30 days from receipt of claim | One extension of 15 days | 45 days of date of extension notice | 180 days of claim denial | 30 days from receipt of appeal | 60 days of 1st Level Appeal denial | 30 days from receipt of appeal |

\*       The extension period is measured from the end of the original determination due date.

\*\*       To the extent required by law, notice of a Pre-Service claim involving Urgent Care will be provided within 24 hours (instead of 72 hours), subject to any applicable Department of Labor grace period.

## Appendix B: Summary Chart for Filing of Initial Claims and Appeals

**These charts summarize the applicable Claims Administrator and/or Plan Administrator with whom to file your initial claim or appeal.**

| Type of Claim | File your initial claim with… | File your 1st Level Appeal with… | File your 2nd Level Appeal with… |
|---|---|---|---|
| **Medical Care Program:** <br> **Medical claims other than those listed below** | Aetna Life Insurance Company <br><br> Website: www.aetna.com <br> Phone: 1(844) 783-6965 <br><br> Claims Address: PO Box 981106 <br> El Paso, TX 79998-1106 | Aetna Life Insurance Company <br><br> Customer Resolution Team <br> P.O. Box 14463 <br> Lexington, KY 40512 | Claim Appeal Fiduciary Services <br><br> USAA / Appeals <br> 2475 Northwinds Parkway, Suite 200 <br> Alpharetta, GA 30009 |
| **Medical Care Program:** <br><br> **PCA (Spending Account Claims Only)** | ConnectYourCare <br><br> Claims Department <br> P.O. Box 622317 <br> Orlando, FL 32862-2317 | ConnectYourCare <br><br> Appeals Department <br> 307 International Circle, <br> Suite 200 <br> Hunt Valley, MD 21030 | Claim Appeal Fiduciary Services <br><br> USAA / Appeals <br> 2475 Northwinds Parkway, Suite 200 <br> Alpharetta, GA 30009 |
| **Medical Care Program:** <br><br> **Retail Prescription Drugs** | CVS/Caremark <br><br> Website: www.caremark.com <br> Phone: 1 (866) 889-0471 <br> Specialty Pharmacy Phone: <br> 1 (800) 237-2767 <br> Claims Address: CVS/Caremark <br> PO Box 659541 <br> San Antonio, TX 78265-9541 | CVS/Caremark <br><br> Attn: Appeals Department MC 109 <br> PO Box 52084 <br> Phoenix, AZ 85072-2084 | CVS/Caremark <br><br> Attn: Appeals Department MC 109 <br> PO Box 52084 <br> Phoenix, AZ 85072-2084 |
| **Dental Program:** <br><br> **Delta Dental PPO** | Delta Dental Insurance Company <br> P.O. Box 1809 <br> Alpharetta, GA 30023-1809 <br> 800-873-1051 | Delta Dental Insurance Company <br> Attn: Appeals Dept. <br> P.O. Box 1809 <br> Alpharetta, GA 30023-1809 <br> 1-800-873-1051 | Claim Appeal Fiduciary Services <br> USAA / Appeals <br> 2475 Northwinds Parkway, Suite 200 <br> Alpharetta, GA 30009 |
| **Dental Program:** <br><br> **Delta DeltaCare** <br><br> **USA Dental DHMO** | Delta Dental Insurance Company <br> Claims Department <br> P.O. Box 1810 <br> Alpharetta, GA 30023 <br> 888-845-6026 | Delta Dental Insurance Company <br> Quality Management Department <br> P.O. Box 1860 <br> Alpharetta, GA 30023 <br> 888-845-6026 | Delta Dental Insurance Company <br> Quality Management Department <br> P.O. Box 1860 <br> Alpharetta, GA 30023 <br> 888-845-6026 |

# Appendix B: Summary Chart for Filing of Initial Claims and Appeals

**These charts summarize the applicable Claims Administrator and/or Plan Administrator with whom to file your initial claim or appeal.**

| Type of Claim | File your initial claim with… | File your 1st Level Appeal with… | File your 2nd Level Appeal with… |
|---|---|---|---|
| **Vision Service Program** | VSP Vision Care<br>3333 Quality Drive<br>Rancho Cordova, CA 95670<br>1-800-877-7195<br><br>Claim for Non-Network Services:<br>P.O. Box 997105 Sacramento,<br>CA 95899-7105 | VSP – Claims Appeals<br>3333 Quality Drive<br>Rancho Cordova, CA<br>95670 1-800-877-7195<br><br>Claim for Reimbursement<br>of Non-Network Services:<br>VSP<br>P.O. Box 385018<br>Birmingham, AL 35238-5018 | VSP Vision Care – Claims<br>Appeals 3333 Quality Drive<br>Rancho Cordova, CA 95670<br>1-800-877-7195<br><br>Claim for Reimbursement<br>of Non-Network Services:<br>VSP<br>P.O. Box 385018<br>Birmingham, AL 35238-5018 |
| **Health Care Flexible Spending Account Program** | ConnectYourCare<br>Claims Department<br>P.O. Box 622317 Orlando,<br>FL 32862-2317 | ConnectYourCare<br>www.connectyourcare.com/usaa<br>Phone: 1 (855) 687-2134<br>307 International Circle, Suite 200<br>Hunt Valley, MD 21030 | Claim Appeal Fiduciary Services<br>USAA / Appeals<br>2475 Northwinds Parkway, Suite 200<br>Alpharetta, GA 30009 |
| **Wellness Program** | Other Wellness Programs Reimbursement*<br><br>By Mail:<br>Hauser Corporate Solutions<br>5905 E. Galbraith Road, Suite 9000<br>Cincinnati, OH 45236<br><br>By Email: usaa@thehausergroup.com<br><br>By Fax: (888) 849-1127<br><br>(*Examples: Weight Management, Smoking Cessation; External Fitness and Recreation)<br><br>Phone: (866) 481-9355 | Claim Appeal Fiduciary<br>Services USAA / Appeals<br>2475 Northwinds Parkway, Suite 200<br><br>Alpharetta, GA 30009 | USAA Benefits Administrative<br>Committee (UBAC)<br>P.O. Box 34178<br>San Antonio, TX 78265-4178<br>(800) 210-USAA (8722), Option 5 |
| | Healthy Points<br><br>Limeade<br><br>10885 Ne 4th Street<br><br>Suite 400<br><br>Bellevue, WA 98004 | Claim Appeal Fiduciary<br>Services USAA / Appeals<br>2475 Northwinds Parkway, Suite 200<br><br>Alpharetta, GA 30009 | USAA Benefits Administrative<br>Committee (UBAC)<br>P.O. Box 34178<br><br>San Antonio, TX 78265-4178<br>(800) 210-USAA (8722),<br>Option 5 |
| | BMI Incentive<br><br>HCMS Group LLC DBA Workpartners<br><br>US Steel Tower<br><br>600 Grant Street<br><br>Pittsburgh, PA 15219 | Claim Appeal Fiduciary<br>Services USAA / Appeals<br>2475 Northwinds Parkway, Suite 200<br><br>Alpharetta, GA 30009 | USAA Benefits Administrative<br>Committee (UBAC)<br>P.O. Box 34178<br><br>San Antonio, TX 78265-4178<br>(800) 210-USAA (8722),<br>Option 5 |

# Appendix B: Summary Chart for Filing of Initial Claims and Appeals

**These charts summarize the applicable Claims Administrator and/or Plan Administrator with whom to file your initial claim or appeal.**

| Type of Claim | File your initial claim with… | File your 1st Level Appeal with… | File your 2nd Level Appeal with… |
|---|---|---|---|
| **Employee Assistance Program** | • Non-California - Aetna EAP Provider Payments<br>P.O. Box 981259<br>El Paso, TX 79998-1259 1<br>(800) 872-7322<br>Fax: 888-285-2207<br>(for providers only, not members)<br><br>• California - Aetna EAP Provider Payments<br>10260 Meanley Drive<br>San Diego, CA 92131<br>(800) 890-1921<br> Fax: 888-285-2207<br>(for providers only, not members) | For EAP member appeals concerning denial of services:<br><br>Aetna Behavioral Health 151 Farmington Ave. RSAA<br>Appeals 1250<br>Hartford, CT 06156<br><br>Non-CA Provider Reconsiderations:<br>Aetna EAP Provider Payments<br>P.O. Box 981259<br>El Paso, TX 79998-1259<br>(800) 872-7322<br>Fax: 800-935-0099<br><br>California provider reconsiderations:<br><br>Aetna EAP Provider Payments<br>10260 Meanley Drive<br>San Diego, CA 92131<br>800-890-1921<br>Fax: 888-285-2207 | For EAP member appeals concerning denial of services:<br><br>Aetna Behavioral Health 151 Farmington Ave. RSAA<br>Appeals 1250<br>Hartford, CT 06156<br><br>Non-CA Provider Reconsiderations:<br>Aetna EAP Provider Payments<br>P.O. Box 981259<br>El Paso, TX 79998-1259<br>(800) 872-7322<br>Fax: 800-935-0099<br><br>California provider reconsiderations:<br><br>Aetna EAP Provider Payments<br>10260 Meanley Drive<br>San Diego, CA 92131<br>800-890-1921<br>Fax: 888-285-2207 |