# Exhibit I

## Authorization for Release of Long-Term Disability File — January 12, 2026

This exhibit is the Authorization for Release of Long-Term Disability File executed by Plaintiff on January 12, 2026, authorizing The Lincoln National Life Insurance Company to release his complete LTD file to Brown & Brown Absence Services Group for use in his SSDI application. It is cited in complaint paragraph 24 to establish that Plaintiff authorized release of his complete claims file to Lincoln's own vendor — while Lincoln simultaneously refused to provide that same file to Plaintiff.

Key language: The authorization expressly states "This authorization shall include the release of my complete file." This directly contradicts Lincoln's position that the claims file could not be released on an active claim (see Exhibit H, Document 2: "we are unable to release the file while the claim remains open. This is standard practice").

Cross-reference: Exhibit H documents Lincoln's refusal to provide the claims file. Exhibit K documents that Lincoln's SSDI department (Shericka Wilkerson) represented that Brown & Brown would receive the complete file, while Kristianne Corporan refused on the same day.

Redaction note: Plaintiff's Social Security Number has been redacted pursuant to Fed. R. Civ. P. 5.2 and LR CV-5.2 (W.D. Tex.). The unredacted original is available to the Court upon request.

### AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE

I hereby authorize The Lincoln National Life Insurance Company to release all information from my long-term disability file to Brown & Brown Absence Services Group at 300 N Beach Street, Daytona Beach, FL 32114, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

**This authorization shall include the release of my complete file.**

A photocopy or fax of this release shall have the same authority and effect as the original.

**Signature:** X Charles Bruff (01/12/2026 01:08:27 CST)

**Printed Name:** Charles Bruff

**Address:** 98 McLennan Oak, San Antonio, TX 78240

**SSN:** XXX-XX-XXXX [REDACTED per Fed. R. Civ. P. 5.2]

**Date:** January 12, 2026

**Authorization for Release of Long-Term Disability File to Brown & Brown** *(Executed January 12, 2026)*

**Note on This Exhibit:** This exhibit contains the authorization form Plaintiff was required to sign on January 12, 2026, as part of the Lincoln Financial / Brown & Brown SSDI packet. This form explicitly directs Lincoln National Life Insurance Company to release Plaintiff's *complete* long-term disability claims file to Lincoln's vendor. It is submitted to demonstrate that Lincoln compelled Plaintiff to authorize the release of his entire claims file to a third-party vendor while Lincoln simultaneously refused Plaintiff's repeated requests to receive a copy of that exact same file.

**[Document Text]**

**AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE**

I hereby authorize The Lincoln National Life Insurance Company to release all information from my long-term disability file to Brown & Brown Absence Services Group at 300 N Beach Street, Daytona Beach, FL 32114, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

**This authorization shall include the release of my complete file.**

A photocopy or fax of this release shall have the same authority and effect as the original.

**X** *Charles Bruff (01/12/2026 01:08:27 CST)* Charles Bruff 98 McLennan Oak San Antonio, TX 78240 SSN: [Redacted]

**X** *Jan 12, 2026* Date





## <u>AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE</u>

I hereby authorize The Lincoln National Life Insurance Company to release all information from my long-term disability file to Brown & Brown Absence Services Group at 300 N Beach Street, Daytona Beach, FL 32114, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X Charles Bruff (01/12/2026 01:08:27 CST)
Charles Bruff
98 McLennan Oak
San Antonio, TX  78240
SSN: ▨▨-▨▨-▨▨▨▨

X  Jan 12, 2026
Date