# Exhibit K

## Plaintiff's Written Notice to Lincoln Financial of SSA No-Omissions Requirement and Lincoln's Refusal to Produce Complete Claims File to Plaintiff or Brown & Brown Despite Signed Authorization

This exhibit documents Plaintiff's written notice to Lincoln Financial of his SSA obligation to submit all evidence relevant to his disability determination, Lincoln's deflection of that obligation to its third-party vendor, and the internal contradiction between Lincoln's SSDI department's representation that the complete claims file would be provided to Brown & Brown and Lincoln's LTD department's same-day refusal on the ground of "standard practice." The exhibit spans January 13 through January 27, 2026.

> Cross-reference: The signed Authorization for Release of Long-Term Disability File executed by Plaintiff on January 12, 2026, authorizing Lincoln to release his complete file to Brown & Brown, is reproduced in Exhibit I.
>
> Cross-reference: Lincoln's general policy of withholding claims files from claimants on approved claims is documented in Exhibit H (January 9, 2026 call and February 12, 2026 email) and Exhibit N (January 25– February 12, 2026 email chain).

### Document 1 — Plaintiff's Written SSA No-Omissions Notice — January 25, 2026, 5:19 PM

| | |
|---|---|
| **From:** | Terrence Bruff (tbruff15@gmail.com) |
| **Sent:** | Sunday, January 25, 2026, 5:19 PM |
| **To:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Subject:** | Charles Bruff- LTD/STD Claim file from 2021 |
| **Source:** | Gmail_-_RE__Charles_Bruff-_LTD_STD_Claim_file_from_2021__secure_.pdf |

Hello Ms. Kristianne,

I have received communication from Brown & Brown that I need to do my interview for SSDI application. . I remembered that I was on disability with Lincoln in 2021. Which is within the last 5 years. Social Security will generally look back 5 years. I got sick and had hospitalizations back then. I know you have not been able to provide me a copy of my current claims file, and you have not been able to provide me a copy of the Lincoln policy that states that you can't provide me my current claims file. Is it possible to provide me my full claims file for the attached STD/LTD claims? I would like to use this information to give to Brown and Brown/ and SSDI DDS. I am attaching a screenshot of the claims that I need information for. Keep in mind these STD/LTD claims have been denied according to what you told me about Lincoln policy I should be able to get all information on these old files

Also, Brown and Brown has requested my full claims file from Lincoln in order for me to complete my application for SSDI. My caseworker D'Andre is telling me the following on 1/20/2025 at 11:18 AM "While we can request your file from your LTD we cannot guarantee that we can obtain all of the information regarding doctors, appointments, and medications. We will need information regarding doctors in order to provide to the disability examiner once assigned."

If possible, I would like to again ask for my full current LTD file as well as my closed STD file within 30 days so that I can include Lincoln's medical team in the list of Doctors that is provided to the Social Security administration. As you are aware I have signed a release of information for Brown and Brown to pull this information and they are attempting too, but they are concerned that Lincoln may not release it. I understand Lincoln has a policy of non-discloure of my claims file, but failing to provide all relevant information to Social Security/DDS (including my current and former claims files) very well could result in my SSDI claim being delayed/denied. According to the nice Social Security Lady failing to provide "all relevant information that I am aware of is also illegal" I was told that I should send you this https://www.ssa.gov/OP_Home/cfr20/404/404-1512.htm

I know that I send alot of information and speech dictation can make my emails kind of long, but here is what I am trying to say in a nutshell... According to SSA and the law I am required to submit "all relevant information that I am aware of to SSA" Relevent does not only include my medical records themselves it also includes the results of reviews done on me by Lincoln. This is because the reviews done by Lincoln will include a doctor or other medical professionals assessment of the severity and projected duration of my disabilities. I cannot hide this information from SSA, and if Lincoln cannot provide it then I have to tell SSA that it exists and ask them to wait on it to be sent in order to have a truly complete SSA claim file. SSA told me the following (linked above): "You must inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled"

Maybe I am interpreting this too literally because of the Autism, but I can't just hide from SSA the results of the 10+ reviews that you guys have done on me that have information in them.

To summarize please respond to this email within 30 with either:

1. My full STD and LTD current claims file, and my full STD/LTD claims file from 2021. OR:

2. A letter on Lincoln Financial Letterhead with contact information for a Lincoln representative that states that you are unable to release this information and cites your internal policy. This letter will be given to Social Security to show that I tried to get "all relevent information from you". Then they will be able to contact that representative (from the appropriate Lincoln team) to pull the information.

I am working on trying to make my emails less frantic, but I don't like to have missing information or withhold anything from the government. I really do not want to get in trouble, and SSA is going to ask me or Brown why my reviews with Lincoln are so overly frequent.

I hope you are staying warm in this cold. I am sorry if I bothered you. I am just struggling to navigate conflicting rules and procedures.

---

### Document 2 — Lincoln Financial Response — January 27, 2026, 12:09 PM

**From:**        Corporan, Kristianne (Kristianne.Corporan@lfg.com)

| | |
|---|---|
| **Sent:** | Tuesday, January 27, 2026, 12:09 PM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | RE: Charles Bruff- LTD/STD Claim file from 2021 |
| **Source:** | Gmail_-_RE__Charles_Bruff-_LTD_STD_Claim_file_from_2021__secure_.pdf |

Terrence,

If you are working with the vendor they will ensure that SS receives all the relevant information needed. If not working with the vendor, then SS will request your medical records from us directly if needed.

Kristianne Corporan | Kristianne C. | LTD Technical Specialist | Lincoln Financial | 888-437-7611 Office | 65597 Extension | Fax: 603-334-0401

## Document 3 — Lincoln Financial (Wilkerson) Represents Claims File Will Be Provided to Brown & Brown — January 13, 2026, 10:39 AM

| | |
|---|---|
| **From:** | Wilkerson, Shericka (Shericka.Wilkerson@lfg.com) |
| **Sent:** | Tuesday, January 13, 2026, 10:39 AM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **CC:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com); Thornton, Sasha (Sasha.Thornton@lfg.com) |
| **Subject:** | RE: Charles Bruff- follow up on conversation/claims file |
| **Source:** | YAML_5 (January_13_Email.pdf), Message 4 of 5 |

Hi Charles,

Brown & Brown will request your claim file, and we will provide it to them so they can submit it to the Social Security Administration (SSA) to assist with your Social Security Disability Insurance (SSDI) application.

If you have any questions or need additional assistance during this process, please feel free to reach out to me. I am here to help and will keep you updated as we move forward.

Thank you,

Shericka Wilkerson | Claims Examiner II, Social Security | GP CLM LTD, Life Waiver | (888) 437-7611 X 29171 Office | (603) 334-0401 Fax | Lincoln Financial

## Document 4 — Lincoln Financial (Corporan) Refuses to Release File on Same Day — January 13, 2026, 4:33 PM

| | |
|---|---|
| **From:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Sent:** | Tuesday, January 13, 2026, 4:33 PM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | RE: Charles Bruff- follow up on conversation/claims file |
| **Source:** | YAML_5 (January_13_Email.pdf), Message 5 Part B |

Terrence,

Thank you for reaching out and sharing your concerns regarding the Long-Term Disability (LTD) process and Social Security Disability. I want to clarify that the LTD claims team and the Social Security advocacy team are separate departments within Lincoln Financial. I will be corresponding with you regarding your LTD claim.

We understand your request for a copy of the claim file; however, we are unable to release the file while the claim remains open. This is standard practice.

Regarding your LTD claim, your claim is approved and will remain approved as long as you continue to meet the policy definition of disability. To ensure this, we periodically request updates and medical records. There is no fixed schedule for these reviews, as each claim is unique, but generally, follow-ups occur every 60-90 days.

Barring any significant changes to your health, there is nothing further required from you at this time. I will reach out to you again during the first week of March.

Please feel free to contact me if you have any other questions in the meantime.

Kristianne Corporan | Kristianne C. | LTD Technical Specialist | Lincoln Financial | 888-437-7611 Office | 65597 Extension | Fax: 603-334-0401

> ⚠️ **Internal Contradiction**
>
> Wilkerson (Document 3, January 13, 10:39 AM) stated Brown & Brown "will request your claim file, and we will provide it to them" for submission to SSA.
>
> Corporan (Document 4, January 13, 4:33 PM — same date, same email chain) stated Lincoln "is unable to release the file while the claim remains open" as "standard practice," with no exception for the Brown & Brown transmission.
>
> Plaintiff executed the signed Authorization for Release of Long-Term Disability File on January 12, 2026 — the day before this exchange — expressly authorizing Lincoln to release his complete file to Brown & Brown for SSA submission. (Exhibit I)

### Document 5 — Plaintiff's Response Documenting the Contradiction — January 13, 2026, 12:20 PM

| | |
|---|---|
| **From:** | Terrence Bruff (tbruff15@gmail.com) |
| **Sent:** | Tuesday, January 13, 2026, 12:20 PM |
| **To:** | Wilkerson, Shericka (Shericka.Wilkerson@lfg.com) |
| **CC:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com); Thornton, Sasha (Sasha.Thornton@lfg.com) |
| **Subject:** | Re: Charles Bruff- follow up on conversation/claims file |
| **Source:** | YAML_5 (January_13_Email.pdf), Message 5 Part A |

OK, the main confusion was because Social Security Said they needed the file from you guys, but if they can get it, I don't think they'll be a delay.

I still want a copy of it because Miss Kristianne said there was a policy of not giving it to me so now I'm curious about what's in it.

I will work with her to get it from her. Since it's Lincoln financial's claims file it's not really a Social Security matter.

The original intake with Brown and Brown guy told me that they don't do expedited reinstatement so that's why I got confused on that.

The only other thing that's connected to Social Security is the mismatch between my review frequency with Lincoln and the requirement That you remain disabled for at least a year. That was one of the main questions that came up when I talked to the Social Security lady, but my records will probably tell me why my review frequency is so frequent. If not, Miss Kristianne will eventually figure it out.

I wanna keep this email chain together that way everyone's on the same page.

I am working on the hypervigilance in counseling, but because this is the only health insurance I have if I feel like it's threatened I panic and that causes this hypervigilance response.

Thank you for responding to me so quickly with clarification it helps me to feel calmer.