# Exhibit N

## Plaintiff's Request for 2021 STD Claims File and Lincoln Financial's Refusal

This exhibit establishes that Plaintiff made a specific written request for his closed 2021 Short-Term Disability claims file and that Lincoln Financial refused to provide it. Lincoln's stated rationale for withholding claims files is that files cannot be released while a claim is active. The 2021 STD claim is closed and not active. Lincoln's refusal therefore extends beyond its own stated policy basis.

Cross-reference: Lincoln's general policy of withholding claims files from claimants on approved active claims is documented in Exhibit H. This exhibit establishes that Lincoln applies the same withholding policy even to closed, inactive claims, contradicting its own stated rationale.

Cross-reference: The portal confirmation that the 2021 STD Claim (No. 17118669) remains accessible in Lincoln's system is documented in Exhibit O.

### Document 1 — Plaintiff's Written Request for 2021 STD Claims File — January 25, 2026, 5:19 PM

| | |
|---|---|
| **From:** | Terrence Bruff (tbruff15@gmail.com) |
| **Sent:** | Sunday, January 25, 2026, 5:19 PM |
| **To:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Subject:** | Charles Bruff- LTD/STD Claim file from 2021 |
| **Source:** | YAML_2B_2; Gmail_-_RE__Charles_Bruff-_LTD_STD_Claim_file_from_2021__secure_.pdf |

The following are the relevant excerpts from Plaintiff's January 25, 2026 email requesting the 2021 STD claims file. The full email is reproduced in Exhibit K, Document 1.

Is it possible to provide me my full claims file for the attached STD/LTD claims? I would like to use this information to give to Brown and Brown/ and SSDI DDS. I am attaching a screenshot of the claims that I need information for. Keep in mind these STD/LTD claims have been denied according to what you told me about Lincoln policy I should be able to get all information on these old files

If possible, I would like to again ask for my full current LTD file as well as my closed STD file within 30 days so that I can include Lincoln's medical team in the list of Doctors that is provided to the Social Security administration.

To summarize please respond to this email within 30 with either:

1. My full STD and LTD current claims file, and my full STD/LTD claims file from 2021. OR:

2. A letter on Lincoln Financial Letterhead with contact information for a Lincoln representative that states that you are unable to release this information and cites your internal policy.

## Document 2 — Lincoln Financial's Refusal — February 12, 2026, 10:16 AM

| | |
|---|---|
| **From:** | Corporan, Kristianne (Kristianne.Corporan@lfg.com) |
| **Sent:** | Thursday, February 12, 2026, 10:16 AM |
| **To:** | Terrence Bruff (tbruff15@gmail.com) |
| **Subject:** | RE: Recall: Charles Bruff- LTD/STD Claim file from 2021 |
| **Source:** | YAML_2B_3 |

Terrence,

I inadvertently hit forward instead of reply and recalled since there was no message.

At this time, we have fully reviewed and responded to your request for a copy of your claim file. As previously explained, we are not able to provide the file to you.

We will contact you ahead of time when we need information from you to evaluate your ongoing eligibility for LTD benefits.

Kristianne C. | LTD Technical Specialist | Lincoln Financial

> Lincoln's February 12 refusal does not distinguish between the current active LTD file and the closed 2021 STD file. The blanket statement "we are not able to provide the file to you" covers both, despite Lincoln's stated rationale that files are withheld only while claims are active. The 2021 STD claim is closed, not active, and no policy basis for withholding a closed file has ever been produced.

 **Gmail**                                                                    **Terrence Bruff <tbruff15@gmail.com>**

## Charles Bruff- LTD/STD Claim file from 2021

**Terrence Bruff** <tbruff15@gmail.com>                                           Sun, Jan 25, 2026 at 4:18 PM
To: "Corporan, Kristianne" <Kristianne.Corporan@lfg.com>

Hello Ms. Kristianne,

I have received communication from Brown & Brown that I need to do my interview for SSDI application. . I remembered that I was on disability with Lincoln in 2021. Which is within the last 5 years. Social Security will generally look back 5 years. I got sick and had hospitalizations back then. I know you have not been able to provide me a copy of my current claims file, and you have not been able to provide me a copy of the Lincoln policy that states that you can't provide me my current claims file. Is it possible to provide me my full claims file for the attached STD/LTD claims? I would like to use this information to give to Brown and Brown/ and SSDI DDS. I am attaching a screenshot of the claims that I need information for. Keep in mind these STD/LTD claims have been denied according to what you told me about Lincoln policy I should be able to get all information on these old files

Also, Brown and Brown has requested my full claims file from Lincoln in order for me to complete my application for SSDI. My caseworker D'Andre is telling me the following on 1/20/2025 at 11:18 AM "While we can request your file from your LTD we cannot guarantee that we can obtain all of the information regarding doctors, appointments, and medications. We will need information regarding doctors in order to provide to the disability examiner once assigned."

If possible, I would like to again ask for my full current LTD file as well as my closed STD file within 30 days so that I can include Lincoln's medical team in the list of Doctors that is provided to the Social Security administration. As you are aware I have signed a release of information for Brown and Brown to pull this information and they are attempting too, but they are concerned that Lincoln may not release it. I understand Lincoln has a policy of non-disclure of my claims file, but failing to provide all relevant information to Social Security/DDS (including my current and former claims files) very well could result in my SSDI claim being delayed/denied. According to the nice Social Security Lady failing to provide "all relevant information that I am aware of is also illegal" I was told that I should send you this https://www.ssa.gov/OP_Home/cfr20/404/404-1512.htm

I know that I send alot of information and speech dictation can make my emails kind of long, but here is what I am trying to say in a nutshell... **According to SSA and the law I am required to submit "all relevant information that I am aware of to SSA" Relevent does not only include my medical records themselves it also includes the results of reviews done on me by Lincoln. This is because the reviews done by Lincoln will include *a doctor or other medical professionals assessment of the severity and projected duration of my disabilities.*** I cannot hide this information from SSA, and if Lincoln cannot provide it then I have to tell SSA that it exists and ask them to wait on it to be sent in order to have a truly complete SSA claim file. SSA told me the following (linked above):

"You must inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled"

Maybe I am interpreting this too literally because of the Autism, but I can't just hide from SSA the results of the 10+ reviews that you guys have done on me that have information in them.

To summarize please respond to this email within 30 with either:

1. My full STD and LTD current claims file, and my full STD/LTD claims file from 2021. OR:
2. A letter on Lincoln Financial Letterhead with contact information for a Lincoln representative that states that you are unable to release this information and cites your internal policy. This letter will be given to Social Security to show that I tried to get "all relevent information from you". Then they will be able to contact that representative (from the appropriate Lincoln team) to pull the information.

Case 5:26-cv-01720-XR    Document 12-19    Filed 04/06/26    Page 3 of 6

I am working on trying to make my emails less frantic, but I don't like to have missing information or withhold anything from the government. I really do not want to get in trouble, and SSA is going to ask me or Brown why my reviews with Lincoln are so overly frequent.

I hope you are staying warm in this cold. I am sorry if I bothered you. I am just struggling to navigate conflicting rules and procedures.



**Previous LTD Claim.png**
246K

 **Gmail**

**Terrence Bruff <tbruff15@gmail.com>**

## Recall: Charles Bruff- LTD/STD Claim file from 2021

**Corporan, Kristianne** <Kristianne.Corporan@lfg.com>
To: Terrence Bruff <tbruff15@gmail.com>

Thu, Feb 12, 2026 at 10:16 AM

Terrence,

I inadvertently hit forward instead of reply and recalled since there was no message.

At this time, we have fully reviewed and responded to your request for a copy of your claim file. As previously explained, we are not able to provide the file to you.

We will contact you ahead of time when we need information from you to evaluate your ongoing eligibility for LTD benefits.

*Kristianne Corporan*



**Kristianne C.**

LTD Technical Specialist

Lincoln Financial

**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office

65597 Extension

Fax: **603-334-0401**

**Follow us on:**

**LincolnFinancial.com**

**Visit LincolnFinancial.com for a secure and fast way to check the status of your claim, upload claim documentation, enroll in text messaging and view your existing claim documents.**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: \*\*This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.\*\**

**From:** Terrence Bruff <tbruff15@gmail.com>
**Sent:** Thursday, February 12, 2026 11:05 AM
**To:** Corporan, Kristianne <Kristianne.Corporan@lfg.com>
**Subject:** Re: Recall: Charles Bruff- LTD/STD Claim file from 2021

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

[Quoted text hidden]