# Exhibit O

## Confirmation That 2021 STD Claim File Remains Available in Plaintiff's Lincoln Financial Portal

This exhibit documents the presence of two separate claims in Plaintiff's Lincoln Financial online portal, establishing that the 2021 STD claims file (Claim No. 17118669) exists in Lincoln's system and has not been purged, notwithstanding Lincoln's refusal to produce it (see Exhibit N).

### Portal Display — Claims on File

| Claim Number | Type | Status |
| --- | --- | --- |
| 17118669 | Short-Term Disability | Closed (2021) |
| 17729133 | Long-Term Disability | Active, Approved |

| Event no. | Received date | Date of disability | *Approved through date |
|---|---|---|---|
| 17729133 | 08/14/2025 | 03/22/2025 | 09/17/2027 |

⊙ *The approved through date is dependent upon the claimant continuing to meet the definition of disability under contract/plan provisions and therefore, is subject to change.

Upload documents ⬆    Return to work ▦    View details →

## Short term disability (STD)                                                    Closed

⊙ You have received the maximum benefit payable under your short-term disability plan. Please contact your Lincoln Financial Group case manager to learn if you are eligible for long-term disability benefits.

| Event no. | Received date | Date of disability | *Approved through date |
|---|---|---|---|
| 17118669 | 03/31/2025 | 03/22/2025 | 09/17/2025 |

⊙ *The approved through date is dependent upon the claimant continuing to meet the definition of disability under contract/plan provisions and therefore, is subject to change.

Upload documents ⬆    View details →

## Leave                                                                          Denied

⊙ Your leave has been denied because our records do not show you to be an active employee.

| Event no. | Received date | Leave reason | Leave begin | Leave end | Leave category |
|---|---|---|---|---|---|
| 17118670 | 03/31/2025 | Absence Plus Treatment | | | Continuous |

Upload documents ⬆    View details →

## Long term disability (LTD)                                                     Denied

⊙ Information has already been sent to you by mail regarding your claim status. If you have not yet received this information, it will arrive soon.

| Event no. | Received date | Date of disability |
|---|---|---|
| 11403281 | 05/19/2021 | 01/02/2021 |

Upload documents ⬆    View details →

## Short term disability (STD)                                                    Closed

⊙ You are returning to work.

| Event no. | Received date | Date of disability | *Approved through date |
|---|---|---|---|
| 10923815 | 01/11/2021 | 01/02/2021 | 05/27/2021 |

⊙ *The approved through date is dependent upon the claimant continuing to meet the definition of disability under contract/plan provisions and therefore, is subject to change.

Upload documents ⬆    View details →