# Exhibit P

## Lincoln Financial's Statements That Its Review Process Has No Published Standard and Cannot Be Explained — January 9, 2026

This exhibit presents two excerpts from the January 9, 2026 recorded phone call in which Lincoln Financial acknowledged that its review process operates on a case-by-case basis with no published standard and no further explanation available. The full transcript of the January 9, 2026 call is reproduced in Exhibit H, Document 1.

Source: YAML_5, January 9, 2026 phone call transcript (Charles_Christine_Transcript_With_Note January 9,2026.docx). Full transcript in Exhibit H, Document 1.

Transcription note: Automated transcription misidentified the speaker as "Christine." The speaker is Kristianne Corporan, LTD Technical Specialist, Lincoln Financial.

Cross-reference: Kristianne Corporan's January 9, 2026 written statement — "private LTD policies do not publish detailed review schedules like SSDI. There is no other explanation or information I can provide to you" — is reproduced in Exhibit J, Document 2.

### Excerpt 1 — Lincoln Has No Published Review Standard

**Date:** January 9, 2026
**Participants:** Charles Bruff (Plaintiff); Kristianne Corporan, LTD Technical Specialist, Lincoln Financial
**Claim No.:** 17729133
**Source:** YAML_5, January 9, 2026 transcript; full transcript in Exhibit H, Document 1

**Charles:** Is there anything else you can give me that explains how you set the review frequency and what the differences are between your approach and Social Security's?

**Kristianne:** That's correct. We do it case by case. It depends on what conditions we're looking at and the time frames for follow-ups. There's no set time. It depends on the review and what it indicates — whether we need to follow up in two, three, or four months.

### Excerpt 2 — No Further Information Will Be Provided

**Date:** January 9, 2026
**Participants:** Charles Bruff (Plaintiff); Kristianne Corporan, LTD Technical Specialist, Lincoln Financial
**Claim No.:** 17729133
**Source:** YAML_5, January 9, 2026 transcript; full transcript in Exhibit H, Document 1

**Charles:** So you're not going to provide me the results of the reviews you've done so far unless you decide against me? I can't include those in my disability claim, even though they were favorable decisions.

**Kristianne:** That is correct.

**Kristianne:** No, there isn't. It's not that I won't. We don't do it. You won't get any more information.

**Charles:** That doesn't make sense.

**Kristianne:** I'm sorry it doesn't make sense to you. Sometimes that's just how it is.

**Kristianne:** Talk to Brown and Brown first. If they're helping you with the application, they can get your medical records from us. Social Security makes their own determination. They get your medical records, not our reviews.

Full transcript: The complete January 9, 2026 phone call transcript is reproduced in Exhibit H, Document 1.