# Exhibit R

## Lincoln Financial Group Letter — February 2, 2026

The following is a verbatim reproduction of Lincoln Financial's letter dated February 2, 2026, imposing a March 6, 2026 deadline for Plaintiff to provide proof of his SSDI application.

| | |
|---|---|
| **Date:** | February 2, 2026 |
| **To:** | Charles T. Bruff, 98 McLennan Oak, San Antonio, TX 78240 |
| **RE:** | Long Term Disability (LTD) Benefits, USAA Claim #: 17729133 |
| **From:** | Shericka W., Claims Examiner II, Social Security |
| **Phone:** | (888) 437-7611 Ext. 29171 |
| **Secure Fax:** | (603) 334-0401 |

Dear Charles: We are writing about your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer. At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits.

If you do not complete that application and provide proof of the application by March 6, 2026, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

Sincerely, Shericka W. Claims Examiner II, Social Security Phone No.: (888) 437-7611 Ext. 29171 Secure Fax No.: (603) 334-0401

> Cross-reference: Compare with Exhibit SS1 (September 17, 2025), in which Lincoln advised Plaintiff he was not a good SSDI candidate. The juxtaposition of these two letters — Lincoln first discouraging and then mandating an SSDI application — is relevant to the arbitrary and capricious analysis.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 2, 2026

Charles T. Bruff
98 MCLENNAN OAK
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133

Dear Charles:

We are writing about your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln Financial. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover the overpayment.

To date we have not received a response to our request. Please provide us proof of your

application. If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

If you do not complete that application and provide proof of the application by March 6, 2026, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401, or
- Email: disabilitydocuments@lfg.com

Should you have any questions regarding this matter, feel free to contact me at the number below.

Sincerely,

Shericka W.
Claims Examiner II, Social Security
Phone No.: (888) 437-7611 Ext. 29171
Secure Fax No.: (603) 334-0401

Attachments:   Brown and Brown SSDI FAQ

 

# Social Security Disability Insurance (SSDI)
## *Frequently Asked Questions*

1. **What is Social Security Disability Insurance?**
   Social Security Disability Insurance (SSDI) is a federal program that provides disabled workers with benefits while they are unable to work because of medical impairments.

2. **Why should I file for Social Security Disability Insurance?**
   There are many benefits of receiving an SSDI award, including increased Social Security retirement benefits, annual Cost of Living Adjustment (COLA) raises, and earlier access to Medicare coverage. In addition, you may be eligible to receive additional dependent and/or spousal benefits.

3. **How can Brown & Brown Absence Services Group assist me?**
   Brown & Brown Absence Services Group is a nationwide Social Security Disability Advocacy organization. The team at Brown & Brown has assisted over 200,000 claimants in receiving SSDI benefits. Lincoln Financial has partnered with Brown & Brown to provide claimants with the assistance of an experienced team of advocates throughout the SSDI application process.

4. **How much will it cost to have Brown & Brown help me?**
   There is no out-of-pocket expense to you for utilizing Brown & Brown's services. If your SSDI claim is awarded, Lincoln Financial Group will cover Brown & Brown's fee.

5. **I am receiving long-term disability (LTD) insurance benefits. Will I automatically qualify for SSDI benefits?**
   No, receipt of private LTD benefits does not automatically mean you are disabled under Social Security's rules. Likewise, if at some point your LTD benefits end, the fact that you no longer receive LTD benefits does not mean that you won't qualify for SSDI benefits.

6. **I am currently working part time. Should I still apply for benefits?**
   If you are currently working and earning more than $1,310 per month (in 2021), you generally will not be eligible for SSDI benefits and should not file an application at this time. If you are currently working and earning less than $1,310 per month, you may be eligible for benefits.

7. **How long will it take for SSA to process my application?**
   The process of applying for SSDI benefits can be quite long. If your claim is denied, there are several levels of appeal within the SSDI application process, including Reconsideration, a Hearing before an Administrative Law Judge, and in some cases, review by the Appeals Council. Depending on the level at which your claim is finally decided, the process can take anywhere from six months to more than three years.

8. **What if my SSDI claim is denied?**
   If you are denied, you have the right to appeal the decision. Brown & Brown will assist you throughout this process by ensuring that all paperwork and appeals are filed in a timely fashion to comply with the Social Security Administration's strict deadlines.

9. **If I am awarded SSDI, how will my benefits be calculated? (How much will I get?)**
   The average monthly SSDI benefit is about $1,277 in 2021. The amount of your monthly benefit is based on your lifetime average earnings covered by Social Security and may be reduced if you receive other benefits, such as workers' compensation or public disability benefits.

10. **How can I contact Brown & Brown Absence Services Group?**

    *Call Toll-Free:* (877) 261-1947

    *Facsimile:* (877) 899-1329

    *Mailing Address:* Brown & Brown Absence Services Group | 300 N Beach Street | Daytona Beach, FL 32114

    *Hours of Operation:* Monday through Friday 8:00 a.m. to 6:00 p.m. (E.S.T)