# Exhibit RETIRE

## Comparison of USAA's Treatment of Plaintiff During Short-Term Disability: 2021 vs. 2025

This exhibit documents that USAA paid the standard 8% employer retirement match on Plaintiff's STD earnings during his 2021 short-term disability leave, but withheld that same match during his 2025 STD leave. The only material difference between the two periods is that USAA classified Plaintiff as an active employee on disability leave in 2021, and as a terminated former employee in 2025 — despite the fact that Plaintiff's 2025 disability began before his termination date and has continued without interruption.

**Selective Classification — USAA's Inconsistent Treatment of Plaintiff's Status**

USAA's treatment of Plaintiff's employment status is inconsistent across benefit programs, switching between "disability leave" and "terminated former employee" classifications with no discernible consistent principle. All of these benefits are governed by USAA's plan documents under ERISA, and USAA is obligated to apply those plan terms consistently. The pattern below reflects arbitrary and capricious administration — the same underlying facts (Plaintiff was disabled before termination and has remained continuously disabled) produce different classification outcomes depending on which benefit is at issue:

401(k) employer match — 2021: Paid (disability leave classification). 2025: Withheld (terminated classification).

Fidelity retirement plan status (March 2026): "Long Term Disab" — USAA's own Fidelity administrator classifies Plaintiff as disabled, not terminated.

Fidelity pensionable earnings (2025): $104,890.21 credited — pension earnings recognized for the disability period.

APIP, educational assistance, health insurance rate — "terminated former employee" classification applied to deny these benefits.

There is no plan-based rationale that explains why Plaintiff's status is "Long Term Disab" for pension and retirement purposes but "terminated former employee" for APIP, educational assistance, and the 401(k) match. USAA has never produced a written explanation distinguishing these classifications. The inconsistency is itself evidence of arbitrary administration under ERISA § 1104(a)(1).

## Document 1 — 2021 Short-Term Disability Pay Slip Excerpt

**Pay Period:**     02/28/2021 – 03/13/2021
**Check Date:**     03/18/2021
**Source:**     YAML_5, Exhibit RETIRE entry; original pay slip PDF on file

**Earnings — Short Term 80%:** $2,764.74

**Employer Paid Benefits — Employer Match:** $221.18

In 2021, USAA paid the standard 8% employer retirement match on Plaintiff's Short Term 80% disability earnings of $2,764.74. The employer match of $221.18 represents 8% of $2,764.74, consistent with USAA's standard employer match policy for active employees on disability leave.

## Document 2 — 2025 Final Short-Term Disability Pay Slip Excerpt

**Pay Period:**       09/07/2025 – 09/20/2025
**Check Date:**       09/25/2025
**Source:**           YAML_5, Exhibit APIP2 entry (same pay slip); original PDF on file

**Earnings — Short Term 66.7%:** $2,539.29

**Taxes — OASDI:** $0.00

**Before Tax Deductions — Retirement Acct (BT):** $0.00 / BLANK

**Employer Paid Benefits — Employer Match:** $0.00 / BLANK

> In 2025, USAA paid $0.00 in employer retirement match on Plaintiff's STD earnings. No employer match was paid at any point during the 2025 STD period (March–September 2025). USAA's stated basis for this difference is Plaintiff's classification as a "terminated former employee" rather than an employee on disability leave.
>
> Note: The OASDI tax line showing $0.00 is consistent with STD benefit payments being non-taxable wage replacement rather than wages. The blank Retirement Account deduction reflects no employee pre-tax 401(k) contribution during this period, which is expected. The employer match line is the operative comparison.

## Document 3 — Fidelity NetBenefits Account Status — As of March 12, 2026

**Plan:**              USAA Retirement Savings Plan
**Status:**            Long Term Disab
**Termination Date:**  04/01/2025
**Source:**            Fidelity_NetBenefits_-_Statement_Details.pdf (YAML_4); Statement period 02/01/2026–02/28/2026, retrieved 03/15/2026

USAA's own Fidelity retirement plan administrator records Plaintiff's account status as "Long Term Disab" as of March 12, 2026 — not as "terminated" or "former employee." The Termination Date of 04/01/2025 is recorded, but the operative status classification is disability, not termination.

> This Fidelity record is significant because it comes from USAA's own retirement plan system, not from Plaintiff's characterization of his status. USAA has simultaneously told Plaintiff he is a "terminated former employee" for APIP, educational assistance, and 401(k) match purposes, while its own retirement plan administrator classifies him as "Long Term Disab."

## Side-by-Side Comparison

| Item | 2021 STD Period | 2025 STD Period |
|---|---|---|
| **USAA employment status** | Active employee on disability leave | Classified as terminated former employee |
| **STD earnings (sample period)** | $2,764.74 (Short Term 80%) | $2,539.29 (Short Term 66.7%) |
| **Employer 401(k) match paid** | ✅ **$221.18 (8%)** | ❌ **$0.00 / BLANK** |

| | | |
|---|---|---|
| **Fidelity retirement plan status** | Not available (pre-LTD) | Long Term Disab (as of 03/12/2026) |
| **Pensionable earnings credited** | N/A | $104,890.21 for 2025 |



United Services Automobile Asn   9800 Fredericksburg Road San Antonio, TX 78288    +1 800-210-8722
Charles Bruff    1870 S Salam Road APT 1 Conway, AR 72034

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Charles Bruff | United Services Automobile Asn | | M7712 | 02/28/2021 | 03/13/2021 | 03/18/2021 | |

| | Hours Worked | Gross Pay | Before Tax Deductions | Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,784.75 | 459.72 | 581.92 | 55.30 | 1,687.81 |
| YTD | -8.00 | 28,511.32 | 4,054.67 | 7,325.20 | 547.85 | 16,583.60 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| *Employee Life/AD&D | 02/28/2021 - 03/13/2021 | 0 | 0 | 4.04 | 0 | 24.24 |
| *Leave of Absence | 02/28/2021 - 03/13/2021 | 80 | 0 | 0.00 | | 0.00 |
| Salary | 02/28/2021 - 03/13/2021 | 0 | 0 | 0.01 | -8 | -339.21 |
| Adjusted Premium ( | | | 0 | | 0 | 144.11 |
| Annual Incentive | | | 0 | | 0 | 8,148.45 |
| Bring Own Device | 02/28/2021 - 03/13/2021 | 0 | 0 | 20.00 | 0 | 120.00 |
| Holiday | | | 0 | | 16 | 678.47 |
| Misc Bonus No SIP | | | 0 | | 0 | 1,000.00 |
| PTO 10-day Min Tin | | | 0 | | 40 | 1,696.16 |
| Paid Time Off | | | 0 | | 72 | 3,053.08 |
| Short Term 100% | | | 0 | | 200 | 8,480.78 |
| Short Term 80% | 02/28/2021 - 03/13/2021 | 80 | 34.5591 | 2,764.74 | 160 | 5,529.48 |
| Earnings | | | | 2,788.79 | | 28,535.56 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 163.73 | 1,714.17 |
| Medicare | 38.29 | 400.89 |
| Federal Withholding | 278.40 | 3,981.80 |
| State Tax - AR | 101.50 | 1,228.34 |
| Taxes | 581.92 | 7,325.20 |

### Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| BeWell@USAA | -17.04 | -102.24 |
| Dental - BTX | 11.09 | 66.54 |
| Earned PTO | 63.67 | 382.02 |
| Medical Care Plan (BT) | 70.23 | 421.38 |
| Retirement Acct (BT) | 331.77 | 3,286.97 |
| Before Tax Deductions | 459.72 | 4,054.67 |

### After Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Ret Acct Roth | 55.30 | 547.85 |
| After Tax Deductions | 55.30 | 547.85 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Match | 221.18 | 2,191.33 |
| Retirement Plus | | 3,013.79 |
| Employer Paid Benefits | 221.18 | 5,205.12 |

### Other Wage Information

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,640.84 | 27,647.86 |
| Medicare - Taxable Wages | 2,640.84 | 27,647.86 |
| Federal Withholding - Taxable Wages | 2,309.07 | 24,360.89 |
| State Tax Taxable Wages - AR | 2,309.07 | 24,360.89 |

### Federal / State

| Marital Status | Single or Married filing separately | |
|---|---|---|
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| | 41 | |

### Leave Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO 10-day Min | 0 | 0 | 40 |
| PTO Prev Earned | 0 | 0 | 31.65 |
| Volunteer Hours | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| ▨▨▨▨▨ | ▨▨▨▨▨ | ▨▨▨▨▨ | ▨▨▨▨▨ | ▨▨▨▨▨ |



United Services Automobile Asn   9800 Fredericksburg Road San Antonio, TX 78288    +1 800-210-8722
Charles Bruff    98 Mclennan Oak San Antonio, TX 78240

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Charles Bruff | United Services Automobile Asn | | M7712 | 09/07/2025 | 09/20/2025 | 09/25/2025 | |

| | Hours Worked | Gross Pay | Before Tax Deductions | Taxes | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,539.29 | 0.00 | 430.36 | 0.00 | 2,108.93 |
| YTD | 512.00 | 107,230.50 | 16,344.24 | 21,083.72 | 89.28 | 69,713.26 |

| Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| *Employee Life/AD& | | | 0 | | 0 | 66.16 | OASDI | 157.43 | 6,476.31 |
| Annual Incentive | | | 0 | | 0 | 19,615.84 | Medicare | 36.82 | 1,514.62 |
| Holiday | | | 0 | | 24 | 1,367.49 | Federal Withholding | 236.11 | 13,092.79 |
| Oncall Pay | | | 0 | | 14 | 420.00 | | | |
| PTO Payout | | | 0 | | 98.8 | 5,696.46 | | | |
| PTO Elig Cash Out | | | 0 | | 64 | 3,646.59 | | | |
| Short Term 100% | | | 0 | | 200 | 11,896.98 | | | |
| Short Term 66.7% | 09/07/2025 - 09/20/2025 | 64 | 39.6764 | 2,539.29 | 624 | 24,758.13 | | | |
| Short Term 80% | | | 0 | | 160 | 7,614.08 | | | |
| Tuition Reimbursem | | | 0 | | 0 | 2,180.29 | | | |
| Wellness Imputed Ir | | | 0 | | 0 | 99.80 | | | |
| Salary | | | 0 | | 512 | 29,874.64 | | | |
| Bring Own Device | | | 0 | | 0 | 160.00 | | | |
| Earnings | | | | 2,539.29 | | 107,396.46 | Taxes | 430.36 | 21,083.72 |

| Before Tax Deductions | | | | After Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| BeWell@USAA | | -138.48 | Accidental Injury | | 10.56 |
| Dental - BTX | | 88.72 | Critical Illness | | 7.76 |
| Medical Care Plan (BT) | | 649.28 | Hospital Care | | 24.00 |
| Retirement Acct (BT) | | 15,744.72 | Legal Services | | 46.96 |
| Before Tax Deductions | 0.00 | 16,344.24 | After Tax Deductions | 0.00 | 89.28 |

| Employer Paid Benefits | | | Other Wage Information | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Employer Match | | 5,420.78 | OASDI - Taxable Wages | 2,539.29 | 104,456.65 |
| | | | Medicare - Taxable Wages | 2,539.29 | 104,456.65 |
| Employer Paid Benefits | 0.00 | 5,420.78 | Federal Withholding - Taxable Wages | 2,539.29 | 88,711.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |

# Statement Details



USAA Retirement Savings Plan

Retirement Savings Statement



Your account is allocated among the asset classes specified above as of 02/28/2026. Percentages and totals may not be exact due to rounding.

The Additional Fund Information section lists the underlying allocation of your blended funds.

**Ma      Va        Y      A**                    Statement Period: 02/01/2026 to 02/28/2026

Displayed in this section is the value of your account for the statement period, in both units and dollars.

### TARGET DATE FUNDS



*You have invested a portion of your account in Blended Funds. Blended Funds generally invest in a mixture of stocks, bonds and short-term investments, blending long-term growth

Case 5:26-cv-01720-XR      Document 12-23      Filed 04/06/26      Page 7 of 12

from stocks with income from dividends and interest. Please refer to the Additional Fund Information section to see how your blended funds are allocated across the three asset classes.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Dept of Labor website www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for information on individual investing and diversification.

Please check your account information frequently and promptly review correspondence, account statements, and confirmation as they are available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of

As of 03/15/2026

This section displays the funds in which your future contributions will be invested.

### Your Current Investment Elections as of 03/15/2026

**All Eligible Sources**

| Investment Option | Current % |
|---|---|
| **TARGET DATE FUNDS** | |

**Blended Fund Investments***

| | |
|---|---|
| SS TRGT RET 2055 IV | 100% |

| | |
|---|---|
| **Total** | **100%** |

**Y    C    b    S    a**                    Statement Period: 02/01/2026 to 02/28/2026

| Contributions | Period to date | Vested Percent | Total Account Balance | Total Vested Balance |
|---|---|---|---|---|
| **Pre-Tax** | $0.00 | 100% | $ ▮▮▮▮ | $ ▮▮▮▮ |
| **Roth** | $0.00 | 100% | $ ▮▮▮▮ | $ ▮▮▮▮ |
| **Employer Match** | $0.00 | 100% | $ ▮▮▮▮ | $ ▮▮▮▮ |
| **Retirement Plus** | $0.00 | 100% | $ ▮▮▮▮ | $ ▮▮▮▮ |

**A        A      b  F**                    Statement Period: 02/01/2026 to 02/28/2026

Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Brokeragelink | SS Trgt Ret 2055 IV | Total |
|---|---|---|---|
| **Beginning Balance** | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Investment Gain/Loss | -$ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |
| **Ending Balance** | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |

**A        A      b  S**                    Statement Period: 02/01/2026 to 02/28/2026

Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | Pre-Tax | Roth | Employer Match | Retirement Plus |
|---|---|---|---|---|
| **Beginning Balance** | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Investment Gain/Loss | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Vested Percentage | 100% | 100% | 100% | 100% |

Fidelity NetBenefits - Statement Details

| Activity | Pre-Tax | Roth | Employer Match | Retirement Plus |
|---|---|---|---|---|
| Vested Balance | $ ███████ | $ ███████ | $ ███████ | $ ███████ |
| **Ending Balance** | $ ███████ | $ ███████ | $ ███████ | $ ███████ |

| Activity | Total |
|---|---|
| **Beginning Balance** | $ ███████ |
| Investment Gain/Loss | $ ████ |
| Vested Balance | $ ███████ |

Case 5:26-cv-01720-XR    Document 12-23    Filed 04/06/26    Page 11 of 12

If you have questions, please refer to the Frequently Asked Questions section for information.

**Earnings History**

| Year | Pensionable Earnings |
|------|---------------------|
| 2025 | $104,890.21 |
| 2024 | $146,882.3~ |

NetBenefits® provided by



© 1996-2026 FMR LLC.
All rights reserved.
Legal Disclaimer