# Exhibit S

## Summary of Plaintiff's Total Financial Loss and Liquidated Damages — As of March 2026

This exhibit quantifies the direct financial harm caused by Defendants' arbitrary and capricious administration of USAA's ERISA-governed benefit plans. The fixed damages components are detailed in complaint paragraphs 114–121. The total is cited at complaint paragraph 113.

Cross-reference: The complaint also cites Exhibit S at paragraph 13 for USAA's verbal refusal to provide a formal denial letter for the education plan (Chris's March 3, 2026 phone call). That communication is part of the BenefitConnect education plan correspondence. See Exhibit EDU1.

### Fixed Damages — Components

| # | Loss Category | Amount | Defendant | Complaint ¶ |
|---|---|---|---|---|
| 1 | USAA Educational Assistance Plan denial — out-of-pocket tuition costs for Fall 2025 and Spring 2026 semesters. USAA refused to honor SPD's leave of absence eligibility protection. | $7,000.00 | USAA | ¶ 114 |
| 2 | USAA APIP denial — 2025 prorated incentive award withheld despite Plaintiff accumulating over $75,000 in Incentive Eligible Earnings through salary and approved STD payments. | $12,459.37 | USAA | ¶ 115 |
| 3 | Withheld 401(k) employer match and resulting tax penalties — USAA withheld standard 8% employer match on STD earnings; Plaintiff incurred $779.14 in excess federal tax. | $4,320.68 | USAA | ¶ 116 |
| 4 | Excess COBRA premium costs — April through September 2025. USAA refused to provide active-employee rate health insurance during STD, forcing $764.00/month in excess premiums. | $4,584.00 | USAA | ¶ 118 |
| 5 | CIC Company of Placement reclassification penalty — annual increase in homeowner insurance premiums from wrongful reclassification as former employee rather than disability retiree. | $400.00 | USAA | ¶ 119 |
| 6 | Withheld Rehabilitation Incentive Benefit — accrued through March 2026. Lincoln refused to process Plaintiff's vocational rehab for part-time education, denying the contractual 10% monthly benefit increase. No ERISA § 503 denial letter issued. | $6,186.42 | Lincoln | ¶ 120 |
| **Total Fixed Liquidated Damages (as of March 2026)** | | **$34,950.47** | | |

### Ongoing Monthly Damages

In addition to the fixed damages above, Plaintiff continues to suffer ongoing monthly damages of $1,031.07 from April 2026 forward due to the continuing deprivation of the Rehabilitation Incentive Benefit. (Complaint ¶ 121)

## Notes on Calculation

1. Educational assistance loss ($7,000.00): Actual out-of-pocket tuition paid for Fall 2025 and Spring 2026 semesters.

2. APIP loss ($12,459.37): Prorated award calculated from Plaintiff's Incentive Eligible Earnings of $75,511.32 under the applicable 2025 APIP plan formula.

3. 401(k) loss ($4,320.68): Withheld 8% employer match on STD earnings plus $779.14 in excess federal tax incurred as a result.

4. COBRA excess ($4,584.00): $764.00/month × 6 months (April–September 2025).

5. CIC reclassification penalty ($400.00): Annual premium differential between USAA Company and CIC Company of Placement.

6. Rehabilitation Incentive Benefit loss ($6,186.42): 10% of gross monthly LTD benefit ($6,186.43) × months Lincoln failed to process the benefit, accrued through March 2026.

7. Ongoing monthly damages ($1,031.07): 10% of Plaintiff's net monthly LTD benefit, continuing from April 2026 forward.