# Exhibit SS1

## Lincoln Financial Letter — September 17, 2025

The following is a verbatim reproduction of Lincoln Financial's letter dated September 17, 2025, in which Lincoln advised Plaintiff that he was not a good candidate for SSDI benefits.

| | |
|---|---|
| **Date:** | September 17, 2025 |
| **To:** | Charles T. Bruff, 98 McLennan Oak, San Antonio, TX 78240 |
| **RE:** | Long Term Disability (LTD) Benefits, USAA Claim #: 17729133 |
| **From:** | Shericka W., Claims Examiner II, Social Security |
| **Phone:** | (888) 437-7611 Ext. 29171 |
| **Secure Fax:** | (603) 334-0401 |

Dear Charles: We have reviewed your eligibility for Social Security Disability (SSDI) benefits as it relates to your Long-Term Disability claim. At this time, we do not believe that you are a good candidate for Social Security Disability Income (SSDI) benefits.

Our assessment indicates that you may be able to return to work in your own occupation or to work in a lesser occupation before you reach eligibility for SSDI benefits.

Sincerely, Shericka W. Claims Examiner II, Social Security Phone No.: (888) 437-7611 Ext. 29171 Secure Fax No.: (603) 334-0401



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 17, 2025

Charles T. Bruff
98 MCLENNAN OAK
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133

Dear Charles:

We have reviewed your eligibility for **Social Security Disability (SSDI) benefits** as it relates to your Long-Term Disability claim. At this time, we do not believe that you are a good candidate for **Social Security Disability Income (SSDI) benefits**. Our assessment indicates that you may be able to return to work in your own occupation or to work in a lessor occupation before you reach eligibility for SSDI benefits.

We will continue to review your claim periodically for any change in status that might make you eligible for SSDI benefit consideration.

If you file for SSDI benefits on your own, you are required to disclose this to Lincoln, and provide us with Proof of your application for those benefits or a SSDI Approval Letter (Notice of Decision letter) if approved for Social Security benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shericka W.
Claims Examiner II, Social Security
Phone No.: (888) 437-7611 Ext. 29171
Secure Fax No.: (603) 334-0401