# Exhibit TDI1

## USAA Casualty Insurance Company Response to Texas Department of Insurance — September 16, 2025

This exhibit is USAA Casualty Insurance Company's written response to the Texas Department of Insurance (TDI Problem Report ID: 433325) dated September 16, 2025. It is cited in complaint paragraphs 15, 16, and the Sixth Claim. It constitutes USAA's own written confirmation that: (1) Plaintiff was reclassified from USAA Company to CIC Company of Placement because he is a "former, non-retired employee"; and (2) employees who transition to Long-Term Disability are placed in CIC — USAA's own stated policy.

Key admission: USAA's letter states: "Regular USAA employees with less than five years of service, and former (non-retired) employees (including those who transition to Long-Term Disability), are insured through USAA Casualty Insurance Company (CIC)." USAA thus wrote into its TDI response that LTD transition triggers CIC reclassification — the very policy Plaintiff challenges under Tex. Ins. Code § 544.001 at complaint paragraph 17.

Key admission: USAA's letter states Plaintiff is classified as a "former, non-retired employee" despite his disability beginning before his April 1, 2025 termination date and continuing without interruption. This classification is the same one USAA uses to deny APIP, educational assistance, and the 401(k) employer match — and is directly contradicted by the "Long Term Disab" status in USAA's own Fidelity retirement plan records (Exhibit RETIRE, Document 3).

Note: The signatory "Christine" in this letter is Christine, Advocacy and Regulatory Relations Advisor Senior, USAA Casualty Insurance Company — a different individual from Kristianne Corporan (Lincoln Financial LTD Technical Specialist) who appears in Exhibits H, J, K, and M.

| | |
|---|---|
| **From:** | Christine, Advocacy and Regulatory Relations Advisor Senior |
| **Issuer:** | USAA Casualty Insurance Company |
| **Date:** | September 16, 2025 |
| **Re:** | TDI Complaint filed by Charles Terrence Bruff (Problem Report ID: 433325) |
| **Source:** | YAML_3, Object_3_Standalone_Letters_and_Appeals, Date_Of_Letter: September 16, 2025 |

The original USAA Casualty Insurance Company letter dated September 16, 2025 is attached immediately following this cover page. Please refer to the attached original for the full text.

**TDI** | Texas Department of Insurance

PO Box 12030 | Austin, TX 78711 | 800-578-4677 | tdi.texas.gov

January 12, 2026

CHARLES TERRENCE BRUFF
98 MCLENNAN OAK
SAN ANTONIO TX  78240-5203

Sent by email:                cbruff13@outlook.com

Problem report ID:          433325
Subject:                          USAA CASUALTY INSURANCE COMPANY

Dear Charles Bruff,

Thank you for contacting the Texas Department of Insurance (TDI) regarding your experience with USAA Casualty Insurance Company. TDI acknowledges the concerns you outlined in your complaint.

The letter from USAA is enclosed. TDI understands that the company upheld its original position. The issues raised involve contract disputes, factual disputes, or disputes of the legal interpretation of law, which TDI cannot assist with

This concludes TDI's review of your complaint.

TDI appreciates you bringing these issues to our attention.

Sincerely,

Texas Department of Insurance
Consumer Protection Division

Enclosure

9800 Fredericksburg Road
San Antonio, Texas 78288



September 16, 2025

Texas Department of Insurance
PO Box 12030
Austin, TX 78711

Email Address: PCIntakeUnit@tdi.texas.gov

Regulatory Number: 433325
Policy Holder: Charles Terrence Bruff
Policy Number: 038389170 93A and 93C
Company: USAA Casualty Insurance Company
NAIC Code: 25968

To Whom It May Concern:

We received your correspondence dated September 03, 2025, regarding the complaint filed by Charles Terrence Bruff. USAA Casualty Insurance Company is the homeowners and valuable personal property insurance carrier for Mr. Bruff.

Upon receipt of your inquiry, we conducted a review of Mr. Bruff's concerns. The following is our position on the matter.

The situs of the policies is Texas.

We renewed the 92A United Services Automobile Association (USAA) homeowners and the 92C USAA Valuable Personal Property (VPP) policies effective September 1, 2024. Effective September 1, 2025, due to a change in eligibility, we replaced the 92A USAA homeowners policy with the 93A USAA Casualty Insurance Company (CIC) homeowners policy, and the 92C USAA VPP policy with the 93C CIC VPP policy.

We adhere to all applicable state and federal legal and regulatory requirements and consistently apply our eligibility criteria to all who inquire about membership, regardless of age, race, or other protected status.

Membership is open to current and former military with a discharge type of Honorable or General Under Honorable Conditions. Current and former dependents, including adult children and ex-spouses of our members, are also eligible. In addition to military members and their families, we offer membership to employees under the following conditions: Employees of USAA and its subsidiaries are eligible to establish USAA membership only during their active employment. Retired and former employees retain eligibility provided they established membership while employed.

USAA membership allows a person to access the full suite of USAA products and services available, including property and casualty insurance. We offer USAA property and casualty insurance through United Services Automobile Association (USAA) or one of its wholly owned property and casualty insurance companies. Regular USAA employees with five or more years of

service and USAA retirees are insured through USAA. Regular USAA employees with less than five years of service, and former (non-retired) employees (including those who transition to Long-Term Disability), are insured through USAA Casualty Insurance Company (CIC).

Mr. Charles Terrence Bruff first became eligible for USAA Membership as a USAA employee. His employment ended on April 1, 2025, which changed his eligibility classification to that of a former employee. With over five years of service, Mr. Bruff's property and casualty insurance was through USAA at the time his employment ended. Because Mr. Bruff is a former, non-retired employee, he is now insured through CIC. This change in property and casualty company also affects Mr. Bruff's eligibility for a Subscriber's Account. A Subscriber's Account applies only to policies issued directly by USAA, not by any affiliated insurer. In accordance with USAA Bylaws, if the USAA policies are canceled, the USAA subsidiary company changes, or membership is terminated, we will send the member the Subscriber's Account balance approximately six months thereafter. If there is an outstanding balance on the insurance, the Subscriber's Account funds will be applied to that balance before we send the remaining amount.

Sincerely,

*Christine*

Advocacy and Regulatory Relations Advisor Senior
USAA Casualty Insurance Company