# Exhibit APIP3

## Plaintiff's February 10, 2026 Email to USAA Human Resources Requesting APIP Eligibility Determination

ServiceNow Case No. HRC0549446

### Email 1 of 2 — February 10, 2026, 12:31 AM CST

| | |
|---|---|
| **From:** | Terrence Bruff <cbruff13@outlook.com> |
| **Date:** | Tuesday, February 10, 2026, 12:31 AM |
| **To:** | humanresources@usaa.com |
| **Subject:** | Charles Bruff — request for status regarding APIP. |

Hello Human Resources,

I was hoping that you could help me understand my eligibility regarding APIP. Documents provided to me by USAA indicate that I should be eligible for APIP based on the combination of my earnings in 2025 combined with my short-term disability payments up through September 18th.

I am attaching the documents that I sent to the USAA Health and Welfare Services Center as well as a copy of what I sent them. I think the confusion comes from the fact that APIP appears to be one of the benefits that individuals that retire on disability from USAA receive. Since my disability predates my termination and continued through my termination, I am at least currently a disability retiree. The USAA Health and Welfare Benefits Center was unable to help me and asked me to reach out to Human Resources directly.

**I am attaching:**

- A copy of USAA's internal policy regarding APIP.
- A copy of the APIP packets for 2024 and 2023.
- Specifically, the section of the APIP Summary Plan Description located on the My Total Rewards website that I think is relevant.

USAA has been very inconsistent with how my status is defined across different benefit programs. It has taken me a while to figure out which programs I'm considered a disability retiree for and which programs I'm considered terminated for.

- As a member, I am considered a former employee, terminated, and not a disability retiree. This has increased my insurance rates as a member.
- As a retirement plan participant for my 401k or pension, I am considered a disability retiree, and I'm not being charged the fees that a terminated employee would be charged.
- For the Cigna Health Insurance Plan, I am considered a disability retiree, and I currently receive health insurance at the active employee rate.
- For the Delta Dental Plan, I am considered a disability retiree, and I currently receive dental insurance at the active employee rate.
- For the Prudential life insurance employee benefit, I am considered a disability retiree, and I currently receive life insurance at no cost from USAA.

- For the USAA Education Benefit Plan, I am considered a former employee and not considered a disability retiree, and thus have been told by USAA that I'm not eligible for educational assistance.

Because of my inconsistent treatment across benefit plans, I'm not sure what my status is for APIP. Based on the wording of the APIP summary plan description that I have, I should be eligible. In the leave section, it says employees "who are receiving long-term disability (LTD) are eligible to participate in the APIP."

Furthermore, in the disability section, the document clearly states that employees who separate "due to disability" and meet USAA's definition of permanent and total disability within USAA's Long-Term Disability Benefit program may be eligible for a prorated award.

From my perspective, I definitely separated from USAA due to disability. In fact, I was terminated for the same conduct that Lincoln Financial found was due to my disability and was impairing enough to make me eligible for the STD program.

For clarity, please provide me a letter on USAA letterhead within 30 days notifying me of the decision that you make in regards to whether I'm eligible for the APIP bonus.

Thank you so much, and don't hesitate to reach out if you have any questions.

Charles Terrence Bruff

## Email 2 of 2 — February 10, 2026, 12:35 AM CST (Same Thread — Identity Verification)

| | |
|---|---|
| **From:** | Terrence Bruff <cbruff13@outlook.com> |
| **Date:** | Tuesday, February 10, 2026, 12:35 AM |
| **To:** | humanresources@usaa.com |

Just in case this information is needed to verify me:

My address is 98 McLennan Oak, San Antonio, TX 78240.

My phone number on file with USAA is [REDACTED].

My employee ID while working for USAA was [REDACTED].

Hopefully this is enough information to verify me. Please let me know if more is needed.

*Note: Phone number and employee ID have been redacted from this exhibit pursuant to applicable court filing requirements for personally identifying information. Unredacted copies are available to the Court upon request.*

## USAA ServiceNow Acknowledgment — February 13, 2026, 3:39 PM CST

| | |
|---|---|
| **From:** | servicenow_prod@servicenow.usaa.com |
| **Date:** | Friday, February 13, 2026, 3:39 PM CST |
| **Subject:** | You've received a comment from USAA HR on your Case HRC0549446 |
| **Author:** | Michelle Fagen (Compensation Advisor Senior) |

Hello, My team manages the Annual Performance Incentive Plan. We are researching your concern and will provide you with an update no later than Feb. 20, 2026.

USAA Human Resources