**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES BRUFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:26-CV-01720** |
| **USAA HEALTH AND WELFARE** | ) | |
| **BENEFITS PLAN, USAA** | ) | |
| **EDUCATIONAL ASSISTANCE PLAN,** | ) | |
| **UNITED STATES AUTOMOILE** | ) | |
| **ASSOCIATION, AND LINCOLN** | ) | |
| **NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendant, The Lincoln National Life Insurance Company.

I certify that I am admitted to practice in this Court.

Dated:  April 7, 2026.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
    Iwana Rademaekers, Esq.
    Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Charles T. Bruff
Email:  cbruff13@outlook.com


 April 7, 2026                                              /s/ Iwana Rademaekers
Date                                                            Iwana Rademaekers