IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION


**CHARLES T. BRUFF,**


Plaintiff,


v.


**USAA HEALTH AND WELFARE BENEFITS PLAN, USAA EDUCATIONAL
ASSISTANCE PLAN, UNITED STATES AUTOMOBILE ASSOCIATION, AND
LINCOLN NATIONAL LIFE INSURANCE COMPANY,**


Defendants.


Case No.: SA26CA1720


**PLAINTIFF'S NOTICE OF FILING OF EXHIBIT LTDREPORT**


Plaintiff Charles T. Bruff hereby gives notice of filing the following exhibit referenced in

Plaintiff's Complaint:


**Exhibit LTDREPORT:** Advisory Council on Employee Welfare and Pension Benefit Plans,

*Long-Term Disability Benefits and Mental Health Disparity*, Report to the Honorable Julie A.

Su, United States Acting Secretary of Labor (December 2023).


This exhibit is cited in the Complaint in connection with Plaintiff's Second Claim for Relief

regarding Defendant Lincoln National Life Insurance Company's continued application of the

Non-Verifiable Symptoms prong of the Mental Illness Limitation after receiving industry-level

federal notice of its documented harms. The report was produced by the Advisory Council on

Employee Welfare and Pension Benefit Plans, established under ERISA § 512, and submitted to

the Secretary of Labor in December 2023. It documents that open-ended symptom-based limitations create a documented risk of misclassification of physical conditions as psychiatric impairments and are inconsistent with general medical principles.

The exhibit is attached hereto as Exhibit LTDREPORT.

Dated: April 8, 2026

Respectfully submitted,

/s/ Charles Bruff

Charles T. Bruff

Plaintiff in Pro Se

4835 Medical Drive #29643

San Antonio, Texas 78229

318-452-8978

cbruff13@outlook.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, a true and correct copy of the foregoing Notice of Filing and attached exhibit was served as follows:

Counsel for Defendant Lincoln National Life Insurance Company, Iwana Rademaekers, through the Court's CM/ECF electronic filing system, which will automatically generate electronic notice to all counsel of record.

Defendants USAA Health and Welfare Benefits Plan, USAA Educational Assistance Plan, and United States Automobile Association, which have not yet appeared in this action, by United States mail, postage prepaid, addressed to:

Office of General Counsel United States Automobile Association

9800 Fredericksburg Road San Antonio, Texas 78288


/s/ Charles Bruff

Charles T. Bruff

Plaintiff in Pro Se