

Terrence Bruff <tbruff15@gmail.com>

## Charles Bruff (Current LTD Claim) -- Weekly Document Request Summary. -- Week 3

**Corporan, Kristianne** <Kristianne.Corporan@lfg.com>                                   Fri, Apr 10, 2026 at 7:09 AM
To: Terrence Bruff <tbruff15@gmail.com>

Terrance,

Because of the ongoing litigation involving certain aspects of your claim, please direct further correspondence to Lincoln's counsel of record in your pending lawsuit. A copy of her Notice of Appearance is attached for your reference.

[Quoted text hidden]



**Notice of Appearance [13] 260407 - Bruff.pdf**
108K