**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **CHARLES BRUFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 5:26-CV-01720** |
| **USAA HEALTH AND WELFARE** ) | |
| **BENEFITS PLAN, USAA** ) | |
| **EDUCATIONAL ASSISTANCE PLAN,** ) | |
| **UNITED STATES AUTOMOILE** ) | |
| **ASSOCIATION, AND LINCOLN** ) | |
| **NATIONAL LIFE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY'S INITIAL DISCLOSURES**

Defendant, The Lincoln National Life Insurance Company ( "Lincoln"), serves these Initial

Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and states as

follows:

**A.** **INDIVIDUALS WITH KNOWLEDGE OF DISCOVERABLE**
**INFORMATION**

Numerous persons are referenced in the administrative record upon which Plaintiff's claim

for benefits was decided. However, all discoverable information known by these persons is

contained in the administrative record. Lincoln identifies the following individuals who may have

discoverable information that Lincoln may use to support its claims and defenses in this case:

**DEFENDANT THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY'S INITIAL DISCLOSURES**                                          **Page 1**

| NAME | ADDRESS AND TELEPHONE NO. | SUBJECT OF INFORMATION KNOWN |
|---|---|---|
| Charles Bruff, Pro Se | 4835 Medical Drive #29643 San Antonio TX 78229 318-452-8978 | May have discoverable information pertaining to Plaintiff's claim for benefits that are the subject of this information. |
| Iwana Rademaekers | Law Offices of Iwana Rademaekers, P.C. 17304 Preston Road, Ste 800 Dallas, Texas 75252 (214) 579-9319 | May have discoverable information concerning Lincoln's claims for attorneys' fees that are the subject of this litigation. |
| Kayla Bick Matthew Schaapveld Lincoln Financial Group | c/o Iwana Rademaekers, Esq. Law Offices of Iwana Rademaekers, P.C. 17304 Preston Road, Ste 800 Dallas, Texas 75252 (214) 579-9319 | Identification and authentication of administrative record upon which the benefit decision that is the subject of this litigation was made.  Construction of the plan documents relevant to the benefit decision.  Process, practice, and structure of appeals and claims departments. |

**B.     DOCUMENTS**

Lincoln refers Plaintiff to the relevant documents (bates nos. Lincoln/Bruff 0001-2004 and Lincoln/Bruff 2021 001-474), produced herewith by Lincoln as all documents currently in Lincoln's possession, custody, or control that Lincoln may use to support its claims or defenses.

**C.     COMPUTATION/DOCUMENTATION OF DAMAGES**

Lincoln does not claim damages other than attorneys' fees pursuant to 29 U.S.C. 1132(g), which amount has not been calculated at this time.

**D.     INSURANCE AGREEMENT**

Lincoln is not aware of any such agreements other than the disability benefit plan in dispute.

**E.     RESERVATION OF RIGHTS**

Lincoln reserves the right to supplement or amend these disclosures as this case develops.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: _____
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was forwarded via Electronic

Mail on the 12th day of April 2026, to the following parties or counsel of record:

**<u>Pro Se Plaintiff</u>**
Charles T. Bruff
Email:  cbruff13@outlook.com

Iwana Rademaekers