AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| CHARLES BRUFF | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | Civil Action No. 5:26-CV-01720 |
| v. | ) | |
| USAA HEALTH AND WELFARE BENEFITS PLAN, | ) | |
| USAA EDUCATIONAL ASSISTANCE PLAN, | ) | |
| UNITED STATES AUTOMOILE ASSOCIATION, | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  USAA Health and Welfare Benefits Plan and USAA Educational Assistance Plan
c/o USAA Office of General Counsel
9800 Fredericksburg Road
San Antonio, TX 78288

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles Bruff
Pro Se Plaintiff
4835 Medical Dr #29643
San Antonio, TX 78229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date:     04/16/2026

*Monica Ramos*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| CHARLES BRUFF | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:26-CV-01720 |
| | ) | |
| USAA HEALTH AND WELFARE BENEFITS PLAN, | ) | |
| USAA EDUCATIONAL ASSISTANCE PLAN, | ) | |
| UNITED STATES AUTOMOILE ASSOCIATION, | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    USAA Casualty Insurance Company
Subsidiary of United States Automobile Association
c/o Corporation Service Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles Bruff
Pro Se Plaintiff
4835 Medical Dr #29643
San Antonio, TX 78229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date:    04/16/2026                                    *Monica Ramos*

*Signature of Clerk or Deputy Clerk*

