4/17/26, 11:08 PM

RE: Lincoln/Bruff - Defendant The Lincoln National Life Insurance Company's Initial Disclosure - Terrence Bruff - Outlook

Case 5:26-cv-01720-XR   Document 23-1   Filed 04/17/26   Page 1 of 3

 **Outlook**

---

## RE: Lincoln/Bruff - Defendant The Lincoln National Life Insurance Company's Initial Disclosures

---

**From** iwana@rademaekerslaw.com <iwana@rademaekerslaw.com>

**Date** Tue 4/14/2026 8:48 PM

**To** 'Terrence Bruff' <cbruff13@outlook.com>; sandy@rademaekerslaw.com <sandy@rademaekerslaw.com>

Everything is included, but I'll have to confirm on item 3.  I'll get back to you soon.

**Iwana Rademaekers**

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Direct:  (214) 564-9542
iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE:  THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED.  IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER.  THANK YOU.*

**From:** Terrence Bruff <cbruff13@outlook.com>
**Sent:** Monday, April 13, 2026 1:04 PM
**To:** sandy@rademaekerslaw.com; 'Iwana Rademaekers' <iwana@rademaekerslaw.com>
**Subject:** Re: Lincoln/Bruff - Defendant The Lincoln National Life Insurance Company's Initial Disclosures

Ms. Rademaekers and Ms. Sandy

Hi, I got what you sent and I appreciate you sending it over. Before I spend a ton of time going through everything I just want to make sure I have the complete picture because if something is missing it would really help to know that.

4/17/26, 11:08 PM

Re: Lincoln/Bruff - Defendant The Lincoln National Life Insurance Company's Initial Disclosure - Terrence Bruff - Outlook

Case 5:26-cv-01720-XR   Document 23-1   Filed 04/17/26   Page 2 of 3

Can you let me know if the production includes all of these things?

1. Any medical reviews conducted on my claim including reviews that were completed but not used.

2. Any communications about my claim generated by anyone at Lincoln or its vendors during the claims process.

3. Any guidance criteria or standards Lincoln uses when evaluating claims involving Autism Spectrum Disorder Cerebral Palsy or Post-Traumatic Stress Disorder regardless of whether those materials were applied to my specific claim.

4. Any recordings or written notes from phone calls or other communications between Lincoln staff or vendors and me or my treating providers.

5. Any vocational materials generated in connection with my claim even if they were not used.

If anything in those categories is missing please just let me know which ones and why they weren't included.

Thank you

---

**From:** sandy@rademaekerslaw.com <sandy@rademaekerslaw.com>
**Sent:** Sunday, April 12, 2026 2:13 PM
**To:** cbruff13@outlook.com <cbruff13@outlook.com>
**Cc:** 'Iwana Rademaekers' <iwana@rademaekerslaw.com>
**Subject:** Lincoln/Bruff - Defendant The Lincoln National Life Insurance Company's Initial Disclosures

Please see the attached Initial Disclosures and bates-labeled document pertaining to the referenced matter, **as well as the link below to the bates-labeled claim files** (as they are too large to send via email).

**Link to the claim file:** 2 Items

Please let me know if you have any issues accessing this files.  The documents are password protected and I will send the password to you in a separate email.  Once accessed, please save a copy to your system, as this link will expire in **14 days.**

Thank you.

**Sandy Acker**
Business Manager and Paralegal

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319

4/17/26, 11:08 PM

Case 5:26-cv-01720-XR Document 23-1 Filed 04/17/26 Page 3 of 3
Re: Lincoln Bruff - Defendant The Lincoln National Life Insurance Company's Initial Disclosure - Terrence Bruff - Outlook

Fax: (469) 444-6456
Direct: (425) 215-9459
sandy@rademaekerslaw.com

*CONFIDENTIALITY NOTICE: THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER. THANK YOU.*