**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USAA Office of General Counsel
9800 Fredericksberg Rd
San Antonio TX 78288

9590 9402 9717 5199 9956 98

2. Article Number (Transfer from service label)

9589 0710 5270 3579 8995 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

DATAMARK

MAR 2 4 2026

ANDRES GARCIA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ ail
☐ ___ ail Restricted Delivery

☐ Priority Mail Express®
☑ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

SAN ANTONIO TX 780

24 MAR 2026 PM 3 L

9590 9402 9717 5199 9956 98

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Charys Bruff
4835 Medical Dr #2964B
San Antonio TX 78229