**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USAA Casualty Insurance Company
211 E 7th Street, Suite 620 Austin TX 78701

9590 9402 9717 5199 9956 81

2. Article Number *(Transfer from service label)*

9589 0710 5270 3579 8915 33

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Chandler Crow

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

MAR 23 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Viva Tejas Logistics

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**

9590 9402 9717 5199 9956 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Charles Bruff
4835 Medical Dr # 2964B
San Antonio TX 78229

