# SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln National Insurance
Company
211 E. 7th Street, Suite
Q20 Austin Tx 78701

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9717 5199 9956 74

2. Article Number (Transfer from service label)

9589 0710 5270 3579 8994 78

PS Form 3811, July 2020 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X   Chandler Crow

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

MR 26 2026

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Viva Tejas Logistics

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
    )0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**



9590 9402 9717 5199 9956 74



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Charles Bruff
4835 Medical Dr #2964B
San Antonio TX 78229