**Outlook**

---

## Re: Subject: Conferral — Plaintiff's Motion for Preliminary Injunction (Bruff v. USAA et al.,)

---

**From** Terrence Bruff <cbruff13@outlook.com>

**Date** Mon 4/20/2026 5:03 PM

**To** Iwana Rademaekers <iwana@rademaekerslaw.com>

Thank you for letting me know.

---

**From:** Iwana Rademaekers <iwana@rademaekerslaw.com>
**Sent:** Monday, April 20, 2026 4:45 PM
**To:** Terrence Bruff <cbruff13@outlook.com>
**Subject:** Re: Subject: Conferral — Plaintiff's Motion for Preliminary Injunction (Bruff v. USAA et al.,)

Lincoln will oppose this motion, as its continued administration of your claim is subject to the terms of the relevant policy.

**Iwana Rademaekers**

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Direct:  (214) 564-9542
iwana@rademaekerslaw.com

*CONFIDENTIALITY NOTICE:  THE MESSAGE AND INFORMATION CONTAINED IN OR ATTACHED TO THIS COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE PERSON NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION TO ANYONE OTHER THAN THE INTENDED RECIPIENT IS STRICTLY PROHIBITED.  IF YOU RECEIVED THIS COMMUNICATION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, AND THEN DELETE THIS COMMUNICATION FROM YOUR COMPUTER.  THANK YOU.*

> On Apr 20, 2026, at 11:44 AM, Terrence Bruff <cbruff13@outlook.com> wrote:

Ms. Rademaekers,

Pursuant to Local Rule CV-7(i) of the Western District of Texas, I am writing to confer with you regarding a motion I intend to file for a preliminary injunction.

The motion seeks to maintain the status quo pending resolution of this action. Specifically, the relief sought is an order requiring Lincoln National Life Insurance Company to refrain from reducing, suspending, or terminating my long-term disability benefits for any reason, by any mechanism, without prior leave of the Court.

Please let me know whether Lincoln opposes this relief by Wednesday, April 23, 2026. Given that Lincoln has set a May 4, 2026 deadline for submission of medical records, I intend to file the motion promptly following your response in order to allow the Court sufficient time to  rule before that date.

Thank you.

*"Start by doing what's necessary; then do what's possible; and suddenly you are doing the impossible."* - Francis of Assisi
**Charles Terrence Bruff**