



**+1 (833) 588-1937** ›

Text Message • SMS
Tuesday 5:18 PM

Message From SSA:

Please call COMPLETE SSA 3368
AT WWW.SSA.GOV CANNOT
PROCESS WITHOUT at
8776974799

https://www.ssa.gov/forms/
ssa-3368-bk.pdf

https://www.ssa.gov/disability/
professionals/
ssa827_informationpage.htm?
utm_source=emailer&amp;amp;ut-
m_medium=email&amp;amp;utm_-
campaign=emailer-
application&amp;amp;utm_content
=text-forms-ssa-827