Charles Bruff

4835 Medical Dr. #29643

San Antonio, TX 78229

318-452-8978

Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

**CHARLES BRUFF,**

    Plaintiff,

v.

**USAA HEALTH AND WELFARE BENEFITS PLAN,**

**USAA EDUCATIONAL ASSISTANCE PLAN,**

**UNITED STATES AUTOMOBILE ASSOCIATION,**

**AND LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

    **Defendants.**

**Case No. 5:26-CV-01720**

**PLANTIFF'S NOTICE OF APPEAL OF PRELIMIARNY INJUNCTION**

Notice is hereby given that Plaintiff Charles Bruff, appearing pro se, appeals to the United States Court of Appeals for the Fifth Circuit from the following interlocutory orders entered by the Honorable Xavier Rodriguez:

1. The Text Order (ECF No. 73) entered on April 16, 2026, denying Plaintiff's Motion for Protective Order (ECF No. 16). In its denial, the Court treated the motion as a request for an injunctive order by applying the "extraordinary" standard set forth in Gunn v. Univ. Comm. to End War, 399 U.S. 383, 389 (1970);

2. The Text Order (ECF No. 86) entered on April 22, 2026, denying Plaintiff's Motion for Preliminary Injunction (ECF No. 25);

3. The Court's failure to comply with Federal Rule of Civil Procedure, 52(a)(2), which mandates that a court state findings and conclusions when refusing an interlocutory injunction. The Court's reliance on summary text-only orders constitutes a procedural error that deprives Plaintiff of the explicit guidance necessary to navigate the litigation; and

4. The Court's failure to address or provide a neutral mechanism for Plaintiff's requested accommodations under Section 504 of the Rehabilitation Act. Plaintiff appeals the Court's decision to proceed to a merits-based denial of injunctive relief while Plaintiff's documented functional limitations related to Autism Spectrum Disorder remain unaccommodated, creating a barrier to meaningful participation.

This appeal is taken as of right pursuant to 28 U.S.C. § 1292(a)(1). Plaintiff requests grace under Haines v. Kerner, 404 U.S. 519 (1972). Plaintiff further provides notice that a Motion for Preliminary Injunction Pending Appeal, pursuant to Fed. R. Civ. P. 62(d), will be filed with this Court immediately upon completion of the meet-and-confer process.

Respectfully submitted,

/s/ **Charles Bruff**

Charles Bruff

4835 Medical Dr. #29643

San Antonio, TX 78229

318-452-8978

Plaintiff in Pro Se

Dated: **April 23, 2026**

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, a true and correct copy of the foregoing motion was served upon counsel for Defendant Lincoln National Life Insurance Company through the Court's CM/ECF electronic filing system, which will automatically generate electronic notice to all counsel of record.

**/s/ Charles T Bruff**

Charles T. Bruff

Plaintiff in Pro Se