**Outlook**

---

## Meet and Confer: Bruff v. USAA/Lincoln (5:26-CV-01720) - Motion for Injunction Pending Appeal

---

**From** Terrence Bruff <cbruff13@outlook.com>
**Date** Thu 4/23/2026 8:12 AM
**To** 'Iwana Rademaekers' <iwana@rademaekerslaw.com>

Ms. Rademaekers,

I am writing to confer regarding my intent to file a Motion for Injunction Pending Appeal (Rule 62(d)) early next week.

As we have established a consistent pattern of conferring via email throughout this litigation, I am continuing that practice here. Due to my autism, this written medium is necessary to ensure a clear, accurate, and accessible record of our communication, and it provides both parties with a verbatim account of our positions.

The upcoming Motion for Injunction Pending Appeal seeks to maintain the status quo and prevent the irreversible contamination of the administrative process during the pendency of my appeal to the Fifth Circuit. Specifically, I am seeking to preserve the current benefit status and clinical status quo in light of the impending May 4th deadline and the absence of mandatory findings in the court's recent text-only orders (Rule 52(a)).

Please let me know by the close of business on Friday, April 24th, if your clients oppose the relief sought in this motion so that I may accurately reflect your position to the Court.