**From:**Corporan, Kristianne
**Sent:**Mon, 23 Mar 2026 22:24:37 +0000
**To:**Terrence Bruff
**Subject:**RE: Charles Bruff (Current LTD claim) — Weekly Document Request Summary

Hello Terrence,

Category 1- I have already addressed.

Category 2 – Per the Policy:

21. *"Regular Attendance" means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.*

We review updated medical records to determine ongoing eligibility for LTD benefits

22. There a no guidelines or additional information to provide

Category – 3

23-25 There a no guidelines or additional information to provide

Category 4
26 We offer assistance to all claimants
27. estimates can be found on the Social Security website
28. per the Policy:

*Lincoln has the right to recover any overpayment of benefits caused by, but not limited to, the following:*
*1. fraud;*
*2. any error made by Lincoln in processing a claim; or*
*3. the Covered Person's receipt of any Other Income Benefits.*
*Lincoln may recover an overpayment by, but not limited to, the following:*
*1. requesting a lump sum payment of the overpaid amount;*
*2. reducing any benefits payable under this policy;*
*3. taking any appropriate collection activity available including any legal action needed; and*
*4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.*
*It is required that full reimbursement be made to Lincoln.*

Category 6

29. Non-verifiable symptoms are not applicable for your claim
30. extended treatment is defined as:

***"Extended Treatment Plan"*** *means continued care that is consistent with the American Psychiatric*



EXHIBIT

__B__

**Lincoln/Bruff 0194**

*Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution.*
*It must be approved in writing by a Physician.*

Category 7

31-33 We determine what is considered proof depending on the claim circumstances

Per the Policy:

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the*
*following:*
*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by*
*the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*
*Proof must be submitted in a form or format satisfactory to Lincoln.*

## Kristianne Corporan



**Kristianne C.**
LTD Technical Specialist
Lincoln Financial
**Disability and Life Claims**
P.O. Box 2578
Omaha, NE 68103-2578

888-437-7611 Office
65597 Extension
Fax: **603-334-0401**

LincolnFinancial.com

Follow us on:



**Visit LincolnFinancial.com for a secure and fast way to check the status of your claim, upload claim documentation, enroll in text messaging and view your existing claim documents.**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality:* **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**From:** Terrence Bruff <tbruff15@gmail.com>
**Sent:** Saturday, March 21, 2026 9:36 PM

**Lincoln/Bruff 0195**

**To:** Corporan, Kristianne <Kristianne.Corporan@lfg.com>
**Subject:** Re: Charles Bruff (Current LTD claim) — Weekly Document Request Summary

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Miss Kristianne,

Thank you for your response. You referred me back to the policy for some of my questions, so I sat down with my AI man on my phone and went through the whole policy carefully. What we found is that a lot of the things I asked about are actually not defined anywhere in the policy at all. Since Lincoln has to be using some standard to make these decisions even if it's not written in the policy, I am adding the following items to my existing requests.

CATEGORY 1 — MY CLAIMS FILE (additions)

20. All internal notes, memos, clinical review summaries, and communications generated during each quarterly review of my claim, not just the final conclusions or determinations.

CATEGORY 2 — MY REVIEW FREQUENCY AND WHAT THE REVIEWS INVOLVE (additions)

21. Lincoln's written criteria or guidelines for what counts as Regular Attendance of a Physician sufficient to maintain active benefit eligibility under this policy.
22. Lincoln's written guidelines for distinguishing between employment factors and medical factors when evaluating disability claims under this policy.

CATEGORY 3 — VOCATIONAL REHABILITATION (additions)

23. Lincoln's written criteria for approving or denying a Rehabilitation Program under this policy.
24. Lincoln's written definition of what qualifies as vocational rehabilitation services under this policy.
25. Lincoln's written criteria for when Lincoln recommends a Rehabilitation Program to a claimant and what process follows that recommendation.

CATEGORY 4 — SOCIAL SECURITY COORDINATION (additions)
26. Lincoln's written criteria for determining whether Social Security assistance is beneficial to a claimant under this policy.
27. Lincoln's written guidelines for calculating estimated Social Security offsets applied to monthly benefits under this policy.
28. Lincoln's written guidelines for reimbursement agreements under this policy, including any standard agreement forms used in connection with Social Security applications.

CATEGORY 6 — HOW THE LIMITATION IS APPLIED (new)

**Lincoln/Bruff 0196**

29.Lincoln's written criteria for what conditions or symptoms fall under the Non-Verifiable Symptoms definition beyond the examples listed in the policy.

30.Lincoln's written criteria for what counts as full participation in an Extended Treatment Plan under this policy, and how Lincoln determines whether a claimant qualifies for the 36-month benefit period rather than the 24-month period.

CATEGORY 7 — LINCOLN'S STANDARDS FOR ADMINISTERING CLAIMS (new)

31.Lincoln's written criteria for what counts as satisfactory Proof of continued Disability under this policy.

32.Lincoln's written criteria for evaluating whether Appropriate Available Treatment exists for a claimant's specific conditions within their geographical region.

33.Lincoln's written criteria for what counts as failure to cooperate in the administration of a claim under the Discontinuation provision of this policy.

I want to explain why I am asking for all of these things at once. My AI man went through the entire policy and every single one of the items above is either not defined in the policy at all or uses language like may include but is not limited to without saying what the full standard actually is. The policy cannot be administered on its own without someone filling in those gaps somehow, which means Lincoln must have guidelines or standards that go beyond what is written in the policy itself. Those guidelines are effectively part of how the plan works even if they are not printed in the policy document.

I have autism and I do not do well with ambiguity. It is much easier for me to understand and work with my benefit if I can resolve all of the unclear parts at once rather than trying to figure them out one piece at a time as situations come up. I am not trying to be difficult. I am trying to understand the rules that apply to my claim so I can follow them. When the rules are not written down anywhere I cannot follow them and I cannot plan around them. That is why I am asking for all of this now.

I also want to follow up on something from my earlier request that you did not address. I have a state vocational rehabilitation appointment on March 26th. At that appointment I need to be able to show the state what vocational rehabilitation Lincoln offers under this policy and how that program works. The policy mentions vocational rehabilitation services once without defining them. I cannot show the state what Lincoln offers if Lincoln has not told me what it offers. I need this information before March 26th. I know you sent me an email with a very short overview, but I don't know that that's sufficient for me to explain to the government Lady why I'm going to them and not going back to Lincoln.

Thank you for your time and I look forward to your response.

Get Outlook for iOS

---

**From:** Terrence Bruff <tbruff15@gmail.com>
**Sent:** Friday, March 20, 2026 7:04:38 PM

**To:** Corporan, Kristianne <Kristianne.Corporan@lfg.com>
**Subject:** Re: Charles Bruff (Current LTD claim) — Weekly Document Request Summary

II mean, is there even anything you can give me That clarifies how you came up with withholding the claims file outside of an adverse determination?

Is that something that you guys just made up? Is it part of a pre-existing policy? There's no information about it in the LTD policy.

On Fri, Mar 20, 2026 at 7:02 PM Terrence Bruff <tbruff15@gmail.com> wrote:

> OK, I mean you really didn't give me any additional information and it's OK if you can't respond. I'll send the same request next week. Thank you so much. Hopefully you can respond with proper documentation soon.
>
> It's unfortunate that you're unable to. If you could send me a copy of what's restricting you, maybe I could help you with it?

Also, as I've stated previously, Social Security doesn't send emails saying that they require a complete claims file you have to provide it upfront. It's the same obligation That someone has when they apply for disability through you. You can't knowingly withhold information.

Social Security can't know to email me for information that you guys won't give them.

I did give them a heads up in my expedited reinstatement application, but because I don't know what's in the claims file they can't know if it's relevant.

> On Fri, Mar 20, 2026 at 4:13 PM Corporan, Kristianne <Kristianne.Corporan@lfg.com> wrote:
>
>> Hello Terrance,
>>
>> I will address category 1 through 4 an additional time so you have the responses again all together. You can also reference a copy of the LTD Policy that has been provided to you previously for further information.
>>
>> Category 1 -my claims file
>>
>> 1&2 We will not provide you with a copy of the LTD or STD claim file unless an adverse claim determination is made.
>>
>> 3 You may share the email response with Social Security if they require such documentation

Category 2 — My review frequency and what the reviews in involve

4-8 Based on claim specifics we will determine when and how frequently we will request information, as well as what information we will request and when we will conduct a review

Since there are no set frequencies that can be outlined in advance, or additional information that can be provided to you, you will be notified well in advance when we will ask for information from your providers

CATEGORY 3 — Vocational rehabilitation

9 & 10 You can reference the Policy for further information on the vocational rehabilitation program or incentive benefit

CATEGORY 4 — Social Security coordination

12-13 The medical records contained in your claim file was provided to Brown and Brown. That is all the information that will be provided.

I've already addressed these questions in previous communications. At this point, there is no new information to provide, and my response remains the same as previously shared.

I will not be able to continue responding to repeated inquiries on the same issue.

Kristianne Corporan

Lincoln/Bruff 0199

| | | |
|---|---|---|
| Kristianne C. | 888-437-7611 Office | Follow us on: |
| LTD Technical Specialist | 65597 Extension | |
| Lincoln Financial | Fax: **603-334-0401** | |
| **Disability and Life Claims**<br>P.O. Box 2578<br>Omaha, NE 68103-2578 | | <br><br> |
| | LincolnFinancial.com | |

**Visit LincolnFinancial.com for a secure and fast way to check the status of your claim, upload claim documentation, enroll in text messaging and view your existing claim documents.**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: \*\*This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.\*\**

---

**From:** Terrence Bruff <tbruff15@gmail.com>
**Sent:** Thursday, March 19, 2026 9:22 PM
**To:** Corporan, Kristianne <Kristianne.Corporan@lfg.com>; humanresources@usaa.com
**Subject:** Charles Bruff (Current LTD claim) — Weekly Document Request Summary

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Miss Kristianne,

I hope you are doing well. I am going to start sending you a summary email every week that consolidates all of the things I have been asking for.

I know these requests have been spread across a lot of different email chains and I want to make it easier for both of us to keep track of what is still outstanding. I am

**Lincoln/Bruff 0200**

not asking you to respond to everything at once, I just want to make sure nothing gets lost.

I did want to mention that when I filed my Social Security expedited reinstatement application I had to note in the application that I was unable to provide my claims file because Lincoln was not able to release it to me. I am still hoping we can get that resolved so that Social Security has everything they need.

Also, I have an appointment with a state vocational rehab rehabilitation counselor on March 26 and I still need information from both USAA and Lincoln for that Appointment that I'm missing. Since you're both involved, I'm including you both in this email chain.

As I've had other emails, I rely on structure and rules in order to stay stable and the process of having done informally across a bunch of emails has made me sicker. I've been stressed to the point of having accident accidents in academic buildings because I can't get to the bathroom in time. Or throwing up in my car and having to swallow it because I'm driving and I don't wanna crash. These are experiences I've never had before But the process of asking for valid information or documentation and then getting no response is so stressful, especially when I have to do it repeatedly in a variety of places so after talking to my mom, we decided I would just consolidate in one weekly email chain that I would send at the same time every week.

My goal is to send this from noon on Thursday through Friday every week. It should be roughly the same time. I am going to consolidate and re-ask for the things that I'm missing each time. I'm choosing the same date each week so that it's easier for everyone involved.

Here are the things that my mom, Mr. Ryan and I were able to figure out I was missing.

CATEGORY 1 — MY CLAIMS FILE
1. A complete copy of my current Long-Term Disability claims file, including all of the medical reviews that have been done on me.
2. A complete copy of my Short-Term Disability claims file from 2021 (Claim No.

**Lincoln/Bruff 0201**

17118669). That claim is closed so I should be able to get it.
3. If you are not able to provide either of these, I need a letter on Lincoln Financial letterhead that says that and cites the specific policy, so I can give it to Social Security to show that I tried.

CATEGORY 2 — MY REVIEW FREQUENCY AND WHAT THE REVIEWS INVOLVE
4. A written explanation of how Lincoln decides how often to review my claim.
5. Any written guidelines or standards Lincoln uses to make that decision.
6. Whether my current review frequency is going to stay the same and why.
7. I recently found out that some of my reviews involve sending information to my doctors and some do not. I would like a written explanation of what types of medical reviews Lincoln conducts on my claim and what the difference is between them.
8. A written explanation of what criteria Lincoln uses to decide whether a review involves requesting information from my treating physicians or not.

CATEGORY 3 — VOCATIONAL REHABILITATION
9. Any written documentation of what Lincoln's vocational rehabilitation program actually requires.
10. Written documentation of how the Rehabilitation Incentive Benefit works.

CATEGORY 4 — SOCIAL SECURITY COORDINATION
12. Confirmation of whether my complete current LTD claims file was sent to Brown & Brown. I was told it would be sent to them to help with my SSDI application.
13. Confirmation of whether my 2021 Short-Term Disability claims file (Claim No. 17118669) was also sent to Brown & Brown, since Social Security looks back five years and that file is relevant to my application.
14.  If either file was not sent in full, what was sent and what was held back.

Category five - USAA

15. APIP Summary Plan Description (2025)

16. Educational Assistance Plan Denial (Fall)

17. Educational Assistance Plan Denial (Spring)

18. Employee handbook in effect on March 22 2025 (Disability Onset Date)

19. Denial of Active Employee Benefits During STD Phase: One for each benefit.

**Lincoln/Bruff 0202**

a) medical

b) dental

c) life

d) Wellness (if needed)

Again, I'm sending this to you both USAA and Lincoln people because I have an appointment with vocational. We have on the 26th and I need this information to give to them. Instead of letting myself get stressed out because I don't have it I'm just gonna send these emails weekly that way it's less stressful for all parties involved while I wait on a response that's valid.

If you have any questions or you want this email sent to a different place within your organization. Please let me know.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**Lincoln/Bruff 0203**