Name: Charles Terrence Bruff | DOB: ▨▨▨▨ | MRN: ▨▨▨▨ | PCP: Laavanya Raju, MD

You Apr 1 at 1:44 PM

Hello, Dr. Raju

I don't know why they're asking for this information now, but they are. As a result, I'm attaching what they sent me to this message. Please let me know if you need to schedule a doctor's appointment They gave a short amount of time to return this request, about nine business days.  I'm telling them that it's going to take 30 days from today. they sent it to UT information records people, and they don't send requests for information, They respond to requests for information.

Attachments

 Request to Dr. Raju.pdf

You Apr 1 at 1:45 PM

Please let me know if you need a doctor's appointment to go over this. This whole process is making me super nervous because these people seem disingenuous. They didn't even send this paperwork to UT until March 31. And they sent it to the release of information people, so you guys wouldn't get it for at least a couple of days. But they wanted it completed by April 7. Which is ridiculous. And seems to be intentionally difficult.

Laavanya Raju, MD Apr 5 at 5:37 PM

Please find out if they will provide an extension as I am out of the clinic until mid week.
Also if your prsychiatrist may be able to fill it out for you sooner.
Please reach out if you have any concerns or questions.
Take Care.

You Apr 6 at 1:37 AM

I'm pretty sure they will give an extension since they told me that this paperwork didn't have to be returned until May 7. For reasons unknown they gave my doctors different deadlines than they gave me. I will screenshot these messages and send them to Lincoln so that they can approve the extension for you and regenerate the paperwork or at least the first page that way I won't get in trouble.

I hope you enjoy your vacation

You cannot reply to this conversation. It is too old to be replied to.

MyChart® licensed from Epic Systems Corporation© 1999 – 2026