# Exhibit COVERSHEET

## Lincoln/Bruff 0053 — LTD Claim Coversheet Reflecting Approval Through September 17, 2027

The following is a cover sheet for the document produced by Lincoln National Life Insurance Company as Bates page Lincoln/Bruff 0053 — the first page of Plaintiff's LTD claims file. This document was printed from Lincoln's internal claims administration system (SystemOne) on March 27, 2026. The field "Apprv Thru Date" on this document reflects 09/17/2027. The original document is attached.

### Claimant Information

| | |
|---|---|
| **Name** | CHARLES T BRUFF |
| **SSN** | XXX-XX-XXXX |
| **Birth Date** | XX/XX/XXXX |
| **Date of Hire** | 06/01/2015 |
| **Last Work Date** | 03/21/2025 |
| **Salary Amount** | $10,310.71 (Monthly) |
| **Physical Demands** | Sedentary |
| **Job Description** | 105782 — Software Engineer Senior |

### Claim Status

| | |
|---|---|
| **Claim Number** | 17729133 |
| **Claim Status** | Approved |
| **Received Date** | 08/14/2025 |
| **Disability Date** | 03/22/2025 |
| **Benefit Begin Date** | 09/18/2025 |
| **Apprv Thru Date** | 09/17/2027 |
| **Max Benefit Date** | 10/11/2058 |
| **Gross Benefit** | $6,186.43 |
| **Claim Last Updated** | 03/27/2026 |
| **Printed On** | 3/27/2026 |

### Diagnoses

| | |
|---|---|
| **Diagnosis 1** | G80 — Cerebral Palsy |
| **Diagnosis 2** | F43.10 — Post-Traumatic Stress Disorder, Unspecified |

**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 17729133     Claim Last Updated 03/27/2026     Printed On 3/27/2026

---

**Claimant Information**

| | | | |
|---|---|---|---|
| Name | CHARLES T BRUFF | SSN XXX-XX-XXXX | Birth Date XXXX |
| Address | 98 MCLENNAN OAK | Salary Amount $ 10310.71 | Mode M |
| | | Date of Hire 06/01/2015 | |
| | | Last Work Date 03/21/2025 | |
| | SAN ANTONIO, TX 78240-0000 | Federal Tax Employee Option | State Tax No |
| Phone | (318) 446-1505 | Phys Demands Sedentary | |

JobDesc 105782 SOFTWARE ENGINEER SENIOR

| | | |
|---|---|---|
| Claim Status Approved | Status Reason | Received Date 08/14/2025 |
| Disability Date 03/22/2025 | Close Date | Reopen Date |
| Sick Days Left | Max Ben Date 10/11/2058 | RTW FT / PT |
| Ben Begin Date 09/18/2025 | Apprv Thru Date 09/17/2027 | Gross Ben $ 6186.43 |

Diagnosis 1 Code/Desc G80     Cerebral palsy

Diagnosis 2 Code/Desc F43.10     Post-traumatic stress disorder, unspecified

---

**Policyholder Information**

Customer ID 09 - 419734     USAA

Subsidiary CAO0     USAA

Location N0000000     USAA

Symb GF     Numeral 01     Product LTD     Funding CON     Bank Y     Calcs Y     Cntr Eff 01/01/1997

Class 01     ALL FULL-TIME EMPLOYEES AS DESIGNATED EACH YEAR BY USAA, WHO ARE IN /

Waiting Period: New/Mode-Current/Mode 0     0     Days in WRKWK

Elimination Period: Days/Type 180     Sickness     COLA: Mode/Duration

Successive Period: Period/Mode 6     Month     SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+     7.00     Survivor Ben Months/Wait Period 3     180

Non-Verifiable Symptoms Limit 24     Own Occupation Definition Limit 24     M/N Limit 24

Benefit % 60.00     Max Benefit $ 25000.00     Min Benefit $ 100.00     Employer Contr % 100.00     Subro Ind Y

---

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|--------|---------|--------------|-------|------------------|
| GF | 01 | LTD | 01 | 06/01/2015 |
| PD | 03 | STD | 01 | 06/01/2015 |

---

**Additional Information:**

**Lincoln/Bruff 0053**