

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Charles T. Bruff
98 MCLENNAN OAK
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133

Dear Charles:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under USAA's Integrated Disability Management Program. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On March 24, 2026, we requested medical records from the providers enclosed.     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2025 through present from these providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

USAA's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 7, 2026, 45 days from the date of this request, your benefits will be suspended.  If we do not receive all of this requested information by June 5, 2026, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 7, 2026 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:   17729133-REQUEST-PROVIDER-03.24.2026
               17729133-REQUEST-PROVIDER-03.24.2026
               17729133-REQUEST-PROVIDER-03.24.2026
               17729133-REQUEST-PROVIDER-03.24.2026
               17729133-REQUEST-PROVIDER-03.24.2026



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 24, 2026 |
| To: | DR AZALIA MARTINEZ<br>PHOENIX MENTAL HEALTH TMS PLLC<br>23119 W INTERSTATE<br>10 FRONTAGE RD<br>SAN ANTONIO TX 78257 |
| Attn: | |
| Fax: | (210) 994-6441 |
| From: | Kristianne C.<br>Specialist, Ltd Claims<br>Phone No.: (800) 210-8722<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #:    17729133<br>Claimant:   Charles Bruff<br><br>USAA | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-8722 and permanently shred the original and any copy of any fax and any printout thereof.

 **Lincoln Financial**℠

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Dr. Azalia Martinez
Phoenix Mental Health Tms Pllc
23119 W INTERSTATE
10 FRONTAGE RD
SAN ANTONIO, TX 78257

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133
       Claimant: Charles Bruff
       ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Dear Dr. Azalia Martinez:

We are the Disability Claim Administrator for your patient, Charles Bruff.

To evaluate Charles Bruff's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2025 through present

- Completion of the Enclosed Forms:

    __X__  Behavioral Health Form - Ongoing
    _____  Other

We ask that you provide this information by April 7, 2026. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

2 of 2

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Charles Bruff allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Charles's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:    Behavioral Health Form - Ongoing
17118669-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2025



Lincoln Financial Group
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Charles Bruff

Name of legal representative, if applicable (print) _____ Relationship _____

**Signed by:**

Signature of claimant or legal representative   ABAD3A92EC75412...   Date: 3/31/2025

Date of Birth: __XXXXX__   Claim Number: __17118669__

## A copy of this authorization will be considered as valid as the original.



**Behavioral Health Disability Claim Form**
**Treating Provider Statement**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

**This form is for an ongoing claim under:**  ( ) Short Term Disability      ( ) Long Term Disability      ( ) Life Waiver

Full Name of Patient: _____

Date of Birth: _____        Claim Number: _____

## TREATING PROVIDER PLEASE COMPLETE THE FOLLOWING:

1.  Dates of last two office visits: Visit 1: _____    Visit 2: _____

2.  Date of next scheduled office visit: _____

3.  Are you of the opinion the patient remains functionally impaired from performing usual daily activities including those which may be performed in a work setting due to their mental health condition?     ( ) Yes   ( ) No

    Please explain: _____

4.  Primary Diagnosis (include ICD-10 code): _____

5.  What are your patient's current behavioral health examination findings which you feel support his/her diagnosis?

6.  How does your patient's behavioral health condition impact his/her daily activities? Please provide specific examples of activities affected and to what extent they are impacted.

7.  Please describe the intensity, duration, and frequency of your patient's mental health condition.

8.  Please describe your patient's improvements or progress in treatment?

9.  If no improvement is noted, how have you changed the treatment plan to improve your patient's level of function? (e.g. Specialty referrals or higher levels of care)

10. What medication or cognitive behavioral treatment adjustments or changes have been made? Specify medication, name, dosage adjustment, and date of adjustment, etc.

11. Has there been any change or adjustment in frequency of patient's office visits or other treatment?     ( ) Yes   ( ) No

12. What behavioral health restrictions are you recommending for your patient at this time? (e.g. pertaining to daily and work activities, such as social functioning, concentration, persistence, pace, adaptation, information processing, etc.)

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

13. Dates for current behavioral health restrictions: Start: _____

Follow-up date to re-evaluate ongoing need for restrictions: _____

14. Please describe any modification your patient's employer could possibly consider to assist your patient to return to work (e.g. reduced hours and/or responsibilities, change in physical environment, increased number or duration of breaks, allowance for extra time to complete tasks, change in supervisor or department, etc.)

15. What is the patient's return to work date and plan (e.g. part time or full time return to work date. If recommending part time return to work, specify the specific part time return to work plan and duration).

16. Printed Name of Provider, Credentials (e.g. MD, PhD) completing this form: _____

If not an MD/PhD or equivalent, name of supervising provider: _____

17. Phone Number: _____        Fax Number: _____

Address: _____

Email Address: _____

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

----------------------------------------------------------------------------------------------        _____
Signature of Provider, Credentials and Specialty (No Stamps Please)                                 Date

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a

denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant:(1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, March 24, 2026 1:42:30 PM |
| To: | INFO@REVELATIONLPC.COM; |
| CC: | |
| BCC: | |
| Subject: | (secure)USAA Claim No. 17729133 Charles Bruff |
| Attachments: | krrgeozetsmfyyv0hi0m_22821448.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

 Lincoln Financial℠

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Misty Phelps Lpc
5788 ECKHERT RD
SAN ANTONIO, TX 78240

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133
       Claimant: Charles Bruff
       

Dear Misty Phelps Lpc:

We are the Disability Claim Administrator for your patient, Charles Bruff.

To evaluate Charles Bruff's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2025 through present

- Completion of the Enclosed Forms:

      X    Behavioral Health Form - Ongoing
      ___  Other

We ask that you provide this information by April 7, 2026. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Charles Bruff allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Charles's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:   Behavioral Health Form - Ongoing
                17118669-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2025



Lincoln Financial Group
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Charles Bruff

Name of legal representative, if applicable (print) _____   Relationship _____

**Signed by:**

Signature of claimant or legal representative   ABAD3A92EC75412...   Date: 3/31/2025

Date of Birth: __XXXX__   Claim Number: __17118669__

## A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2020



**Lincoln**
Financial Group®

**Behavioral Health Disability Claim Form**
**Treating Provider Statement**
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

**This form is for an ongoing claim under:**   ( ) Short Term Disability      ( ) Long Term Disability      ( ) Life Waiver

Full Name of Patient: _____

Date of Birth: _____          Claim Number: _____

## TREATING PROVIDER PLEASE COMPLETE THE FOLLOWING:

1.  Dates of last two office visits: Visit 1: _____          Visit 2: _____

2.  Date of next scheduled office visit: _____

3.  Are you of the opinion the patient remains functionally impaired from performing usual daily activities including those which may be performed in a work setting due to their mental health condition?      ( ) Yes   ( ) No

    Please explain: _____

4.  Primary Diagnosis (include ICD-10 code): _____

5.  What are your patient's current behavioral health examination findings which you feel support his/her diagnosis?

6.  How does your patient's behavioral health condition impact his/her daily activities? Please provide specific examples of activities affected and to what extent they are impacted.

7.  Please describe the intensity, duration, and frequency of your patient's mental health condition.

8.  Please describe your patient's improvements or progress in treatment?

9.  If no improvement is noted, how have you changed the treatment plan to improve your patient's level of function? (e.g. Specialty referrals or higher levels of care)

10. What medication or cognitive behavioral treatment adjustments or changes have been made? Specify medication, name, dosage adjustment, and date of adjustment, etc.

11. Has there been any change or adjustment in frequency of patient's office visits or other treatment?   ( ) Yes   ( ) No

12. What behavioral health restrictions are you recommending for your patient at this time? (e.g. pertaining to daily and work activities, such as social functioning, concentration, persistence, pace, adaptation, information processing, etc.)

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
GLC12331NY

Page 1 of 4
5/22

13. Dates for current behavioral health restrictions: Start: _____

Follow-up date to re-evaluate ongoing need for restrictions:_____

14. Please describe any modification your patient's employer could possibly consider to assist your patient to return to work (e.g. reduced hours and/or responsibilities, change in physical environment, increased number or duration of breaks, allowance for extra time to complete tasks, change in supervisor or department, etc.)

15. What is the patient's return to work date and plan (e.g. part time or full time return to work date. If recommending part time return to work, specify the specific part time return to work plan and duration).

16. Printed Name of Provider, Credentials (e.g. MD, PhD) completing this form: _____

If not an MD/PhD or equivalent, name of supervising provider:_____

17. Phone Number:_____    Fax Number: _____

Address:_____

Email Address: _____

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

---

Signature of Provider, Credentials and Specialty (No Stamps Please)                Date

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a

denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant:(1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 24, 2026 |
| To: | DR. LAAVANYA RAJU<br>UT HEALTH SAN ANTONIO - RELEASE OF INFOR |
| Attn: | |
| Fax: | (210) 450-6007 |
| From: | Kristianne C.<br>Specialist, Ltd Claims<br>Phone No.: (800) 210-8722<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #:    17729133<br>Claimant:   Charles Bruff<br><br>USAA | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-8722 and permanently shred the original and any copy of any fax and any printout thereof.



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Dr. Laavanya Raju
Ut Health San Antonio - Release of Information

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133
       Claimant: Charles Bruff



Dear Dr. Laavanya Raju:

We are the Disability Claim Administrator for your patient, Charles Bruff.

To evaluate Charles Bruff's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2025 through present

- Completion of the Enclosed Forms:

     X    Attending Physician's Statement
    ___   Other

We ask that you provide this information by April 7, 2026. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Charles Bruff allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Charles's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:   Attending Physician's Statement
                17118669-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2025



Lincoln Financial Group
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Charles Bruff _____

Name of legal representative, if applicable (print) _____   Relationship _____

**Signed by:**

[signature]

ABAD3A92EC75412...

Signature of claimant or legal representative _____   Date: 3/31/2025

Date of Birth: __XXXX__   Claim Number: __17118669__

## A copy of this authorization will be considered as valid as the original.

pg. 1  Authorization-Standard-2020


**Lincoln**
Financial Group®

# Disability Attending Physician Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to Secure Fax No.: (603) 334-0401, or email to DisabilityDocuments@lfg.com.

## 1. Claimant Information

Employee's Name: Charles Bruff                                    Claim Number: 17729133

Date of Birth: ▨▨▨▨    Telephone Number: (318) 446-1505    Social Security Number:

Employer Name: USAA

## 2. Medical Facts

Primary Diagnosis: ————————————————    ICD-10 Code: ————————————

Secondary Diagnosis: ——————————————    ICD-10 Code: ————————————

Co-Morbids: ——————————————————————————————————

Height: ——————————    Weight: ——————————    Gender: ————————————

Is the Disability a Result of:  ☐ Illness          ☐ Injury          ☐ Work Related

    Date Unable to Work: ————————————    If Injury, Date of Injury: ————————————

    Date of Initial Treatment: ——————————    Date of Most Recent Treatment: ————————

    Date of Next Treatment: ————————————Reoccurring Condition?  ☐ Yes          ☐ No

Has Patient Been Hospitalized: ☐ Yes      ☐ No  If Yes, Dates of Admission and Discharge: ———— to ————

    Hospitalization Reason: ——————————————————————————————

    Has/Will Surgery Occur? ☐ Yes      ☐ No    Surgery Elective? ☐ Yes      ☐ No    Date of Surgery: ————

    Surgery Type: ————————————————————————————

If Pregnancy:    Estimated Due Date: ————————————    Actual Delivery Date: ————————

    Advised to Cease Work Prior to Delivery: ☐ Yes      ☐ No      Delivery Type: ☐ Vaginal      ☐ C-Section

    Pregnancy Complications:

**Symptoms** (including impact to ADL's, and self reported symptoms):

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC12544NY-S1

11/23

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

| | | |
|---|---|---|
| Lifting: | lbs | hours per workday |
| Carrying: | lbs | hours per workday |

**Provide Hours per Work Day:**

| | |
|---|---|
| Sitting: | _____ |
| Standing: | _____ |
| Walking: | _____ |
| Kneeling: | _____ |
| Climbing: | _____ |
| Squatting: | _____ |
| Stooping: | _____ |
| Bending: | _____ |
| Reaching: | _____ |

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform   2 = Markedly Limited
3 = Somewhat Limited   4 = Unlimited

| | |
|---|---|
| Perform at Constant Pace: | _____ |
| Maintain Attention/Concentration: | _____ |
| Comprehend Daily Tasks: | _____ |
| Multi-Task: | _____ |
| Communicate Effectively: | _____ |
| Regulate Emotions: | _____ |
| Follow Instructions: | _____ |
| Interact with Colleagues: | _____ |
| Interact with Public: | _____ |
| Make Decisions: | _____ |
| Work Alone/Separate from Others: | _____ |

**Dates of Restrictions and Limitations:** _____ to _____    **Date Able to Return to Work:** _____

☐ Full Time    ☐ Part Time    Part Time Days/Hours: _____

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: _____    Duration of Modified Work Schedule: _____

**Additional Restrictions and Limitations:**

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): _____

_____    _____
Provider Signature                              Date

Specialty of Practice: _____    Address of Practice: _____
Phone Number: _____    Fax Number: _____
Email: _____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

GLC12544NY-S1



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: March 24, 2026 | |
| To: DR. MONICA VERDUZCO GUTIERREZ<br>8300 FLOYD CURL<br>SAN ANTONIO TX 78229 | |
| Attn: | |
| Fax: (210) 567-5354 | |
| From: Kristianne C.<br>Specialist, Ltd Claims<br>Phone No.: (800) 210-8722<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    8 | |
| RE:<br><br>Claim #:    17729133<br>Claimant:    Charles Bruff<br><br>USAA | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-8722 and permanently shred the original and any copy of any fax and any printout thereof.

 **Lincoln Financial℠**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Dr. Monica Verduzco Gutierrez
8300 FLOYD CURL
SAN ANTONIO, TX 78229

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133
       Claimant: Charles Bruff
       Claimant ▨▨▨▨▨▨▨▨▨▨▨

Dear Dr. Monica Verduzco Gutierrez:

We are the Disability Claim Administrator for your patient, Charles Bruff.

To evaluate Charles Bruff's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2025 through present

- Completion of the Enclosed Forms:

   <u>X</u>   Attending Physician's Statement
   ___   Other

We ask that you provide this information by April 7, 2026. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Charles Bruff allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Charles's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:    Attending Physician's Statement
                17118669-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2025



Lincoln Financial Group
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Charles Bruff

Name of legal representative, if applicable (print) _____  Relationship _____

Signed by:

ABAD3A92EC75412...

Signature of claimant or legal representative _____  Date: 3/31/2025

Date of Birth: 10/12/1993    Claim Number: 17118669

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2020



# Disability Attending Physician Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to Secure Fax No.: (603) 334-0401, or email to DisabilityDocuments@lfg.com.

## 1. Claimant Information

Employee's Name: Charles Bruff        Claim Number: 17729133

Date of Birth: ☒☒☒☒        Telephone Number: (318) 446-1505        Social Security Number:

Employer Name: USAA

## 2. Medical Facts

Primary Diagnosis: _____    ICD-10 Code: _____

Secondary Diagnosis: _____    ICD-10 Code: _____

Co-Morbids: _____

Height: _____    Weight: _____    Gender: _____

Is the Disability a Result of:  ☐ Illness        ☐ Injury        ☐ Work Related

    Date Unable to Work: _____    If Injury, Date of Injury: _____

    Date of Initial Treatment: _____    Date of Most Recent Treatment: _____

    Date of Next Treatment: _____    Reoccurring Condition?  ☐ Yes        ☐ No

Has Patient Been Hospitalized:  ☐ Yes        ☐ No    If Yes, Dates of Admission and Discharge: _____ to _____

    Hospitalization Reason: _____

    Has/Will Surgery Occur?  ☐ Yes        ☐ No    Surgery Elective?  ☐ Yes        ☐ No    Date of Surgery: _____

    Surgery Type: _____

If Pregnancy:    Estimated Due Date: _____    Actual Delivery Date: _____

    Advised to Cease Work Prior to Delivery:  ☐ Yes        ☐ No        Delivery Type:  ☐ Vaginal        ☐ C-Section

    Pregnancy Complications:

---

**Symptoms** (including impact to ADL's, and self reported symptoms):

---

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

---

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.        Page 1 of 4

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

| | | |
|---|---|---|
| Lifting: | lbs | hours per workday |
| Carrying: | lbs | hours per workday |

**Provide Hours per Work Day:**

Sitting: _____
Standing: _____
Walking: _____
Kneeling: _____
Climbing: _____
Squatting: _____
Stooping: _____
Bending: _____
Reaching: _____

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform   2 = Markedly Limited
3 = Somewhat Limited   4 = Unlimited

Perform at Constant Pace: _____
Maintain Attention/Concentration: _____
Comprehend Daily Tasks: _____
Multi-Task: _____
Communicate Effectively: _____
Regulate Emotions: _____
Follow Instructions: _____
Interact with Colleagues: _____
Interact with Public: _____
Make Decisions: _____
Work Alone/Separate from Others: _____

**Dates of Restrictions and Limitations:** _____ to _____ Date Able to Return to Work: _____

☐ Full Time     ☐ Part Time     Part Time Days/Hours: _____

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: _____ Duration of Modified Work Schedule: _____

**Additional Restrictions and Limitations:**

## 3. Signature

New York. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): _____

_____          _____
Provider Signature                                                                            Date

Specialty of Practice: _____ Address of Practice: _____

Phone Number: _____ Fax Number: _____

Email: _____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

GLC12544NY-S1                                                                                    11/23

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

GLC12544NY-S1



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| **Date:** March 24, 2026 | |
| **To:** | DR. JANICE BRUNSTROM-HERNANDEZ<br>7709 SAN JACINTO PL<br>STE 203<br>PLANO TX 75024 |
| **Attn:** | |
| **Fax:** | (469) 331-0031 |
| **From:** | Kristianne C.<br>Specialist, Ltd Claims<br>Phone No.: (800) 210-8722<br>Secure Fax No.: (603) 334-0401 |
| **Total Pages**<br>**(Including Cover):** 8 | |
| **RE:**<br><br>Claim #:    17729133<br>Claimant:   Charles Bruff<br><br>USAA | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-8722 and permanently shred the original and any copy of any fax and any printout thereof.

 **Lincoln Financial**℠

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Dr. Janice Brunstrom-Hernandez
7709 SAN JACINTO PL
STE 203
PLANO, TX 75024

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133
       Claimant: Charles Bruff

Dear Dr. Janice Brunstrom-Hernandez:

We are the Disability Claim Administrator for your patient, Charles Bruff.

To evaluate Charles Bruff's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2025 through present

- Completion of the Enclosed Forms:

     __X__  Attending Physician's Statement
     _____  Other

We ask that you provide this information by April 7, 2026.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Charles Bruff allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Charles's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:   Attending Physician's Statement
                17118669-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2025

2  of  2



Lincoln Financial Group
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    Charles Bruff

Name of legal representative, if applicable (print) _____    Relationship _____

Signed by:

Signature of claimant or legal representative    ABAD3A92EC75412...    Date: 3/31/2025

Date of Birth: __XXXX__    Claim Number: __17118669__

### A copy of this authorization will be considered as valid as the original.

pg. 1  Authorization-Standard-2020



# Disability Attending Physician Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to Secure Fax No.: (603) 334-0401, or email to DisabilityDocuments@lfg.com.

## 1. Claimant Information

Employee's Name: Charles Bruff     Claim Number: 17729133

Date of Birth: ☒☒☒☒     Telephone Number: (318) 446-1505     Social Security Number:

Employer Name: USAA

## 2. Medical Facts

Primary Diagnosis: _____     ICD-10 Code: _____

Secondary Diagnosis: _____     ICD-10 Code: _____

Co-Morbids: _____

Height: _____     Weight: _____     Gender: _____

**Is the Disability a Result of:** ☐ Illness     ☐ Injury     ☐ Work Related

Date Unable to Work: _____     If Injury, Date of Injury: _____

Date of Initial Treatment: _____     Date of Most Recent Treatment: _____

Date of Next Treatment: _____     Reoccurring Condition? ☐ Yes     ☐ No

**Has Patient Been Hospitalized:** ☐ Yes     ☐ No     If Yes, Dates of Admission and Discharge: _____ to _____

Hospitalization Reason: _____

Has/Will Surgery Occur? ☐ Yes     ☐ No     Surgery Elective? ☐ Yes     ☐ No     Date of Surgery: _____

Surgery Type: _____

**If Pregnancy:** Estimated Due Date: _____     Actual Delivery Date: _____

Advised to Cease Work Prior to Delivery: ☐ Yes     ☐ No     Delivery Type: ☐ Vaginal     ☐ C-Section

Pregnancy Complications:

---

**Symptoms** (including impact to ADL's, and self reported symptoms):

---

**Objective Findings** (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

---

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.     Page 1 of 4

GLC12544NY-S1     11/23

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

**Restrictions and Limitations:**

**Physical Diagnosis:**

| Lifting: | lbs | hours per workday |
|---|---|---|
| Carrying: | lbs | hours per workday |

**Provide Hours per Work Day:**

Sitting: _____
Standing: _____
Walking: _____
Kneeling: _____
Climbing: _____
Squatting: _____
Stooping: _____
Bending: _____
Reaching: _____

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform   2 = Markedly Limited
3 = Somewhat Limited   4 = Unlimited

Perform at Constant Pace: _____
Maintain Attention/Concentration: _____
Comprehend Daily Tasks: _____
Multi-Task: _____
Communicate Effectively: _____
Regulate Emotions: _____
Follow Instructions: _____
Interact with Colleagues: _____
Interact with Public: _____
Make Decisions: _____
Work Alone/Separate from Others: _____

**Dates of Restrictions and Limitations:** _____ to _____ **Date Able to Return to Work:** _____

☐ Full Time      ☐ Part Time      Part Time Days/Hours: _____

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: _____ Duration of Modified Work Schedule: _____

**Additional Restrictions and Limitations:**

## 3. Signature

New York. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.
Printed Name of Provider (including Credentials): _____

_____      _____
Provider Signature                                                         Date

Specialty of Practice: _____ Address of Practice: _____
Phone Number: _____ Fax Number: _____
Email: _____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.