03/31/26  12:08:27  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 002

 **Lincoln Financial**™

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 31, 2026

Dr. Laavanya Raju
Ut Health San Antonio - Release of Information
HIM-RELEASE OF INFORMATION
8300 FLOYD CURL DRIVE
SAN ANTONIO, TX 78229

RE:  Long Term Disability (LTD) Benefits
     USAA
     Claim #: 17729133
     Claimant: Charles Bruff
     Claimant D.O.B.: October 12, 1993

Dear Dr. Laavanya Raju:

Please see the enclosed reqeust for medical records.

We ask that you provide this information by April 14, 2026. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:  17729133-REQUEST-PROVIDER-03.24.2026

1 of 1

Bruff, Charles Terrence                                    Scan on 3/31/2026 by Service, lc

03/31/26  12:08:41  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 003


**Lincoln**
**Financial**℠

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

---

Date: March 24, 2026

To:  DR. LAAVANYA RAJU
     UT HEALTH SAN ANTONIO - RELEASE OF INFOR

Attn:

Fax:  (210) 450-6007

From: Kristianne C.
      Specialist, Ltd Claims
      Phone No.: (800) 210-8722
      Secure Fax No.: (603) 334-0401

Total Pages
(Including Cover):    8

RE:

Claim #:    17729133
Claimant:  Charles Bruff

USAA

---

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-8722 and permanently shred the original and any copy of any fax and any printout thereof.

Bruff, Charles Terrence

03/31/26  12:08:54  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 004

  **Lincoln**
**Financial**℠

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

March 24, 2026

Dr. Laavanya Raju
Ut Health San Antonio - Release of Information

RE:    Long Term Disability (LTD) Benefits
       USAA
       Claim #: 17729133
       Claimant: Charles Bruff
       ███████████████████████████

Dear Dr. Laavanya Raju:

We are the Disability Claim Administrator for your patient, Charles Bruff.

To evaluate Charles Bruff's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2025 through present

- Completion of the Enclosed Forms:

  _X_  Attending Physician's Statement
  ___  Other

We ask that you provide this information by April 7, 2026. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Charles Bruff allowing the release of

1 of 2

03/31/26  12:09:15  Lincoln Financial     -> UT Health Fax Server Lincoln Financial     Page 005

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Charles's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristianne C.
Specialist, Ltd Claims
Phone No.: (800) 210-8722 Ext. 14688
Secure Fax No.: (603) 334-0401

Attachments:   Attending Physician's Statement
               17118669-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2025

Bruff, Charles Terrence                                                  Scan on 3/31/2026 by Service, Ic

03/31/26  12:09:23  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 006



Lincoln Financial Group
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 989-7842
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Charles Bruff_____

Name of legal representative, if applicable (print) _____   Relationship _____

Signed by:

Signature of claimant or legal representative   ABAD3A92EC75412...            Date: 3/31/2025 _____

Date of Birth: __ XXXX_____   Claim Number: __17118669_____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

Bruff, Charles Terrence                                    Scan on 3/31/2026 by Service, lc

03/31/26  12:09:58  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 007

 **Lincoln**
Financial Group®

**Disability Attending Physician Statement**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

**Instructions:** All sections below need to be completed by your treating provider. Once complete login to our secure portal to upload the document, fax to Secure Fax No.: (603) 334-0401, or email to DisabilityDocuments@lfg.com.

## 1. Claimant Information

Employee's Name: Charles Bruff                                    Claim Number: 17729133

Date of Birth: XXXXX    Telephone Number: (318) 446-1505    Social Security Number:

Employer Name: USAA

## 2. Medical Facts

Primary Diagnosis:                                    ICD-10 Code:

Secondary Diagnosis:                                    ICD-10 Code:

Co-Morbids: _____

Height: _____    Weight: _____    Gender: _____

Is the Disability a Result of: ☐ Illness        ☐ Injury        ☐ Work Related

   Date Unable to Work: _____    If Injury, Date of Injury: _____

   Date of Initial Treatment: _____    Date of Most Recent Treatment: _____

   Date of Next Treatment: _____    Reoccurring Condition? ☐ Yes        ☐ No

Has Patient Been Hospitalized: ☐ Yes        ☐ No    If Yes, Dates of Admission and Discharge: _____ to _____

   Hospitalization Reason: _____

   Has/Will Surgery Occur? ☐ Yes        ☐ No    Surgery Elective? ☐ Yes        ☐ No    Date of Surgery: _____

   Surgery Type: _____

If Pregnancy:    Estimated Due Date: _____    Actual Delivery Date: _____

   Advised to Cease Work Prior to Delivery: ☐ Yes        ☐ No        Delivery Type: ☐ Vaginal        ☐ C-Section

   Pregnancy Complications:

Symptoms (including impact to ADL's, and self reported symptoms):

Objective Findings (include copies of x-rays, EKG's, blood work, scans, and any clinical findings):

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.                    Page 1 of 4

GLC12544NY-S1                                    11/23

Printed by Boyd, Robin on 3/31/26  2:36 PM

Bruff, Charles Terrence                                          Scan on 3/31/2026 by Service, lc

03/31/26  12:18:18  Lincoln Financial      -> UT Health Fax Server Lincoln Financial      Page 008

---

**Nature of Treatment** (current and recommended, frequency) and **Treatment/Physician Referrals** (include phone/fax number):

**Medications** (include dosage, frequency, and dates prescribed/changed):

---

**Restrictions and Limitations:**

**Physical Diagnosis:**

| Lifting: | lbs | hours per workday |
|---|---|---|
| Carrying: | lbs | hours per workday |

**Provide Hours per Work Day:**

Sitting: _____
Standing: _____
Walking: _____
Kneeling: _____
Climbing: _____
Squatting: _____
Stooping: _____
Bending: _____
Reaching: _____

**Mental Diagnosis** (Ability to perform task using scale below):

1 = Unable to Perform   2 = Markedly Limited
3 = Somewhat Limited   4 = Unlimited

| | |
|---|---|
| Perform at Constant Pace: | _____ |
| Maintain Attention/Concentration: | _____ |
| Comprehend Daily Tasks: | _____ |
| Multi-Task: | _____ |
| Communicate Effectively: | _____ |
| Regulate Emotions: | _____ |
| Follow Instructions: | _____ |
| Interact with Colleagues: | _____ |
| Interact with Public: | _____ |
| Make Decisions: | _____ |
| Work Alone/Separate from Others: | _____ |

Dates of Restrictions and Limitations: _____ to _____   Date Able to Return to Work: _____

☐ Full Time    ☐ Part Time    Part Time Days/Hours: _____

**Job Modifications Needed to Return to Work:**

Modified Work Schedule: _____   Duration of Modified Work Schedule: _____

**Additional Restrictions and Limitations:**

---

## 3. Signature

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Printed Name of Provider (including Credentials): _____

| _____ | _____ |
|---|---|
| Provider Signature | Date |

Specialty of Practice: _____   Address of Practice: _____
Phone Number: _____   Fax Number: _____
Email: _____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion. Please see Fraud Notices attached.

Page 2 of 4

GLC12544NY-S1                                                                    11/23

03/31/26  12:10:41  Lincoln Financial     -> UT Health Fax Server Lincoln Financial      Page 009

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Services.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with the intent to defraud an insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Page 3 of 4

GLC12544NY-S1

11/23

03/31/26  12:11:38  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 010

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

GLC12544NY-S1

Page 4 of 4
11/23

Bruff, Charles Terrence                                    Scan on 3/31/2026 by Service, Ic

03/31/26  12:08:14  Lincoln Financial    -> UT Health Fax Server Lincoln Financial    Page 001

 **Lincoln Financial**℠

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-8722
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| **Date:** March 31, 2026 | |
| **To:** | DR. LAAVANYA RAJU<br>UT HEALTH SAN ANTONIO - RELEASE OF INFOR<br>HIM-RELEASE OF INFORMATION<br>8300 FLOYD CURL DRIVE<br>SAN ANTONIO TX 78229 |
| **Attn:** | |
| **Fax:** | (210) 450-6058 |
| **From:** | Kristianne C.<br>Specialist, Ltd Claims<br>Phone No.: (800) 210-8722<br>Secure Fax No.: (603) 334-0401 |
| **Total Pages**<br>**(Including Cover):**    10 | |
| **RE:** | |

Claim #:    17729133
Claimant:   Charles Bruff

USAA

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-8722 and permanently shred the original and any copy of any fax and any printout thereof.

Printed by Boyd, Robin on 3/31/26  2:36 PM