**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| CHARLES T. BRUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:26-CV-01720-XR |
| | ) |
| USAA HEALTH AND WELFARE | ) |
| BENEFITS PLAN, USAA EDUCATIONAL | ) |
| ASSISTANCE PLAN, UNITED STATES | ) |
| AUTOMOBILE ASSOCIATION, AND | ) |
| LINCOLN NATIONAL LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS USAA HEALTH AND WELFARE BENEFITS PLAN,
USAA EDUCATIONAL ASSISTANCE PLAN, AND UNITED STATES AUTOMOBILE
ASSOCIATION'S UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD</u>**

Defendants USAA Health and Welfare Benefits Plan, USAA Educational Assistance Plan, and United States Automobile Association (the "USAA Defendants"), by and through their undersigned counsel, Brian A. Aslin, James C. Goodfellow, Jr. and Sung Cheol Sam Park of Jackson Lewis P.C., respectfully move the Court for an extension of time to answer or otherwise plead to Plaintiff's Complaint (Dkt. No. 1), up to and including June 22, 2026. In support of this Motion, the USAA Defendants state as follows:

1.      On March 16, 2026, Plaintiff Charles T. Bruff ("Plaintiff") filed his Complaint. *See* Dkt. No. 1.

2.      On April 15, 2026, the USAA Defendants executed their Waivers of Service of Summons and provided the executed waivers to Plaintiff via electronic mail and via FedEx

1

overnight delivery. Accordingly, the USAA Defendants' current deadline to file an answer is May 18, 2026.

3.      Thereafter, on April 16, 2026, after USAA Defendants' returned the Waiver of Service of Summons, Plaintiff obtained a summons from the Clerk of the Court, and filed that summons on April 17, 2026.   That summons and the Complaint were delivered to USAA Defendants on April 21, 2026.

4.      The USAA Defendants recently retained the undersigned counsel, who require additional time of four weeks, up to and including June 22, 2026, to fully investigate Plaintiff's lengthy 75-page Complaint, comprised of many allegations purporting to implicate the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et al.*, and prepare an appropriate response.

5.      USAA Defendants also seek this extension to address the two different potential deadlines related to Plaintiff's request for waiver and his actual service of process, and to provide counsel with additional time to review Plaintiff's filings and to prepare USAA Defendants' response.

6.      This is the USAA Defendants' first request for an extension of time.

7.      Counsel for the USAA Defendants conferred with Plaintiff on May 11, 2026, who confirmed that he does not oppose the USAA Defendants' extension request made herein.

8.      This Motion is made in good faith and not for purposes of delay. The requested extension is necessary to harmonize the response deadline for the USAA Defendants, and to allow the USAA Defendants sufficient time to evaluate the claims, assess available defenses, and prepare a thorough response. Plaintiff will not be prejudiced by the granting of this Motion.

For these reasons, the USAA Defendants respectfully request that the Court grant this Motion and enter the Proposed Order attached as Exhibit 1, extending the USAA Defendants' deadline to answer Plaintiff's Complaint for four weeks, from May 18, 2026, up to and including June 22, 2026, and awarding such other relief as the Court deems just and proper.

Dated: May 12, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: */s/ Brian A. Aslin*
Brian A. Aslin
Texas Bar No. 24106850
91 Red River Street, Suite 1150
Austin, Texas 78701
(512) 362-4703 (Telephone)
(512)362-5574 (Fax)
Brian.Aslin@jacksonlewis.com

James C. Goodfellow Jr.*
Sung Cheol Sam Park*
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 787-4949 (Telephone)
(312) 787-4995 (Fax)
James.Goodfellow@jacksonlewis.com
Sam.Park@jacksonlewis.com

**pro hac vice* forthcoming
***Counsel for Defendants USAA Health and
Welfare Benefits Plan, USAA Educational
Assistance Plan, and United States
Automobile Association***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), I certify that I conferred with *pro* se Plaintiff, Charles T. Bruff, by email on May 12, 2026, and he confirmed that he is unopposed to the relief requested in this Motion.

*/s/ Andrew T. Walston*
Andrew T. Walston

## CERTIFICATE OF SERVICE

I hereby certify that on May 12 2026, a copy of the foregoing document was served on all parties of record via the Court's CM/ECF system.

Charles T. Bruff
4835 Medical Dr #29643
San Antonio, Texas 78229
cbruff13@outlook.com
*The pro se Plaintiff*

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com
*Counsel for Defendant*
*Lincoln National Life Insurance Company*

*/s/ Brian A. Aslin*
Brian A. Aslin

4