## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| CHARLES T. BRUFF, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:26-CV-01720-XR |
| | ) |
| USAA HEALTH AND WELFARE | ) |
| BENEFITS PLAN, USAA EDUCATIONAL | ) |
| ASSISTANCE PLAN, UNITED STATES | ) |
| AUTOMOBILE ASSOCIATION, AND | ) |
| LINCOLN NATIONAL LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|    Defendants. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS USAA HEALTH AND WELFARE BENEFITS PLAN, USAA EDUCATIONAL ASSISTANCE PLAN, AND UNITED STATES AUTOMOBILE ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

Before the Court is an Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint ("Motion") by Defendants USAA Health and Welfare Benefits Plan, USAA Educational Assistance Plan, and United States Automobile Association (the "USAA Defendants"), in which the USAA Defendants seek an extension of time until and including June 22, 2026, for the USAA Defendants to answer or otherwise plead to Plaintiff's Complaint. The Court finds that the Motion should be granted for good reason demonstrated therein.

THEREFORE, IT IS ORDERED that Defendants shall have until June 22, 2026, to answer or otherwise plead to Plaintiff's Complaint.

SIGNED this _____ day of May 2026.

_____
UNITED STATES DISTRICT JUDGE