**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **CHARLES BRUFF,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**USAA HEALTH AND WELFARE** )<br>**BENEFITS PLAN, USAA** )<br>**EDUCATIONAL ASSISTANCE PLAN,** )<br>**UNITED STATES AUTOMOILE** )<br>**ASSOCIATION, AND LINCOLN** )<br>**NATIONAL LIFE** )<br>**INSURANCE COMPANY,** )<br>)<br>**Defendants.** ) | **Case No. 5:26-CV-01720** |

**ORDER GRANTING THE LINCOLN NATIONAL LIFE INSURANCE**
**COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On this day, the Court considered the Motion to Dismiss Plaintiff's Complaint filed by Defendant The Lincoln National Life Insurance Company pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's Complaint, Plaintiff's Response to Defendant's Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**. It is, therefore, also ORDERED that Plaintiff's Complaint against The Lincoln National Life Insurance Company is hereby dismissed with prejudice.

**SIGNED** this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE