**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES BRUFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:26-CV-01720** |
| **USAA HEALTH AND WELFARE** | ) | |
| **BENEFITS PLAN, USAA** | ) | |
| **EDUCATIONAL ASSISTANCE PLAN,** | ) | |
| **UNITED STATES AUTOMOBILE** | ) | |
| **ASSOCIATION, AND LINCOLN** | ) | |
| **NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S RESPONSE TO**
**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT**
**AGAINST LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Response to *Plaintiff's Application for Entry of Default against Lincoln National Life Insurance Company* (Document 34) filed by Plaintiff on May 19, 2026.

1.      Plaintiff asserts in his Application that he sent a request for waiver of service of summons to Lincoln National on or about March 19, 2026.  However, no waiver of service for Lincoln that was signed by Lincoln is filed in the Court's docket, and Lincoln denies that it signed and returned any waiver of service.

2.      As there is no signed waiver of service in the Court's docket nor any other evidence on the docket that Lincoln has been properly served with process in this action, Lincoln is not in default.  Accordingly, there is no basis upon which the Clerk may enter default.

3.      Lincoln has filed a Motion to Dismiss Plaintiff's Complaint (Document 35) and is accordingly, not in default.

## REQUEST FOR RELIEF

Because the docket does not reflect that Lincoln is in default or has signed a waiver of service or been properly served in this action, Lincoln requests that the Clerk refuse to enter default against Lincoln in the above-styled action.

Dated this 19th day of May 2026.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

By:  /s/ Iwana Rademaekers
        Iwana Rademaekers, Esq.
        Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Charles T. Bruff
Email:  cbruff13@outlook.com

James Goodfellow
james.goodfellow@jacksonlewis.com

| | |
|---|---|
| May 19, 2026 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |