**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CHARLES TERRENCE BRUFF, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 5:26-CV-01720-XR |
| v. | § | |
| | § | |
| USAA EDUCATIONAL ASSISTANCE PLAN, | § | |
| et al., Defendants. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY**
**DISTRICT COURT PROCEEDINGS PENDING APPEAL**

On this day came on to be considered Plaintiff Charles Terrence Bruff's Motion to Stay District Court Proceedings Pending Appeal (the "Motion"). Having considered the Motion, the exhibits filed in support thereof, the record in this case, and the applicable law, the Court finds that the Motion is effectively unopposed and that the four factors governing a stay pending appeal weigh in favor of granting the relief requested.

A stay pending appeal requires the movant to demonstrate: (1) likelihood of success on the merits of the appeal; (2) irreparable harm absent a stay; (3) no substantial harm to other parties; and (4) consistency with the public interest. Nken v. Holder, 556 U.S. 418, 426 (2009). Having considered each factor, the Court finds that all four weigh in favor of a stay.

The Court further finds that the administrative record certified as complete by Defendant The Lincoln National Life Insurance Company is the subject of a pending unopposed motion (ECF No. 32) and has been identified as statistically and substantively incomplete, such that briefing on Lincoln's Motion to Dismiss (ECF No. 35) cannot proceed fairly until the record is resolved. The Court further finds that ECF No. 27 (Plaintiff's Motion for Preliminary Injunction

1

Pending Appeal) is fully briefed and ripe for ruling and is expressly excepted from the stay ordered herein.

**IT IS THEREFORE ORDERED that:**

1.  Plaintiff's Motion to Stay District Court Proceedings Pending Appeal is GRANTED.

2.  All district court proceedings in Civil Action No. 5:26-CV-01720-XR are hereby STAYED pending resolution of Appeal No. 26-50345 before the United States Court of Appeals for the Fifth Circuit, or until further order of this Court, with the following exceptions:

    (a)  This Court shall rule on ECF No. 32, Plaintiff's Motion for Leave to File Under Seal, which is fully briefed, unopposed, and a prerequisite to further proceedings on the administrative record and

    (b)  This Court shall rule on ECF No. 27, Plaintiff's Motion for Preliminary Injunction Pending Appeal, which is fully briefed by both parties and ripe for decision; and

3.  No briefing schedule on ECF No. 35, Lincoln's Motion to Dismiss, shall be set until ECF No. 32 is resolved.

SIGNED this _____ day of _____, 2026.

_____
**XAVIER RODRIGUEZ**
UNITED STATES DISTRICT JUDGE
Western District of Texas