**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES BRUFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:26-CV-01720** |
| **USAA HEALTH AND WELFARE** | ) | |
| **BENEFITS PLAN, USAA** | ) | |
| **EDUCATIONAL ASSISTANCE PLAN,** | ) | |
| **UNITED STATES AUTOMOBILE** | ) | |
| **ASSOCIATION, AND LINCOLN** | ) | |
| **NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S**
**RESPONSE TO PLAINTIFF'S MOTION TO STAY DISTRICT**
**COURT PROCEEDINGS PENDING APPEAL**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Response to *Plaintiff's Motion to Stay District Court Proceedings Pending Appeal* (Document 41) filed by Plaintiff on May 23, 2026, and Lincoln states as follows:

Although Plaintiff has not shown that he has a strong likelihood of success on the merits of his interlocutory appeal (Document 26 and 40), Lincoln does not oppose the Court exercising its discretion to stay all proceedings in this District Court action pending the final resolution of the appeal. *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 545 (5th Cir. 1983); *Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 173 L. Ed. 2d 550 (2009).

Dated this 27th day of May 2026.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com


By:  /s/ Iwana Rademaekers
      Iwana Rademaekers, Esq.
      Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT THE
LINCOLN NATIONAL LIFE INSURANCE
COMPANY


**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Charles T. Bruff
Email:  cbruff13@outlook.com

James Goodfellow
Email :  james.goodfellow@jacksonlewis.com


  May 27, 2026                          /s/ Iwana Rademaekers
Date                                      Iwana Rademaekers